**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23–cv–00473–CNS-MDB

ESTATE OF RICHARD WARD, by and through its personal representative Kristy Ward
Stamp, and
KRISTY WARD STAMP,

      Plaintiffs,

v.

PUEBLO COUNTY SHERIFF DAVID J. LUCERO, in his official capacity;
PUEBLO COUNTY BOARD OF COUNTY COMMISSIONERS;
DEPUTY CHARLES MCWHORTER, in his individual and official capacity;
DEPUTY CASSANDRA GONZALES, in her individual and official capacity;
DEPUTY JACOB MAHAN, in his individual and official capacity;
DEPUTY CHRISTINE SPENCER, in her individual and official capacity;
DEPUTY NICHOLAS BERUMEN, in his individual and official capacity;
DEPUTY ROBERT QUINTANA, in his individual and official capacity;
SERGEANT JOSH RAGAN, in his individual and official capacity;
CAPTAIN SHELLEY BRYANT, in her individual and official capacity

Defendants.

---

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE OF THE DEPOSITION OF EXPERT ROGER CLARK

---

Plaintiffs and Defendants, by and through their undersigned counsel of record,

hereby move this honorable Court to extend the discovery cut-off for the limited purpose

of the deposition of Plaintiffs' use of force expert, Roger Clark, and state as follows:

1.      On August 7, 2023, Defendants moved this Court to extend the rebuttal

expert, discovery, and dispositive motions deadlines [Doc. 123].

2.      On August 13, 2024, this Court granted the Motion, extending the rebuttal

expert deadline to September 23, 2024, the discovery cut-off to October 21, 2024, and

the dispositive motions deadline to November 28, 2024, and Ordered the Parties to

"closely coordinate on all remaining issues to bring discovery to a close without further delay." [Doc. 125].

3.      The Parties have been conferring regarding the availability of three of Plaintiffs' expert witnesses for their depositions. The parties have been able to accommodate two of those depositions on October 2, 2024, and October 3, 2024.

4.      Counsel have been further conferring regarding the date of the deposition of Plaintiffs' use of force expert witness, Roger Clark, and determined that October 23, 2024, works for all involved, including the deponent.

5.      Therefore, the Parties respectfully request that this Court extend the discovery deadline solely for the purpose of accommodating this deposition date.

6.      October 23, 2024 is two days after the Court-ordered discovery deadline of October 21, 2024. No party will be prejudiced by the relief sought herein and this extension will not necessitate an extension of any other deadline in this case.

7.      Further, this brief, two-day extension for the sole purpose of taking the expert's deposition, is not sought for the purposes of delay.

8.      If, for some reason, this deposition needs to be rescheduled, the Parties will notify the Court, but anticipate, that it will proceed on October 23, 2024.

WHEREFORE the Parties respectfully request that this Court extend the discovery cut-off for the limited purpose of taking the deposition of Roger Clark on October 23, 2024, and for any other relief deemed just and proper.

Respectfully submitted this 16th day of August 2024.


*s/ Andy McNulty*
_____

2

Mari Newman
Andy McNulty
NEWMAN MCNULTY, LLC
1490 N. Lafayette Street, Suite 304
Denver, CO 80218
(720) 850-5770
mari@newman-mcnulty.com
andy@newman-mcnulty.com


Darold W. Killmer
Reid Allison
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001 fax
dkillmer@killmerlane.com
rallison@killmerlane.com

*Attorneys for Plaintiffs*


*s/ William O'Donnell*

_____
Sean Lane
William O'Donnell
Brittney Townsley
THE LANE LAW FIRM, P.C.
3131 S Vaughn Way, Suite 220
Aurora, CO 80014
720-464-4215
slane@lanelawpc.com
wodonnell@lanelawpc.com
btownsley@lanelawpc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sean Lane
William O'Donnell

3

Brittney Townsley
THE LANE LAW FIRM, P.C.
3131 S Vaughn Way, Suite 220
Aurora, CO 80014
720-464-4215
slane@lanelawpc.com
wodonnell@lanelawpc.com
btownsley@lanelawpc.com

*Attorneys for Defendants*

                                        */s/ Andy McNulty*