| COLORADO VEHICLE REGISTRATION | | Pueblo | | | L0029650413 |
|---|---|---|---|---|---|
| Vehicle Type | Vehicle Id | Plate | Tab | | Expire |
| Passenger | 2T2GK31U28C032084 | CIW976 | G211202 | | 10/31/2020 |
| Year  Make  Model | | Fuel Type | | | Body Style |
| 2008  LEXS  RX3 | | Gas | | | UP |
| Color | Empty Weight  GVW  GVWR | GVW HIGH | Bus Type | | Title Number |
| WHITE | 4000 | | | | 000387691 |
| Purchase Date  Fleet Number  Unit Number  HVUT | | | Carrier | Miles | Emission Expire |
| 9/15/2018 | | | | | EXEMPT |
| Registered Owner | | | | | Dual Registration Type |
| LARRY DAVID WARD | | | | | |
| | | | | Dual Id | Dual Expire |

Pueblo - Pueblo       25-Oct-2019

THIEVES HAVE BEEN KNOWN TO USE THE ADDRESS FROM A REGISTRATION CARD TO STEAL FROM THE VEHICLE'S OWNER. FOR ADDED SECURITY, YOU ARE ENCOURAGED TO KEEP ONLY THIS REGISTRATION CARD IN YOUR VEHICLE. IT DOES NOT CONTAIN YOUR ADDRESS.

PSCO002016

**EXHIBIT A**