1    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
2
     Case No. 23-CV-00473-MDB
3    _____
4    DEPOSITION OF LARRY DAVID WARD
     June 26, 2024
5    _____
6    ESTATE OF RICHARD WARD by and through its personal
     representative Kristy Ward Stamp and KRISTY WARD STAMP,
7
     Plaintiffs,
8
     v.
9
     PUEBLO COUNTY SHERIFF DAVID J. LUCERO, in his official
10   capacity;
     PUEBLO COUNTY BOARD OF COUNTY COMMISSIONERS;
11   DEPUTY CHARLES McWHORTER, in his individual and official
     capacity;
12   DEPUTY CASSANDRA GONZALES, in her individual and official
     capacity;
13   DEPUTY JACOB MAHAN, in his individual and official
     capacity;
14   DEPUTY CHRISTINE SPENCER, in her individual and official
     capacity;
15   DEPUTY NICHOLAS BERUMEN, in his individual and official
     capacity;
16   DEPUTY ROBERT QUINTANA, in his individual and official
     capacity;
17   SERGEANT JOSH RAGAN, in his individual and official
     capacity;
18   CAPTAIN BRYANT, in her individual and official capacity,
19   Defendants.

20                        A P P E A R A N C E S
21
     For the Plaintiffs:        MARI NEWMAN, ESQ.
22                              Newman McNulty, LLC
                                1490 North Lafayette Street
23                              Suite 304
                                Denver, Colorado  80218
24   **EXHIBIT B**
25

```
 1              A P P E A R A N C E S (Continued)

 2    For the Defendants:        WILLIAM O'DONNELL, ESQ.
                                 The Lane Law Firm, P.C.
 3                               3131 South Vaughn Way
                                 Suite 220
 4                               Aurora, Colorado  80014

 5    Also Present:             Detective Shane Mullen
                                Deputy Cassandra Gonzales
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              Deposition of LARRY DAVID WARD, the Witness

2    herein, called by the Defendants in the above-entitled

3    matter on Wednesday, the 26th day of June, 2024,

4    commencing at the hour of 9:06 a.m., at 101 West 10th

5    Street, Pueblo, Colorado, before Elaine K. Nosewicz,

6    Certified Realtime Reporter, Registered Professional

7    Reporter, and Certified Shorthand Reporter, said

8    deposition being taken pursuant to Notice and the Federal

9    Rules of Civil Procedure.

10   _____

11                     I N D E X

12                                          Page Number

13
     Examination By Mr. O'Donnell                     4
14
                     E X H I B I T S
15
     Exhibit Number                       Initial Reference
16
        85*  AMR Pueblo Patient Care Report, Richard Ward,    30
17            WARD 004630-004623

18      93*  Documents Regarding Damages Provided by          48
              Kristy Ward, WARD 005281-005285
19
        95   Colorado State Patrol Case Report               32
20            Number 2D211637, Richard Robert Ward

21

22

23

24
     *Exhibit marked in a previous deposition; photocopy
25   substituted

1      Q    Okay.  And what other cars have you owned?

2           MS. NEWMAN:  In what time period?

3      Q    (By Mr. O'Donnell)  For the last -- based upon

4  your memory, the last five years.

5      A    Okay.  I've -- I owned the Lexus that was

6  involved in the incident.  And the -- what else?

7      Q    Was that -- oh, was that Lexus registered in

8  your name?

9      A    It was at that time, yeah.

10     Q    And was it titled in your name?

11     A    Yes, it was.  Yeah.  She hadn't had a chance

12  to -- she was -- she needed some money to -- to change

13  the registration and be able to afford insurance at that

14  point, so I was carrying the insurance for her at that

15  point in time.

16     Q    When you say she needed the money to change

17  the registration, why do you say that?

18     A    Well, she couldn't afford to -- she hadn't

19  got -- you know, she didn't have the money available, you

20  know, outside of her expense to take care of that at the

21  moment.

22     Q    Okay.  Have you ever owned any motor homes?

23     A    I did, yeah.

24     Q    Okay.  Can you describe what type of motor

25  homes you owned?