AB Litigation Services

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00473-CNS-MDB

---

DEPOSITION OF NICOLAS BERUMEN
April 11, 2024

---

ESTATE OF RICHARD WARD, by and through its personal representative Kristy Ward Stamp, and KRISTY WARD STAMP,

Plaintiff,

vs.

PUEBLO COUNTY, COLORADO; DEPUTY CHARLES McWHORTER, in his individual and official capacity; DEPUTY CASSANDRA GONZALES, in her individual and official capacity; DEPUTY JACOB MAHAN, in his individual and official capacity; DEPUTY CHRISTINE SPENCER, in her individual and official capacity; DEPUTY NICOLAS BERUMEN, in his individual and official capacity; DEPUTY ROBERT QUINTANA, in his individual and official capacity; and SERGEANT JOSH RAGAN, in his individual and official capacity,

Defendants.

---

APPEARANCES:

    KILLMER LANE, LLP
        By Darold W. Killmer, Esq.
           Reid Allison, Esq.
           1543 Champa Street
           Suite 400
           Denver, Colorado 80202
           303.571.1000
           dkillmer@killmerlane.com
           rallison@killmerlane.com
            Appearing on behalf of Plaintiffs

**EXHIBIT E**

*AB Litigation Services*

```
 1     APPEARANCES CONTINUED:

 2
       NEWMAN McNULTY, LLC
 3          By Mari Newman, Esq.
               Andy McNulty, Esq.
 4             1490 N. Lafayette Street
               Suite 304
 5             Denver, Colorado 80218
               720.850.5770
 6             mari@newman-mcnulty.com
               andy@newman-mcnulty.com
 7              Appearing on behalf of Plaintiffs

 8
       THE LANE LAW FIRM, PC
 9          By William O'Donnell, Esq.
               3131 S. Vaughn Way
10             Suite 220
               Aurora, Colorado 80014
11             303.830.0500
               wodonnell@lanelawpc.com
12              Appearing on behalf of Defendants

13
       ALSO PRESENT:  Cassandra Gonzales
14                    Kristy Ward
                      Sam Weiner
15                    Shelley Bryant

16

17

18

19

20

21

22

23

24

25
```

1	Pursuant to Notice and the Federal Rules of
2	Civil Procedure, the deposition of NICOLAS BERUMEN,
3	called by Plaintiffs, was taken on Thursday, April
4	11, 2024, commencing at 9:04 a.m., via remote
5	videoconference, before Barbara J. Davalos,
6	Registered Merit Reporter and Certified Realtime
7	Reporter within and for the State of Colorado.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    know the incident took place, you know, the players,
2    the suspects, the witnesses, the victims, you know,
3    stuff of the sort.
4            So more it would be she was detained to
5    conduct the investigation initially and then kind of
6    see her opinion or her side of what took place later
7    down the road when another entity came in to speak
8    with her.
9      Q    All right.  But when she was detained she
10   wasn't free to leave, correct?
11     A    As of when she was detained she did walk
12   to the vehicle.  But, like I said, she didn't give me
13   any rebuttal, I guess, more so.  It was just to get
14   her out of the area.  So the intentions initially
15   were just to get her out of the area of the crime
16   scene, was the reason for the detainment that I knew
17   of.
18     Q    I feel like you're maybe not understanding
19   what I'm asking.  I'm asking a very specific
20   question.  When you detained Ms. Ward Stamp, was she
21   free to leave?
22     A    At that time, no, I don't believe she was.
23     Q    And was she ever free to leave at any
24   time?
25     A    I'm not sure.  I wasn't with her the whole

1   supervision.  I didn't ask it there, but it would

2   have been, more so, a supervisorial discretion of

3   what they wanted to do if that question did arise,

4   which it didn't.

5        Q     She was still handcuffed in the back of a

6   patrol car, correct?

7        A     I'm not sure.  I wasn't with her at that

8   time.

9        Q     Well, you had directed her at that point

10  to be put in the back of -- by that time she had been

11  moved around from car to car.  But you understood she

12  was still cuffed in the back of a patrol car, didn't

13  you?

14       A     I was with Mr. Brown.  I don't know if she

15  was or not.

16       Q     When you directed Deputy Quintana to take

17  Kristy Ward Stamp to the annex, where did you believe

18  she was?

19       A     More than likely -- I'm guessing more than

20  likely in the back of his vehicle, I would imagine.

21       Q     So was Ms. Ward Stamp free to leave?

22       A     At that time, due to the totality of the

23  circumstances with everything that took place and her

24  still needing to be spoken with by interviewed, more

25  so, by that separate entity, the agency, which I

```
 1   believe was Pueblo Police, at that time she was not.
 2        Q     Was Mr. Brown free to leave?
 3        A     Essentially the same response that I gave
 4   for Ms. Ward Stamp.  He was not.
 5        Q     Have you been trained on any kind of
 6   policy about when a witness should be taken down to
 7   the annex for questioning?
 8        A     I'm sure we've covered it throughout.
 9   Like I said previously, the same thing with
10   everything else.  It's -- we've -- I'm assuming we've
11   had a class at some point in time.  I'd guess we had
12   a class at some point in time, and then it gets
13   touched on here and there throughout trainings
14   throughout the year or block training, what have you.
15        Q     There was a time on your body camera
16   footage when you're having a conversation with Tommy
17   Brown in the car, and he said -- he asks you if he's
18   being interviewed because he was driving.  And you
19   said he was being interviewed because he was
20   involved.  Do you generally recall that?
21        A     I believe, yeah, he replied to me -- or I
22   replied to him he was involved.  And I think he kind
23   of got worked up a little bit.  He was like, No no, I
24   wasn't involved, I wasn't involved.  And then I
25   expounded upon it, Well, you were there and we kind
```