## Supplement

Supplemental, Incident Number: 22S004894

EVIDENCE AVAILABLE    PHOTOS: YES( ) NO(XX)    DASH CAM: YES( ) NO(XX)
BODY WORN CAMERA: YES(XX) NO( )        AUDIO: YES(XX) NO( )

On Tuesday, February 22nd, 2022, at approximately 3:30 PM, I, Deputy
Christine Spencer was on shift completing reports at the Annex located at 920 N
Main Street in Pueblo, Colorado 81003.

While finishing writing reports from my normal day shift, I was
listening to radio traffic in regards to a Suspicious Person call at Liberty
Point International School located at 484 S Maher Dr in Pueblo West, Colorado
81007.

At approximately 3:31 PM, I heard Deputy Cassandra Gonzales air "SHOTS
FIRED, SHOTS FIRED" over her radio. I immediately responded to my vehicle and
aired I was enroute to the scene 10-3 (with my emergency lights and sirens
activated).

When I arrived on scene, I contacted Sergeant Joshua Ragan who was
already on scene, and asked what assistance was needed. He requested I speak
with the initial reporting party for the Suspicious Person call for service. I
located Eric Valencia ██████████████) who notified me he had just spoken with
someone else. I asked if he would be willing to write out a voluntary statement
to exactly what he observed of the incident, and he stated he would assist and
made a comment about how the Deputies were justified in their actions because
the suspect was going after them. He asked me if he could shuttle his children
home and come back to give a statement, which was approved by another individual
in command at the scene. Eric was then allowed to leave the scene with his
children.

I was then given the task of placing a female who was detained in
handcuffs in the rear passenger seat of my fully marked Pueblo County Sheriff's
Office patrol vehicle. I asked the female what her name was, and she identified
herself as Kristy Wardstamp ██████████). She informed me her son was just
shot, and she wanted to know if he was alive or dead. I informed her I didn't
know anything in regards to the condition of her son, and I was going to place
her in my vehicle to keep warm until more information was gathered. For safety
purposes, I pat-searched Kristy and placed all of the belongings she had in her
pockets in a manilla envelope. There were no weapons found on Kristy's person.

Once Kristy was placed in my vehicle, I was then given the
responsibility to be the "gate keeper" for Deputy Cassandra Gonzales, as she was
directly involved in the incident. Sergeant Dante Guadagnoli asked Deputy
Gonzales if she had been injured, and she informed him she thinks she was kicked
by the suspect, or had fallen on her knee during the altercation. Sgt.
Guadagnoli instructed me to take Deputy C. Gonzales to Parkview Hospital to be
medically checked out.

Due to being given this task, I moved Kristy from the back of my car to
the rear passenger seat of Deputy Jacob Mahan's vehicle. The manilla envelope
containing Kristy's belongings was placed on the front passenger seat of Deputy
Mahan's patrol vehicle.

I then transported Deputy C. Gonzales to Parkview Hospital. After she
was checked by medical personnel, she was allowed to leave and was discharged by

15:27:50 04/04/22

**EXHIBIT G**

**WARD 000075**

Parkview staff. I was advised my assistance was no longer needed, and instructed to return home and end my shift.

Date, Time, Reporting Officer: Wed Feb 23 11:35:28 MST 2022 Deputy Christine Spencer B0691

Date, Time, Supervisor:
Tue Mar 29 15:06:48 MDT 2022, app LT J. Bacor B10985

15:27:50 04/04/22

**WARD 000076**