AB Litigation Services

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLORADO

Civil Action No. 23-CV-00473-CNS-MDB

-------------------------------------------------------

VIDEOCONFERENCE DEPOSITION OF JACOB DAVID MAHAN
NOVEMBER 29, 2023

-------------------------------------------------------

ESTATE OF RICHARD WARD, by and through its personal
representative Kristy Ward Stamp, and
KRISTY WARD STAMP,

    Plaintiffs,

v.

PUEBLO, COLORADO; DEPUTY CHARLES McWHORTER, in his
individual and official capacity; DEPUTY CASSANDRA
GONZALES, in her individual and official capacity;
DEPUTY JACOB MAHAN, in his individual and official
capacity; DEPUTY CHRISTINE SPENCER, in her individual
and official capacity; DEPUTY NICOLAS BERUMEN, in his
individual and official capacity; DEPUTY ROBERT
QUINTANA, in his individual and official capacity;
and SERGEANT JOSH RAGAN, in his individual and
official capacity,

    Defendants.

-------------------------------------------------------

APPEARANCES:

    KILLMER LANE & NEWMAN LLP
      By Darold W. Killmer, Esq.
        1543 Champa Street, Suite 400
        Denver, Colorado 80202
          Appearing remotely for Plaintiffs

*AB Litigation Services*

```
 1     APPEARANCES:

 2          NEWMAN McNULTY LLC
              By Mari Newman, Esq.
 3               Andrew McNulty, Esq.
                 1490 North Lafayette Street, Suite 304
 4               Denver, Colorado 80218
                    Appearing remotely for Plaintiffs
 5

 6          THE LANE LAW FIRM, P.C.
              By William O'Donnell, Esq.
 7               5105 DTC Parkway
                 First National Bank Building, Suite 475
 8               Greenwood Village, Colorado 80111-2764
                    Appearing remotely for Defendants
 9

10          Also Present:  Kristy Ward Stamp
                           Sam Weiner
11                         Cassandra Gonzales

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*AB Litigation Services*

```
 1              Pursuant to Notice and the Federal
 2     Rules of Civil Procedure, the videoconference
 3     deposition of JACOB DAVID MAHAN, called by
 4     Plaintiffs, was taken on Wednesday, November 29,
 5     2023, commencing at 9:13 a.m. before Kathy L. Davis,
 6     Registered Professional Reporter, Certified Realtime
 7     Reporter, and Registered Merit Reporter within and
 8     for the State of Colorado.
 9
10
11                          I N D E X
12     VIDEOCONFERENCE DEPOSITION OF JACOB DAVID MAHAN
13     EXAMINATION                                      PAGE
14           By Ms. Newman                                 6
15
16     EXHIBITS                             INITIAL REFERENCE
17       Exhibit 30   Defendant Mahan's Responses To     9
                      Plaintiffs' Discovery Requests
18                    To The Individual Defendants
19       Exhibit 31   3/8/2023 PCSO IA Investigation    11
                      Number IA23-006
20
         Exhibit 32   PCSO IA Investigation Number      18
21                    IA20-002
22       Exhibit 33   3/20/2018 memo of a verbal        21
                      counseling relating to release
23                    of Delarosa
24       Exhibit 34   9/11/2018 memo of a verbal        23
                      counseling relating to release
25                    of Trujillo
```

1  Q     What would have happened at that point if
2  Kristy Ward Stamp and Tommy Brown had tried to leave?
3  A     They would have been detained.  Are you
4  talking about when they were inside the vehicle?
5        (Ms. Gonzales reentered the deposition.)
6  Q     (BY MS. NEWMAN)  Well, when they were
7  inside the vehicle or at any point thereafter was
8  Kristy Ward Stamp free to leave?
9        (Mr. McNulty entered the deposition
10              room.)
11 A     At that point, no, she was not.
12 Q     (BY MS. NEWMAN)  Was she ever free to
13 leave?
14 A     I don't -- I don't know after that point.
15 I cannot speak on afterwards.
16 Q     Well, you -- you do know because you know
17 that she was handcuffed and put into a series of
18 police cruisers.  You know that, don't you?
19 A     She was -- I know that she was placed
20 into one vehicle, yes.
21 Q     So was there any time at which Kristy
22 Ward Stamp was free to leave the scene?
23 A     At that point, no.
24 Q     And if Kristy Ward Stamp had ever tried
25 to leave the scene, what would have happened?

1    right?
2       A    I believe so, yes.
3       Q    So you detained Ms. Ward Stamp in your
4    police cruiser?
5       A    I placed her in my vehicle, yes.
6       Q    And she was not free to leave, correct?
7       A    At that point she was placed in my
8    vehicle due to the weather, and I didn't want her to
9    be outside.  And I believed the vehicle that she was
10   in prior needed to be used for something else.  I
11   don't know, though.
12      Q    When you put Ms. Ward Stamp into your
13   police cruiser was she free to leave?
14      A    She was placed into my vehicle for the
15   weather, yes.  She was -- she was not free to leave
16   at that point.
17      Q    And she was still cuffed?
18      A    I believe so, yes.
19      Q    Did you also search her?
20      A    I don't believe I did.
21      Q    Um, were you required to search her when
22   you were putting her into your vehicle?
23      A    No, because she was searched prior to
24   that.
25      Q    You knew she had already been searched by