UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 23-CV-00473-MDB

ESTATE OF RICHARD WARD by and through its personal representative Kristy Ward
Stamp,
and
KRISTY WARD STAMP,

        Plaintiffs,

v.

PUEBLO COUNTY SHERIFF DAVID J. LUCERO, in his official capacity;
PUEBLO COUNTY BOARD OF COUNTY COMMISSIONERS;
DEPUTY CHARLES MCWHORTER, in his individual and official capacity;
DEPUTY CASSANDRA GONZALES, in her individual and official capacity;
DEPUTY JACOB MAHAN, in his individual and official capacity;
DEPUTY CHRISTINE SPENCER, in her individual and official capacity;
DEPUTY NICHOLAS BERUMEN, in his individual and official capacity;
DEPUTY ROBERT QUINTANA, in his individual and official capacity;
SERGEANT JOSH RAGAN, in his individual and official capacity;
CAPTAIN SHELLEY BRYANT, in her individual and official capacity

Defendants.

---

## UNSWORN DECLARATION OF CAPTAIN SHELLEY BRYANT

---

DECLARANT, Shelley Bryant, declares under penalty of perjury that the following
is true and correct:

1.     Declarant makes this unsworn declaration at the Pueblo County Sheriff's
Office ("PCSO") in Pueblo, Colorado.

2.     Declarant is the captain of investigations for the PCSO.

3.     On February 22, 2022, following the officer involved shooting of Richard
Ward, the Tenth Judicial District Critical Incident Team ("CIT") was activated to

**EXHIBIT K**

investigate the incident. The CIT consisted of members of the Pueblo Police Department, PCSO, Colorado State Patrol, CBI, and the Tenth Judicial District Attorney's Office. The Pueblo Police Department was designated as the lead investigative agency.

4.     As the lead investigative agency of the CIT, Pueblo Police Department had decision-making authority as to how to conduct its investigation.

5.     As Captain of investigations, Declarant would have been responsible for making investigation-related decisions as to how to conduct the investigation if PCSO was the lead investigative agency. PCSO was not the lead investigative agency.

6.     Declarant was present at the scene for a very brief time.

7.     As lead investigative agency of the CIT, the Pueblo Police Department is capable of assigning investigative tasks to PCSO personnel.

8.     The CIT made the decision to detain Plaintiff and transport her to PCSO Annex for questioning.

Further Declarant sayeth not. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11-15-24
Date

Captain Shelley Bryant

2