AB Litigation Services

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLORADO

Civil Action No. 23-CV-00473-CNS-MDB

---

VIDEOCONFERENCE DEPOSITION OF JOSHUA WESLEY RAGAN
NOVEMBER 28, 2023

---

ESTATE OF RICHARD WARD, by and through its personal representative Kristy Ward Stamp, and
KRISTY WARD STAMP,

    Plaintiffs,

v.

PUEBLO, COLORADO; DEPUTY CHARLES McWHORTER, in his individual and official capacity; DEPUTY CASSANDRA GONZALES, in her individual and official capacity; DEPUTY JACOB MAHAN, in his individual and official capacity; DEPUTY CHRISTINE SPENCER, in her individual and official capacity; DEPUTY NICOLAS BERUMEN, in his individual and official capacity; DEPUTY ROBERT QUINTANA, in his individual and official capacity; and SERGEANT JOSH RAGAN, in his individual and official capacity,

    Defendants.

---

APPEARANCES:

    NEWMAN McNULTY LLC
      By Mari Newman, Esq.
        Andrew McNulty, Esq.
        1490 North Lafayette Street, Suite 304
        Denver, Colorado 80218
          Appearing remotely for Plaintiffs

*AB Litigation Services*

```
 1    APPEARANCES (continued):

 2         THE LANE LAW FIRM, P.C.
             By William O'Donnell, Esq.
 3                5105 DTC Parkway
                  First National Bank Building, Suite 475
 4                Greenwood Village, Colorado 80111-2764
                    Appearing remotely for Defendants
 5

 6         Also Present:   Kristy Ward Stamp
                           Cassandra Gonzales
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*AB Litigation Services*

1        Pursuant to Notice and the Federal

2   Rules of Civil Procedure, the videoconference

3   deposition of JOSHUA WESLEY RAGAN, called by

4   Plaintiffs, was taken on Tuesday, November 28, 2023,

5   commencing at 1:02 p.m., before Kathy L. Davis,

6   Registered Professional Reporter, Certified Realtime

7   Reporter, and Registered Merit Reporter within and

8   for the State of Colorado.

9

10

11                         I N D E X

12   VIDEOCONFERENCE DEPOSITION OF JOSHUA WESLEY RAGAN

13   EXAMINATION                                      PAGE

14        By Ms. Newman                                 5

15   EXHIBITS                              INITIAL REFERENCE

16     Exhibit 24   4/19/2022 memo from Romo to        20
                    Hall, Re:  21C-059 Meeting With
17                  Sgt. Joshua Ragan

18     Exhibit 25   Defendant Ragan's Responses To     22
                    Plaintiffs' Discovery Requests
19                  To The Individual Defendants

20     Exhibit 26   11-5-09 Memo from DeSalvo to       24
                    Ragan, Re:  Use of Force 09
21                  D2317

22     Exhibit 27   Disciplinary Action Sign-Off       25
                    for Ragan regarding a parolee
23                  release

24     Exhibit 28   Joshua Ragan Response to          139
                    Resistance Report dated
25                  2/22/2022

AB Litigation Services

1      Q      Well, and telling somebody that they are
2   being detained isn't advising them of their legal
3   rights, is it?
4      A      No.
5      Q      Do you believe it would be appropriate to
6   advise -- to have advised Ms. Ward Stamp of her legal
7   rights?
8      A      As far as the investigation goes, that
9   would be for the -- the official interviewer, because
10  they are the ones that are going to have to be
11  questioning her.  The main time that we, as you know,
12  read people their Miranda rights or their legal
13  rights is before they're questioned.  And my guys are
14  not questioning them on -- or at least they're not
15  supposed to be questioning them on the actual
16  investigation.
17     Q      Would you agree with me that Ms. Ward
18  Stamp was not free to leave?
19     A      Initially when we were figuring it out
20  then, yes, I would say she was being detained and not
21  free to leave until we could figure out what was
22  going on.
23     Q      Was there any point on the -- at the
24  scene where Ms. Ward Stamp was free to leave?
25     A      To my knowledge, no.