*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLORADO

Civil Action No. 23-CV-00473-CNS-MDB

------------------------------------------------------

VIDEOCONFERENCE DEPOSITION OF
CHRISTINE DANCE SPENCER

NOVEMBER 27, 2023

------------------------------------------------------

ESTATE OF RICHARD WARD, by and through its personal
representative Kristy Ward Stamp, and
KRISTY WARD STAMP,

    Plaintiffs,

v.

PUEBLO, COLORADO; DEPUTY CHARLES McWHORTER, in his
individual and official capacity; DEPUTY CASSANDRA
GONZALES, in her individual and official capacity;
DEPUTY JACOB MAHAN, in his individual and official
capacity; DEPUTY CHRISTINE SPENCER, in her individual
and official capacity; DEPUTY NICOLAS BERUMEN, in his
individual and official capacity; DEPUTY ROBERT
QUINTANA, in his individual and official capacity;
and SERGEANT JOSH RAGAN, in his individual and
official capacity,

    Defendants.

------------------------------------------------------

APPEARANCES:

    KILLMER LANE LLP
      By Darold W. Killmer, Esq.
        Mari Newman, Esq.
        Andrew McNulty, Esq.
        Reid Allison, Esq.
        1543 Champa Street, Suite 400
        Denver, Colorado 80202
          Appearing remotely for Plaintiffs

*AB Litigation Services*

```
 1     APPEARANCES (continued):

 2          THE LANE LAW FIRM, P.C.
              By William O'Donnell, Esq.
 3                5105 DTC Parkway
                  First National Bank Building, Suite 475
 4                Greenwood Village, Colorado 80111-2764
                    Appearing remotely for Defendants
 5

 6          Also Present Remotely:   Cassandra Gonzales
                                     Kristy Ward Stamp
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*AB Litigation Services*

```
 1                Pursuant to Notice and the Federal
 2     Rules of Civil Procedure, the videoconference
 3     deposition of CHRISTINE DANCE SPENCER, called by
 4     Plaintiffs, was taken on Monday, November 27, 2023,
 5     commencing at 1:08 p.m. before Kathy L. Davis,
 6     Registered Professional Reporter, Certified Realtime
 7     Reporter, and Registered Merit Reporter within and
 8     for the State of Colorado.
 9
10
11                         I N D E X
12     VIDEOCONFERENCE DEPOSITION OF CHRISTINE DANCE SPENCER
13     EXAMINATION                                      PAGE
14           By Ms. Newman                                 5
15     EXHIBITS                            INITIAL REFERENCE
16        Exhibit 12   Background report of Christina     9
                       Dance Emilio
17
          Exhibit 13   Pueblo County Law Enforcement     58
18                     Bureau Policy Number 1.5,
                       Subject:  Arrests and
19                     Detentions

20        Exhibit 14   Pueblo County Sheriffs Office,    81
                       Policy Number:  1.4, Search and
21                     Seizure

22        Exhibit 15   Document titled                   99
                       Officer-Involved Incident
23                     Protocol Of The Tenth Judicial
                       District
24
          Exhibit 16   Photographs of Gonzales' arms    104
25                     taken at the hospital
```

AB Litigation Services

```
 1   information is learned.
 2         Q     What does that mean?
 3         A     Just until further information is
 4   learned.  If you have a reasonable suspicion to
 5   believe that this person has been involved in some
 6   kind of incident, you can detain them until you find
 7   out further.  And then if you find out that they are
 8   not involved then you can release them.
 9         Q     So let's start with the first.  Would you
10   agree with me that there was no legitimate legal
11   reason to arrest Ms. Ward Stamp?
12         A     She was not arrested.
13         Q     Would you agree with me that there was no
14   legal basis to arrest Ms. Ward Stamp?
15               MR. O'DONNELL:  Objection.  Form.
16         A     Well, she wasn't arrested, so there
17   was -- she . . .  There was no reason to arrest her.
18         Q     (BY MS. NEWMAN)  Based on all of your
19   training and experience as a Pueblo County Sheriff's
20   officer, was there any legal justification to arrest
21   Ms. Ward Stamp?
22         A     There was legal justification to detain
23   her, yes, but there was not a reason to arrest her at
24   that time.
25         Q     Was there a reason -- a legal
```