# February 22, 2022 Weather History in Pueblo Colorado, United States

*The data for this report comes from the Pueblo Memorial Airport. See all nearby weather stations (/h/r/3691/Historical-Weather-in-Pueblo-Colorado-United-States)*

This report shows the past weather for Pueblo, providing a weather history for February 22, 2022. It features all historical weather data series we have available, including the Pueblo temperature history for February 22, 2022. You can drill down from year to month and even day level reports by clicking on the graphs.



*Measured temperature at approximately 2 meters above the surface of an open field (black dots) and 6, 12, and 24-hour lows (horizontal blue lines) and highs (red lines), placed above the hourly average temperature (faint purple line), with 25th to 75th and 10th to 90th percentile bands. The thin dotted line is the perceived temperature. Civil twilight and night are indicated by shaded overlays.*



**EXHIBIT Q**