*AB Litigation Services*

```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLORADO

Civil Action No. 23-CV-00473-CNS-MDB

------------------------------------------------

VIDEOCONFERENCE DEPOSITION OF
CHARLES THOMAS McWHORTER III

December 4, 2023

------------------------------------------------

ESTATE OF RICHARD WARD, by and through its personal
representative Kristy Ward Stamp, and
KRISTY WARD STAMP,

      Plaintiffs,

v.

PUEBLO, COLORADO; DEPUTY CHARLES McWHORTER, in his
individual and official capacity; DEPUTY CASSANDRA
GONZALES, in her individual and official capacity;
DEPUTY JACOB MAHAN, in his individual and official
capacity; DEPUTY CHRISTINE SPENCER, in her individual
and official capacity; DEPUTY NICOLAS BERUMEN, in his
individual and official capacity; DEPUTY ROBERT
QUINTANA, in his individual and official capacity;
and SERGEANT JOSH RAGAN, in his individual and
official capacity,

      Defendants.

------------------------------------------------

APPEARANCES:

      KILLMER LANE LLP
        By Darold W. Killmer, Esq.
           Reid Allison, Esq.
           1543 Champa Street, Suite 400
           Denver, Colorado 80202
             Appearing remotely for Plaintiffs
```

**EXHIBIT S**              *Charles Thomas McWhorter, III  - 12/04/2023*                    1

*AB Litigation Services*

```
 1    APPEARANCES (continued):

 2        NEWMAN McNULTY LLC
              By Mari Newman, Esq.
 3                Andrew McNulty, Esq.
                  1490 North Lafayette Street, Suite 304
 4                Denver, Colorado 80218
                      Appearing remotely for Plaintiffs
 5

 6        THE LANE LAW FIRM, P.C.
              By Sean Lane, Esq.
 7                William O'Donnell, Esq.
                  5105 DTC Parkway
 8                First National Bank Building, Suite 475
                  Greenwood Village, Colorado 80111-2764
 9                    Appearing remotely for Defendants

10

          Also Present Remotely:  Kristy Ward Stamp
11                                 Joshua Ragan
                                   Cassandra Gonzales
12                                 Sam Weiner
                                   Annie O'Brien
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           Pursuant to Notice and the Federal

2     Rules of Civil Procedure, the videoconference

3     deposition of CHARLES THOMAS McWHORTER III, called by

4     Plaintiffs, was taken on Monday, December 4, 2023,

5     commencing at 9:02 a.m. before Kathy L. Davis,

6     Registered Professional Reporter, Certified Realtime

7     Reporter, and Registered Merit Reporter within and

8     for the State of Colorado.

9

10

11                    I N D E X

12    VIDEOCONFERENCE DEPOSITION OF
      CHARLES THOMAS McWHORTER III
13    EXAMINATION                            PAGE

14         By Mr. Killmer                     6
           By Mr. Lane                       310
15

16

17    EXHIBITS                    INITIAL REFERENCE

18    Exhibit 42  Packet of documents beginning    24
                  with a 9/16/2022 letter from
19                Taylor to McWhorter

20    Exhibit 43  9/20/2022 letter from McWhorter   31
                  to Taylor
21
      Exhibit 44  Pueblo County Sheriff's Office    50
22                Pre-Employment Polygraph
                  Booklet
23
      Exhibit 45  11/19/2013 memo from Grasmick     88
24                to Phillips, Re:  Employment
                  Background
25

1    Q    Going to run -- it's at 49 seconds.  I'm
2    going to run it now.

3              (Video played.)

4    Q    (BY MR. KILLMER)  So at 49 to 53 you did
5    go hands-on with him, and Mr. Ward said, Why are you
6    touching my arm, bro?  And you said, Why are you
7    acting like this?  Correct?

8    A    Yes.

9    Q    Why were you touching his arm?

10   A    With the door being open, he swung his
11   legs out, which is usually indicative with attempting
12   to either get out of the vehicle and be aggressive or
13   attempt to run.

14   Q    Well, I don't know.  I'm looking at the
15   screen right now and his legs aren't swung out.
16   They're right behind the passenger seat.  You can see
17   his right knee and his left knee, both of them still
18   in the car.  Can you see that?

19   A    I see that his right knee is -- it
20   appears to be past the threshold.  If you reverse it
21   you'll be able to see him move his legs towards the
22   exit.

23   Q    Towards the exit.  I will reverse it.
24   We're back at 33 when you're starting.  You can see
25   his right foot, which is closer to the door, is