## Executive Summary

Nature of Incident: Officer-Involved Shooting

Date of Incident: Tuesday February 22, 2022

Time of Incident: 1523 hours

Location of Incident: 484 S. Maher Dr., Pueblo West, Colorado

Involved Officer:  Deputy Charles McWhorter

　　　　　　　　　Deputy Cassandra Gonzales

Suspect / Decedent: Richard Ward ▮▮▮▮▮

Synopsis of Incident:

On 02/22/22 at about 1523hrs Pueblo County Sheriff's Deputies Charles McWhorter (D39) and Deputy Cassandra Gonzales (D48) were involved in a critical incident at 484 S Maher Dr. in Pueblo West, Colorado. During this critical incident Deputy McWhorter fired his duty weapon at Richard Ward, ▮▮▮▮▮, killing him.

The Tenth Judicial District Critical Incident Team was activated to investigate the incident. The Critical Incident Team consisted of members of the Pueblo Police Department, Pueblo County Sheriff's Office, Colorado State Patrol, Colorado Bureau of Investigation, and the Tenth Judicial District Attorney's Office. The Pueblo Police Department was designated as the lead investigative agency.

The purpose of this executive summary is to provide a synopsis of the attached investigative report completed by the Critical Incident Team.

On 02/22/22 Deputy Charles McWhorter and Deputy Cassandra Gonzales were dispatched to the Liberty Point International Middle School, 484 S Maher Dr. Pueblo West, Colorado, on reports of a suspicious male party trying to open car doors. They were informed the male party may be on something, suggesting a possible intoxication.

**EXHIBIT U**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**WARD 000517**

The initial caller, Eric Valencia, tells dispatch a male, Ward, became aggressive with one car (no description as to what aggressive is) and is trying to get into cars in the parking lot.  Ward was described as a Caucasian male, wearing an orange / red shirt with a light jacket, light hair, 6-0 real skinny with a hat.  Mr. Valencia states Ward was on the east side of the parking lot, out of his line of sight.  Ward then comes back into sight and can be seen by Mr. Valencia who states Ward is wearing a jacket with gray sleeves and black in color.  Mr. Valencia tells dispatch Ward is confronted by someone from the school, then walks west.   Ward then gets into the back seat of a white SUV 4dr, possibly Mazda, tinted windows and approximately 8-9 cars in from the road.

Mr. Valencia directs the deputies to the car via dispatch.   When Deputy McWhorter arrives on scene, he is told by dispatch the car is white in color and where it is located.   Deputy McWhorter asks dispatch to be more specific as there are several white cars in the parking lot.  Deputy McWhorter is told it is the white car two children walk in front of.   This information assists Deputy McWhorter in locating the car.

Deputy McWhorter advises dispatch Ward is in the back seat of a white Lexus SUV with Colorado Plate CIW976, he then contacts Ward.  Deputy McWhorter is given the listing for the SUV, which comes back to Larry Ward.   There is no radio traffic for over 2 minutes while contact is made with Ward, then Deputy Gonzales is heard on air advising dispatch of shots fired.   Several seconds later Deputy McWhorter airs over the radio, "D39 we need medical".


After the shooting Deputies Mcwhorter and Gonzales were transported to Parkview Medical Center to be treated for injuries.  Deputy Gonzales had an injury to her right knee which would later require her to wear a splint / brace.  Deputy McWhorter had an injury to his face at the bridge of his nose, his right forefinger, his lower back, right knee, and reaggravated a previous injury to the middle of his neck.  Both deputies were dressed in standard PCSO patrol uniforms with department patches on both shoulders. McWhorters uses call sign Delta39, badge number 100, Gonzales uses call sign Delta48, badge number 28.   Both Deputies wore standard police duty belts with standard police equipment.   Photos were taken of both Deputies.   Nothing was collected from Deputy Gonzales other than photos.

Deputy McWhorter had mud and dirt on his uniform and gun belt, much of the mud and dirt was on his right side.   ID Detective Roger Schneider did find biological evidence on McWhorters uniform, the complete uniform to include the duty belt and its contents were tagged as evidence.   The following injuries to McWhorter were documented with photos, bruising to the bridge of his nose and under both eyes, an abrasion to his right elbow, bruising to his left knee, and a cut / scratch to his right hand and forefinger.  The injuries to McWhorter were documented over several days in photographs.   GSR was not completed on McWhorter.  McWhorters duty weapon is a Smith and Wesson, model M&P9, 9mm semiauto pistol, black in color with a Streamlight TLR-1s tactical light attached to the front of the frame of the gun. The

WARD 000518

serial number on the weapon is #NBX8538. A 15-round magazine was loaded in the magazine well of the gun and it contained 12 live Winchester 9mm cartridges. One additional live cartridge was found to be loaded in the chamber of the weapon. The weapon was 3 rounds short of its maximum carrying capacity. 15 live cartridges were loaded in each of the two spare magazines and were also the same type of Winchester 9mm hollow point

Detective John Guerrero and Detective Vanessa Simpson processed the scene which was located to the south of the Liberty International Middle School with the white SUV, Colorado Plate CIW976, facing east parked in the parent pick up loop.  The SUV was parked on the pavement with a dirt parking lot to the south and a tree just to the west of the rear of the vehicle.   Ward was laying on his back on the ground at the back right passenger door.  Ward was clothed in a black jacket with gray sleeves, red t-shirt, black sweatpants with red underwear showing, with black and white shoes.  To the southeast of Ward was a Chicago Bulls hat.

Items of evidence were notated with the use of evidence cones.  McWhorter's patrol vehicle, unit 386, was parked to the west of the parking covering / solar panels facing north by the trail sidewalk.  Gonzales' patrol vehicle, unit 378, was parked facing north facing the passenger side of the white SUV.  Neither vehicle had dash cam video available of the incident.   Due to inclement weather a plastic tarp was placed over Ward and the surrounding area to preserve evidence.  Photographs were taken of the scene and a FARO scan was completed for the entire scene.  Nothing unusual or irregular was found concerning the patrol vehicles, they were turned over to the PCSO after the scene was processed.

Once the items of evidence were photographed, Coroner Investigator Troy Puga removed Wards body from the scene.  Due to inclement weather Ward was taken to the coroner's office where photos were taken, Ward was then placed into storage at the coroner's office awaiting autopsy.

On 02/22/22 Tommy Brown was interviewed at the Pueblo County Sheriff's Office Annex by Pueblo Police Detective Jose Medina and Pueblo County Detective Victor Herrera. Tommy told detectives he was at the middle school to pick up his girlfriend, Kristy Ward's, son, Chase. Tommy said he was driving the vehicle and arrived at the school at approximately 1510hrs.

Tommy said Kristy's son, Richard Ward, who was with them, was having an off day and went to walk and smoke a cigarette then was going to pick up his brother and bring him to the car. Tommy said he saw Ward talking to someone from the school, and assumed he was asking him why he was at the school and then saw him point to the car. Tommy said he yelled at Ward telling him to come to the car, which he did.

Tommy said the police showed up and contacted Ward asking him if he opened someone's car door.  Tommy did say Ward had gone to a white car, which was not their car.   Tommy said Ward explained to the police that he went to the wrong car and said he apologized to the lady.

Tommy said the police started grabbing Ward's arm for no reason before he found out if there was a pocketknife in his pocket.  Tommy said he didn't know if the deputy was doing this because he was in fear for himself.   Tommy said in less than a minute the dude (Deputy McWhorter) fired approximately 5 rounds.  Tommy said he thinks the officer should have gone to at least a taser instead.

Detective Herrera asked Tommy to explain why Ward was having an off day.  Tommy said Ward had just been put on his meds, Tommy said Ward was just at a doctor's office and believes his name was Dr. Jodik (unknown spelling) by Dave's Deli, Pueblo West.    Tommy said Ward is on meds for bipolar, adhd, and severe anxiety.  Detective Herrera asked Tommy if Ward is on any type of drug or if he self-medicates, Tommy said as far as he knows he doesn't think so but said Ward goes to the methadone clinic.   Detective Herrera asked Tommy if he knows what drug Ward took, Tommy said Ward used to use Methamphetamine.   Tommy did say Ward had taken Zanax and Adderall but didn't know how much he took and possibly could have been a combination which could have affected him.   Tommy does state later in the interview that Ward did have an opiate problem, but he has been clean for 4 months.

Detective Herrera asked Tommy to clarify what the Deputy said to Ward, Tommy said he asked him who he was to be picking up.  Tommy said Ward also told the Deputy he apologized to the female for going to the wrong car.   Tommy said he knows Ward resisted, Tommy was asked if Ward was resisting and said at the time he was and stopped, saying his body went restless.  Ward was seated in the right rear passenger seat of the SUV when he was contacted.

Tommy states Ward, when asked if he had weapons, tells the deputies he thinks he has a knife in his pocket.  Tommy said before any of this happened Deputy Mcwhorter was moving to grab Wards arm.  Tommy does state later in the interview that Ward did ask McWhorter why he was grabbing him.  Tommy states Ward asked why he was being pulled out of the vehicle, and states he isn't doing anything wrong.  Tommy does state several times that Ward was resisting the officers as they were pulling him out of the car.   Tommy said he heard McWhorter ask Ward what he put in his mouth, but he doesn't know if Ward put anything in his mouth as he didn't see it.

Tommy states Ward was in handcuffs and questions why a taser wasn't used.  Tommy said he heard the deputies telling Ward to calm down during the struggle and said even he and Kristy were telling Ward to stop.   Tommy was asked why Ward didn't stop when they asked him to, and he believed it is possibly due to his condition.   Tommy said Ward was saying he wasn't resisting when Deputies told him to stop resisting.

Tommy was asked if he ever saw Ward reach for the Deputies gun and he said no, he said they had him on the ground which he demonstrated on the floor of the interview room.   Tommy

laid on the floor on his stomach with his hands behind his back, saying the deputies were telling Ward to stop resisting along with him and Kristy telling him to stop. Tommy said the deputy went to grab his hands but doesn't know what happened. Tommy said when the deputy went to grab Wards arms, he turned, and doesn't know if they had one handcuff on him or not. Tommy laid on his left side showing Ward was laying in this manner and assumed he was dead. Tommy did not see the shooting happen but heard the shots fired and saw McWhorter standing with his weapon drawn at which time he asked McWhorter if he shot Ward. Tommy never saw McWhorter draw his weapon.

On 02/22/22 Kristy Ward was interviewed at the Pueblo County Sheriff's Office Annex by Pueblo Police Detective Carly Verdugo (Gustin) and Pueblo County Sheriff Detective Amy Lile. Kristy is the mother to Richard Ward.

Kristy told detectives they were at the school to pick up her son Chase. She said while waiting for ▇, Ward became antsy and got out of the car to get ▇ and had to use the bathroom, Kristy said Ward has anxiety. When Ward got out of the car, he walked to the front of the school thinking ▇e was going to come out there    Kristy said when Ward came back out, she thinks he went to the wrong car, but said she doesn't know the whole story as she was sitting in the passenger seat of the car. Kristy said Ward got back in the car in the back right passenger seat and told her he spoke with one of the school officials.

Kristy said a Sheriff Deputy walked up to the car. Kristy said she thinks Ward was fighting as the deputies were trying to subdue him on the ground. Kristy thought the deputies either had the handcuffs on Ward or were getting them on him when the shots happened. Kristy said she was in the front passenger seat and her boyfriend Tommy was driving with Ward in the back right passenger seat.

Kristy said the deputies pulled Ward out of the car and said something about a pill, Kristy didn't know what this was about. Kristy was asked if Ward takes pills and she said he has a prescription, when asked what it was for, she said that is his personal information and she doesn't know. Kristy was asked about other narcotics or prescriptions he may be on, and she was not willing to answer the question. Kristy said when the deputies had Ward on the ground, she heard them telling him not to resist. Kristy said she did hear shots but didn't know if it was three or five shots. Kristy was informed at the end of the interview that Ward had passed from his injuries.

On 02/23/22 Pueblo Police Detective Jose Medina and Pueblo County Sheriffs Detective Victor Herrera met with witness Stacy Hoff at her residence in Pueblo West. Stacy said when she pulled up to park at the school, she saw Ward speaking with the officers at the car, she said Ward was popping off at the deputies. Stacy said Ward was being combative with the

WARD 000521

Deputies, saw the struggle, and said she thinks he was reaching for the Deputies gun, but said she could not really see. She said Ward was having fun with it making statements like "Ya come on get it". She said Ward did not try to disengage with the deputies. Stacy said Ward was going for the deputy's gun and said the deputies were going to be shot. Stacy said it appeared when Ward realized he could not get away he started going after their weapons. Stacy said she could not really see but when asked if Ward was trying to grab at their duty belts she said yes. Stacy said Ward was grabbing at the deputy's duty belt and it didn't appear he was trying to hit them. Stacy said as she was backing up, she heard 3-gun shots then saw the deputies jump up. Stacy said after, she thought Ward was on the ground screaming but said it was odd. Stacy agreed the struggle was violent saying Ward was not letting go without a struggle. Stacy said Ward was in a gray hoody, hat, and sweatpants.

On 02/25/22 Detective Lee Medved, Detective Vanessa Simpson, and Detective Jose Medina attended the autopsy of Richard Ward. Dr. Dan Lingamfelter performed the autopsy. Wards body was photographed before the start of the autopsy and during the autopsy. All clothing was removed off Ward, upon inspecting the contents of his pockets two pills were found, one in his jacket pocket which was weathered and unable to be identified, the other was found in his pants pocket and was identified as an anxiety pill. Ward had the following injuries on his body: GSW to the throat, GSW mid chest, GSW upper mid clavicle collar bone area, injury to the bridge of his nose, left arm, left wrist, and left knee had abrasions, lower left leg, left hip buttock area had abrasions, right buttock abrasion, right shin area abrasion, right side of face abrasion. Middle right back had a GSW exit wound, lower right back just under the skin was a fired bullet which did not exit the skin. Two fired bullets were recovered from the body, one fired bullet was recovered at the scene when the scene was being processed. Dr. Lingamfelter determined the cause of death to be multiple gunshot wounds and the manor of death to be homicide.

Based on BWC video and examination of Deputy McWhorters duty weapon we know that Deputy McWhorter fired 3 shots total, which correlate to the injuries and fired bullets found during scene processing and the autopsy.

On 02/25/22 Deputy Cassandra Gonzales was interviewed at the Pueblo Police Department by Pueblo Police Detective Jose Medina and Colorado Bureau of Investigations Agent Kevin Kobach. Gonzales' law enforcement experience starts at Pueblo County Sheriffs office where she worked in the jail from 2005-2008 then she went to Oklahoma where she worked as a Federal Police Officer from 2008-2013 then back to the Pueblo County Sheriffs office in 2014 where she worked in the jail, moving to patrol in 2018. Gonzales' radio call number is D48.

Gonzales said she and Deputy McWhorter were dispatched to Liberty Point International School on a suspicious male checking car doors and possibly got into a car, which all happened prior to

her arriving. Deputy Gonzales states someone from the school tells Ward to leave the premises. Gonzales states McWhorter arrived on scene first and finds the male in a white car sitting in the back passenger seat. Gonzales said McWhorter is asking the male what is going on, she states the first thing she noticed about Ward is his skin color and describes it as pink / reddish tint. Gonzales compares this to someone who huffs paint. Gonzales said Ward was wearing a red shirt, black hat and shoes, and a dark colored hoodie. She states his speech was fast and he appeared to be under the influence of something.

Gonzales said McWhorter asks Ward if he is under the influence, which he tells him no, then is asked for his ID. Ward then checks his person and is then asked by McWhorter if he has any weapons and Ward states, he doesn't think so as he is patting himself down. Gonzales states Ward then opens his coat, which she depicts as Ward opening his coat and reaching inside the coat with his right hand. McWhorter takes Ward out of the car, and she starts telling Ward down down down, which Ward refuses the verbal order. Gonzales stated Ward is told to put his hands behind his back and says he is putting up a fight, not complying with verbal orders.

Gonzales stated Ward is grabbing at McWhorters duty belt not letting go. She says verbal orders are given for Ward to stop, stop resisting. She states she grabs hold of one of Wards legs and applies a tibial pressure point using her knee, then grabs the other leg applying the same technique with her thumb, which is done to gain control. Gonzales states at one-point McWhorters voice changes, it became shaky as if his airway was muffled. Gonzales states she doesn't recall if he was saying let go or stop but knows it was McWhorters voice. Gonzales said she was scared for McWhorters and said she heard two to three shots which were muffled. She then sees McWhorter take a stance back at which point she calls out shots fired.

Gonzales states she is still holding Ward on the ground by the legs keeping him down, Ward is laying on the ground on his back. She said she didn't know if Ward was armed or going to continue to fight. She states the door to the car was still open and wanted to keep a clear shot / view of the people in the car. Gonzales said she didn't know who closed the door and said she stepped back to keep an eye on the scene as it is now a crime scene.

Gonzales states she and McWhorters check to make sure they aren't bleeding anywhere; McWhorter then lifts Wards shirt to check on him. Gonzales states more people are now showing up, parents are coming and picking up their children from school. Gonzales stayed with Ward until fire rescue arrives to check on him. She is then relieved and goes to look for crime scene tape after which she is transported to Parkview Medical Center.

Gonzales said she cannot remember if Ward was saying anything during the struggle. Gonzales describes Ward grabbing McWhorters gun belt, when she reenacts this, she does so with Agent Kovak. What she depicts is Ward bent over, his head about chest high leaned into McWhorter with his hands on the waist of McWhorters waist, one hand on the left hip and one on the right hip. She shows Agent Kovak how Ward is grabbing McWhorter and she grabs Agent Kovak

**WARD 000523**

around the waist with her hand on either hip, one of which is where Agent Kovak's duty weapon is.

Gonzales states McWhorter is on his side trying to protect his gun and demonstrates this by locking her elbow to her side. Gonzales said she did not know what was going on with McWhorters other side as she was concerned with the hand placement on the side she could see. Gonzales said both Ward and McWhorter are on their side as they are on the ground. She says Ward turns and the fight is on. Gonzales states McWhorter's gun side is down, and she cannot see the gun, Gonzales is not sure if Ward has ahold of McWhorters weapon as she cannot see that side of his duty belt. Gonzales states McWhorters voice changed when this is going on.

Gonzales was unable to tell detectives how McWhorters face was injured, what she can say is he had an injury to his face that wasn't there before. She thinks he was hit with Wards head as she didn't see fists flying or punches being thrown. Gonzales states she is trying to apply the tibial pressure point on the leg to control Ward.

Gonzales describes Ward as being under the influence of something, possibly paint as he has red on his hands and face, she said he was fidgety, talking fast, and not making any sense when he spoke. She said she did not see Ward with any kind of a weapon. Gonzales said she doesn't recall anyone saying "gun" when asked. Gonzales states Ward is actively resisting, by grabbing onto McWhorters duty belt and fighting with him.

Gonzales said she kept an eye on the occupants of the car while the doors were closed, she said she could tell Ward was deceased as he isn't breathing and didn't see Wards chest rising and falling, once he "flopped over" to his back there was no movement.

Gonzales was asked why they didn't render aid, she said she was worried about the people in the car and about their safety. Gonzales said if one of them was on the ground then the other would need to keep an eye on the car. Gonzales was asked what the plan was with the two in the car and she said she was going to wait for other officers to arrive as they did not want to be the officers who pulled them out of the car.

Gonzales was asked if Ward appeared to try and disengage in the fight, she said he was in it, he was told to stop resisting but kept actively fighting. Gonzales was unable to say what she could have done different to stop Ward, she is a Pressure Point Control instructor and utilized her training during this incident. Gonzales said she thought Ward was going to either hurt her or her partner, she said Ward wasn't stopping and she believed he could have killed her, McWhorters, or someone else.

Gonzales was asked why she felt the people in the car were an officer safety issue, she said it was due to people being inside the car, and it didn't seem safe to remove them at the time. Gonzales said the windows to the car were tinted but she could still see them, but it wasn't clear. Gonzales said the doors to the car were closed because the occupants in the car were

WARD 000524

screaming, she doesn't remember who closed the door and then made the statement that this didn't feel safer with the door closed as she didn't have a full view of what was in the car.

On 03-03-22 Deputy Charles McWhorter was interviewed at the Pueblo Police Department by PPD Detective Jose Medina and CBI Agent Kevin Kobach. McWhorter has been with the Pueblo County Sheriff's Office for 8 years, worked a year in detention and the last 7 years on patrol. He is a member of the SWAT team and currently assigned to patrol. McWhorter has only been back on patrol for approximately a week as he sustained a neck injury in September 2021 which required surgery to fix.

McWhorter was dispatched to Liberty Point Middle School on February 22, 2022, on a report of a male acting crazy trying to get into vehicles. He responded from the Pueblo West sub station and arrived on scene first, he entered the school parking lot through a dirt parking lot. As he was pulling up on scene, he was advised Ward had just entered a white SUV, he asked for clarification as there were several white SUV's and was told it is the white SUV two children just walked in front of.

McWhorter was advised by a male in the parking lot that Ward had gotten into a white Lexus, McWhorter could see a male driver and a female passenger. As he walked to the vehicle the back passenger door opened where he contacted Ward. McWhorter said he contacted Ward to see if he was in the correct vehicle to ensure it wasn't a hostage situation, he said Tommy and Kristy did not appear to have any issues with Ward in the vehicle.

Upon asking, Ward said he was at the school to pick up his brother, which he gave two different names for, Kristy spoke up and said Ward has two brothers. Ward did state he doesn't like law enforcement as he states he has been hit before while being told to stop resisting. Ward was asked for his identification and asked if he had any weapons, which he stated he had a knife. Ward then put his hand in his pocket and pulled out two lighters, he then turned away from McWhorter and puts something in his mouth. McWhorter asks Ward what he put in his mouth to which he replies it's a pill, at which time Ward opens his jacket and reaches inside the jacket, as if he was carrying a weapon.

McWhorter then grabbed ahold of Wards right arm and pulled him out of the car to the ground to handcuff him to check for weapons. Upon pulling Ward out of the car Ward started fighting with McWhorter. McWhorter states Ward was wrestling with him and was able to get his legs out from under him causing him to hit the ground hard, causing him to feel pain in his neck.

McWhorter states he was trying to get control of Ward to get him into custody, he said during this altercation he didn't remember seeing or hearing his partner, McWhorter said he felt like he was wrestling Ward by himself as he didn't know where his partner was. McWhorter states Ward gets on top of him, McWhorter said he is trying to control Wards head at which time he feels like Ward is messing with his gun side.

**WARD 000525**

McWhorter let go of Ward and grabbed his gun to make sure to hold it down, so it didn't come out.  McWhorter said when he released Ward, he is then headbutted in the nose at which time his eyes water and he sees stars.  McWhorter states he was worried that if he got another headbutt then he could be knocked unconscious.  He states he rolled to his side to protect his gun; McWhorter was in fear that Ward was going to get his gun or knock him out.  McWhorter said he was in fear his neck was going to give out on him and said the doctors told him he was close to being paralyzed had he taken a serious blow to his neck.  McWhorter said he felt like he needed to stop the threat that was in front of him, he was able to get back and draw his weapon and from what he remembers, fired two rounds.  McWhorter does state after watching his BWC he was able to count three rounds as being fired by him.   McWhorter said during the fight Ward was very excited and was yelling something to the effect of "yah boy" or "f that".  McWhorter said it felt as if Ward wanted to hurt him and he was happy about doing it.  McWhorter said Ward was very strong and described it as drug strong and said he felt weak while wrestling with Ward.  McWhorter said he didn't deliver any strikes and was trying to hold on to Ward, he said it felt as if Ward was not trying to get away from him but trying to keep ahold of him.

McWhorter said after the shooting he was able to stand up and back away holding Ward at gun point accessing the situation to see if Ward was still a threat.  When he realized Ward was no longer a threat, he holstered his weapon and put on some gloves.  McWhorter said he put the gloves on to render aid.  He said he called for medical then checked on Ward by lifting his shirt where he saw two wounds on his chest.  He said Kristy then opened the passenger door and started yelling, he was able to get her to close her door.

He then walked to the back of the car to ensure no one was injured behind the vehicle as there were a lot of children out.  McWhorter then contacted a female in a blue SUV behind the Lexus who was a witness advising her to wait for other officers.  McWhorter said the driver door then opened and he tells the male to stay in the vehicle, referring to the Lexus.  Another deputy then arrives, Deputy Mahan, and he is instructed by McWhorter to deal with the occupants of the car.

McWhorter then said they waited for fire rescue, waiving them in, and while waiting for them a male walked into the scene asking what he could do, McWhorter said he told the male to keep children from walking this way, it is believed this male works for the school.   At this point other Deputies along with supervisors started to arrive on scene.  McWhorter was transported from the scene to Parkview Hospital.

McWhorter was asked about his initial contact at the car when he appears to unlock his weapon from the holster.  McWhorter said this is something he does on traffic stops and when people tell him they have weapons, he said he releases the tension, so it is easier to get out if

**WARD 000526**

needed, if it is not needed then he lets the gun lock back in. McWhorter said this is something he learned from a Sergeant he used to work for.

McWhorter states he has been through trainings where it is trained to protect your gun and if someone is on top of you trying to get to your tools or your gun then they are trying to kill you or hurt you. McWhorter was asked if his weapon locked back in, and he said from doing this over the years he knows it locks back in when he lets go of it. When watching the BWC video it does not appear the weapon locks back in when he lets go, some holster systems you will hear an audible click as the weapon locks back in, during the BWC a click cannot be heard, and it is unknown if the weapon locked back in. During this altercation McWhorter said he was afraid he was going to die, he was afraid Ward could have seriously injured others, along with himself, and felt like he was in this fight alone.

**Body Worn Camera (BWC)**

Deputy McWhorter's BWC shows him arriving at the school, advising dispatch the vehicle is a ford, once out of his car a male voice can be heard yelling "it's the white Lexus right there". Just in front of the white Lexus is a white ford explorer. McWhorter then airs the plate for the Lexus as CO ▮▮▮▮. As he approaches the Lexus the back passenger door opens where Ward is sitting. McWhorter asks him what's going on and Ward makes the statement that someone called the cops on him for waiting for his little brother. When asked who little brother is, Ward gives two names, Eddie, and ▮▮▮▮. Kristy, who is in the front passenger seat makes the comment that Ward has two brothers. Ward tells McWhorter he is just messing with him at this point Ward has his right hand in his right jacket pocket and McWhorter grabs ahold of his right arm. Ward asks why McWhorter is touching his arm, McWhorter asks Ward why he is acting like this, and Ward tells him he is nervous, doesn't like cops, and has anxiety. When asked why, Ward states police have done things to him, when asked what they have done to him he states they tell him stop resisting, then makes a punching motion, and says when you're not resisting.

During this contact Ward is speaking quickly and appears to have unfocused train of thought as he bounces back and forth in the conversation. Ward asks who he is disrupting and is told he was trying to mess with doors. When asked for his side of the story he said he thought it was his car he was getting into, he said he didn't know the lady in the car and told her he was sorry. McWhorter asks Ward if he is under the influence of anything and he says no, he is asked if he has an ID on him or any weapons. Ward then starts patting himself then puts his hands into his pants pockets. Ward is asked a second time if he has weapons, and he states he thinks he had a pocketknife as he pulled lighters out of his right pants pocket. At this point the camera is pointed more towards the open door of the car and you can only see Wards legs. You can hear McWhorter ask Ward what he just put into this mouth. McWhorter then steps back as he pulls

**WARD 000527**

on Wards right arm and has him by the back of his jacket pulls him from the car.   As he is doing this Wards right hand appears to be inside his coat on the left side.   As Ward is being taken to the ground he states, "it's a pill it's a pill let me go".  Ward comes out of the car landing on his buttocks, then rotates away from McWhorter.  McWhorter grabs Ward by the back of the jacket and on the right shoulder.   While this is going on Deputy Gonzales can be heard telling Ward to get down.   Ward is told to put his hands behind his back and utters something which cannot be understood.  McWhorters BWC then falls off his person and you can hear Ward saying, "come on boy come on" Ward appears to be amped up and is being told to stop multiple times but doesn't.   During the struggle at about the 2:42 mark someone can be heard saying the word "gun" then 3 shots can be heard.    Deputy Gonzales then airs shots fired, in the background, Kristy can be heard screaming and asking what happened.  Tommy and Kristy both ask if Ward has been shot.   Deputy McWhorter can be heard asking for medical, then telling Kristy to stay in the car and the doors shut.   McWhorter then picked up his BWC and once it is placed on his chest you can see the back passenger door is still open, Kristy can still be heard screaming, and Ward is laying on the ground on his back with his fists clenched and his arms folded up at his head.  Deputy Gonzales can be seen standing at the feet of Ward.

As the video plays you see Wards arms and hands relax moving out above his head laying on the ground with his hands open.  McWhorter then puts on latex gloves while Gonzales is answering questions from Tommy.  Kristy can be heard asking the deputies if they can do CPR, McWhorters then shuts the back passenger door and then lifts Wards shirt and moves Wards left arm down to his side.   Kristy then opened her door and can be heard screaming, McWhorters tells her to hang on and closed the door.  McWhorters, on BWC, makes the comment, Ward headbutted his nose and was trying to grab at this stuff.  McWhorters does tell Gonzales to stay where she is and then goes to check at the back of the car to ensure no one was injured.   McWhorters then instructs Deputy Mahan, who arrives on scene, to deal with the people in the Lexus.  At 6:55 Pueblo West fire arrives on scene.  Deputy Gonzales can be seen standing stationary at the feet of Ward and doesn't move until fire rescue arrives at which point, she takes photos.   Sergeant Regan arrives on scene and McWhorter tells him what happened, he is then transported to Parkview Hospital.

Deputy Gonzales' BWC starts off with McWhorter standing at the back of the Lexus speaking with Ward, who is still seated.    From Gonzales' BWC vantage point you can view the entire encounter between McWhorter and Ward.  When McWhorter asks Ward if he has an ID and any weapons on him, he releases the tension on his duty weapon from the holster raising the weapon slightly.   This appears to be in response to Ward digging through his pockets while seated in the car.   Ward then reaches his right hand into the inside of his jacket at which time McWhorter lets go of his duty weapon.   McWhorters stated in his interview he does this on a regular basis and when he lets go of his weapon it seats back into the holster.   Most of the tension on holsters like this will click when the weapon is seated back in place.   A click is never heard on the video but at this time McWhorter has gone hands on with Ward when asking him

what he put into his mouth, Ward responding it was a pill, the weapon could have reseated and due to the commotion picked up on BWC the click may not have been picked up.

Ward is taken to the ground, being told to get out of the car, get down, and place his hands behind his back.  At 0:50 seconds into the video Ward gets up from his buttocks, wraps McWhorter up and takes him to the ground landing McWhorter on his buttocks.  McWhorter is on his back with Ward on top of him saying "Ya boy, come on boy".  Wards actions in the video are not of someone trying to flee but of someone actively engaged in resisting and fighting.  At 0:59 seconds Ward is seen with his right arm around McWhorters waist with his left side towards the ground.  McWhorter appears to have his left arm around Wards right arm and his gun side is down towards the ground.  Both go to the ground with McWhorter laying on his right side, gun side.  At 1:00 minute you can hear someone say "gun", presumably it is McWhorters voice at this time.  At 1:02 minutes the first shot can be heard with 2 subsequent shots.  In that frame at 1:02 Ward can be seen on his left side; McWhorter has been able to get off his right side and fire his duty weapon.  McWhorters left arm is entangled with Wards right arm and groin area.

McWhorter then stands up and backs away from Ward with his duty weapon pointed at him. Once McWhorter is backed away, Ward can be seen laying on his left side with Gonzales at his feet.  Ward then flops over to his back where both arms come up, bent at the elbows by his head with his fists clenched.  At 1:48 Ward appears to be breathing while on the ground but may be having difficulty doing so.  In Gonzales' video you are unable to see when Wards arms relax and move above his head.  During the time after the shooting Kristy can be heard screaming along with Tommy telling the Deputies to call 911 and asking for a Sergeant.  At 2:18 Mcwhorter can be seen checking his right index finger which appears to have an injury on it in, and an injury can be seen to the bridge of his nose.  McWhorter puts on Latex gloves at 2:21 and in the bottom of the video you can see Wards arms are out above his head.  At 2:41 Kristy asks if they can do CPR and McWhorter tells her they are checking on him and closed the back passenger door.  McWhorter lifts Wards shirt at which time an entry wound can be seen in the middle of the chest, Ward is not breathing or moving at this time. At 3:08 McWhorter asks Gonzales if she is OK and she tells him yes, then asks if he is OK.  McWhorter says he is OK, tells Gonzales that Ward headbutted his nose and was grabbing at his stuff.   Fire Rescue arrives at 5:48 and checks Ward.

**RENDER AID**

Deputy's McWhorter and Gonzales both state they were going to render aid but did not do so because of the occupants still in the car.   McWhorter said he closed the doors to the car so he was concealed and the occupants inside the car could not see him, he said he would have felt vulnerable if he was down on the ground assisting Ward as the door would only offer concealment not cover. They felt it would be better if another Deputy had the occupants exit

WARD 000529

the car. When Deputy Mahan arrived on scene, he went to the driver door but never had the occupants come out of the car. Deputy Gonzales states she was keeping an eye on Ward, whom she believed to be deceased, and watched the occupants in the car with the doors closed. Deputy Gonzales also states she felt uncomfortable with the doors closed as she cannot see the occupants clearly.

## 03/09/22

The BWC videos were sent out to Rocky Mountain Information Network, RMIN, to see if the audio could be cleaned up around the word "gun" to see what was said prior. On 03/30/22 the videos and a report were sent back from RMIN, the recordings were enhanced, and the word "gun" can be heard but nothing intelligible can be made out prior to the word "gun" being said.

## Conclusion:

After a thorough investigation by the Critical Incident Team there is no evidence of criminal wrongdoing by Deputy Charles McWhorter. There were crimes committed by the decedent Richard Ward.

At the time of the incident Deputy McWhorter and Deputy Gonzales were acting within the scope of their duties as Pueblo County Sheriff's Deputies. The deputies were called to Liberty Point International Middle School 484 S. Maher Dr., Pueblo West on a report of a suspicious party. Deputy McWhorter located this party sitting in the back passenger seat of a white Lexus SUV with Colorado plate CIW976. When Ward was asked if he had any weapons and an ID on him, he patted himself and stated he thought he had a knife, puts something in his mouth then moves his right hand inside his jacket. Deputy McWhorter thought Ward could possibly be reaching for a weapon and decides to grab ahold of Wards right arm pulling him out of the car to the ground. Upon doing so Deputy Gonzales tells Ward several times to stop resisting, which he refuses to do. Ward goes to a seated position, then from a seated position, grabs Deputy McWhorters legs and takes him to the ground. Ward does not appear to be trying to get away from Deputy McWhorter but appears to be actively fighting him. While Ward is fighting with Deputy McWhorter, he is making the following comments "ya boy", "come on boy come on", as if he is wanting to fight. While on the ground Deputy McWhorter can be seen on BWC on his right side, gun side. During the fight the word "GUN" can be heard then three shots are heard within a matter of seconds. Deputy McWhorter stands up and holds Ward at gun point, when it appears Ward is no longer a threat Deputy McWhorter holsters his weapon. Slowing down the BWC at the point McWhorter starts to stand up you can see McWhorters duty weapon is in his right hand and his grip on the weapon is in the middle of the hand grip, not indexed into the web of the hand. Deputy McWhorters states in his interview he felt he was alone during this fight as he did not know where his cover officer was at the time, he felt

WARD 000530

that Ward was trying to hurt him, and had and had only been at work for a week after being out with neck surgery.   McWhorters stated he never felt Deputy Gonzales engage, Deputy Gonzales does engage but only by holding onto Wards legs to apply a tibial pressure point. During this altercation McWhorter said he was afraid he was going to die, he was afraid Ward could have seriously injured others who were around, along with himself, and felt like he was in this fight alone.

The weapon related evidence is still pending examination by the Colorado Bureau of Investigation.  The results of those examinations will not change the findings of the Critical Incident Team.   The fact that Deputy McWhorter fired his weapon is not disputed.   There is evidence on Deputy McWhorters weapon, uniform, and hand to indicate he was attempting to protect his weapon while on the ground based on the mud and debris on the uniform and weapon along with the injury to McWhorters right forefinger.

The autopsy report was received on 03/31/22 with the toxicology report showing the following drugs in Wards system:  Lorazepam, Methadone, Gabapentin, THC, Hydroxyzine, and Methamphetamine.

Captain Daniel Anderson

Pueblo Police Department

05/30/22

WARD 000531