


**COLORADO BUREAU OF INVESTIGATION**
**FORENSIC SERVICES DIVISION**

John S. Camper
Director

Lance Allen
Deputy Director

## Laboratory Report

| | | | |
|---|---|---|---|
| **Lab Case #:** | P22-975 | **Agency Case #:** | 22N76 |
| **Reporting Section:** | Chemistry | | 22003487 |
| **Date of Submission:** | March 18, 2022 | **Investigating Agency:** | Pueblo Police Department |
| **Date of Report:** | July 18, 2022 | | 200 S. Main St., Unit 1 |
| **Date of Offense:** | March 4, 2022 | | Pueblo, CO 81003 |
| | | **Investigated by:** | Ken R Cordova |
| | | **Submitted to CBI by:** | Randell Ramos |
| | | **Delivery Method:** | Hand to Hand Transfer |

**Involved Subjects**
**Suspect:** RICHARD WARD    **DOB:** ▮▮▮▮    **SID:**

| CBI Item #: | Agency Item #: | Description of Evidence: |
|---|---|---|
| Item 1 | G48I1 | UNKNOWN WHITEPOWER FROM PILL FROM JACKET LEFT FROM POCKET |
| Item 2 | G49I1 | 1 HYDROCHLORIDE PILL |

**Results/Opinions and Interpretations:**

Item 1: Analysis identified Lorazepam, a schedule IV controlled substance weighing 0.04110 gram(s) (± 0.00033 gram) net weight.

Item 2: One white tablet ("H 502" <-> {blank}) weighing 0.31 gram(s) (± 0.03 gram) net weight. The physical characteristics of the item are consistent with a reference source that indicates no controlled substances are present.

Measurement uncertainty represents a confidence level of approximately 95%.

*[signature]*

**Katherine Brown**
**Forensic Scientist**
Colorado Bureau of Investigation - Pueblo Laboratory
79 N. Silicon Dr.
Pueblo West, CO 81007
Phone: (719)647-5999
Fax: (719)547-9200

EXHIBIT
1

WARD 003154