## Supplement

Supplemental, Incident Number: 22S04894

EVIDENCE AVAILABLE     PHOTOS: YES( ) NO(XXX)    DASH CAM: YES(XXX) NO( )
BODY WORN CAMERA: YES(XXX) NO( )        AUDIO: YES(XXX) NO( )

On Tuesday, February 22, 2022 at approximately 3:32 P.M. I, Deputy Nicolas Berumen responded emergent (lights and sirens) to Liberty Point International Middle School (484 S Maher Dr, Pueblo West, County of Pueblo, State of Colorado) due to a fellow deputy airing shots fired.

While awaiting a detainee interview at the Pueblo County Jail, I overheard on my personal handheld radio fellow Deputy C. Gonzales air "shots fired".  I immediately ran to my Pueblo County Sheriff's office vehicle (unit 332).  I was advised Deputy C. Gonzales was on a call for service involving a suspicious male at Liberty Point international.  Due to the exigent circumstances, I aired to the Pueblo County Communication center that I'd be en-route 10-3 (light's and sirens).

While en-route, I informed the communication center to notify medical (AMR), stage flight for life, send a reverse 911 to the affected area and lock down the school.

Upon arrival, I observed a Caucasian male laying next to a white in color vehicle.  I observed one male (driver seat) and one female (front passenger seat) sitting in the vehicle.  Deputy Mahan and myself removed both occupants by having them climb out of the driver side of the vehicle.  Both parties were detained and placed into separate Pueblo County Sheriff's Office Vehicles (Unit 332 and Unit 307).  Shortly after, I advised deputies on scene to begin taping off the area using crime scene tape in order to establish a boundary and began a crime scene log.

While doing so, an unknown male party who stated he was the school superintendent of Liberty Point International asked if he could start to release children from the school.  I advised it would be ok but to release the kids on the west end of the school to negate crime scene contamination and to ensure children couldn't observe the scene.  The male party agreed to do so.

After speaking with the party, Sgt. Ragan advised me to transport the male occupant of the vehicle to the Pueblo County Sheriff's Office Investigation Annex (920 N Main St, Pueblo, CO 81003).

Due to Sgt. Ragan's order I got into my vehicle (Unit 332).  While en-route, I learned the male party in my vehicle was Tommy Brown
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓).  It should be noted Tommy was not asked any questions while transporting, during transport Tommy did advise me his friend "Richie shouldn't have been shot, the deputy could have used his taser", Tommy stated, "he shot Richie five times".

At approximately 4:28 P.M. we arrived at the investigations annex.  Tommy's restraints were taken off and he was placed into Interview holding room #1.  While in the room Tommy was offered water and made aware detectives would be in with him shortly to talk with him.

At approximately 6:39 P.M. I transported Tommy back to his residence 298 S Falcon Dr, Pueblo West.  At approximately 6:55 P.M. we arrived at the residence, Tommy was dropped off,  I stayed outside the residence to ensure

EXHIBIT 2

```
Tommy could get inside.  Once Tommy was inside the residence I cleared the call.

     It should be noted the entirety of the call for service was captured on
my body worn camera.  My vehicle dash camera was activated while I was in my
vehicle which includes transports to and from the Annex.  All camera footage was
uploaded to evidence.com.

     This is a summary of facts.


Date, Time, Reporting Officer: Wed Feb 23 16:58:04 MST 2022 Deputy Nicolas
Berumen 4663-3461

Date, Time, Supervisor:
Tue Mar 29 15:15:48 MDT 2022, app LT J. Bacor B10985
```