## Supplement

Supplemental, Incident Number: 22S004894

EVIDENCE AVAILABLE    PHOTOS: YES( ) NO(x)    DASH CAM: YES(x) NO( )
BODY WORN CAMERA: YES(x) NO( )         AUDIO: YES(x) NO( )

On February 22nd, 2022 at approximately 3:35 PM, I (Deputy Jacob Mahan) responded emergent (lights and sirens) to 484 S Maher Dr. Pueblo West CO 81007 (Liberty Point International) responding to a report of shots fired while deputies were on scene.

I arrived and observed a male party laying on his back with his head facing northeast and his feet facing southwest. I was advised the male party suffered gunshot wounds and had no signs of life. I did not observe the male party breathing. I was asked by Deputy C. Gonzales to watch a male and a female party inside the vehicle involved. I went to the driver side front door which was open and gave the male and female, later identified as Tommy Brown ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and Kristy Stamp ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ loud verbal commands to keep their hands where I could see them. Tommy was in the driver seat and Kristy was in the front passenger seat.

Tommy continued to make comments of "don't shoot me" and started to record on his cell phone. It should be noted my duty firearm was never drawn. Tommy attempted to record the area of where the male party was laying. I advised Tommy to not record that and if he continued, his phone would be seized for evidence. Tommy stopped recording and his phone was not seized. Both Tommy and Kristy were detained until further investigation could be conducted. I placed Tommy into handcuffs and he was placed in the back of my fully marked patrol vehicle.

I then interviewed Michele Hayden (▇▇▇▇▇▇▇▇▇▇▇▇) who advised me of the following. Michele stated she arrived at the school at approximately 3:20 PM on 2/22/22 to pick up her children. Michele stated she was two (2) cars behind the car Tommy and Kristy were in. Michele stated she turned her car off as she always does when she arrives at the school because she is usually waiting for a long time. Michele stated she observed two (2) Pueblo County Sheriff's deputies exit their fully marked patrol vehicles and approached the vehicle Tommy and Kristy were in.

Michele stated she heard two (2) loud "pops" of what she believed to be gunshots. Michele stated she is familiar with firearms and knows what gunshots sound like. I asked Michele to describe the "pops" to me and she stated she was unsure of the type of firearm used but knew it was not anything bigger than a shotgun as she did not believe them to be loud enough. Michele also informed me she did not hear any yelling or screaming but also stated her windows were rolled all the way up and her radio was on. I thanked Michele for her time and she was given a voluntary statement.

I then stood by in case I was needed for anything else. I then relieved Deputy C. Carter at a traffic control point located at the intersection of Palmer Lake and Maher. I was then relieved by Deputy R. Martinez and cleared from the scene.

Nothing further to report at this time.

Date, Time, Reporting Officer:

**EXHIBIT 3**

15:27:50 04/04/22

WARD 000073

*Deputy Report for Incident 22S004894*  *Page 7 of 42*

```
Wed Feb 23 00:04:42 2022     Deputy Jacob Mahan      B3800-2151
Date, Time, Supervisor:
Tue Mar 29 15:04:07 MDT 2022, app LT J. Bacor B10985
```

15:27:50 04/04/22

**WARD 000074**