**INCIDENT/INVESTIGATION REPORT**

| | | |
|---|---|---|
| Agency Name | | Case# |
| *Pueblo Police Department* | | *22-003487* |
| ORI | | Date / Time Reported |
| *CO0510100* | | *02/22/2022  15:31   Tue* |
| | | Last Known Secure |
| | | *02/22/2022  15:31   Tue* |
| Location of Incident | Gang Relat | Premise Type | Beat/Beat | At Found |
| *484 S MAHER DR, Pueblo West CO 81007* | NO | *Parking Lot/parking* | SO | *02/22/2022  15:31   Tue* |

**INCIDENT DATA**

| # | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Outside Agency Assist* | | | | | |
| | *9901* | | | | | |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

CONFIDENTIAL JUVENILE INFORMATION

MO

**VICTIM**

| # of Victims | *1* | Type: INDIVIDUAL/ NOT LAW | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| V1 | Victim/Business Name (Last, First, Middle) | | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| | *WARD, RICHARD* | | *1,* | Age *32* | *W* | *M* | | | |
| Home Address | | | | Email | | | | Home Phone |
| *298 S FALCON DR , Pueblo West, CO 81007-* | | | | | | | | *719-  -* |
| Employer Name/Address | | | | | Business Phone *719-  -* | | | Mobile Phone *719-  -* |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

| | Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| *IO* | *LATIMORE, JOELLE* | *(* | Age *47* | | *U* | | *Non-Resident* | |
| Home Address | | | | Email | | | | Home Phone |
| *490 S MAHER DR  PUEBLO WEST, CO 81007* | | | | | | | | |
| Employer Name/Address | | | | | Business Phone | | | Mobile Phone *805-279-9391* |

| | Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| *IO* | *MAREZ, WILLIAM JASON* | *(* | Age *49* | *W* | *M* | | *Resident* | |
| Home Address | | | | Email | | | | Home Phone |
| *485 S MAHER DR  PUEBLO WEST, CO 81007* | | | | | | | | *719-334-1175* |
| Employer Name/Address | | | | | Business Phone | | | Mobile Phone |
| *(DAVID J CO)* | | | | | | | | |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 48 | *EVID* | | $0.00 | | 1 | *DOCUMENTS/PERSONAL OR BUSINESS* | *LOG/Crime Scene* | |
| 101 | *EVID* | | $0.00 | | 1 | *PLACARD # 2 RED NOTEBOOK NEAR BODY* | | |
| 101 | *EVID* | | $0.00 | | 1 | *PLACARD # 3 BLACK CHICAGO BULLS BASEBALL* | | |
| 58 | *EVID* | | $0.00 | | 1 | *PLACARD # 4 SPENT SHELL CASING NEAR BODY* | *9MM/* | |
| 58 | *EVID* | | $0.00 | | 1 | *PLACARD # 7 SPENT SHELL CASING NEAR BODY* | *9MM/* | |
| 58 | *EVID* | | $0.00 | | 1 | *PLACARD # 8 SPENT SHELL CASING NEAR BODY* | *9MM/* | |
| 101 | *EVID* | | $0.00 | | 1 | *PLACARD # 5 INK PEN NEAR BODY* | | |
| 101 | *EVID* | | $0.00 | | 1 | *PLACARD # 6 GRAY KEYCHAIN FOB* | | |
| 101 | *EVID* | | $0.00 | | 1 | *PLACARD # 9 SUNFLOWER SEEDS NEAR BODY* | | |
| 59 | *EVID* | | $0.00 | | 1 | *PLACARD # 10 PROJECTILE WITH BLACK FABRI* | | |
| 06 | *EVID* | | $0.00 | | 1 | *BLUE BLAUER POLICE UNIFORM SHIRT WITH PU* | | |
| 06 | *EVID* | | $0.00 | | 1 | *BLUE BLAUER POLICE DUTY PANTS, SIZE 34 R* | | |

EXHIBIT 5

RELEASED
Mar. 27, 2023
PUEBLO POLICE DEPARTMENT

| Officer/ID# | *MEDINA, JOSE L   (1461)* | | |
|---|---|---|---|
| Invest ID# | *MEDINA, JOSE L   (1461)* | Supervisor | *(0)* |

| Status | Complainant Signature | Case Status *Exceptionally Cleared* | *11/14/2022* | Case Disposition: | Page 1 |
|---|---|---|---|---|---|

# Incident Report Additional Property List

*Pueblo Police Department*

OCA: 22-003487

| | Property List (Continued) | | | | | | | Page 2 |

Status Codes   1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 06 | EVID | $0.00 | | 1 | BLACK BASKETWEAVE PATTERN DUTY PANTS BEL | | |
| | 06 | EVID | $0.00 | | 1 | RIGHT RESPONSE GEAR BOOT, SIZE 10.5. REC | | |
| 15 | 06 | EVID | $0.00 | | 1 | LEFT RESPONSE GEAR BOOT, SIZE 10.5. RECO | | |
| | 06 | EVID | $0.00 | | 1 | RIGHT GLOVE. RECOVERED FROM RIGHT HAND O | | |
| | 06 | EVID | $0.00 | | 1 | LEFT GLOVE. RECOVERED FROM LEFT HAND OF | | |
| | 06 | EVID | $0.00 | | 1 | 4 BLACK BASKETWEAVE PATTERN DUTY BELT KE | | |
| | 06 | EVID | $0.00 | | 1 | BLACK BASKETWEAVE PATTERN "SAM BROWN" ST | | |
| 20 | 13 | EVID | $0.00 | | 1 | SMITH AND WESSON M&P 2.0 9MM HANDGUN. S/ | 9MM/SMITH AND WESSO/M&p 2.0 | ▮▮▮▮ |
| | 59 | EVID | $0.00 | | 1 | SMITH AND WESSON 15 ROUND MAGAZINE. RECO | | |
| | 59 | EVID | $0.00 | | 1 | SPARE MAGAZINE #1 (SMITH AND WESSON 15 R | | |
| | 59 | EVID | $0.00 | | 1 | SPARE MAGAZINE #2 (SMITH AND WESSON 15 R | | |
| | 59 | EVID | $0.00 | | 1 | WIN 9MM LUGER CARTRIDGE. RECOVERED FROM | | |
| 25 | 59 | EVID | $0.00 | | 1 | 12 WIN 9MM LUGER CARTRIDGES. RECOVERED F | | |
| | 59 | EVID | $0.00 | | 1 | 15 WIN 9MM LUGER CARTRIDGES. RECOVERED F | | |
| | 59 | EVID | $0.00 | | 1 | 15 WIN 9MM LUGER CARTRIDGES. RECOVERED F | | |
| | 100 | EVID | $0.00 | | 1 | SWABS FROM PINK STAINED SHEET IN REAR | | |
| | 100 | EVID | $0.00 | | 1 | SWABS FROM PINKISH COLORED STAIN ON FRON | | |
| 30 | 101 | EVID | $0.00 | | 1 | EMPTY BOTTLE OF 135 MGS METHADONE DATED | | |
| | 101 | EVID | $0.00 | | 1 | OPEN BAG OF SUNFLOWER SEEDS IN CENTER RE | | |
| | 75 | EVID | $0.00 | | 1 | MOTOROLA CELLPHONE IN BLK / PNK CASE ON | MOTOROLA/Xt2043-4 | ▮▮▮▮ |
| | 75 | EVID | $0.00 | | 1 | BLUE MOTOROLA CRICKET PHONE ON FRONT PAS | MOTOROLA/Cricket | |
| | 75 | EVID | $0.00 | | 1 | BLUE SAMSUNG CELLPHONE FOUND ON DRIVER S | SAMSUNG/S105dl | ▮▮▮▮ |
| 35 | 100 | EVID | $0.00 | | 1 | RIGHT AND LEFT HAND SWABS | | |
| | 100 | EVID | $0.00 | | 1 | GUNSHOT RESIDUE KIT | | |
| | 77 | EVID | $0.00 | | 1 | YELLOW LIGHT FROM PANT POCKET | | |
| | 100 | EVID | $0.00 | | 1 | DNA CARD | | |
| | 77 | EVID | $0.00 | | 1 | BULLET PROJECTILE FROM RIGHT THORACIC BA | | |
| 40 | 77 | EVID | $0.00 | | 1 | BULLET PROJECTILE FROM LOWER RIGHT BACK | | |
| | 77 | EVID | $0.00 | | 1 | FARO SCAN DVD FROM PCSO | | |
| | 77 | EVID | $0.00 | | 1 | LEFT TAN SOCK | | |
| | 06 | EVID | $0.00 | | 1 | RIGHT BLACK SOCK | | |
| | 06 | EVID | $0.00 | | 1 | HANES SIZE M RED UNDERWEAR | | |
| 45 | 06 | EVID | $0.00 | | 1 | LEFT SHOE, PUMA SIZE 11 | | |
| | 06 | EVID | $0.00 | | 1 | RIGHT SHOE, PUMA SIZE 11 | | |
| | 06 | EVID | $0.00 | | 1 | GRAY SWEATS, VOLCOM BRAND SIZE XL | | |
| | 20 | EVID | $0.00 | | 1 | $1 FROM GRAY VOLCOM SWEATS | | |
| | 06 | EVID | $0.00 | | 1 | RED PUMA XXL SHIRT WITH POSSIBLE BLOOD A | | |
| 50 | 06 | EVID | $0.00 | | 1 | WHITE PUMA XXL SHIRT WITH POSSIBLE BLOOD | | |
| | 06 | EVID | $0.00 | | 1 | WHITE T-SHIRT WITH POSSIBLE BLOOD AND MU | | |
| | 06 | EVID | $0.00 | | 1 | SPORT TEX GRAY AND BLACK 2XL JACKET WITH | | |
| | 10 | EVID | $0.00 | | 1 | 1 HYDROCHLORIDE FROM LEFT FROM POCKET OF | | |
| | 77 | EVID | $0.00 | | 1 | UNKNOWN WHITE POWER FROM PILL FROM JACKE | | |
| 55 | 77 | EVID | $0.00 | | 1 | SWABS FOREHEAD | | |
| | 48 | EVID | $0.00 | | 1 | AUTOPSY CHECK LIST | | |
| | 20 | PROP | $20.00 | | 1 | MONEY/BILLS OR COINS | | |
| | 25 | PROP | $0.00 | | 1 | PURSES/HANDBAGS/WALLETS | | |
| | 07 | EVID | $0.00 | | 1 | THUMB DRIVE | | |
| 60 | 48 | EVID | $0.00 | | 1 | AUTOPSY REPORT | | |
| | 07 | EVID | $0.00 | | 1 | SANDISK | | |

WARD 000154

# Incident Report Additional Property List

*Pueblo Police Department*

OCA: *22-003487*

| Property List (Continued) | Page 3 |
|---|---|

Status Codes:  1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 48 | EVID | $0.00 | | 1 | MEDICAL RECORDS (GONZALES) | | |
| | 48 | EVID | $0.00 | | 1 | SEARCH WARRANT RETURNS 22SW158 | | |
| | 48 | EVID | $0.00 | | 1 | SEARCH WARRANT RETURNS 22SW177 | | |
| 65 | 07 | EVID | $0.00 | | 1 | DVD - MEDICAL RECORDERS (CHARLES MCWHORT | | |
| | 27 | EVID | $0.00 | | 1 | DVD - CBI REPORT | | |
| | 101 | EVID | $0.00 | | 1 | THUMB DRIVE CONTAINING PHOTOS FROM THE P | | |
| | 48 | 1 | $0.00 | | 1 | CIT DECISION LETTER | | |
| | 02 | 1 | $0.00 | | 1 | 2008 WHI /WHI   CIW976   CO | LEXS Rx3 | 2T2GK31U28C032084 |

WARD 000155

## Incident Report Additional Name List

*Pueblo Police Department*

| OCA: 22-003487 |
| --- |

<span style="background-color:yellow">**Additional Name List**</span>

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| **1)** | WI   1 | *SLOBODNIK, CHRISTOPHER W* | | ████ | *45* | *W* | *M* |
| | Address | *484 S MAHER DR , PUEBLO WEST, CO 81007-* | | H:   -   - | | | |
| | Empl/Addr | *Liberty Point Int. Ms, 484 S. Maher, Pw* | | B: *719-*   - | | | |
| | | | | Mobile #:   -   - | | | |
| **2)** | IO   3 | *GONZALES, CASSANDRA MAGGIE* | | ████ | *38* | *W* | *F* |
| | Address | *909 COURT ST , PUEBLO, CO 81003-* | | H:   -   - | | | |
| | Empl/Addr | *Pcso* | | B: *719-*   - | | | |
| | | | | Mobile #:   -   - | | | |
| **3)** | WI   2 | *BROWN, TOMMY LEE* | | ████ | *32* | *W* | *M* |
| | Address | ████ | | H: ████ | | | |
| | Empl/Addr | | | B:   -   - | | | |
| | | | | Mobile #: *719-*   - | | | |
| **4)** | IO   4 | ████ | | ████ | *74* | *W* | *M* |
| | Address | ████ | | H: ████ | | | |
| | Empl/Addr | | | B:   -   - | | | |
| | | | | Mobile #:   -   - | | | |
| **5)** | WI   3 | ████ | | ████ | *35* | *W* | *F* |
| | Address | ████ | | H: ████ | | | |
| | Empl/Addr | | | B: ████ | | | |
| | | | | Mobile #: *719-*   - | | | |
| **6)** | WI   4 | *Juvenile* | | | | | |
| | Address | | | H:   -   - | | | |
| | Empl/Addr | | | B:   -   - | | | |
| | | | | Mobile #:   -   - | | | |
| **7)** | IO   5 | ████ | | ████ | *31* | *W* | *F* |
| | Address | ████ | | H: ████ | | | |
| | Empl/Addr | | | B: *719-*   - | | | |
| | | | | Mobile #: *719-*   - | | | |
| **8)** | WI   5 | ████ | | ████ | *48* | *W* | *F* |
| | Address | ████ | | H: ████ | | | |
| | Empl/Addr | | | B:   -   - | | | |
| | | | | Mobile #:   -   - | | | |
| **9)** | IO   6 | *Juvenile* | | | | | |
| | Address | | | H:   -   - | | | |
| | Empl/Addr | | | B:   -   - | | | |
| | | | | Mobile #:   -   - | | | |

**WARD 000156**

# INCIDENT/INVESTIGATION REPORT

*Pueblo Police Department*

Case # *22-003487*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown | | | | | |
|---|---|---|---|---|---|---|
| | IBR | Status | Quantity | Type Measure | Suspected Type | |
| D R U G S | *P* | *EVI* | *1.000* | *DU* | *NARCAN NASAL SPRAY (4MG).* | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 22-003487                *Pueblo Police Department*

**N A R R A T I V E**
On February 22, 2022, the Pueblo Police Department Crimes Against Persons Section was informed of an incident where a deputy was involved in an officer involved shooting in Pueblo West, Colorado.  The Pueblo Police Department Crimes Against Persons Section was the lead investigation unit in this investigation.  [05/16/2022 13:54, FLORESC, 341, PPD]

WARD 000157

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Pueblo Police Department* | | *22-003487* |
| Victim<br>*WARD, RICHARD* | Offense<br>*OUTSIDE AGENCY ASSIST* | Date / Time Reported<br>*Tue 02/22/2022 15:31* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On February 22, 2022, at approximately 1545 hours, I, Detective Jose Medina was informed by Sgt. C. Flores the Pueblo County Sheriff`s Office deputy was involved in an officer involved shooting. Sgt. Flores explained he needed me to respond the sheriff`s office annex, telling me the 10th Judicial Critical Incident Team (CIT) was being activated. I was informed, I would be the lead investigator for the Pueblo Police Department. [05/16/2022 13:55, FLORESC, 341, PPD]

---

**WARD 000158**

## Incident Report Suspect List

*Pueblo Police Department*

OCA: *22-003487*

| 1 | Name (Last, First, Middle)<br>*MCWHORTER, CHARLES III* | | Also Known As | Home Address<br>*909 COURT ST*<br>*PUEBLO, CO 81003* |
|---|---|---|---|---|

Business Address *PCSO*
*719- - , DEPUTY, 909 COURT ST*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | *35* | *W* | *M* | *N* | *507* | *170* | *BRO* | *BLU* | | |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|

| Weapon, Type | Feature | | Make | | Model | | Color | | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Mode of Travel |

| Veh Yr / Make / Model | | | Drs | Style | | Color | | Lic Plate / State | | VIN |
|---|---|---|---|---|---|---|---|---|---|---|

| Notes | Physical Char |
|---|---|

**WARD 000159**

# Incident Report Related Vehicle List

*Pueblo Police Department*

OCA: *22-003487*

| 1 | VehYr/Make/Model *2008 LEXS, Rx3* | | Style *UTIL* | Color *WHI/WHI* | Lic/Lis *CIW976 CO 2022* | | VIN *2T2GK31U28C032084* |
|---|---|---|---|---|---|---|---|
| | IBR Status *None* | | Date | Location *CO* | | | |
| | Condition | Value *$0.00* | Offense Code | Jurisdiction *Locally* | | State # | NIC # |
| | Name (Last, First, Middle) *\* No name \** | | | Also Known As | | Home Address | |
| | Business Address | | | | | | |

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

**WARD 000160**

## Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

| 1 | Property Description | | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| | DOCUMENTS/PERSONAL OR BUSINESS | | | | LOG | | CRIME SCENE | | |

| Color | Serial No. | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|
| | | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

crime scene log [02/24/2022 15:14, FLORESC, 341, PPD]

| 2 | Property Description | | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| | PLACARD # 2 RED NOTEBOOK NEAR BODY | | | | | | | | |

| Color | Serial No. | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|
| | | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

Placard # 2 red notebook near body [02/25/2022 15:06, GUERRERJ, 314, PPD]

| 3 | Property Description | | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| | PLACARD # 3 BLACK CHICAGO BULLS BASEBALL | | | | | | | | |

| Color | Serial No. | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|
| | | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

Placard # 3 black Chicago Bulls baseball cap [02/25/2022 15:06, GUERRERJ, 314, PPD]

| 4 | Property Description | | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| | PLACARD # 4 SPENT SHELL CASING NEAR BODY | | | | | | | | 9MM |

| Color | Serial No. | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|
| | | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

Placard # 4 Spent shell casing near body [02/25/2022 15:07, GUERRERJ, 314, PPD]

WARD 000161

## Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

| 5 | Property Description PLACARD # 7 SPENT SHELL CASING NEAR BODY | | | | Make | | Model | | | Caliber 9MM |
|---|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.00 | | Qty 1.000 | | Unit | Jurisdiction Locally | |
| | Status Evidence | | Date 02/22/2022 | NIC # | | State # | | Local # | | OAN |
| | Name (Last, First, Middle) * No name * | | | | | DOB | | Age | Race | Sex |

Notes

    Placard # 7 Spent shell casing near body [02/25/2022 15:07, GUERRERJ, 314, PPD]

| 6 | Property Description PLACARD # 8 SPENT SHELL CASING NEAR BODY | | | | Make | | Model | | | Caliber 9MM |
|---|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.00 | | Qty 1.000 | | Unit | Jurisdiction Locally | |
| | Status Evidence | | Date 02/22/2022 | NIC # | | State # | | Local # | | OAN |
| | Name (Last, First, Middle) * No name * | | | | | DOB | | Age | Race | Sex |

Notes

    Placard # 8 Spent shell casing near body [02/25/2022 15:08, GUERRERJ, 314, PPD]

| 7 | Property Description PLACARD # 5 INK PEN NEAR BODY | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.00 | | Qty 1.000 | | Unit | Jurisdiction Locally | |
| | Status Evidence | | Date 02/22/2022 | NIC # | | State # | | Local # | | OAN |
| | Name (Last, First, Middle) * No name * | | | | | DOB | | Age | Race | Sex |

Notes

    Placard # 5 Ink pen near body [02/25/2022 15:08, GUERRERJ, 314, PPD]

| 8 | Property Description PLACARD # 6 GRAY KEYCHAIN FOB | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.00 | | Qty 1.000 | | Unit | Jurisdiction Locally | |
| | Status Evidence | | Date 02/22/2022 | NIC # | | State # | | Local # | | OAN |
| | Name (Last, First, Middle) * No name * | | | | | DOB | | Age | Race | Sex |

Notes

    Placard # 6 gray keychain secure access fob  [02/25/2022 15:10, GUERRERJ, 314, PPD]

WARD 000162

## Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

| 9 | Property Description | | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PLACARD # 9 SUNFLOWER SEEDS NEAR BODY | | | | | | | | | |
| | Color | Serial No. | | | Value | Qty | | Unit | Jurisdiction | |
| | | | | | $0.00 | 1.000 | | | Locally | |
| | Status | | Date | NIC # | | State # | | Local # | | OAN |
| | Evidence | | 02/22/2022 | | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | | |

Notes

Placard # 9 Sunflower seeds near body [02/25/2022 15:10, GUERRERJ, 314, PPD]

| 10 | Property Description | | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PLACARD # 10 PROJECTILE WITH BLACK FABRI | | | | | | | | | |
| | Color | Serial No. | | | Value | Qty | | Unit | Jurisdiction | |
| | | | | | $0.00 | 1.000 | | | Locally | |
| | Status | | Date | NIC # | | State # | | Local # | | OAN |
| | Evidence | | 02/22/2022 | | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | | |

Notes

Placard # 10 projectile with black fabric
embedded in hollow point opening located
near the feet of the deceased body
[02/25/2022 15:14, GUERRERJ, 314, PPD]

| 11 | Property Description | | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|
| | BLUE BLAUER POLICE UNIFORM SHIRT WITH PU | | | | | | | | | |
| | Color | Serial No. | | | Value | Qty | | Unit | Jurisdiction | |
| | | | | | $0.00 | 1.000 | | | Locally | |
| | Status | | Date | NIC # | | State # | | Local # | | OAN |
| | Evidence | | 02/22/2022 | | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | | |

Notes

Blue Blauer Police Uniform Shirt with Pueblo County Sheriff Patches, size 16.5. Recovered from Deputy McWhorter at
Parkview Medical Center. Pueblo County Sheriff Badge and nametag removed after processing [02/28/2022 10:09,
SCHNEIDERR, 1315, PPD]

| 12 | Property Description | | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|
| | BLUE BLAUER POLICE DUTY PANTS, SIZE 34 R | | | | | | | | | |
| | Color | Serial No. | | | Value | Qty | | Unit | Jurisdiction | |
| | | | | | $0.00 | 1.000 | | | Locally | |
| | Status | | Date | NIC # | | State # | | Local # | | OAN |
| | Evidence | | 02/22/2022 | | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | | |

Notes

Blue Blauer Police Duty Pants, size 34 Reg. Recovered from Deputy McWhorter at Parkview Medical Center [02/28/2022
10:10, SCHNEIDERR, 1315, PPD]

WARD 000163

# Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

| 13 | Property Description | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| | NARCAN NASAL SPRAY (4MG). RECOVERED FROM | | | | | | | | | |
| | Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
| | | | | | $0.00 | | 1.000 | DU | Locally | |
| | Status | | Date | | NIC # | | State # | | Local # | OAN |
| | Evidence | | 02/22/2022 | | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | | |

Notes

Narcan Nasal Spray (4mg). Recovered from right cargo pocket inside zippered area of Deputy McWhorter`s blue Blauer Police Duty Pants [02/28/2022 10:12, SCHNEIDERR, 1315, PPD]

| 14 | Property Description | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| | BLACK BASKETWEAVE PATTERN DUTY PANTS BEL | | | | | | | | | |
| | Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
| | | | | | $0.00 | | 1.000 | | Locally | |
| | Status | | Date | | NIC # | | State # | | Local # | OAN |
| | Evidence | | 02/22/2022 | | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | | |

Notes

Black basketweave pattern duty pants belt. Recovered from Deputy McWhorter at Parkview Medical Center [02/28/2022 10:14, SCHNEIDERR, 1315, PPD]

| 15 | Property Description | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| | RIGHT RESPONSE GEAR BOOT, SIZE 10.5. REC | | | | | | | | | |
| | Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
| | | | | | $0.00 | | 1.000 | | Locally | |
| | Status | | Date | | NIC # | | State # | | Local # | OAN |
| | Evidence | | 02/22/2022 | | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | | |

Notes

Right Response Gear Boot, size 10.5. Recovered from Deputy McWhorter at Parkview Medical Center [02/28/2022 10:14, SCHNEIDERR, 1315, PPD]

| 16 | Property Description | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| | LEFT RESPONSE GEAR BOOT, SIZE 10.5. RECO | | | | | | | | | |
| | Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
| | | | | | $0.00 | | 1.000 | | Locally | |
| | Status | | Date | | NIC # | | State # | | Local # | OAN |
| | Evidence | | 02/22/2022 | | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | | |

Notes

Left Response Gear Boot, size 10.5. Recovered from Deputy McWhorter at Parkview Medical Center [02/28/2022 10:15, SCHNEIDERR, 1315, PPD]

WARD 000164

## Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

| 17 | Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | RIGHT GLOVE. RECOVERED FROM RIGHT HAND O | | | | | | | |
| | Color | Serial No. | | Value | Qty | | Unit | Jurisdiction |
| | | | | $0.00 | 1.000 | | | Locally |
| | Status | Date | NIC # | | State # | | Local # | OAN |
| | Evidence | 02/22/2022 | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | |

Notes

Right glove. Recovered from right hand of Deputy McWhorter at Parkview Medical Center [02/28/2022 10:16, SCHNEIDERR, 1315, PPD]

| 18 | Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | LEFT GLOVE. RECOVERED FROM LEFT HAND OF | | | | | | | |
| | Color | Serial No. | | Value | Qty | | Unit | Jurisdiction |
| | | | | $0.00 | 1.000 | | | Locally |
| | Status | Date | NIC # | | State # | | Local # | OAN |
| | Evidence | 02/22/2022 | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | |

Notes

Left glove. Recovered from left hand of Deputy McWhorter at Parkview Medical Center [02/28/2022 10:16, SCHNEIDERR, 1315, PPD]

| 19 | Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | 4 BLACK BASKETWEAVE PATTERN DUTY BELT KE | | | | | | | |
| | Color | Serial No. | | Value | Qty | | Unit | Jurisdiction |
| | | | | $0.00 | 1.000 | | | Locally |
| | Status | Date | NIC # | | State # | | Local # | OAN |
| | Evidence | 02/22/2022 | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | |

Notes

4 black basketweave pattern duty belt keepers. Recovered from Deputy McWhorter at Parkview Medical Center [02/28/2022 10:17, SCHNEIDERR, 1315, PPD]

| 20 | Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | BLACK BASKETWEAVE PATTERN "SAM BROWN" ST | | | | | | | |
| | Color | Serial No. | | Value | Qty | | Unit | Jurisdiction |
| | | | | $0.00 | 1.000 | | | Locally |
| | Status | Date | NIC # | | State # | | Local # | OAN |
| | Evidence | 02/22/2022 | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | |

Notes

Black basketweave pattern "Sam Brown" style duty belt with duty equipment, pouches, and holders. Recovered from Deputy McWhorter at Parkview Medical Center [02/28/2022 10:17, SCHNEIDERR, 1315, PPD]

WARD 000165

**Incident Report Related Property List**

*Pueblo Police Department*

OCA: 22-003487

| 21 | Property Description SMITH AND WESSON M&P 2.0 9MM HANDGUN, S/ | | Make SMITH AND WESSO | | Model M&P 2.0 | | Caliber 9MM |
|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.00 | Qty 1.000 | Unit | Jurisdiction Locally |
| | Status Evidence | | Date 02/22/2022 | NIC # | State # | Local # | OAN |
| | Name (Last, First, Middle) * No name * | | | | DOB | Age | Race | Sex |

Notes

Smith and Wesson M&P 2.0 9mm handgun, ███ Recovered from Deputy McWhorter`s duty belt [02/28/2022 10:18, SCHNEIDERR, 1315, PPD]

| 22 | Property Description SMITH AND WESSON 15 ROUND MAGAZINE. RECO | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.00 | Qty 1.000 | Unit | Jurisdiction Locally |
| | Status Evidence | | Date 02/22/2022 | NIC # | State # | Local # | OAN |
| | Name (Last, First, Middle) * No name * | | | | DOB | Age | Race | Sex |

Notes

Smith and Wesson 15 round magazine. Recovered from Smith and Wesson M&P 2.0 9mm handgun, ███ [02/28/2022 10:19, SCHNEIDERR, 1315, PPD]

| 23 | Property Description SPARE MAGAZINE #1 (SMITH AND WESSON 15 R | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.00 | Qty 1.000 | Unit | Jurisdiction Locally |
| | Status Evidence | | Date 02/22/2022 | NIC # | State # | Local # | OAN |
| | Name (Last, First, Middle) * No name * | | | | DOB | Age | Race | Sex |

Notes

Spare Magazine #1 (Smith and Wesson 15 round magazine). Recovered from Deputy McWhorter`s duty belt [02/28/2022 10:19, SCHNEIDERR, 1315, PPD]

| 24 | Property Description SPARE MAGAZINE #2 (SMITH AND WESSON 15 R | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.00 | Qty 1.000 | Unit | Jurisdiction Locally |
| | Status Evidence | | Date 02/22/2022 | NIC # | State # | Local # | OAN |
| | Name (Last, First, Middle) * No name * | | | | DOB | Age | Race | Sex |

Notes

Spare Magazine #2 (Smith and Wesson 15 round magazine). Recovered from Deputy McWhorter`s duty belt [02/28/2022 10:19, SCHNEIDERR, 1315, PPD]

WARD 000166

# Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

---

### 25

| Property Description | | | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| WIN 9MM LUGER CARTRIDGE. RECOVERED FROM | | | | | | | | | |

| Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | 1.000 | | Locally | |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

Win 9mm Luger Cartridge. Recovered from chamber of Smith and Wesson M&P 2.0 9mm handgun, ██████████
[02/28/2022 10:20, SCHNEIDERR, 1315, PPD]

---

### 26

| Property Description | | | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| 12 WIN 9MM LUGER CARTRIDGES. RECOVERED F | | | | | | | | | |

| Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | 1.000 | | Locally | |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

12 Win 9mm Luger Cartridges. Recovered from magazine in Smith and Wesson M&P 2.0 9mm handgun, ██████████
[02/28/2022 10:20, SCHNEIDERR, 1315, PPD]

---

### 27

| Property Description | | | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| 15 WIN 9MM LUGER CARTRIDGES. RECOVERED F | | | | | | | | | |

| Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | 1.000 | | Locally | |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

15 Win 9mm Luger Cartridges. Recovered from spare magazine #1 from Deputy McWhorter`s duty belt [02/28/2022 10:21, SCHNEIDERR, 1315, PPD]

---

### 28

| Property Description | | | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| 15 WIN 9MM LUGER CARTRIDGES. RECOVERED F | | | | | | | | | |

| Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | 1.000 | | Locally | |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

15 Win 9mm Luger Cartridges. Recovered from spare magazine #2 from Deputy McWhorter`s duty belt [02/28/2022 10:22, SCHNEIDERR, 1315, PPD]

---

WARD 000167

## Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

| 29 | Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | SWABS FROM PINK STAINED SHEET IN REAR | | | | | | | | |
| | Color | Serial No. | | Value | | Qty | Unit | Jurisdiction | |
| | | | | $0.00 | | 1.000 | | Locally | |
| | Status | | Date | NIC # | | State # | Local # | | OAN |
| | Evidence | | 02/22/2022 | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | |

Notes

Swabs from Pink stained sheet in rear
passenger compartment of Lexus
[03/02/2022 14:59, GUERRERJ, 314, PPD]

| 30 | Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | SWABS FROM PINKISH COLORED STAIN ON FRON | | | | | | | | |
| | Color | Serial No. | | Value | | Qty | Unit | Jurisdiction | |
| | | | | $0.00 | | 1.000 | | Locally | |
| | Status | | Date | NIC # | | State # | Local # | | OAN |
| | Evidence | | 02/22/2022 | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | |

Notes

Swabs from pinkish colored stain on front
passenger floorboard of Lexus
[03/02/2022 15:00, GUERRERJ, 314, PPD]

| 31 | Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | EMPTY BOTTLE OF 135 MGS METHADONE DATED | | | | | | | | |
| | Color | Serial No. | | Value | | Qty | Unit | Jurisdiction | |
| | | | | $0.00 | | 1.000 | | Locally | |
| | Status | | Date | NIC # | | State # | Local # | | OAN |
| | Evidence | | 02/22/2022 | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | |

Notes

Empty bottle of 135 mgs Methadone dated
12/22/21 to ▮▮▮▮▮▮▮ located in rear
center armrest of Lexus
[03/02/2022 15:00, GUERRERJ, 314, PPD]

**Incident Report Related Property List**

*Pueblo Police Department*

OCA: 22-003487

| 32 | Property Description OPEN BAG OF SUNFLOWER SEEDS IN CENTER RE | | Make | | Model | | Caliber | |
|----|----|----|----|----|----|----|----|----|
| | Color | Serial No. | | Value $0.00 | Qty 1.000 | Unit | Jurisdiction Locally | |
| | Status Evidence | Date 02/22/2022 | NIC # | | State # | Local # | OAN | |
| | Name (Last, First, Middle) * No name * | | | | DOB | Age | Race | Sex |

Notes

**Open bag of Sunflower seeds in center rear
passenger seat of Lexus
[03/02/2022 15:01, GUERRERJ, 314, PPD]**

| 33 | Property Description MOTOROLA CELLPHONE IN BLK / PNK CASE ON | | Make MOTOROLA | | Model XT2043-4 | | Caliber | |
|----|----|----|----|----|----|----|----|----|
| | Color Blue | Serial No. ███████ | | Value $0.00 | Qty 1.000 | Unit | Jurisdiction Locally | |
| | Status Evidence | Date 02/22/2022 | NIC # | | State # | Local # | OAN | |
| | Name (Last, First, Middle) ████████████ | | | | DOB 03/31/1973 | Age 48 | Race W | Sex F |

Notes

**MOTOROLA CELLPHONE IN BLK / PNK CASE ON FRONT PASSENGER SEAT OF LEXUS [03/02/2022 15:03,
GUERRERJ, 314, PPD]**

**Can be released to owner at this time.**

| 34 | Property Description BLUE MOTOROLA CRICKET PHONE ON FRONT PAS | | Make MOTOROLA | | Model CRICKET | | Caliber | |
|----|----|----|----|----|----|----|----|----|
| | Color Blue | Serial No. | | Value $0.00 | Qty 1.000 | Unit | Jurisdiction Locally | |
| | Status Evidence | Date 02/22/2022 | NIC # | | State # | Local # | OAN | |
| | Name (Last, First, Middle) Brown, Tommy Lee | | | | DOB 11/14/1989 | Age 32 | Race W | Sex M |

Notes

**BLUE MOTOROLA CRICKET PHONE ON FRONT PASSENGER SEAT OF LEXUS [03/02/2022 15:05, GUERRERJ,
314, PPD]**

**can be released back to owner.**

**WARD 000169**

**Incident Report Related Property List**

*Pueblo Police Department*

OCA: *22-003487*

| 35 | Property Description | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|
| | BLUE SAMSUNG CELLPHONE FOUND ON DRIVER S | | SAMSUNG | | S105DL | | | |
| | Color | Serial No. | | Value | Qty | Unit | Jurisdiction | |
| | **Blue** | ▮▮▮▮▮▮ | | **$0.00** | **1.000** | | **Locally** | |
| | Status | Date | NIC # | State # | Local # | | OAN | |
| | **Evidence** | **02/22/2022** | | | | | | |
| | Name (Last, First, Middle) | | | DOB | Age | Race | Sex | |
| | * No name * | | | | | | | |

Notes

BLUE SAMSUNG CELLPHONE FOUND ON DRIVER SIDE REAR PASSENGER COMPARTMENT FLOORBOARD [03/02/2022 15:09, GUERRERJ, 314, PPD]

| 36 | Property Description | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|
| | RIGHT AND LEFT HAND SWABS | | | | | | | |
| | Color | Serial No. | | Value | Qty | Unit | Jurisdiction | |
| | | | | **$0.00** | **1.000** | | **Locally** | |
| | Status | Date | NIC # | State # | Local # | | OAN | |
| | **Evidence** | **02/22/2022** | | | | | | |
| | Name (Last, First, Middle) | | | DOB | Age | Race | Sex | |
| | * No name * | | | | | | | |

Notes

| 37 | Property Description | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|
| | GUNSHOT RESIDUE KIT | | | | | | | |
| | Color | Serial No. | | Value | Qty | Unit | Jurisdiction | |
| | | | | **$0.00** | **1.000** | | **Locally** | |
| | Status | Date | NIC # | State # | Local # | | OAN | |
| | **Evidence** | **03/04/2022** | | | | | | |
| | Name (Last, First, Middle) | | | DOB | Age | Race | Sex | |
| | * No name * | | | | | | | |

Notes

| 38 | Property Description | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|
| | YELLOW LIGHT FROM PANT POCKET | | | | | | | |
| | Color | Serial No. | | Value | Qty | Unit | Jurisdiction | |
| | | | | **$0.00** | **1.000** | | **Locally** | |
| | Status | Date | NIC # | State # | Local # | | OAN | |
| | **Evidence** | **03/04/2022** | | | | | | |
| | Name (Last, First, Middle) | | | DOB | Age | Race | Sex | |
| | * No name * | | | | | | | |

Notes

**WARD 000170**

## Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

| 39 | Property Description | | | | Make | | Model | | Caliber |
|----|----|----|----|----|----|----|----|----|----|
| | **DNA CARD** | | | | | | | | |
| | Color | Serial No. | | Value | | Qty | Unit | Jurisdiction | |
| | | | | **$0.00** | | **1.000** | | **Locally** | |
| | Status | | Date | NIC # | | State # | Local # | OAN | |
| | **Evidence** | | **03/04/2022** | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | Age | Race | Sex |
| | ***No name*** | | | | | | | | |

Notes

| 40 | Property Description | | | | Make | | Model | | Caliber |
|----|----|----|----|----|----|----|----|----|----|
| | **BULLET PROJECTILE FROM RIGHT THORACIC BA** | | | | | | | | |
| | Color | Serial No. | | Value | | Qty | Unit | Jurisdiction | |
| | | | | **$0.00** | | **1.000** | | **Locally** | |
| | Status | | Date | NIC # | | State # | Local # | OAN | |
| | **Evidence** | | **02/22/2022** | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | Age | Race | Sex |
| | ***No name*** | | | | | | | | |

Notes

| 41 | Property Description | | | | Make | | Model | | Caliber |
|----|----|----|----|----|----|----|----|----|----|
| | **BULLET PROJECTILE FROM LOWER RIGHT BACK** | | | | | | | | |
| | Color | Serial No. | | Value | | Qty | Unit | Jurisdiction | |
| | | | | **$0.00** | | **1.000** | | **Locally** | |
| | Status | | Date | NIC # | | State # | Local # | OAN | |
| | **Evidence** | | **02/22/2022** | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | Age | Race | Sex |
| | ***No name*** | | | | | | | | |

Notes

| 42 | Property Description | | | | Make | | Model | | Caliber |
|----|----|----|----|----|----|----|----|----|----|
| | **FARO SCAN DVD FROM PCSO** | | | | | | | | |
| | Color | Serial No. | | Value | | Qty | Unit | Jurisdiction | |
| | | | | **$0.00** | | **1.000** | | **Locally** | |
| | Status | | Date | NIC # | | State # | Local # | OAN | |
| | **Evidence** | | **02/22/2022** | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | Age | Race | Sex |
| | ***No name*** | | | | | | | | |

Notes

WARD 000171

## Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

---

**43**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| LEFT TAN SOCK | | | | | | | |

| Color | Serial No. | | Value | Qty | | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | $0.00 | 1.000 | | | Locally |

| Status | Date | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | | | | |

| Name (Last, First, Middle) | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|
| * No name * | | | | | |

Notes

---

**44**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| RIGHT BLACK SOCK | | | | | | | |

| Color | Serial No. | | Value | Qty | | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | $0.00 | 1.000 | | | Locally |

| Status | Date | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | | | | |

| Name (Last, First, Middle) | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|
| * No name * | | | | | |

Notes

---

**45**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| HANES SIZE M RED UNDERWEAR | | | | | | | |

| Color | Serial No. | | Value | Qty | | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | $0.00 | 1.000 | | | Locally |

| Status | Date | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | | | | |

| Name (Last, First, Middle) | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|
| * No name * | | | | | |

Notes

---

**46**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| LEFT SHOE, PUMA SIZE 11 | | | | | | | |

| Color | Serial No. | | Value | Qty | | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | $0.00 | 1.000 | | | Locally |

| Status | Date | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | | | | |

| Name (Last, First, Middle) | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|
| * No name * | | | | | |

Notes

---

**WARD 000172**

## Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

---

**47**

| Property Description | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| RIGHT SHOE, PUMA SIZE 11 | | | | | | | | | |

| Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | 1.000 | | Locally | |

| Status | | Date | | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|---|---|
| Evidence | | 02/22/2022 | | | | | | | | |

| Name (Last, First, Middle) | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|
| * No name * | | | | | |

Notes

---

**48**

| Property Description | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| GRAY SWEATS, VOLCOM BRAND SIZE XL | | | | | | | | | |

| Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | 1.000 | | Locally | |

| Status | | Date | | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|---|---|
| Evidence | | 02/22/2022 | | | | | | | | |

| Name (Last, First, Middle) | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|
| * No name * | | | | | |

Notes

---

**49**

| Property Description | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| $1 FROM GRAY VOLCOM SWEATS | | | | | | | | | |

| Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | 1.000 | | Locally | |

| Status | | Date | | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|---|---|
| Evidence | | 02/22/2022 | | | | | | | | |

| Name (Last, First, Middle) | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|
| * No name * | | | | | |

Notes

---

**50**

| Property Description | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| RED PUMA XXL SHIRT WITH POSSIBLE BLOOD A | | | | | | | | | |

| Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | 1.000 | | Locally | |

| Status | | Date | | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|---|---|
| Evidence | | 02/22/2022 | | | | | | | | |

| Name (Last, First, Middle) | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|
| * No name * | | | | | |

Notes

---

**WARD 000173**

# Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

---

**51** Property Description
WHITE PUMA XXL SHIRT WITH POSSIBLE BLOOD

| Make | Model | Caliber |
|---|---|---|

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

---

**52** Property Description
WHITE T-SHIRT WITH POSSIBLE BLOOD AND MU

| Make | Model | Caliber |
|---|---|---|

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

---

**53** Property Description
SPORT TEX GRAY AND BLACK 2XL JACKET WITH

| Make | Model | Caliber |
|---|---|---|

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

---

**54** Property Description
1 HYDROCHLORIDE FROM LEFT FROM POCKET OF

| Make | Model | Caliber |
|---|---|---|

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

---

WARD 000174

## Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

| 55 | Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | UNKNOWN WHITE POWER FROM PILL FROM JACKE | | | | | | | | |
| | Color | Serial No. | | Value $0.00 | | Qty 1.000 | | Unit | Jurisdiction Locally |
| | Status Evidence | | Date 02/22/2022 | NIC # | | State # | Local # | | OAN |
| | Name (Last, First, Middle) * No name * | | | | DOB | | Age | Race | Sex |

Notes

| 56 | Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | SWABS FOREHEAD | | | | | | | | |
| | Color | Serial No. | | Value $0.00 | | Qty 1.000 | | Unit | Jurisdiction Locally |
| | Status Evidence | | Date 02/22/2022 | NIC # | | State # | Local # | | OAN |
| | Name (Last, First, Middle) * No name * | | | | DOB | | Age | Race | Sex |

Notes

| 57 | Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | AUTOPSY CHECK LIST | | | | | | | | |
| | Color | Serial No. | | Value $0.00 | | Qty 1.000 | | Unit | Jurisdiction Locally |
| | Status Evidence | | Date 02/22/2022 | NIC # | | State # | Local # | | OAN |
| | Name (Last, First, Middle) * No name * | | | | DOB | | Age | Race | Sex |

Notes

| 58 | Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | MONEY/BILLS OR COINS | | | | | | | | |
| | Color | Serial No. | | Value $20.00 | | Qty 1.000 | | Unit | Jurisdiction Locally |
| | Status Property-owner Known | | Date 03/17/2022 | NIC # | | State # | Local # | | OAN |
| | Name (Last, First, Middle) * No name * | | | | DOB | | Age | Race | Sex |

Notes

    **1 - $20.00  dollar bill**

**WARD 000175**

## Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

**59**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| PURSES/HANDBAGS/WALLETS | | | | | | | |

| Color | Serial No. | | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| Gray/Black | | | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | | State # | Local # | | OAN |
|---|---|---|---|---|---|---|---|
| Property-owner Known | 03/17/2022 | | | | | | |

| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| * No name * | | | | | | |

Notes

   1 - gray and black Adidas back pack with paperwork contents and a pink cell phone wallet case.

**60**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| THUMB DRIVE | | | | | | | |

| Color | Serial No. | | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| Gray | | | | $0.00 | 1.000 | EA | Locally |

| Status | Date | NIC # | | State # | Local # | | OAN |
|---|---|---|---|---|---|---|---|
| Evidence | 03/25/2022 | | | | | | |

| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| Pueblo Police Department, | | | | | | |

Notes

   thumb drive with download of Daisy Case Motorola Phone and Blue Samsung (both were in car) [03/25/2022 09:43,
   PRADOC, 1213, PPD]

**61**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| AUTOPSY REPORT | | | | | | | |

| Color | Serial No. | | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | | State # | Local # | | OAN |
|---|---|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | | | |

| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| * No name * | | | | | | |

Notes

**62**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| SANDISK | | | | | | | |

| Color | Serial No. | | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | | State # | Local # | | OAN |
|---|---|---|---|---|---|---|---|
| Evidence | 02/22/2022 | | | | | | |

| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| * No name * | | | | | | |

Notes

**WARD 000176**

# Incident Report Related Property List

*Pueblo Police Department*

OCA: *22-003487*

---

**63**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| MEDICAL RECORDS (GONZALES) | | | | | | | |

| Color | Serial No. | | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | | $0.00 | 1.000 | | Locally |

| Status | | Date | NIC # | | State # | Local # | OAN |
|---|---|---|---|---|---|---|---|
| Evidence | | 02/22/2022 | | | | | |

| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| * No name * | | | | | | |

Notes

---

**64**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| SEARCH WARRANT RETURNS 22SW158 | | | | | | | |

| Color | Serial No. | | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | | $0.00 | 1.000 | | Locally |

| Status | | Date | NIC # | | State # | Local # | OAN |
|---|---|---|---|---|---|---|---|
| Evidence | | 02/22/2022 | | | | | |

| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| * No name * | | | | | | |

Notes

---

**65**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| SEARCH WARRANT RETURNS 22SW177 | | | | | | | |

| Color | Serial No. | | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | | $0.00 | 1.000 | | Locally |

| Status | | Date | NIC # | | State # | Local # | OAN |
|---|---|---|---|---|---|---|---|
| Evidence | | 02/22/2022 | | | | | |

| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| * No name * | | | | | | |

Notes

---

**66**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| DVD - MEDICAL RECORDERS (CHARLES MCWHORT | | | | | | | |

| Color | Serial No. | | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | | $0.00 | 1.000 | | Locally |

| Status | | Date | NIC # | | State # | Local # | OAN |
|---|---|---|---|---|---|---|---|
| Evidence | | 02/22/2022 | | | | | |

| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| * No name * | | | | | | |

Notes

C. McWhorter Medical records [04/18/2022 10:57, MEDINAJ, 978, PPD]

---

**WARD 000177**

# Incident Report Related Property List

*Pueblo Police Department*

OCA：*22-003487*

| 67 | Property Description | | | Make | | Model | | | Caliber |
|----|----------------------|---|---|------|---|-------|---|---|---------|
| | DVD - CBI REPORT | | | | | | | | |
| | Color | Serial No. | | Value | Qty | | Unit | Jurisdiction | |
| | | | | $0.00 | 1.000 | | | Locally | |
| | Status | | Date | NIC # | | State # | | Local # | OAN |
| | Evidence | | 02/22/2022 | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | |

Notes

| 68 | Property Description | | | Make | | Model | | | Caliber |
|----|----------------------|---|---|------|---|-------|---|---|---------|
| | THUMB DRIVE CONTAINING PHOTOS FROM THE P | | | | | | | | |
| | Color | Serial No. | | Value | Qty | | Unit | Jurisdiction | |
| | | | | $0.00 | 1.000 | | | Locally | |
| | Status | | Date | NIC # | | State # | | Local # | OAN |
| | Evidence | | 02/22/2022 | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | |

Notes

Thumb drive containing photos taken by Pueblo County Sheriff`s Office Personnel [11/03/2022 13:36, SCHNEIDERR, 1315, PPD]

| 69 | Property Description | | | Make | | Model | | | Caliber |
|----|----------------------|---|---|------|---|-------|---|---|---------|
| | CIT DECISION LETTER | | | | | | | | |
| | Color | Serial No. | | Value | Qty | | Unit | Jurisdiction | |
| | | | | $0.00 | 1.000 | | | Locally | |
| | Status | | Date | NIC # | | State # | | Local # | OAN |
| | None | | 02/22/2022 | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | * No name * | | | | | | | | |

Notes

CIT Decision letter from DA`s office.    [11/10/2022 09:20, ANDERSON, 43, PPD]

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                                      OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *VAUGHN, STEPHEN C   (2539)*                **Date / Time:** *02/22/2022 19:26:34, Tuesday*

**Supervisor:** *SINCERBOX, MICHAEL J   (2319)*     **Supervisor Review Date / Time:** *02/23/2022 15:07:58, Wednesday*

**Contact:**                                                                      **Reference:** *Supplement*

---

The following evidence was submitted by this Officer:
[ ] None    [ ] BWC video    [ ] Surveillance video    [ ] Interview room video    [ ] Digital photographs    [ ] Still
digital photographs of video    [ ] Audio recordings    [ ] Document(s)    [ ] Dash cam video from Unit #

On February 22nd 2022, at approximately 1750 hrs, I, Cpl S Vaughn responded 484 S Maher Dr, Liberty Point School, to an immediate agency assist. I was reponding to diagram the scene with laser diagramming equipment.

I arrived on scene and the weather was not cooperating with diagramming the scene. There was constant snow and wind blowing.  The decision had been made to hold the scene until the daylight hours with better weather.

I took over the crime scene log from the deputy on scene at 1900 hrs and maintained scene containment until I was relieved.

Nothing further.

Investigator Signature                                          Supervisor Signature

**WARD 000179**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

---

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

| | | |
|---|---|---|
| **Investigator:** | *PRADO, CHRISTOPHER JOSEPH...* | **Date / Time:** *02/23/2022 13:18:45, Wednesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R*    *(10727)* | **Supervisor Review Date / Time:** *03/09/2022 14:23:21, Wednesday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

---

On February 22, 2022, at approximately 1600 hours, I, Detective Christopher Prado, was notified by Sgt. Flores of an officer-involved shooting incident which occurred in the county of Pueblo, CO. I responded to the Pueblo County Sheriff`s Office annex and participated in the initial incident briefing. I received information that at least one of their deputies had shot and killed a male party in the parking lot of Liberty Point International school, located at 484 S Maher Dr. in Pueblo West, CO. Sgt. Flores requested I collect any video of this incident.

I responded to the school and spoke with the principal, identified as Christopher Slobodnik ███████████ ). Christopher told me he had already recorded the necessary video footage, confirmed the timestamp on the video was accurate, and he then exported the footage to my thumb drive. Upon later playing the video I noted the timestamp displayed was actually the time that Christopher recorded the video, not the time that the incident occurred.

I conducted a neighborhood canvass for any video related to this incident. 486 S Maher Dr., which was located due west of where the shooting occurred, did not appear to have any security cameras affixed to its exterior. I contacted Dustin Bermudez (DOB: 12/06/1984) at 243 E Ohio Dr. His house was approximately 160 ft. north and 310 ft. west of the shooting location. Dustin`s house had exterior security cameras affixed, but he showed me that his system did not capture any footage of this incident. I contacted Angelina Martinez (DOB: 06/06/1986) at 496 S Maher Dr., as she had exterior security cameras which faced westbound on the front of her home. Angelina confirmed she didn`t have any cameras which faced the parking lot where this incident occurred, and that the only camera she had that worked was inside the front window of her home facing S Maher Dr. I observed no other security cameras in the immediate vicinity of this incident.

On the morning of February 23, 2022, at approximately 0800 hours, I responded back to the school to meet with Christopher and retrieve additional security camera footage. I had Christopher record security camera footage from multiple cameras which faced the south parking lot of the school from approximately 1515-1535 hours. This timeframe was recorded by viewing the time displayed by my smartphone and the time displayed by Christopher`s computer. The timestamp shown on the video remained the time Christopher recorded the video, but future viewers of the video should be aware the approximate beginning of each of the additional videos is 1515 hours on 02/22/2022.

I received one additional video from Det. Herrera of the PCSO, who told me someone had provided him a smartphone video of this incident. Det. Herrera utilized the AirDrop feature of his phone to send me the video, which I attached to this case with the other collected videos.

For additional information please refer to the original report and the supplements of other officers and investigators.
[02/23/2022 13:18, PRADOC, 1213, PPD]

---

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *MATTAROCCI, DAVID    (14225)* | **Date / Time:** | *02/23/2022 13:58:02, Wednesday* |
| **Supervisor:** *VELARDE, DARREN R    (10735)* | **Supervisor Review Date / Time:** | *02/23/2022 16:26:16, Wednesday* |
| **Contact:** | **Reference:** | *Supplement* |

The following evidence was submitted by this Officer:
[ X ] None    [ ] BWC video    [ ] Surveillance video    [ ] Interview room video    [ ] Digital photographs    [ ]
Still digital photographs of video    [ ] Audio recordings    [ ] Document(s)    [ ] Dash cam video from Unit #

On 02/23/2022 at approximately 1110 hours I, Officer David Mattarocci responded to 484 S Maher Dr in the County of
Pueblo, State of Colorado to assist with a crime scene.

Upon arrival, I was provided a crime scene log from Officer B. Villanueva. I held the crime scene until approximately
1340 hours when I was relieved by Officer J. Shipp. I provided Officer Shipp the crime scene log.

Nothing further at this time.

Investigator Signature                                        Supervisor Signature

**WARD 000181**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *TORRES, TIMOTHY RYAN    (1439)*        **Date / Time:** *02/23/2022 19:04:44, Wednesday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *03/09/2022 14:23:02, Wednesday*

**Contact:**                                                            **Reference:** *Ca Persons Follow Up*

On 02-22-22 at approximately 1741 hours, I, Detective Ryan Torres contacted ████████████████ in interview room 3302 at the Pueblo Police Department. Pueblo County Sheriff Detective S. Chavez was present for the interview.

I was told by Detective Chavez that ████ was the person who called 911 for the incident that occurred at 484 S. Maher Dr. (Liberty Point International School) on this date. ████ agreed to come to the police station to talk with detectives.

I began the interview by obtaining ████s personal information. I then asked ████ to tell us what he saw, heard and what happened.

████ said he was sitting there, and he noticed a guy with no coat on walking around the school grounds. ████ said he first saw the male through his (████ rear view mirror. ████ explained that how he was parked, the male would have been behind him, and he (████ was watching the male from his rear-view mirror. ████ said he thought the male was a "tweaker" and he was possibly high on narcotics. ████ said he thought this because the male was trying to put a coat on, but he was struggling to do so. ████ said the male then tried to open a car door, but he didn`t gain entry into the vehicle. ████ said the male walked toward a parking lot, and he was making some weird movements. ████ said the male then went up to a black SUV and the SUV pulled away right away. I asked ████ if the male got into the black SUV and he said no, the male was trying to get into the SUV.

████ said he called 911 at this point because the kids were getting ready to get out school, and he (████ wanted the male checked on. ████ said he also had two of his children in his vehicle.

████ said he lost sight of the male and he was talking to the dispatcher. ████ said the male appeared to be irritated with something. ████ said he lost sight of the male for a bit, and he then sees the male appear again. ████ explained that a principal or teacher from the school came outside, and he was talking with the male. ████ said it appeared the male continued to make weird movements. ████ said he was talking to dispatch and explaining to them what was going on.

████ said the male walked up to a truck, and the guy in the truck rolled his window up. ████ said the truck was in front and to the left of the vehicle the guy would end up getting into. ████ said the male then got into the back passenger seat of a white SUV. ████ said he continued to talk to dispatch during this time.

████ said a sheriff`s deputy arrived on scene, and dispatch relayed to ████ the deputy was on scene and the deputy sees the vehicle. ████ said the deputy got out of his vehicle and was walking in way that ████ didn`t think the deputy knew exactly which vehicle the male was in. ████ said a second deputy arrived on scene, and ████ described the second deputy as being shorter then the first deputy. ████ said the deputies then got the male out of the vehicle.

_____                                _____
Investigator Signature                                        Supervisor Signature

**WARD 000182**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *TORRES, TIMOTHY RYAN    (1439)*        **Date / Time:** *02/23/2022 19:04:44, Wednesday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *03/09/2022 14:23:02, Wednesday*

**Contact:**                                                    **Reference:** *Ca Persons Follow Up*

▨ said, "it went balls to the wall, full on fight." ▨ said the male was fighting the deputies "bad." ▨ also said it appeared to him that the deputies had their hands full with this male. ▨ said it looked like one thing led to another, and then the deputy shot him.

I asked ▨ where he was when the fight and shooting go down. ▨ said he was in his truck and turned around. ▨ explained that he was sitting in his driver seat of the truck, and his body was turned around watching the incident. ▨ said he recorded a part of the incident, right around the time the shots were fired. ▨ said he doesn`t think he recorded the entire incident, but it was right around the time the shots were fired.

I told ▨ that he said it was an all-out fight, and I asked ▨ to describe the fight. ▨ said it looked like the male attacked the deputies, and the male was "committed." ▨ said it didn`t appear to him like the male was resisting, but more like the male was fighting. I asked ▨ if his view was obstructed of the incident, and ▨ showed me a video he had on his cell phone.

I observed the video on ▨ s cell phone, and the video appears to be of the incident that occurred at Liberty Point International School. The video looks like it was taken from inside of a truck. The video shows two Pueblo County Sheriff`s Deputies, one of which is standing with a gun pointed toward someone on the ground, and the other deputy on their knees. I could hear a male voice, which sounded like ▨ s say, "Oh my God, they shot him." The video does not depict the physical struggle that ▨ described to detectives. The video is 52 seconds long. I asked ▨ if he could provide the video to detective, and ▨ said he would send the video over a text. I received the video over a text to my work phone from ▨ This video was provided to Detective J. Medina and attached to this case.

During the video, I could hear the voice of what sounded like children. ▨ said his two children were in the vehicle with him during the incident. ▨ said his daughter is ▨ 11 years old, and his son is ▨ 8 years old.

I asked ▨ what he does for a living, and he said he worked for two years as a Corrections Officer for the Colorado Department of Corrections, and he is currently working as a Grounds Keeper for School District 70. I asked ▨ if he had any other law enforcement experience and he said he has done security work. ▨ further related that he graduated the Colorado Department of Corrections academy.

I asked ▨ to tell me what school this incident occurred, and he said it was Liberty Point International School. I asked ▨ what he was doing at the school today, and he said he was picking up his children. I asked ▨ what time the kids get out of school, and he said it is 1530 hours. ▨ said teachers sometimes let the children out several minutes early. ▨ told me that he remembers telling the dispatcher to hurry because the children were going to get out of school in five minutes. I told ▨ that from the video he took, it appeared there were children

_____                              _____
Investigator Signature                                   Supervisor Signature

**WARD 000183**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*     **Case Mng Status:**  *EXCEPTIONALLY CLEARED*     **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

**Investigator:**  *TORRES, TIMOTHY RYAN     (1439)*     **Date / Time:**  *02/23/2022 19:04:44, Wednesday*

**Supervisor:**  *FLORES, CHRISTOPHER R     (10727)*     **Supervisor Review Date / Time:**  *03/09/2022 14:23:02, Wednesday*

**Contact:**     **Reference:**  *Ca Persons Follow Up*

walking with backpacks, and ▇ agreed. I asked ▇ who he saw around the area, and ▇ said he also saw children walking.

I confirmed with ▇ that seeing the guy without a coat on a cold day is what initially brought his (▇ attention, and ▇ said yes. ▇ said it was odd the male didn`t have a coat on. ▇ said the male was then making movements, like moving his hands and arms all over. I told ▇ that he mentioned that it appeared the male was on "something" and I asked ▇ what that meant to him. ▇ said when he worked at DOC, he could tell when someone was high on something, and he (▇ was 100% sure the male he saw today was on something. I asked ▇ if he saw the male come from a specific vehicle, and ▇ said no. I asked ▇ if he knows who the male is, and he said no. I also asked ▇ if he has ever seen or dealt with the male before, and ▇ said no.

I asked ▇ if he ever saw the male go up to the building, and he said the male went up near the school and was talking to a teacher or the principal. ▇ estimated the male was within 30 feet from the school. I asked ▇ how long the male was talking with the principle or teacher, and he said he didn`t know. ▇ told me his children were scared inside of his vehicle, and ▇ told his kids not to be scared, because he (▇ had his pistol. ▇ said he could hear the male yelling, but other then a couple of curse words, ▇ didn`t know what the male was saying. ▇ said the male then walked to a black beat up truck, and the person inside of the truck rolled up the window. The male then walked over to a car and walked around it and it looked like he was going to get in the car. ▇ said he then lost sight of the male.

I asked ▇ to describe the male and he said he was about 600, white male with red hair, a Chicago Bulls hat, a black and grey jacket and dark pants. ▇ said he appeared to be late 20`s or early 30`s.

I asked ▇ what kind of vehicles the deputies pulled up in. ▇ said he saw the first deputy arrive, and he arrived in a fully marked sheriff`s SUV. I asked ▇ if there was any doubt that male was a police officer, and ▇ said there is no doubt. I asked ▇ what the second deputy arrived in, and ▇ said he didn`t observe the second deputy arrive. I asked ▇ what the second deputy wearing, and ▇ said they were dressed in a full sheriff`s uniform. ▇ said there was no doubt they were police officers.

I asked ▇ if he heard the sheriff deputies say anything, and ▇ said no. ▇ said his heater was on high, and his windows were up. ▇ said he heard what sounded like two gunshots. I asked ▇ if he knows which deputy shot, and ▇ said it was the first deputy. ▇ said he saw the recoil on the deputy`s gun, and he was certain it was the first deputy he saw arrive on scene. ▇ said he could tell that the sheriff`s deputy was "emotionally dumbed" from adrenaline.

Detective Chavez asked ▇ to describe him seeing the gun recoil. ▇ said he saw the deputy`s gun recoil, and it looked like maybe the male was going for something when the deputy shot. ▇ said they were fighting, and the

Investigator Signature     Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *TORRES, TIMOTHY RYAN    (1439)*    **Date / Time:** *02/23/2022 19:04:44, Wednesday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *03/09/2022 14:23:02, Wednesday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

deputy broke away. I asked ██ to talk about the actions of the male, as well as the sheriff`s deputies. ██ said initially, he did not see the beginning of the fight. ██ said he couldn`t tell if the officer grabbed the guy, or if the guy charged them. I asked ██ if the male was seated or standing, and he said he wanted to say the male was standing. I told ██ not to guess but tell us what he saw. I asked ██ if the male and the deputies ever went to the ground, and ██ said yes. ██ said they were fighting, but it wasn`t like the male was trying to pull away, the male was fighting. I asked ██ if the male was swinging or kicking, and ██ said he would say the male was fighting for his life. I asked ██ if he actually sees the male swinging or kicking, and ██ said he definitely saw the male`s elbows moving. ██ said he is not certain why the officer shot, but he is sure he had a good reason, because the male was fighting.

I asked ██ if he saw the male with any weapons and he said no. Detective Chavez asked ██ at what point did he see a gun, ██ said he heard the gunshot, and around the second shot, he saw the deputy with the gun. ██ said he doesn`t remember seeing the second deputy having their gun in their hand.

I asked ██ if it would be ok to speak with his children, and ██ said yes. It should be noted, I stepped out of the interview room, and I spoke with leaders of the Critical Incident Team, and they advised me detectives would not interview ██ s children at this time. I advised ██ we were not going to interview the children at this time.

I asked ██ if there was anything else he wanted to say that we didn`t ask, and ██ said he just hopes he isn`t forgetting anything.

Detective Chavez asked ██ how long he was watching the male and talking to dispatch. ██ said he didn`t know, but he was worried about the male, and the male was definitely on something. Detective Chavez asked ██ how many vehicles the male went up to, and ██ said it was multiple vehicles.

██ said if he remembers anything else, he will contact detectives. ██ said he remembers thinking he didn`t want the male to leave because he wanted the police to check on him. ██ said he wishes he could have recorded the entire incident.

Our conversation with ██ ended, and Detective Chavez and I escorted ██ to the front lobby of the police department. I thanked ██ for speaking with detectives.

There is nothing further at this time.
 [02/23/2022 19:05, TORREST, 848, PPD]

---

Investigator Signature                Supervisor Signature

**WARD 000185**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *SHIPP, JUSTIS BRETT    (15394)*       **Date / Time:** *02/23/2022 19:19:25, Wednesday*

**Supervisor:** *HEBLINGER, PAUL E    (1792)*   **Supervisor Review Date / Time:** *02/23/2022 19:52:40, Wednesday*

**Contact:**       **Reference:** *Supplement*

The following evidence was submitted by this Officer:
[ ] None    [ ] BWC video    [ ] Surveillance video    [ ] Interview room video    [ ] Digital photographs    [ ] Still
digital photographs of video    [ ] Audio recordings    [ ] Document(s)    [ ] Dash cam video from Unit #

On February 23rd, 2022 at approximately 1330 hours, I (Officer Justis Shipp) responded to 484 S Maher Dr in Pueblo West, CO regarding an outside agency assist. I was enroute to the scene to relieve another officer from the scene.

Upon arrival, I took over handling the crime scene log. During my time near the scene, It was released and Discount towing retrieved the vehicle from the scene. I turned over the crime scene log and this ended my involvement with this case.

This is a summary of my report.

_____              _____
Investigator Signature                        Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *EXCEPTIONALLY CLEARED*    Case Mng Status: *EXCEPTIONALLY CLEARED*    Occurred: *02/22/2022*

Offense: *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| Investigator: | TORRES, TIMOTHY RYAN    (1439) | Date / Time: *02/24/2022 09:41:32, Thursday* |
| Supervisor: | FLORES, CHRISTOPHER R    (10727) | Supervisor Review Date / Time: *03/09/2022 14:22:51, Wednesday* |
| Contact: | | Reference: *Ca Persons Follow Up* |

On 02-23-22 at approximately 1228 hours, I, Detective Ryan Torres responded to ▮▮▮▮▮ in Pueblo West, CO to contact ▮▮▮▮▮▮▮▮▮. Sergeant C. Flores told me ▮▮▮▮ had made a comment through Facebook that her daughter was present and witnessed the officer-involved shooting on Liberty Point International School on 02-22-22. It is unknown what Facebook account ▮▮▮▮ made the comment on. Sergeant Flores requested I respond to speak with ▮▮▮▮ and her daughter. Detective Gravatt was present for the interview.

Upon arrival at ▮▮▮▮s address, a female came outside, and she identified herself as ▮▮▮▮▮▮▮▮ I explained why detectives were there, and I asked ▮▮▮▮ if I could speak with her and her daughter. ▮▮▮▮ said yes, and she invited Detective Gravatt and I inside of her home.

▮▮▮▮ introduced her daughter to detectives, ▮▮▮▮▮▮▮▮▮▮ I asked ▮▮▮▮ if I could speak with her about the incident yesterday, and both ▮▮▮▮ and ▮▮▮▮ said yes.

I began speaking with ▮▮▮▮ and I obtained her personal information. I then asked ▮▮▮▮ to tell me what she saw and heard yesterday. ▮▮▮▮ said she was just getting out of school, and she saw a cop that looked like he had a flashlight, and the cop was walking up and down the street looking in cars. ▮▮▮▮ said she heard three gunshots, and then she saw kids running. ▮▮▮▮ said this was all she saw.

I asked ▮▮▮▮ about the cop she saw with a flashlight, and if she was sure that was a police officer. ▮▮▮▮ said she thinks so, and the cop was wearing a blue shirt and black pants. It should be noted that Pueblo Police Detective J. Cardona was present at the school during the time of the incident, and he was attired in dress clothes, including a blue shirt and black pants.

I asked ▮▮▮▮ where she came out of the school, and she said she came out of the front of the school, and then she walked across onto a grassy area, then across the lot. I asked ▮▮▮▮ where the gunshots came from and she said it came from where the cop was standing, or the guy by the white car. I asked ▮▮▮▮ if she saw anything going on with the cop, and she said not really. I asked ▮▮▮▮ if she saw the cop fighting with anybody, and she said no. ▮▮▮▮ said she saw the cop pointing a gun at the ground, and I asked her if she saw anybody on the ground, or who the cop was pointing a gun at, and she said no, there were cars blocking her view. I asked ▮▮▮▮ if she saw any other cops and she said just the other cop that was coming over to help the other cop.

I asked ▮▮▮▮ what she heard, and she said she heard kids screaming, and then three gunshots. ▮▮▮▮ said someone was yelling, "don`t hurt me, please don`t hurt me." I asked ▮▮▮▮ who was saying this, and she said maybe some kids. I asked ▮▮▮▮ if she heard any conversation between the cops and anybody else, and she said no because she was too far away. I asked ▮▮▮▮ to tell me about how far away she was from the cops, and she estimated she was about 100 feet. It should be noted, ▮▮▮▮ is currently in 6th grade.

Investigator Signature                              Supervisor Signature

Page 35

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *TORRES, TIMOTHY RYAN    (1439)*    **Date / Time:** *02/24/2022 09:41:32, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *03/09/2022 14:22:51, Wednesday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

I asked ▓▓▓ if anybody else was around the incident that she (▓▓▓ knows, and she said no. I asked ▓▓▓ if she knew what actually happened, and ▓▓▓ said she just heard from several friends after the incident. ▓▓▓ said the information that kids got was a guy was trying to high-jack cars, and he got into someone`s car.

Then asked ▓▓▓ if I could speak with her, and she said yes. I asked ▓▓▓ if she was present at the school when the incident took place. ▓▓▓ said she pulled up in a lot and ▓▓▓ came running to her car. ▓▓▓ said she left the lot right away, and she didn`t see the incident.

I thanked ▓▓▓ and ▓▓▓ for talking with us and asked them to contact me with any other information.

Our interview with ▓▓▓ and ▓▓▓ ended at approximately 1239 hours.

There is nothing further.
 [02/24/2022 09:41, TORREST, 848, PPD]

Investigator Signature          Supervisor Signature

**WARD 000188**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *FLORES, CHRISTOPHER R*  *(10727)* | **Date / Time:** | *02/24/2022 10:52:01, Thursday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R*  *(10727)* | **Supervisor Review Date / Time:** | *03/09/2022 14:22:45, Wednesday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

On 02-22-2022, at about 3:45 pm, I Sgt. Chris Flores was informed by Captain Dan Anderson, that there was an officer involved shooting that had just occurred at Liberty Pointy Middle School in Pueblo West involving two Sheriff`s Office Deputies. Captain Anderson informed me that we would be handling the investigation. I then notified fellow detectives with the Crimes Against Persons Unit and we responded to the Sheriff`s Office Annex to be briefed on the situation.

We were briefed on the situation and informed the scene was secure at this time. I was informed there were three parties who witnessed the incident and were on their way to the Sheriffs Office. Assignments were given out to fellow detectives regarding the investigation and interviews at this time.

I then responded out to the scene and briefly walked through the scene to get an understanding of where the incident occurred. The decision was made to hold the scene until the following morning because of the weather.

On 02-23-2022, at about 1130 am, I returned out to the scene to determine if there were any updates and was informed by Sgt. Steve Jesik that the scene was still being processed and the vehicle involved would be towed to the department.

I then assisted Detective Shay in attempting to contact neighboring residences that had not been contacted but were unable to contact anyone.

At about 2:05 pm, the scene was released, and Officer Shipp turned over the crime scene log to me. I then attached a copy of the crime scene log to the case and placed the original in evidence at the Pueblo Police Department.

Nothing further at this time.
 [02/24/2022 10:52, FLORESC, 341, PPD]

---

Investigator Signature                                   Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *SHAY, JEFFREY    (2303)*    **Date / Time:** *02/24/2022 14:57:50, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *03/09/2022 14:22:35, Wednesday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

On 02/22/2022 I was assigned to assist with the investigation of an officer involved shooting at Liberty Point International Middle School, located at 484 S. Maher Dr., Pueblo West, CO.

I attended a briefing at the Pueblo County Sheriff`s Office (PCSO) Investigations Annex and viewed body camera footage taken from PCSO Deputy Cassandra Gonzales and PCSO Deputy Charles McWhorter.

After the briefing, PCSO Detective ████ Telfer and I drove to the scene and I completed a Search Waiver for the property of 484 S. Maher Dr., Pueblo West, Colorado.  In the Waiver, I asked to seize: firearms, firearm accessories, shell casings, projectiles, fragments, bullet impacts, surveillance video, the suspect vehicle, the deceased body, and any other evidence related to the shooting.  The Search Waiver was authorized and signed by Principle Chris Slobodnik ███████████████ then given directly to PPD Sgt. Steve Jesik at the scene.

Detective Telfer and I went to 485 S. Maher Drive which is a house nearby that faces the crime scene.  I contacted the resident, identified as William Marez (date of birth 04/06/1972), and asked him if he witnessed the incident in front of his house.  Marez said that he didn`t know anything about it until he heard a bunch of sirens and he looked outside and just saw a bunch of emergency vehicles and people leaving.  Marez does not have any video surveillance at his residence.

On 02/23/2022, I attended a briefing at the Pueblo Police Department (PPD) and viewed the same body camera footage with extended versions, a private citizen cell phone video, and video surveillance footage from the Liberty Point International Middle School.  PPD Detective Chris Prado advised me that 243 E. Ohio and 496 S. Maher had already been checked for witnesses and/or video footage.  PPD Sgt. Chris Flores and I drove out to 490 S. Maher, which is located near the edge of the school parking lot entrance, and I did not observe any surveillance cameras on the house.  There was no answer at the door, so I left my business card.  Later that day, I received a voicemail from Joelle Latimore (date of birth 01/09/1975), who stated that she lives at 490 S. Maher and nobody in her household witnessed the incident.

Nothing further at this time.
 [02/24/2022 14:58, SHAYJEFF, 160, PPD]

_____        _____
Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** TORRES, TIMOTHY RYAN  (1439) | **Date / Time:** | *02/24/2022 15:50:36, Thursday* |
| **Supervisor:** FLORES, CHRISTOPHER R  (10727) | **Supervisor Review Date / Time:** | *03/09/2022 14:22:24, Wednesday* |
| **Contact:** | **Reference:** | *Ca Persons Follow Up* |

On 02-22-22 at approximately 1545 hours, I, Detective Ryan Torres was with Detective R. Gravatt conducting follow-up investigation on a homicide case. While we were driving in the area of W. 29th St. and Hart Rd., I heard Pueblo Police dispatch air they needed officers to respond to 484 S. Maher Dr. in Pueblo West to assist Pueblo County Sheriff`s deputies. Dispatch did not have information about what was going on when they first aired the call, but dispatch then stated there were shots fired at the school. A short time later, information was aired that an officer-involved shooting occurred in the parking lot of the above address.

I was then contacted by Sergeant C. Flores on the phone, and he told me a Pueblo County Sheriff`s deputy was involved in an officer-involved shooting at Liberty Point International School, 484 S. Maher Dr. Sergeant Flores requested Detective Gravatt and I respond to the Pueblo County Sheriff`s Annex-building to assist with this officer-involves shooting investigation.

I arrived at the Sheriff`s Annex building at around 1556 hours. I was advised that the 10th Judicial Critical Incident Team (CIT) was being activated, and a CIT meeting would be taking place at the annex-building.

I attended the CIT meeting, and during the meeting, Pueblo County Undersheriff, J.R. Hall advised that the sheriff`s office received a call for service at the Liberty Point International School, located at 484 S. Maher Dr. of a suspicious person. Undersheriff Hall advised the suspicious male was possibly trying to get into other vehicles, and the suspect was contacted by Pueblo County Deputy C.T. McWhorter. Undersheriff Hall said a struggle ensued between the suspect and Deputy McWhorter, and it ended with Deputy McWhorter discharging his duty weapon. Undersheriff Hall said the suspect was deceased on scene, and Deputy McWhorter was transported to Parkview Medical Center to be treated for facial injuries. Undersheriff Hall stated another deputy, Cassandra Gonzales, was present during the incident, and she was also injured.

Sergeant Flores told me that Detective J. Medina would be the lead investigator for our agency, and Sergeant Flores said I would be partnered with Pueblo County Sheriff`s Detective S. Chavez. Sergeant Flores gave me a phone number for a " ██████ and he requested I attempt to call ████ and inquire if ████ picked his grandson ████ up from Liberty Point International school on this date. Sergeant Flores told me ████ is possibly the grandfather to the suspect who was shot. ████ was possibly a brother or relative of the person who was shot.

I called ████ on the phone at approximately 1701 hours on 02-22-22. A male picked up the phone and identified himself as ████ I asked ████ if he had a grandson named ████ and ████ stated yes. I asked ████ if he picked ████ up from school today and he said yes. ████ said ████ was currently with him at his house. ████ told me ████ mother, ████ was supposed to pick ████ up from school, but she never showed up, so he ████ responded to the school and picked ████ up. I asked ████ who ████ was with, and ████ said she was probably with her boyfriend, who ████ only knew as Tommy. ████ clarified with me that ████ is his daughter. I told ████ there was an incident at the school today that we were currently investigating,

Investigator Signature                    Supervisor Signature

Page 39
**WARD 000191**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *TORRES, TIMOTHY RYAN    (1439)*    **Date / Time:** *02/24/2022 15:50:36, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:** *03/09/2022 14:22:24, Wednesday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

but I did not give ▮▮ details. Since I did not have the identity of the persons involved in the incident, I did not tell ▮▮ any names, other than inquiring about ▮▮ and ▮▮ My conversation ended with ▮▮

Detective Chavez told me a witness to the incident had come to the Pueblo County Sheriff`s annex building to speak with detectives. Detective Chavez told me the witness was identified as ▮▮ ▮▮▮▮▮ There were multiple interviews taking place at the sheriff`s annex building, so it was decided to ask ▮▮ to meet detectives at the Pueblo Police Department. ▮▮ agreed to respond to the police station.

Detective Chavez and I spoke with ▮▮ in a recorded interview room at the Pueblo Police Department. Please refer to my supplement report for complete details on ▮▮ s interview.

On 02-24-22 Detective Gravatt and I were assigned to respond to Pueblo West, Colorado to attempt to contact ▮▮ ▮▮ Sergeant Flores informed detectives that ▮▮ ▮▮ had made a Facebook post about her daughter witnessing the incident at the school. Detective Gravatt located an address for ▮▮ at 298 Galesa St. in Pueblo West. We responded to this address and were able to speak with ▮▮ and her daughter, ▮▮ ▮▮▮▮ Please see my additional supplement report for details on this interview with ▮▮ and ▮▮

This concludes my involvement with this case up to this point. If additional information becomes available, supplement reports will follow.

There is nothing further at this time.
[02/24/2022 15:51, TORREST, 848, PPD]

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                            OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *PRADO, CHRISTOPHER JOSEPH...*   **Date / Time:** *02/25/2022 16:19:41, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R   (10727)*   **Supervisor Review Date / Time:** *03/09/2022 14:22:12, Wednesday*

**Contact:**   **Reference:** *Ca Persons Follow Up*

This supplement is only intended as a summary of the review of security camera footage from Liberty Point International school by Det. Christopher Prado.

A comparison between the body-worn camera footage of Deputy McWhorter and the timestamp displayed on the security camera footage was used to estimate the actual time of events as closely as possible. At approximately 15:33:17 hours on 02/22/2022 on Deputy McWhorter`s BWC, a silver unmarked police vehicle with emergency lights activated arrives in the entry/exit loop parallel to a white SUV. The unmarked vehicle was followed immediately by a Pueblo County Sheriff`s Office patrol vehicle, which also had its lights activated. The footage captured in the directory "VID School (Full)" showed the same vehicle arrival with a blue timestamp of 08:31:30 hours on 02/23/2022, which indicated that the time displayed was actually the time the video export was performed. This led to the approximation that the blue timestamp on the video, disregarding the date, was approximately 7 hours and 2 minutes before real time. The following events were viewed observed in the school`s security video:

- 1520: The white SUV which the party of interest arrived in was observed arriving in the traffic loop from the west. The vehicle came to a complete stop in traffic facing eastbound in the entry/exit loop.
- 1522: An individual appeared to exit the passenger side of the white SUV wearing a red shirt and carrying a black jacket. It appeared he put the jacket on and took it back off at least once while he was visible. The party seemed to mill about in the snowy median between the entry and exit lanes of the entry/exit loop.
- 1524: The same individual entered the parking lot of the school from the area of the white SUV and appeared to be taking long steps and swinging his arms in an exaggerated manner as he walked. He walked close to multiple vehicles which were occupied as they waited in standstill traffic in the cue to pick up children from the school. He walked eastbound in the lot in the same direction as traffic and in the lane of travel.
- 1525: The party was observed turning around and following the line of vehicles as it wound back toward the west in the parking lot. He continued walking in the lane of traffic in the parking lot before getting on the sidewalk in front of the school and continuing his walk westbound.
- 1525: The male re-entered the parking lot lane of travel and another male party, later identified as the principal of the school, was observed following the male on foot toward the west. As they neared the entry/exit loop, the man stopped and the principal appeared to speak with him briefly before turning around and walking back toward the school doors.
- 1526: The male appeared to run across the median and get into the passenger side of the white SUV he arrived in.

Very little was visible in the area of the ensuing altercation between PCSO deputies and the male with the red shirt and black jacket due to the distance from the school`s cameras and the amount of dirt and moisture on the cameras.

This concludes the summary of the events viewable in the security camera footage from the school.

Investigator Signature                                    Supervisor Signature

WARD 000193

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *PRADO, CHRISTOPHER JOSEPH...*          **Date / Time:** *02/25/2022 16:19:41, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:** *03/09/2022 14:22:12, Wednesday*

**Contact:**                              **Reference:** *Ca Persons Follow Up*

[02/25/2022 16:19, PRADOC, 1213, PPD]

_____          _____
Investigator Signature                      Supervisor Signature

WARD 000194

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *GRAVATT, RONALD  Jr  (1748)*        **Date / Time:** *03/02/2022 07:36:15, Wednesday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:** *03/09/2022 14:22:04, Wednesday*

**Contact:**        **Reference:** *Ca Persons Follow Up*

---

PPD 22-003487 / P.C.S.O. 22S004894

On 02-22-22 at approximately 1545 hours, Detective Ryan Torres and I were conducting follow-up investigation on a homicide case. While we were driving in the area of W. 29th St. and Hart Rd., we heard Pueblo Police dispatch air they needed officers to respond to 484 S. Maher Dr. in Pueblo West to assist Pueblo County Sheriff`s deputies. Dispatch did not have information about what was going on when they first aired the call.

Sgt. C. Flores then notified us to respond to the P.C.S.O. Annex to assist in an OIS.

At the Annex, Pueblo County Undersheriff, J.R. Hall briefed us on the limited information he had that amounted to a call for service at the Liberty Point International School, located at 484 S. Maher Dr. of a suspicious person.

Undersheriff Hall advised the suspicious male was possibly trying to get into other vehicles, and the suspect was contacted by Pueblo County Deputy C.T. McWhorter. Undersheriff Hall said a struggle ensued between the suspect and Deputy McWhorter, and it ended with Deputy McWhorter discharging his duty weapon. Undersheriff Hall said the suspect was deceased on scene, and Deputy McWhorter was transported to Parkview Medical Center to be treated for facial injuries. Undersheriff Hall stated another deputy, Cassandra Gonzales, was present during the incident, and she was also injured.

Sergeant Flores assigned me to conduct interviews alongside P.C.S.O. Detective Landreth.  We were told that PPD Detective Jeff Maize and PPD Detective Joe Cardona were both present at the school during the incident on unrelated business and were witnesses.

On 02-22-2022, at approximately 5:37 PM, S.O. Detective Landreth and I spoke with Det. Joe Cardona at the PPD.  The interview was recorded.

Cardona stated he was going north on Maher approaching Liberty Point Elementary School and he observed a P.C.S.O. patrol unit pull into the dirt parking lot that is located on the South end of the school.

Cardona watched the deputy drive through the lot and the deputy`s unit was facing north towards the school. Cardona was driving through the parent loop and he noticed the deputy was a male and he was with another deputy that Cardona recognized as Deputy Gonzales.  Cardona stated the deputies were taking to individuals in a small white SUV.  Cardona drove past the deputies and Cardona rolled down his window to make sure everything sounded ok and when he rolled down his window he could hear normal conversation and they were talking to someone in the rear passenger seat and the rear passenger door was open.  Cardona stated there was an individual in that position, but Cardona couldn`t describe them.

---

Investigator Signature                    Supervisor Signature

**WARD 000195**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *GRAVATT, RONALD  Jr  (1748)*                          **Date / Time:** *03/02/2022 07:36:15, Wednesday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *03/09/2022 14:22:04, Wednesday*

**Contact:**                                                      **Reference:** *Ca Persons Follow Up*

---

Cardona stated he observed a male driver and a female passenger in the SUV.  Cardona stated as he passed by the deputies, it didn`t sound like anything was wrong and he continued through the parent loop and was heading west out of the loop.  Cardona stated he was almost to the north of the deputies, looking forward,  and he heard muffled commotion and what sounded like three to four gunshots.

Cardona looked back about 15 yards to the south, behind him, and Cardona observed a male deputy holding a male lying on the ground, who was wearing red, at gunpoint.  Cardona turned his emergency lights on to block traffic and ran up to the deputies to ensure they were ok and he then began asking people if they had seen anything, and then requested they move their vehicles for emergency personal.

Cardona again reiterated that the conversation he heard appeared normal and he did not know what was being said, but there was no elevation in voices.  The male deputy was talking to the rear occupant and Gonzales was standing to the east of the male deputy, and it appeared that the male deputy was doing most of the talking.  Cardona stated when he walked up to the deputies he didn`t observe any injuries, but the male deputy had a lot of dirt on him that wasn`t present before, and it was mostly the male deputies back that was facing Cardona and he wasn`t like that when Cardona first observed him.

Cardona stated both deputies were in full uniform and Cardona did not see their vehicle lights on.  Cardona stated he did not hear anything from the other occupants of the SUV but he observed that they both were holding their hands up.

Cardona had nothing further to add.

On 02-22-2022 at approximately 5:52PM, S.O Detective Landreth and I spoke with Det. Jeff Maize at the PPD.  The interview was recorded.

I asked Maize to tell me what he had observed and heard during this incident and Maize relayed the following:

Maize stated he was in his vehicle in the pick-up line to get children afterschool and he actually saw the suspect ten to fifteen minutes prior to the incident.  Maize observed him in the rearview mirror and the suspect was not wearing a jacket and then the suspect put a jacket and Maize thought because of his dress and his actions, he didn`t appear to belong in the school zone.

Maize stated the suspect walked past his car and Maize lost sight of him and believed the male was cutting through the school grounds as he never saw him again in the parking lot.  Maize stated as he got closer to the sidewalk, he heard what  he thought were gunshots and he made no observations of such and then PPD dispatch aired over the police radio that they needed officers at Liberty Point School and Maize advised dispatch that he was on scene.

---

Investigator Signature                                    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *GRAVATT, RONALD  Jr  (1748)* | **Date / Time:** *03/02/2022 07:36:15, Wednesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** *03/09/2022 14:22:04, Wednesday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Maize asked dispatch what they needed and dispatch didn`t know.  Maize parked his vehicle and exited while putting on a police vest and walked up to where he saw deputies and they were near a white SUV.

Maize confirmed everybody was ok and dispatch was asking what had happened, and Maize advised PPD dispatch that there was an officer involved shooting and he was not involved.  Maize contacted a female in the area, Heather Martinez (12-23-88) (649 S. Bond DR. / 719-766-6936) and she told Maize that she saw the deputy and the suspect wrestling on the ground and then the suspect stopped wresting and the deputy stood up.  Martinez told Maize that it appeared to her that the deputy was pointing something at the suspect.

Maize next spoke to ███ █████████████ and ███ stated he saw everything but he had children with him and requested that he be allowed to take them home before questioning and the S.O. stated that was fine and Maize believes he saw deputies speaking to ████████.

I asked Maize where he was at when he first saw the suspect and Maize stated, when you pull into the parking lot and head East, Maize was about halfway into the lot, right in the middle of the overhangs and when Maize heard the shots, it was right when you turn to go in front of the school.

Maize stated he last observed the suspect heading east and did not see the interaction between the deputy and the suspect and had no idea the police were there until he heard shots and rolled up.

Maize didn`t notice any injuries on the deputies, but he just glanced and he noticed two front occupants in the white vehicle.  Before the shots were fired Maize stated he never heard any talking or yelling.

Maize stated when he contacted the deputies they were in full uniform and Maize believes he heard three or four shots. Maize had no additional information.

[03/02/2022 07:36, GRAVATJR, 304, PPD]

Investigator Signature                    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023 14:52

*NOT SUPERVISOR APPROVED*

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDVED, LEE ANTHONY    (12954)* | **Date / Time:** | *03/04/2022 14:58:25, Friday* |
| **Supervisor:** | *JESIK, STEPHEN CRAIG    (1861)* | **Supervisor Review Date / Time:** | *NOT REVIEWED* |
| **Contact:** | | **Reference:** | *Follow Up* |

On 02-22-22 at approximately 1600 hours, Detective Lee Medved, of the Pueblo Police Department Identification Section was notified of an Officer Involved Shooting, involving Pueblo County Sheriff`s Deputies at Liberty Point International Middle School located 484 S. Maher Dr. in Pueblo.

Sgt. Detective Stephen Jesik also of the Pueblo Police Department Identification Section, requested Detective Roger Schneider and I respond to Parkview Hospital at 400 W 16th Street in Pueblo, CO, to begin processing Pueblo County Sheriff`s Deputy Charles T. McWhorter ▇▇▇▇▇▇ and Pueblo County Sheriff`s Deputy Cassandra Gonzales ▇▇▇▇▇.

Upon arrival, we were directed to Parkview ER Exam Room number 5 where Deputy McWhorter was located. Present with him was his gate keeper PCSO Detective Brandon Talton and PCSO Identification Section Detective Montoya. I assisted Detective Schneider in taking pictures of Deputy McWhorter, his injuries, with and without scale as well assisted in collecting his clothing items and duty belt with firearm and magazines, as there was potential evidence on all items.

Upon completion of processing Deputy McWhorter, we then went to Parkview ER Exam room number 7 where I assisted Detective Schneider in processing PCSO Deputy Cassandra Gonzales. I assisted him in taking photographs of her and her injuries, with and without scale.

After both PCSO Deputies were processed, Detective Schneider and I transported the collected items to the Secure Pueblo Police Department Identification Section for storage. I was then requested by Sgt. Jesik to respond to Liberty Point International Middle School to try and obtain aerial images of the scene prior to inclement weather which was approaching. Upon my arrival I observed the crime scene area secured with yellow crime scene tape, multiple Officers from the PCSO, Colorado State Patrol and Pueblo Police Department. Sgt. Jesik showed me the crime scene at which time I used a Pueblo Police Department Autel EVO II UAV (drone) to conducted on flight for aerial images and videos of the crime scene. By then significant weather had arrived and I was only able to conduct a short flight.

After briefly assisting Detective John Guerrero who was also present at the scene, I responded back to the Pueblo Police Department Identification Section where I downloaded the drone images (MAX_001-MAX_0015) to the Secure Identification Section Drive and to this report through RMS in a folder titled "22-03487 Drone.zip."

Refer to other Detectives`/Officers` reports for details of their involvement in this case.

Nothing further At This Time.

---

Investigator Signature                          Supervisor Signature

# CASE SUPPLEMENTAL REPORT

*NOT SUPERVISOR APPROVED*

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDVED, LEE ANTHONY    (12954)*    **Date / Time:** *03/04/2022 14:58:25, Friday*

**Supervisor:** *JESIK, STEPHEN CRAIG    (1861)*    **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**    **Reference:** *Follow Up*

[03/04/2022 14:58, MEDVEDL, 406, PPD]

Investigator Signature                Supervisor Signature

**WARD 000199**

# CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDVED, LEE ANTHONY    (12954)*    **Date / Time:** *03/04/2022 14:58:50, Friday*

**Supervisor:** *JESIK, STEPHEN CRAIG    (1861)*    **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**    **Reference:** *Follow Up*

On 02/25/2022, at approximately 1200 hours, I, Detective Lee Medved of the Pueblo Police Department Identification Section attended the autopsy of Richard Ward  (06/22/1989). The autopsy was conducted at St. Mary Corwin Hospital, which is located at 1008 Minnequa Avenue in the City and County of Pueblo, State of Colorado. The autopsy was performed by Dr. Daniel Lingamfelter, with the assistance of Autopsy Technician Melanie Rosener.

Also present at the autopsy were Sgt. Stephen Jesik of the Pueblo Police Department Identification Section, Detective Jose Medina of the Pueblo Police Department Crime`s Against Person Unit, Pueblo County Sheriff`s Office Detective Vanessa Simpson, and Pueblo County Chief Deputy Coroner Investigator Ken Espinoza.

I took overall digital photographs of the body bag as it appeared on that date. I observed green kinder tag 90288 affixed to the zippers on the body bag. Once Dr. Lingamfelter removed the kinder tag, I took overall digital photographs of Richard Ward`s body as it appeared on that date. I observed Richard was wearing multiple shirts, black and gray jacket, red underwear and gray sweatpants and red, white and black Puma shoes. I observed Richard had several tattoos on his body, which I documented with digital photographs.

During the external examination, I observed Richard had gunshot wounds to his upper chest, and  upper left chest area. I also observed small cuts to the top of his left hand, left knee, lower left leg as well as small cuts to the right hand and lower right leg, as well as small cuts to his face. I photographed the injuries with and without scale. When Richard was rolled to expose his back, I observed an injury to his upper right back, which appeared to be a gunshot wound. Also visible on his mid right back was a bulge, in which Dr. Lingamfelter later cut and removed a bullet from.  I photographed these injuries with and without scale.

Prior to Dr. Lingamfelter beginning his examination, I completed a GSR test kit of Richard`s hands, DNA Swabs of his hands as well as Swabs of his forehead and face.

When Dr. Lingamfelter conducted his internal examination, he observed gunshot wounds to Richard`s chest area and to his back. In addition to the bullet recovered from Richard`s mid back, Dr. Lingamfelter recovered another bullet from Richard`s lower right back. Refer to Dr. Lingamfelter`s report for size, location and details of injuries.

The following evidence items were collected during autopsy:
"    Right and Left Hand Swabs
"    Swabs from forehead
"    Gunshot Residue Kit
"    Yellow Lighter
"    DNA Card
"    Bullet Projectile from Right Thoracic Back

Investigator Signature    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*NOT SUPERVISOR APPROVED*

*Pueblo Police Department*

OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDVED, LEE ANTHONY    (12954)*    **Date / Time:** *03/04/2022 14:58:50, Friday*

**Supervisor:** *JESIK, STEPHEN CRAIG    (1861)*    **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**    **Reference:** *Follow Up*

- " Bullet Projectile from Lower Right Back
- " Faro Scan DVD From PCSO
- " Left Tan Sock
- " Right Black Sock
- " Hanes size M Red Underwear
- " Left Shoe, Puma Size 11
- " Left Shoe, Puma Size 11
- " Gray Sweats, Volcom brand Size XL
- " $1 from Gray Volcom Sweats
- " Red puma XXL shirt with possible blood and bullet defect left shoulder
- " White Puma XXL shirt with possible blood and 2 bullet defects from left shoulder area
- " White T-shirt with possible blood and multiple bullet defects
- " Sport Tex gray and black 2xl Jacket with multiple bullet defects
- " 1 Hydrochloride from left from pocket of sweat gray puma sweatpants
- " Unknown white power from pill from jacket left from pocket

The evidence was transported to the Secure Pueblo Police Department Identification Section Evidence Area. The possible blood-soaked items were allowed sufficient time to dry.

On 03/04/2022, I processed the above-mentioned items and I took additional photos of the items collected, some with and without scale. After processing and packaging the items, I tagged them into the Secure Pueblo Police Department Property and Evidence Section.

I downloaded 122 digital photos to the Secure Pueblo Police Department Identification Section Digital Photo Lab and attached them to this case in a zipped folder titled Photos from Autopsy (LAM_4689-LAM_4810). I also downloaded 163 digital photos to the Secure Pueblo Police Department Identification Section Digital Photo Lab and attached them to this case in a zipped folder titled Photos from Autopsy (LAM_5550-LAM_5712).

This is a summary of my investigation.

Refer to other Detectives`/Officers` reports for details of their involvement in this case.

Nothing further At This Time.

_____    _____
Investigator Signature    Supervisor Signature

**WARD 000201**

## CASE SUPPLEMENTAL REPORT

*NOT SUPERVISOR APPROVED*

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDVED, LEE ANTHONY    (12954)*    **Date / Time:** *03/04/2022 14:58:50, Friday*

**Supervisor:** *JESIK, STEPHEN CRAIG    (1861)*    **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**    **Reference:** *Follow Up*

Investigator Signature    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                   OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                          **Date / Time:** *03/07/2022 17:19:38, Monday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *03/08/2022 11:09:47, Tuesday*

**Contact:**                                                         **Reference:** *Ca Persons Follow Up*

---

On February 25, 2022, at approximately 1200 hours, I, Detective Jose Medina attended the autopsy of Richard Ward (06/22/89). The autopsy was conducted at St. Mary Corwin Hospital (1008 Minnequa Ave). The autopsy was performed by Pathologist Dr. Dan Lingamfelter. Melanie Rosener assisted Dr. Lingamfelter with the autopsy.

Present at the autopsy was PPD ID Detective L. Medved, PPD ID Sgt. S. Jesik, PCSO ID Detective V. Simpson, and Pueblo County Coroner K. Espinoza.

At approximately 1203 hours, I observed a white body bag with assigned autopsy #AP22-047, secured by Kinder Tag #90288, with the name Richard Ward written on the outside of the bag. 171lbs. was also written on the outside of the body bag. When the bag was opened, I observed the clothed body of Richard Ward. In the front of Richard`s neck, I observed he had a "CA" tattoo.

Richard`s clothes were a black and grey jacket, (1) red t-shirt, (1) white t-shirt, (1) white shirt, (1) red and black underwear, (1) dark grey sweatpants, white and black tennis shoes, (1/right) black sock, (1/left) tan sock. Inside the pockets of the sweatpants a pill was located. Inside the jacket another pill was located. All of Richard`s clothes were removed and collected.

I observed Richard`s unclothed body, which revealed several tattoos on his right arm. Richard also had tattoos on his left upper arm area. Just below Richard`s neckline I observed (3) entry bullet defects. On both of Richard`s knees he had minor scrapes consistent with road rash. When Richard was rolled, I observed an exit bullet defect in the region of his right shoulder blade area.

Dr. Lingamfelter was able to remove (2) projectiles from Richard`s body. The projectiles were documented and collected. Dr. Lingamfelter told me the cause of death was multiple gunshot wounds telling me the manner of death was homicide.

I completed an Autopsy Check List, it should be known, I used the incorrect Autopsy number (AP#22-045) on this form. The correct Autopsy #247-2022. The correct number was documented at the top of the form of the first page. This is a summary of the autopsy I attended on this date. EOR.

[03/07/2022 17:20, MEDINAJ, 978, PPD]

---

Investigator Signature                                    Supervisor Signature

**WARD 000203**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                              OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *GUERRERO, JOHN ALBERT    (1776)*    **Date / Time:** *03/12/2022 12:27:29, Saturday*

**Supervisor:** *JESIK, STEPHEN CRAIG    (1861)*    **Supervisor Review Date / Time:** *03/14/2022 00:00:00, Monday*

**Contact:**                                        **Reference:** *Follow Up*

---

On Tuesday, 2/22/22 at approximately 1533 hours I, Detective John A. Guerrero of the Pueblo Police Department Crime Scene Investigations Unit (CSI) was notified of an officer involved shooting that just occurred at Liberty Point International School located at 484 S Maher Drive in Pueblo West. SGT Jesik advised a call was dispatch out that the Pueblo County Sheriff`s Office (PCSO) was requesting an immediate response for all available units to assist with an unknown incident at the school. Pueblo Police department Property Crimes Detective Jeff Maize would later broadcast information of officer involved shooting by one of the PCSO Deputies.

CSI Detectives Roger Schneider, Lee Medved, and I began gathering equipment needed for the Critical Incident Team (CIT) investigation. Shortly after Detective Schneider and Medved were directed to Parkview Hospital to document injuries and process two PCSO Deputies who were involved in the incident. SGT Jesik and I responded to the PCSO Annex for initial (CIT) briefings of the incident. Upon arrival to the PCSO Annex I was advised the scene was secure, the school was still on lock down, it was snowing, and PCSO CSI Detective Vanessa Simpson was already on scene at the school. SGT Jesik directed me to the scene to start the on-scene documentation.

At approximately 1630 hours I arrived on scene and observed numerous patrol vehicles throughout the area. The roadway was blocked of on the south end of Maher at Arvada by a CSP vehicle and a road barricade. As I proceeded past the barricade, I observed several marked PCSO vehicles as well as unmarked investigative vehicles in a dirt, now snow-covered lot southwest of the school. Further east in the lot I observed yellow crime scene tape strung up through the east end of the dirt/snow covered lot. The crime scene tape was encircled around a white Lexus SUV and two PCSO SUVs on both side of a split-rail fence. The white Lexus was parked facing east while both PCSO vehicles were facing north with one of them being directly across from the passenger side of the Lexus.

As I walked closer to the sections off area, I met with Colorado State Patrols Major Bryan Lyons and Captain Michael Tafoya who were on scene as part of (CIT). While on scene Major Lyons walked me through the scene showing me a yellow 5-gallon bucket that was upside down and a large section of clear plastic draped across the ground along the passenger side of the Lexus. Major Lyons advised the bucket had been placed over a black Chicago Bulls baseball cap and  the plastic was laid out to preserve the condition of a deceased male and surrounding evidence. While we were discussing the layout of the scene it was brought to our attention that students were still inside the school and waiting to be released. A determination was made to place scene barriers up around the body to obstruct the view from the children.

At approximately 1645 hours I began documenting the overall scene as it appeared at the time. I started my documentation at the intersection of S. Maher Drive at E. Arvada Drive and proceeded northbound with PCSO CSI Detective Simpson observing. I continued to document the overall area capturing the surrounding neighborhood to the west. To the far north there was an emergency vehicle with its emergency lights illuminated in front of road barriers at the intersection of S. Maher Drive and E. Palmer Lake Drive. The northside of the building were another parking lot and baseball field. The northeast of the building were modular classrooms and a football field to the east. South of the building was three rows in a parking lot mostly full of parked vehicles, presumably faculty vehicles. I documented the vehicles in the lot capturing either the front or rear license plates as they appeared in the rows they were parked in .

Detective Simpson and I proceeded west in the parking lot toward the cordoned off section of the driveway

---

Investigator Signature                                        Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *GUERRERO, JOHN ALBERT    (1776)*    **Date / Time:** *03/12/2022 12:27:29, Saturday*

**Supervisor:** *JESIK, STEPHEN CRAIG    (1861)*    **Supervisor Review Date / Time:** *03/14/2022 00:00:00, Monday*

**Contact:**    **Reference:** *Follow Up*

into the parking lot on the west end. Inside the tape was a white Lexus RX 350 bearing Colorado license plate (CIW976). The vehicle was parked eastbound in the snow-covered dirt just off the roadway. Directly south of the Lexus was PCSO Patrol Vehicle # 378 bearing Colorado Government license plate (BSI751). Directly east of Patrol Unit 378 was PCSO Patrol Vehicle # 386 also bearing Colorado Government license plate (BSI741).

Once the area was thoroughly documented I proceeded to the covered body. In doing so I documented the immediate area including the baseball cap which Major Lyons removed the 5-gallon bucket. I was also able to see small red notepad commonly carried and used by Law Enforcement in the performance of their duties. The notebook was partially protruding from the corner of the plastic.

At approximately 1800 hours Deputy Coroners Troy Puga and Felisha McQueen arrived on scene to conduct their on-scene death Investigation. They were also accompanied with Coroner Brian Cotter and his Chief Deputy Coroner Ken Espinoza. Prior to their investigation I set out orange cone placards to identify potential items of evidentiary value and documented as such.

- Orange Cone Placard # 1 Deceased body of Richard Ward (DOB: 6/22/89)
- Orange Cone Placard # 2 red notebook near body
- Orange Cone Placard # 3 black Chicago Bulls baseball cap

It was further determined that Deputy Coroner`s Puga and McQueen would quickly examine the body and place it in a body bag which would be zipped and transported to the Pueblo County Coroner`s Office with CSI Detective Schneider following to further document the body in a controlled environment. With the plan in place, I quickly captured preliminary photographs of the deceased body once the plastic was removed. As I was documenting Ward`s deceased body, I observed what looked to be to be a reddish looking dye of some sort which appeared as though it was it was slightly smearing on the sides of his face and neck with the snow hitting his body and melting. Ward was wearing a gray fleece jacket with a red t-shirt, and black pants pulled down to his thighs exposing his red boxer brief underwear. Ward was also wearing red, black, and white Puma high-top tennis shoes.

During the hasty examination Deputy Coroner Puga examined the red shirt Ward was wearing. He pointed out apparent bullet defects with powder burns to the upper left portion of Ward`s t-shirt. He moved the shirt away slightly and revealed a bullet defect to the base of Ward`s neck. Afterward Mr. Ward`s body was placed in a white body bag and transported to the Pueblo County Coroners Office with Detective Schneider following along to conduct a more thorough death investigation.

Once the body was removed, I conducted a search of the immediate area locating several items of potential evidence. Those items were identified with additional orange cone placards and collected as such.

- Orange Cone Placard # 4 Spent shell casing near body
- Orange Cone Placard # 5 Ink pen near body
- Orange Cone Placard # 6 gray keychain secure access fob

Investigator Signature    Supervisor Signature

**WARD 000205**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *GUERRERO, JOHN ALBERT    (1776)*    **Date / Time:** *03/12/2022 12:27:29, Saturday*

**Supervisor:** *JESIK, STEPHEN CRAIG    (1861)*    **Supervisor Review Date / Time:** *03/14/2022 00:00:00, Monday*

**Contact:**    **Reference:** *Follow Up*

---

- Orange Cone Placard # 7 Spent shell casing near body
- Orange Cone Placard # 8 Spent shell casing near body
- Orange Cone Placard # 9 Sunflower seeds near body
- Orange Cone Placard # 10 projectile with black fabric embedded in hollow point opening located near the feet of the deceased body

Once all the evidence was collected, I secured it in my investigative vehicle and started documenting the PCSO vehicles involved in the incident. I thoroughly documented PSCO Unit 378 followed by PCSO Unit 386 which concluded the on-scene investigation. Prior to leaving the scene we replaced the large section of plastic over the section where the body and evidence were located and secured by orange traffic cones.

Upon completion of the investigation, it was determined that the scene would be held overnight, and a follow-up meeting would take place in the morning, on 2/23/22 at 0900 hours to brief what had taken place and what still needed further attention.

The evidence was transported to the Pueblo Police Department Identification Office where I secured the evidence in the temporary evidence storage lockers for future processing. Five hundred and seventy-seven photos (JAG_8594 - JAG_9170) were downloaded to the Secure Pueblo Police Department Identification Section Digital Photo Lab and uploaded into the RMS system as a zip folder titled "PHOTOS OF SCENE DAY 1".

On Wednesday 2/23/22 at approximately 0900 hours I was again assigned the scene at the school for the purpose of documenting any additional evidence that may have been located during daylight hours by Detectives recanvassing the area. At approximately 1131 hours I began documenting the scene with digital photos as it appeared that morning. Once my overall photos were captured the plastic was removed and additional photos were taken. A secondary search of the scene was conducted before and after Detective Schneider melted the existing snow away with a weed burning torch. No additional evidence was located, and the white Lexus was towed from the scene by Discount Towing. It was secured in the Secure ID Processing Bay within the Police Department.

One hundred and twelve photos (JAG_9171 - JAG_9282) were downloaded to the Secure Pueblo Police Department Identification Section Digital Photo Lab and uploaded into the RMS system as a zip folder titled "PHOTOS OF SCENE DAY 2" which concludes the summary of my investigation at this time.

[03/12/2022 12:27, GUERRERJ, 314, PPD]

---

Investigator Signature    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*  OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *GUERRERO, JOHN ALBERT   (1776)* | **Date / Time:** | *03/12/2022 13:13:08, Saturday* |
| **Supervisor:** *JESIK, STEPHEN CRAIG   (1861)* | **Supervisor Review Date / Time:** | *03/14/2022 00:00:00, Monday* |
| **Contact:** | **Reference:** | *Follow Up* |

On Wednesday 2/23/22, at approximately 1245 hours, Detective  Roger Schneider and I, Detective John A. Guerrero of the Pueblo Police Department Crime Scene Investigations Unit responded to the PCSO Sub Station located at 320 E. Joe Martinez Boulevard. The purpose of the response was to redocument Deputy McWhorter`s injuries from the day before.

At approximately 1300 hours I met with PCSO Detective Brandon Talton and Deputy McWhorter who had obvious bruising  below both his eyes and over the bridge of his nose. The bruises were a dark bluish purple looking which through my experience is consistent with a recent injury.

At approximately 1306 hours I began taking overall, midrange, and closeup photos of Deputy McWhorter injuries starting with his upper body and then his face along with other areas he indicated he was injured from the day prior. In doing so I observed she had the two black eyes and bruise over the bridge of his nose. He had scratches on the back side of his right hand to include his right index finger which was slightly more swollen than his left index finger. Deputy McWhorter had additional scratches on his right elbow and a small bruise to the inside of his left knee. All injuries were documented with and without scale. Deputy McWhorter was released from the PCSO Sub Station and Detective Schneider, and I departed shortly after.

Fifty-four photos (JAG_9283 - JAG_9336) were downloaded to the Secure Pueblo Police Department Identification Section Digital Photo Lab and uploaded into the RMS system as a zip folder titled "MCWHORTER DAY 2 PHOTOS" which concludes the summary of my investigation at this time.

[03/12/2022 13:13, GUERRERJ, 314, PPD]

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *GUERRERO, JOHN ALBERT    (1776)* | **Date / Time:** *03/12/2022 13:48:41, Saturday* |
| **Supervisor:** | *JESIK, STEPHEN CRAIG    (1861)* | **Supervisor Review Date / Time:** *03/14/2022 00:00:00, Monday* |
| **Contact:** | | **Reference:** *Follow Up* |

On Friday 2/25/22 at approximately 0943 hours, I, Detective John A. Guerrero of the Pueblo Police Department Crime Scene Investigations Unit retrieved the evidence collected from the Officer Involved Shooting and began documenting them with additional photos. The following items were documented.
- Orange Cone Placard # 2 red "Xtreme" notebook near body
- Orange Cone Placard # 3 black and gray Chicago Bulls baseball cap with a reddish tint to the inside headband
- Orange Cone Placard # 4 Spent shell casing near body (headstamp of WIN 9mm Luger + P)
- Orange Cone Placard # 5 Black and silver "Zebra" brand Ink pen near body
- Orange Cone Placard # 6 gray keychain secure access fob
- Orange Cone Placard # 7 Spent shell casing near body (headstamp of WIN 9mm Luger + P)
- Orange Cone Placard # 8 Spent shell casing near body (headstamp of WIN 9mm Luger + P)
- Placard # 9 Sunflower seeds near body
- Placard # 10 projectile with black fabric embedded in hollow point opening located near the feet of the deceased body

  Once all the items of evidence were documented they were packaged in evidence packaging and transferred to the secure Property and Evidence Section within the Police Department. One hundred and eight photos (JAG_9607 - JAG_9714) were downloaded into the Secure Identification Computer and uploaded into the RMS as a zip folder titled "SCENE EVIDENCE PROC". This concludes the summary of my investigation at this time.

[03/12/2022 13:48, GUERRERJ, 314, PPD]

_____                     _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *GUERRERO, JOHN ALBERT    (1776)*    **Date / Time:** *03/12/2022 14:24:22, Saturday*

**Supervisor:** *JESIK, STEPHEN CRAIG    (1861)*    **Supervisor Review Date / Time:** *03/14/2022 00:00:00, Monday*

**Contact:**    **Reference:** *Follow Up*

---

On Wednesday 3/2/22 at approximately 1300 hours, I, Detective John A. Guerrero of the Pueblo Police Department Identification Section was contacted by Crimes Against Persons Detectives Jose Medina for the purpose of executing a search warrant on the 2008 white Lexus RX3 involved in the recent Officer Involved shooting that occurred on 2/22/22.

Detective Medina provided me with a copy of the Search Warrant he drafted earlier in the morning for a white 2008 Lexus RX3 (VIN# 2T2GK31U28C032084) bearing Colorado License Plate CIW976. I reviewed the warrant and verified the vehicle information and what was to be searched for. In doing so I observed the Honorable County Court Judge Steve Fieldman signed the search warrant authorizing the search for the following items.

Is designated or intended for use as a means of committing a criminal offense or is or has been so used; AND/OR illegal to possess; AND/OR Would be material evidence in a subsequent criminal prosecution. A white 2008 Lexus RX3 (VIN# 2T2GK31U28C032084) bearing Colorado License Plate CIW976, registered to a ███████████ residing at █████████ Pueblo West Colorado. Specific items to be searched for were listed as interior and exterior digital photographs, DNA, blood, latent fingerprints, hair fibers or other biological evidence, weapons such as knives or any item that could be used as a weapon, firearms, ammunition, to include spent shell casings, projectiles, sunflower seeds, medication, paperwork to identify ownership of vehicle, cell phones, illegal narcotics, and drug paraphernalia

At approximately 1315 hours I initiated the search by taking overall photos of the exterior and interior of the white Lexus bearing Colorado License Plate CIW976 and (VIN# 2T2GK31U28C032084). While documenting the exterior of the vehicle I observed there was no red evidence tape securing the doors shut. This was in part because the vehicles condition (cold/wet) and inability for the evidence tape to stick to it surface as well being secured in an area only ID / CSI personnel have access.

After documenting the vehicles exterior, I proceeded to document the interior followed by a detailed search. During the search of the vehicle the following evidence was located and collected.

- Swabs from Pink stained sheet in rear passenger compartment of Lexus
- Swabs from pinkish colored stain on front passenger floorboard of Lexus
- Empty bottle of 135 mgs Methadone dated 12/22/21 to ██████████ located in rear center armrest of Lexus
- Open bag of Sunflower seeds in center rear passenger seat of Lexus
- Motorola cellphone in black / Pink case on front passenger seat of Lexus
- Blue Motorola Cricket phone on front passenger seat of Lexus
- Blue Samsung cellphone found on driver side rear passenger compartment floorboard of Lexus

Upon completion of the search, I collected the swabs and evidence placed the evidence into the Pueblo Police Department Identification laboratories for processing. One hundred and one photos (JAG_0118 - JAG_0218) were downloaded from the Lexus into the Secure Identification Computer and uploaded into the RMS as a zip folder titled "PHOTOS OF LEXUS SW".

At approximately 1406 hours, I, began documenting the evidence collected from the search warrant with additional photos. The following items were documented. Once all the items of evidence were documented they

_____    _____
Investigator Signature    Supervisor Signature

**WARD 000209**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *GUERRERO, JOHN ALBERT    (1776)*    **Date / Time:** *03/12/2022 14:24:22, Saturday*

**Supervisor:** *JESIK, STEPHEN CRAIG    (1861)*    **Supervisor Review Date / Time:** *03/14/2022 00:00:00, Monday*

**Contact:**    **Reference:** *Follow Up*

---

were packaged in evidence packaging and transferred to the secure Property and Evidence Section within the Police Department.  Sixty-four photos (JAG_0219 - JAG_0282) were downloaded into the Secure Identification Computer and uploaded into the RMS as a zip folder titled "PHOTOS OF LEXUS EVID PROC". This concludes the summary of my investigation at this time.
 [03/12/2022 14:24, GUERRERJ, 314, PPD]

Investigator Signature                    Supervisor Signature

**WARD 000210**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *FLORES, CHRISTOPHER R     (10727)*     **Date / Time:** *03/16/2022 09:00:08, Wednesday*

**Supervisor:** *FLORES, CHRISTOPHER R     (10727)* **Supervisor Review Date / Time:** *03/16/2022 09:04:12, Wednesday*

**Contact:**     **Reference:** *Ca Persons Follow Up*

On 03-09-2022, I Sgt. Chris Flores had the body worn camera footages from the officer involved shooting mailed to the Rocky Mountain Information Network Video Forensic Unit.  I asked that the footage be cleared up to identify statements in the video which are difficult to understand.   [03/16/2022 09:02, FLORESC, 341, PPD]  [03/16/2022 09:03, FLORESC, 341, PPD]

_____     _____
Investigator Signature     Supervisor Signature

WARD 000211

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *JESIK, STEPHEN CRAIG*   *(1861)*    **Date / Time:** *03/17/2022 09:50:10, Thursday*

**Supervisor:** *JESIK, STEPHEN CRAIG*   *(1861)*   **Supervisor Review Date / Time:** *03/17/2022 00:00:00, Thursday*

**Contact:**    **Reference:** *Follow Up*

On Tuesday, 02/22/2022 at approximately 1530 hours I, Sgt. Stephen Jesik of the Crime Scene Investigation Unit heard radio traffic of the need for immediate assistance at Liberty Point Middle School at 484 S. Maher Dr. in Pueblo West, CO 81007. The school falls in the jurisdiction of the Pueblo County Sheriff`s Office. Information was aired by Det. Jeff Maize, who was on scene, that P.C.S.O. Deputy(s) had just been involved in an officer involved shooting, one male party was "down", and all officers were ok. Officer Maize also aired he was not directly involved in the incident, and he did not fire. I began responding, but a short time later the request for the agency-assist of any available units to respond was rescinded.

I then responded to the Pueblo County Sheriff`s Office Annex Investigations Office at the direction of Captain Anderson after being notified the 10th Judicial District`s Critical Incident Team was being activated. During the briefing I learned that two deputies were involved in a struggle with a male party in the parking lot area on the south side of Liberty Point M.S. and at some point, the male was shot and was now deceased on scene. Both deputies were being transported to Parkview Medical Center for evaluation of injuries incurred in the struggle.

At that time, I directed Det. Schneider and Det. Medved to respond to Parkview Hospital to meet P.C.S.O. ID Det. Dominic Montoya to photographically document and process the two deputies and their uniforms and duty gear for evidentiary purposes. See their reports for further. I also directed Det. J. Guerrero to respond to the scene at the middle school to meet with P.C.S.O. ID Det. Vanessa Simpson to begin documenting the scene due to snow that had already fallen that afternoon and because the forecast for the rest of the evening into the night was calling for additional heavy wind-driven snow and very low temperatures. Det. Guerrero responded as directed. See his report for further details. Soon after I also responded to 484 S. Maher Dr. to assist. Upon my arrival at approximately 1717 hours, the sun was starting to set, and the snow had temporarily ceased. I observed access to the west and south side of the school property had been blocked off with marked P.C.S.O. and Colorado State Patrol vehicles. On the south side the school nearest the west end was a paved drive through access road for eastbound traffic to circle through the parking area that was used as a student drop-off and pick-up zone. Yellow crime scene tape had been placed marking off large areas of this portion of the property. Within the crime scene tape was a white Lexus (CO plate CIW-976) that had black nylon curtain barriers placed around the south side of the east facing vehicle. A clear plastic tarp was on the ground between the curtains and the vehicle covering what I was told was the scene of the altercation and the deceased body of Richard Ward (06/22/89). The tarp was protecting the edge of the dirt parking lot from the precipitation falling.

At that time Det. Guerrero was documenting the scene with photos. Shortly after I arrived, Det. Schneider and Det. Medved responded to the scene. Det. Medved flew his drone over the area to capture overhead video/photo footage before the snow began again. See his report for further. After photos were captured the Pueblo County Coroner`s Office responded to collect the body of Richard Ward. The body was somewhat quickly bagged on scene and moved to the Coroner`s Office indoor facility for further examination due to the weather conditions at that time. Det. Schneider and Det. Medved followed the coroner`s investigators to their office to assist with further investigation of the condition of the body. I assisted Det. Guerrero with collecting evidence he would collect from the scene. After this was completed, it was decided the scene would be held overnight until weather conditions

Investigator Signature    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | | |
|---|---|---|---|---|
| **Investigator:** | *JESIK, STEPHEN CRAIG* | *(1861)* | **Date / Time:** | *03/17/2022 09:50:10, Thursday* |
| **Supervisor:** | *JESIK, STEPHEN CRAIG* | *(1861)* | **Supervisor Review Date / Time:** | *03/17/2022 00:00:00, Thursday* |
| **Contact:** | | | **Reference:** | *Follow Up* |

cleared the following morning to continue the investigation.
On 02/23/22, I would respond back to the scene in daylight hours along with Det. Guerrero and Det. Schneider. Det. Guerrero captured photos of the scene again in the daylight. P.C.S.O. Det. Vanessa Simpson used a FARO 3-D scanner to scan the scene and record measurements (see her report for further details). The FARO scanner was not used the night before due to concerns of extremely low temperatures hindering or damaging the equipment and the interference that could be caused by the snow. A weed burner was also used to melt snow and ice around the vehicle to expose any evidence that may have been covered by the precipitation. No additional items were located. After investigation on the scene was completed on 02/23/22, the white Lexus was towed by Discount Towing to the ID Vehicle Processing Bay of the Pueblo Police Department. The scene was released on 02/23/22. END OF REPORT.
[03/17/2022 09:50, JESIKS, 245, PPD]

Investigator Signature                    Supervisor Signature

WARD 000213

**CASE SUPPLEMENTAL REPORT**                 Printed: 03/23/2023  14:52

*Pueblo Police Department*                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L   (1461)* | | **Date / Time:** *03/17/2022 09:52:33, Thursday* |
| **Supervisor:** *FLORES, CHRISTOPHER R   (10727)* | | **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

INTERVIEW WITH TOMMY BROWN
Q=Det. V. Herrera
Q1=Det. J. Medina
A=Tommy Brown


Q:  So I could say that he`s with the Police Department. Every time we have something involving an officer or something like that, we, uh, we pair up and conduct an investigation together, okay?

A:  Mm-hm.

Q:  Do you mind if I start by getting your name?

A:  It is Tommy Brown.

Q:  Is it your legal name, Tommy or is it (Thomas)?

A:  Ye - yeah, it`s Tommy. T-O-M-M-Y and Brown.

Q:  What`s your date of birth, Tommy?

A:  11/14/1989.

Q:  `89?

A:  Yup.

Q:  Okay. What`s a good phone number for you?

A:  Uh, 719-214- uh, 5106.

Q:  And an address?

A:  Uh, ███, uh, ███████████ Pueblo West 81007.

Q:  All right. All right Tommy, so, you know, we`ve - I just wanna talk to you. You know, hopefully it won`t take

_____                      _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*  **Date / Time:** *03/17/2022 09:52:33, Thursday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*
**Contact:**  **Reference:** *Ca Persons Follow Up*

---

too much of your time but, um, I guess we`ll just start. Um, I understand you were a passenger in the vehicle with…

A:  So I was driving the vehicle. Uh, I was the driver. Um, we were going to pick up my, uh, girlfriend`s son who we pick up every day at 3:30, um, at that school. Uh, and then all of a sudden - like during that whole ti- that like little bit of time we were there, that whole incident transpired, you know, and like, uh, he - he was smoking a cigarette, you know, and then he…

Q:  We`ll - we`ll - we`ll get into that here in a sec. But let me just - who were you with, Tommy?

A:  I was with my girlfriend and I was with her son (Ritchie).

Q:  What`s your girlfriend`s name?

A:  (█████

Q:  Her last name?

A:  █████

Q:  █████?

A:  Yup.

Q:  Okay. █████?

A:  Yes, sir.

Q:  Okay. And then her son?

A:  Uh, it`s (Ritchie).

Q:  And her son is (Ritchie)?

A:  Yeah. Ward.

Q:  How old is he?

---

Investigator Signature                                       Supervisor Signature

**CASE SUPPLEMENTAL REPORT**                    Printed: 03/23/2023  14:52

*Pueblo Police Department*                                      OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*           **Date / Time:** *03/17/2022 09:52:33, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R   (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*

**Contact:**                                           **Reference:** *Ca Persons Follow Up*

A:  Uh, he is 32, I believe.

Q:  Okay.

Q1: And (███████ how old is she?

A:  Forty-eight.

Q1: You know her date of birth by chance?

A:  Eh, you got me on that one. I know it`s like a - I think it`s in March, something but…

Q1: March? Okay.

A:  Yeah.

Q:  She live with you over - on ████ ?

A:  She does.

Q:  Okay. So it`s you, (███████ and (Ritchie) and you guys are in what? What are you driving?

A:  Uh, white Lexus SUV. I`m not sure of like the make, uh, it`s her - her car, so.

Q:  Okay. And what time did you guys arrive at the school or?

A:  Uh, so we arrive - arrived there around like, uh, eh, 3:00, uh, 3:10 maybe, uh, at the parking lot. I was where - ori- originally I parked in the sand parking lot and, uh, waited there for a little - uh, like a little bit and then when it was time to get a little bit closer, I approached the line that was going to pick up the students and proceeded to wait for all the other cars, you know, where they`re in line at, so.

Q:  Okay. So you initially parked about 3:10 but then you went into the pick up line?

A:  Well, yeah. Yeah. Uh, I parked in the sand parking lot right - right there and then it goes - uh, it goes into the - the school parking lot to pick up the students.

_____                    _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** | *03/17/2022 09:52:33, Thursday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:30:53, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

Q:  Okay. And what student - or what - what - what`s the child`s name you were picking up?

A:  ████████████████

Q:  And that`s her son?

A:  Yes, it is.

Q:  Okay. So you three were there to pick up ████████  What happened when you guys - kinda tell me about that whole…

A:  So, uh, he - I guess, uh, you know, he was having a little bit of trouble - some - he`s been having a kind of a off day, you know, but, uh, he`s - he went for a walk to go smoke a cigarette and when he get…

Q:  And this is (Ritchie)?

A:  Yes. And he went - he went to go pick up his brother `cause he thought he would be getting out, uh - uh, of school and so he was gonna go grab him and walk him back to the car. Uh, I guess somehow, uh, walking to the parking lot there`s another white Lexus looked exactly like the one we had sitting in the parking lot, uh, up a little bit further, but it was parked in a - like a parking spot, actual parking spot. And, uh, I seen him talk to a gentleman from the school. Um, I assume by the look of the conversation that the gentleman asked him, "Hey, you know, who - uh, are you pick up somebody?" And he say, "Yeah, I`m here to pick up my little brother." And he`s like, "Well, uh - uh, who are you with," or whatever? He pointed, uh, towards the car that he, uh, had thought that was our car and - and - so that was - that - originally that was that white Lexus but - and so that is - uh, it was an accident, that`s for sure. Like he didn`t definitely even do - I seen him originally point over there and then I had to call for him when he was walking out. He was headed out, uh, of the school parking, uh, I had to call for him out the window to tell him to come over there to the car. He came over…

Q:  So…

A:  And then, uh, we were still in the car now that we are all good. Uh, we`re like, "(Ritchie), what did he - what did he say to you?" And he was telling us and then during that time the cops showed up, um, he went to talk to him about what was going on. Uh - uh, asked him, you know, he`s like, "Hey, well there`s calls about you, you know, uh, go - opening doors or whatever." He told him, uh, "Yes, I - and I apologized to that lady. Uh, it was an accident" he didn`t mean to do it and that`s - would you - uh, and that - and that cop was - uh, he started grabbing his arm for no reason. Uh, before he even - before he even, uh, like found out that he had a pocketknife in his pocket, he was grabbing - started grabbing for his arm. So I`m not sure if that…

Investigator Signature                                  Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/17/2022 09:52:33, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

Q:  So the deputy is trying to grab (Ritchie)`s arm?

A:  Yeah. He - he was like moving towards him and trying to grab him, yeah. I don`t know if that`s like he was moving to the (unintelligible) in fear for himself or what, but before he even found out that he had a pocketknife, he was moving to grab him. And that was not - that`s not cool. And I don`t think that`s very appropriate. You know, the dude wasn`t - he was very confrontational, he wasn`t very, uh, appropriate to me in any kind of manner as an officer. Uh, in less than a minute of, uh, an incident that never should have even went down and I res- and I - I respect that, you know, it was wrong on both sides, but the dude in less than a minute fired - like fired rounds, uh, and shock the shit out of everybody around him. I`ve never been in an incident like this, I didn`t do anything wrong. Uh, and - and I was freaking the duty guys, I`m going to like the freaking (unintelligible), you know, we got a whole fucking army of police. I mean, I can`t do nothing with my hands in there, I can`t record. The Officer (Mayhan) - I - I came to be involved in this, uh - in this, uh, uh - his, uh, Delta 74, Officer (Mayhan), uh, when he approached us, he was very hostile. He did not - uh, he`s - he kept saying put our hands up, put our hands up, put our hands up. Uh, at one point he told me, uh, I can`t - uh, I cannot videotape the incident going on because it`s a live investigation or whatever, uh, uh - and, you know, let me just tell you that I don`t know if that`s the case or not and I did put my phone down respectfully but he - when he came over, he didn`t give us - he didn`t talk to us, he didn`t give us no chance or nothing. He told me put my hands up and that was it. And then when I told him, I was like, "Dude, your guy shot my family member three fucking times dude, are you kidding me?" He didn`t have no remorse, he didn`t care, he didn`t give a fuck about it. He said put my hands up, shut up, pretty much. Don`t - you know, shut the fuck up pretty much. And I asked him - I asked him for his badge number, he didn`t give it to me, I had to get it from a different officer, that`s not - that`s not conduct, you know, you guys don`t do that, I`m sure. Uh, uh, as respectful detectives, I`m sure that you guys would never act in that kind of manner. So to me, that was inappropriate, you know. I know I`ve done a lot of shit, you know, I`m not perfect. I fucked up a lot, but I`m getting better every fucking day and I`m building a strong suit and I just got out of prison, I got - made my parole, I`m successful at all kinds of shit, doing good. I didn`t - I didn`t have fucking nothing to do with this but it shocked the fuck out of me how the officers reacting right next to me for - like they didn`t have to go that way. I know that you guys, uh, should have went to at least a taser or some kind of method, you know, there - there has to be like some kind of - I know…

Q:  So…

A:  I don`t know to the - like I do see the officers, uh, trying to get - get him down, you know, and I saw that. But, uh, it was like only me and the dude, pulled his gun out and - and shot him. Uh, and, uh, like five times emptied his gun. But I heard a gun blast go off at least five times. I`m not sure…

Q:  So let`s back up, Tommy, okay? You said that (Ritchie) was having an off day today?

---

Investigator Signature    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*  **Date / Time:** *03/17/2022 09:52:33, Thursday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*
**Contact:**  **Reference:** *Ca Persons Follow Up*

---

A: Yeah. He was…

Q: How was…

A: So he`s got…

Q: What do you mean by that?

A: He`s got - he`s got put on meds by the doctor. He - we went to the doctor to go see the doctor before - right before we went to the school, uh, we went to go stop by his doctor as a matter of fact and, uh, he - he talked to him and said, you know, everything`s doing good, I`m good all right. Uh, the doctor seen him and said he was doing good.

Q: What doctor, do you know?

A: Uh, I don`t recall the name. I think it`s like (Joe Nick) or something like that, I don`t - I don`t…

Q1: Joe Nick?

A: Yeah. I don`t - I don`t - I`m not sure.

Q1: Do you know where it`s at?

A: Uh, yeah. It`s over there by, uh, uh, right by like, uh, what`s the name, Dave`s Deli. Uh, so it`s like the - the medical place over there?

Q1: Is it McCulloch?

A: Yeah. McCulloch, yeah.

Q: Yeah. McCulloch? So what is he on meds for?

A: Uh, I believe like, uh, bipolar or some - or something like that. Uh, maybe ADHD and stuff, uh, and I think he - I`m not sure but, uh, as to what else, like anything of that but I know that he`s, uh - and he has severe anxiety and he`s, uh, not - you know, he`s - when too many people get around and stuff, he gets a little bit, uh, cautious, you know, a little bit more cautious and aware…

Investigator Signature                                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                              OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*     **Case Mng Status:**  *EXCEPTIONALLY CLEARED*     **Occurred:**  *02/22/2022*
**Offense:**  *OUTSIDE AGENCY ASSIST*

**Investigator:**  *MEDINA, JOSE L   (1461)*              **Date / Time:**  *03/17/2022 09:52:33, Thursday*
**Supervisor:**  *FLORES, CHRISTOPHER R   (10727)*  **Supervisor Review Date / Time:**  *05/09/2022 10:30:53, Monday*
**Contact:**                                              **Reference:**  *Ca Persons Follow Up*

Q:  So bipolar, ADHD, and anxiety?

A:  Yeah.

Q:  Um…

A:  I also have bipolar and PTSD and ADHD but…

Q:  Okay. And, uh, do you know if, uh, he uses drugs, alcohol? Is he…

A:  I don`t know.

Q:  …self-medicating on anything?

A:  I - as far as I know, he`s going to the methadone clinic and that`s it.

Q:  Okay.

A:  So I - I don`t know, uh, anything else. As far as I know, no. Uh…

Q:  Marijuana?

A:  He - uh, you know, I - I do smoke marijuana. I have arthritis.

Q:  What about (Ritchie) though? What - what do you know that (Ritchie)…

A:  Uh, I think that - I`m not sure if he smokes marijuana or not. Uh, I know that occasionally maybe he does. He - I`ve never really smoked with him. He doesn`t really - you know, that`s not the thing that we do, so - uh, but I mean I`m sure - I mean, of course, he probably have smoked marijuana, yeah, but I…

Q:  Okay. But for sure you know methadone?

A:  Methadone, yeah. He`s…

Q:  So is he - he used to use meth or he used to - is he trying to get off of it or?

_____                    _____
Investigator Signature                                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/17/2022 09:52:33, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*

**Contact:**                                                **Reference:** *Ca Persons Follow Up*

---

A:  Uh, I know - I…

Q:  Did he still use it?

A:  I`m sure that he like used - used to. I think, uh - he`s been, uh, doing really good, going steady man, and doing fucking like awesome. And then like his meds, he was in, uh - he took like, uh, you know, uh, like a Xanax. Uh, I`m not sure how many he took, uh, Xanax and, uh, something like Adderall and, uh…

Q:  Mm-hm.

A:  You know? So…

Q:  Okay.

A:  Uh, it`s like - uh, I - I think that some kind of combination of that maybe. Uh, it affect him a little bit, you know, and it was legit that he - you know, I - I did see the white Lexus over there, it was very…

Q:  So…

A:  …very, uh…

Q:  So - so you`re saying that he gets out of the car, goes to smoke a cigarette.

A:  Yeah. He was…

Q:  Go - goes to pick up his little brother but…

A:  He`s walking around the parking lot and…

Q:  And he goes to the wrong Lexus that he had mistaken that it`s your guys`.

A:  So, uh, while he was walking around the parking lot, yeah. Somehow he went to the wrong car. Uh, he was going to pick up his brother but they hadn`t got out of school yet so he - he was just coming back to the car. And instead of the white Lexus that we were at, he went to a different white Lexus that was just, uh, identical.

Q:  Mm-hm.

_____                    _____
Investigator Signature                                              Supervisor Signature

**WARD 000221**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

OCA: **22003487**

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** | *03/17/2022 09:52:33, Thursday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:30:53, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

A: Like, the same. And so that's understandable man. People do that all the time.

Q: Yeah, for sure.

A: And so I don't know why - like I know that there was - I guess, uh, you know, it was the same car because you can't go around, of course, jumping on people's shit man, like that, you know. But he - uh, he said - he told the officers, I do - I told him sorry and…

Q: So tell me about the interaction and - so he go - he actually goes back to your Lexus, right?

A: Yeah. He came back to us.

Q: And then that's when the deputies show up?

A: He showed up, yes.

Q: So what happened there? You - you said you - there…

A: We asked him - we asked him what was he saying to him because we were trying to figure it out and he said this, he said that he was asking, uh, who are you here to pick up? Uh, like, "Are you here to pick up somebody?" He said, "Yeah, my little brother." And, uh - and the dude's like, "All right." He's like, "Yeah, ███████ s here - um, over here." And he pointed but - uh, to where we should have been in the line and the car were moving but, uh, he pointed to the white Lexus that was over there that was identical. And when he - uh, he told the officer when he hit the door, the dude that he was - that he told the lady sorry and she acknowledged it and she said okay, uh, and so I don't know, that never should have really been an issue. I mean, I don't understand why that officer acted the way he did. Uh, I know that - I know that the dude resisted and I understand that that's not cool.

Q: So tell us about that. So you say that, you know…

A: They dragged him out of the car. He - after the deputy started grabbing for his arm, before he even told he had a pocketknife…

Q: So was he already out of the car or did…

A: Heck no. He was getting pulled out of the car by deputies. They pulled him out of the car.

Q1: Can - can you tell us where - where (Ritchie) was in the car? Was he on the passenger side? Was he in the

---

Investigator Signature                                   Supervisor Signature

**WARD 000222**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*              **Date / Time:** *03/17/2022 09:52:33, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*

**Contact:**                                              **Reference:** *Ca Persons Follow Up*

---

back of the car?

A: Yes, I can. He was - he was - you know, he was in the - he was in the rear right passenger side of the car.

Q1: Okay.

A: And he - uh, the cop approached the door, he started talking to him. (Ritchie) said, "Yeah man, uh, I did this. I apologized. Uh, she - she affirmed it, you know, and so like what - what is going on here? I haven`t done any crime, you know, uh, I talk - I - I solved this, we resolved this, so what`s going on?" And the officer proceeded to get even more aggressive and he`s like asked him, you know, of course, do you have any, uh, guns or knives, and he said I have a pocketknife in my pocket." But before that even happened, the officer was moving to grab his arm. So if - if - if he was worried about that which is -- and he could say that he was -- which is - and probably will, if it came to it, if you were really worried about that, you move to grab his arm and detain him before you even knew he had a pocket knife in his pocket. And - but you were still grabbing him because you didn`t care.

Q1: Let me stop you right there, Mr. Brown. So you`re in the driver seat, correct?

A: Yeah.

Q1: And your girlfriend, wife is in the front - front passenger?

A: She is. She is.

Q1: Okay. All right. So when he comes back from contacting that other Lexus, he doesn`t get his little brother, right?

A: So, I…

Q1: He - he - he returns by himself?

A: I - I personally did not view him hit the door. He did - or grab the door and the lady - you know, that interaction. There was - I did see the - the reason why, you know, the - he got confused and it was legit like there…

Q1: So the reason why you knew that I assume - and correct me if I`m wrong, it`s because you heard the deputy and him talking about - something about that vehicle being tapped on the window or what…

A: Well the - the deputy - the deputy told me, he said, uh - he said, uh, I went over there and I - and I, uh - he

---

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*   **Case Mng Status:**  *EXCEPTIONALLY CLEARED*   **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L   (1461)* | **Date / Time:**  *03/17/2022 09:52:33, Thursday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:**  *05/09/2022 10:30:53, Monday* |
| **Contact:** | | **Reference:**  *Ca Persons Follow Up* |

said now that I`ve seen my family there, uh, when I opened the door, the lady said, "Oh, there`s - you know, is there something wrong?" He said, "Oh, I`m sorry," very politely, everything, uh, it was just a - it was a - it was a accident, you know what I`m saying? A very - it was a mistake. He`s on - he`s - like I said, he`s on meds man. He thought it was our Lexus, it was identical. It was a white Lexus SUV just like the one we have, so it`s completely understandable. And when - but when he got pulled out, I understand that he was resisting. I understand that`s wrong, sir. I`m not - I don`t…

Q:  So what happened when he was getting pulled up? Did they asked him to step out?

A:  They - they - they did ask him - uh, asked him and, uh - well they didn`t really ask him. Like they asked him like that - they told him to get out of the vehicle. He said, "Why am I getting pulled out of the vehicle? I didn`t do anything wrong." Which is his right to do so and that`s fine. And then they still proceeded to drag him out, uh, try - and he - he was moving, so they thought he was resisting, of course, and he was in some ways resisting. I agree with that and that`s wrong. I do not condone it. I - I don`t think it`s right.

Q:  How was he resisting though? Like was…

A:  He was, uh - I guess, you know, when you - when you`re wiggling around and - and moving, that`s resisting to - to officers, I guess. So - I mean, I would - I would assume so. And they told him to stop resisting, he did, uh, and then he - like the - before it happened though, the cop, uh - I did hear the - the cop say, uh, "What did you put in your mouth?" And - but what - I mean, he didn`t - uh, he didn`t even try to check it if it was - how - how can you not check if it was prescription or anything like he didn`t know - he don`t even know but it could have been like one of his prescription pills. He tried to say that he saw him put something in his mouth. Now if that`s the case or not, I don`t know, because I never seen that shit. When the cop approached him and he said, "Hey, what you got in your mouth?" He had already been grabbing him up by his fucking collar and yanking him out of the car. And then the other officer I`m assuming which is (Mayhan) because he was acting severely aggressive towards me and I`m assuming it`s - that`s his partner, has to be because he was on the dude`s legs, uh, he was very aggressive to me, he did not like me conducting my own investigation on them for what they did because that was…

Q:  Okay.

A:  And - and I - I…

Q:  So - so let`s talk about the - the - the struggle between the - the resisting and the - and the deputy. Um, you said he was kind of…

A:  He - it was - it wasn`t - it wasn`t bullet-worthy man.

_____                                    _____
Investigator Signature                                               Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                        OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L   (1461)*                    **Date / Time:** *03/17/2022 09:52:33, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R   (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*

**Contact:**                                                          **Reference:** *Ca Persons Follow Up*

Q:  …wiggling.

A:  It wasn`t bullet-worthy. It was - he could have deployed his taser. First and foremost he was…

Q:  Were they physically like…

A:  He was not. He was in handcuffs. He was - they were trying to get him to put his hands behind his back and the other officer was on his legs. How - I mean, he was - he was subdued, uh, there was no reason to use that that kind of force.

Q1: So how did they get him to the ground then if they were…

A:  They fucking tackled him to the ground. They grabbed him out of the car…

Q1: And - and then we gotta - we gotta ask these questions.

A:  I know.

Q1: Because we - we weren`t there, we don`t know.

A:  I know bro. I`m sorry man. It just - I was shocked and kinda devastated that, you know, that shit just happened and then less than a minute the dude shot five rounds in my family member.

Q1: Right. Okay.

A:  And that`s why I`m just…

Q1: I get.

A:  And I was scared. I was like pick…

Q1: So they asked him to step out the car and then he asked…

A:  Yeah. He - the one officer that…

Q1: And then he asked - he asked if he has knives or weapon on?

_____                    _____
Investigator Signature                                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                        OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | | **Date / Time:** *03/17/2022 09:52:33, Thursday* |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:30:53, Monday* |
| **Contact:** | **Reference:** | *Ca Persons Follow Up* |

A:  He did. But before he did that, he reached for him and - and tried to subdue him. Uh, I don`t know why, maybe he feel like he might have been aggressive or, you know, but he - he - he shouldn`t have done that. He should have made - you know, "Hey, do you have a pocketknife or something?" And then acting upon that and that - that is reasonable, you know what I`m saying?

Q:  During the struggle, did you hear the deputy saying anything to him like…

A:  Uh, I did hear him say, they said, "Calm down. Calm down." Uh, we were also yelling, uh, you know, "Hey, (Ritchie) stop. (Ritchie) stop," you know, "Come on man, come on." Like, we weren`t condoning, we were trying to help out the situation by far and then, uh, it seemed like they kinda - you know, they treated us like we were the wrong. Like - and then - in the - and then in a good way we were - I accept that. It`s not my responsibility but I do accept that we were wrong, you know, because I`m - uh, I mean, I guess I`m the driver, so apparently that shit`s on me too but, uh - I mean, I was really devastated, you know, I was fucking in shock that that shit just happened. And I looked at that cop and I said, "Dude, did you just shoot him?" And he just looked at me." And I was like, "Oh man" - I was - I was like, I knew by his face that - that he was done. Uh, by the look on the cop`s face, he didn`t say anything to me. I asked him for his badge number, he did not comply. I…

Q1: Why do you - why do you think (Ritchie) didn`t stop when you guys were telling him to stop? Do you think that maybe he was startled? Maybe some of his conditions…

A:  Yeah, I do think - uh, yeah, I do think…

Q1:…flared up maybe at that point in time?

A:  Uh, uh, I do - I do think that because it`s possible, yes. Uh, he was getting tackled by two officers and they were, uh, very aggressive in - in their form of doing it. Um, I - I would think that, uh, the - the amount of, uh - you know, uh, aggression that they used, uh, caused him a little bit. Uh, I don`t think that - uh - I mean, obviously - uh, I don`t know if he`s still alive or dead, you guys haven`t told me anything, uh, I haven`t heard anything from the officers, they didn`t an - uh, answer our questions when we asked them at the scene, uh, you know, and we were just trying to find out information because we - like, uh, yeah, we had, uh, a partner or somebody that was involved. I mean, we`re not involved with that shit, that was his doing, you know what I`m saying? But we are family, so, of course, when you shoot our fucking family, we`re gonna feel some type of way to even try to figure it out. They never should have resulted in that, ever. In - in less than a minute, even like a minute that cop pulled his fucking gun out and fired five rounds, five.

Q:  Um…

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*        **Date / Time:** *03/17/2022 09:52:33, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*

**Contact:**                                    **Reference:** *Ca Persons Follow Up*

A:  And I - and I had my hands up too and I was just trying not to get shot the whole time. I made it clear to Officer (Mayhan), he told me to shut up.

Q:  Was (Ritchie) - was (Ritchie) saying anything? Do you remember anything that was said?

A:  He was like, "I`m not - I`m not resisting. I`m not resisting." And he was like, I`m not - I mean, I got you, I`m not…

Q:  Was he resisting?

A:  Uh, at the time, yeah. Uh, at the time, yes. But he had stopped. He did stop resisting.

Q:  Okay. All right.

A:  I`ve seen him put his hands like he quit. He - his body went - went restless.

Q:  So…

A:  He did quite, uh, and - they could have subdued him. Uh, that officer shot him.

Q:  So what prevented them from subduing…

A:  I don`t know. I could - I was - I was in the back seat…

Q:  Were - were you able to see that or you were just listening and - and just feeling…

A:  I was - I was not able to - to see that. They were on the ground right by the pass - back passenger door. But I did see…

Q:  Okay.

A:  I did see both the officers on him tackling him outside the door. They told him to stop. We told him to stop many times. And then he was wiggling around. I don`t know what happened, uh, for that officer to pull his weapon. I don`t - I can admit that sir, I have no idea.

Q:  Okay. All right.

Investigator Signature                        Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | MEDINA, JOSE L    (1461) | **Date / Time:** | *03/17/2022 09:52:33, Thursday* |
| **Supervisor:** | FLORES, CHRISTOPHER R    (10727) | **Supervisor Review Date / Time:** | *05/09/2022 10:30:53, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

A:  But, uh, uh, I feel like - and the way that - the look that was on his face when I asked him, "Did you shoot him?" The look that was on that officer`s face told me all that I didn`t - no, dude it was like he knew he fucked up. Dude, he knew he fucked up and that was that, you know. And obviously you don`t think so, maybe and that - that`s cool but…

Q:  No. I`m not saying that, uh, at all. I`m just saying…

A:  I mean, it goes both ways.

Q:  It`s - it`s a…

A:  We should have done…

Q:  It makes - it takes a lot.

A:  It does. It does man. But also you guys - I mean, most of you guys, uh - like the officer was telling me all the way here, like, uh, some people would pull out and the officer don`t know they - they`ll shoot him. Yeah, cool. But guess what, some officers have patience and a little more like understanding, you know. When that guy came to talk to me, uh, that was kinda a blessing because he said he - he helped me out a lot. That dude (Mayhan) is a rude fuck and he - he should not be negotiating or trying to work with anybody to calm any shit down in any situation at all. He should not.

Q:  Okay.

A:  He was very rude, very hostile, uh, he did not answer our questions, he told me to shut up many times. Uh, he told me - uh, he - and then he did let me record, uh, a certain part of, you know, the - the scene and stuff and I did that. Uh, and I let him know I was recording it. That was cool. Um, he told me not to, uh, record the investigation, I - I, uh, complied with that. I complied with everything, sir. I did nothing wrong. I was fully in shock and like I was - don`t know what the fuck you - uh, he got in life, family member just got shot and - and, yeah, it was his fault dude. Uh, he was - he was messing around and shit but - but I mean, the cop went a little too far to me.

Q:  During this incident, do you remember any statements made by either one of the deputies?

A:  Uh, they`re - their state - uh, I remember the - the deputy came up to the window, he was talking to him, he said, "Uh, you know, what`s going on?" Uh, and - and (Ritchie) provided - uh, So you - this is what happens when I go to get my little brother at school? You guys call the cops on me?" And he was like, "Oh, yeah man," like - he`s

Investigator Signature                                   Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/17/2022 09:52:33, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

like, "We got a call that, you know, you were, uh, uh, checking doors or whatever." That never happened. And he`s like, uh - he`s like, "I did - uh, I did accidentally, uh, you know, go to this door thinking it was our car and the lady was like, "Oh, you know, got a little freaked out," and was like, "Oh, I`m sorry ma`am," and she acknowledged that and that was that. And then the dude, uh, from the school came out and talked to him. I seen him, their interaction, I was in the car obviously, so I didn`t hear it, they`re on the sidewalk. (Ritchie) started walking away, I`m sure the dude said, "Hey man, you know, uh, if you`re not - you know, if you`re not here to pick him up, you have to go." So he started walking away. And I called him, me and, uh, ▇▇▇▇ opened the window and say, "Hey (Ritchie). (Ritchie)." And he came over the car. Everything was good, "Bro, like what he say? What did that guy say?" And then from there he told us what the dude said, the officers showed up and like right away came to our car and - because he - I guess he got a call that he - uh, I don`t know, for some reason he got a call that he`s mistaken or he was like mistakenly, uh, you know, went to the wrong car. It was a case of just a mistaken car. And that dude like went - whoever like, uh, did that, uh, I don`t know man, it feels like to me kinda - that`s crazy man. I had to - we had the whole police force was acting like we did something wrong and that he did something wrong, we didn`t.

Q:  So - so…

A:  We didn`t do anything wrong, he did something wrong.

Q:  When he`s asked to step out the vehicle, anything the deputy say after that? Do you - when the scuffle, do you hear anything? And if you don`t, that`s fine.

A:  Oh, yeah. I heard the deputy say, uh, stop resisting and I heard him say get down. Uh, he never said - they never said anything, uh, about don`t reach in your pockets, they never said anything about, uh - I did hear, uh, the cop when they - uh, uh, when he was in the process of dragging him out say, "Open your mouth," but that was about it. After that, uh, the - the cop that fired his, uh, his pistol or his firearm said barely anything, and the other cop was a straight dick bag.

Q:  Mm-hm.

A:  And he, uh, was obviously setting up his partner. That`s cool, man. I mean, I get it. Cool, (unintelligible) but I think I agree with the right thing, dude, right, I`m not going to stand for it. I`m not going to stand for it.

Q:  So…

A:  If you - if you shoot the dude in one minute and you`re a cop, come on, man, you don`t think you should have had better brains or better training than that? I know you guys get trained and you should, that`s not the first resort. That`s the last resort is your firearm. You should have deployed your taser. You should have deployed mace. He

Investigator Signature                                                      Supervisor Signature

**CASE SUPPLEMENTAL REPORT**                                      Printed: 03/23/2023  14:52

*Pueblo Police Department*                                        OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L   (1461)*                  **Date / Time:** *03/17/2022 09:52:33, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R   (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*

**Contact:**                                                **Reference:** *Ca Persons Follow Up*

---

didn`t do any of that. He took his firearm and he shot him five times. I heard that gun go off five times and it scared the shit out of me, dude. And fucking, I was - I`m still in shock from it, shaking and shit, dude.

Q:  So Tommy, you said that you were able to get some of that - some recording?

A:  I did get a little bit of recording on. Uh…

Q:  Do you have that?

A:  I don`t have it here, I was saying it was in the car. And when I left, uh, I left it in the car because I was like, uh, pretty pissed off and, uh, very - but I`ll - I`ll make sure you guys can get that, uh, available…

Q:  So your phone is in the car? What kind of phone?

A:  No. It`s on my - it`s my lady`s - my wife`s phone, ███████s phone.

Q:  Oh, and she has it in her phone or is it in the car?

A:  Uh, it`s in the car probably, I think. But, uh, in that recording there are other the recording that I have on there, uh, as much as I have is all on there. And - and then I had to - I shut it off because I was I told to get out of the car and put my hands behind my back.

Q:  So did you start recording before the shots were fired or after?

A:  I started recording after the shots were fired. Uh, like I said it all happened in a split second, man, and, uh, and that`s why I`m saying like I just know, dude in that amount of time, uh, you know, if I can I`d like to press charges on that officer because he shouldn`t have deployed his firearm in a minute of taking someone to the ground. He - he was on the ground. I`ve seen his body go - went - like go weak, dude. He - he was not resisting.

Q1: Mr. Brown, so like he explained to you, he`s from the Sheriff`s Office.

A:  Yes, sir.

Q1: I`m from the Police Department, so because there was an officer involved in the shooting…

A:  Yeah.

_____                    _____
Investigator Signature                                      Supervisor Signature

**WARD 000230**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L   (1461)*                    **Date / Time:** *03/17/2022 09:52:33, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R   (10727)*   **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*

**Contact:**                                                         **Reference:** *Ca Persons Follow Up*

---

Q1: That`s why there`s a joint agency investigation.

A:  Okay.

Q1: So if there`s any wrongdoing…

A:  Yeah.

Q1: You know, I mean, basically it`s going to come down to me, specifically. I`m going to have to compile a report.

A:  Okay.

Q:  All the findings, good and bad.

A:  Okay.

Q1: And I`m gonna have to give to the district attorney`s office and say, "Hey, this is what it is."

A:  Right.

Q1: You know what I mean? So that`s as far as whether that officer - I understand that was your family member.

A:  Yeah.

Q1: And it`s very hurtful, but, I mean, don`t think that we`re just…

A:  No. I know - I know…

Q1: … talking you bullshit and then we`re - we`re not here for a reason.

A:  I know what we - I know that he fucked up. I know that he fucked up.

Q1: We`re - we`re here for a reason.

A:  I understand…

Q:  We`re trying to - we`re trying to find out why that officer took that course of action.

---

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/17/2022 09:52:33, Thursday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  Yeah, I - yeah, and I - I - you know, that`s what I`m trying to figure out too, man. That`s what I`ve been - I - I was just asking just to figure it out and they gave me nothing. So, I - I…

Q1: You know, that`s the whole reason for this interview is to try to figure out what happened and why that officer took that - took that course of action.

A:  Yeah, yeah.

Q1: So - so you started recording after the shots were fired. What - what - is it like, uh, an iPhone, ah…

A:  Uh, she has ah, like LG style or something, but, uh, um, like I said I got a little bit of the recording and I got like mostly just me, uh, and (Mayhan) because that`s all I could (unintelligible) some of the few other officers, but you - you`ll see, uh, if you get it, he was being - he was just being a straight jerk, anything I said about my rights he pretty much disowned. Uh, he didn`t care about. He wouldn`t answer my questions. I asked him for his badge number or like I didn`t know that you guys go by telephone numbers or whatever, so - but still I asked him. He never presented it. Uh, I`m pretty sure, I mean, I don`t know but, you know, you`re an officer. That is unlawful and to do that when somebody asks you for your badge number you have to present it. He said he would get it for me later. Great. That`s awesome, man. But, uh, you never gave it to me. And you were, uh, now you do, you…

Q1: So, also with these, okay? It also get looked at by what we call Internal Affairs.

A:  Mm-hm.

Q1: Okay? So they`ll look at this whole incident and if they see a deputy did something wrong or was overly, you know?

A:  Yeah.

Q1: Did something out of the scope of our training then they`ll address that in-house as well.

A:  Mm-hm.

Q1: Okay? Um, but I would wait for the investigation to - to be over and then if you have an issue you can always call our IA and see what they`ve, you know, give them your complaint.

A:  Dude, I`m - I`m never going to forget that cop`s face when I asked him if he shot him and he looked at me

Investigator Signature                                      Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/17/2022 09:52:33, Thursday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

like this. And I`ll never forget (Ritchie) resisting, that sucks, and I know that it was fucking his own fault that - that shit happened, I can`t - I can`t do nothing about that, you know, that was his own move, his own actions and I - I feel bad for him for doing that…

Q1: At any point did you see (Ritchie) go for the deputy`s firearm or anything?

A:  No - yeah, I did not. They`re - they had him on the ground like this. If it`s okay if I can show you guys?

Q:  Sure.

A:  Okay. They had - so they pulled him out of the car and the officer fired, at first, uh, proceeded to pull him out by himself and then (Mayhan), I`m pretty sure approached the scene and, uh, proceeded to, uh, you know, team up with whoever that officer is. I asked for that officer`s name also. And I still haven`t got it, um, or and his badge number. Uh, I was told I would get it. I haven`t got it. Uh, but I would like to get it if that`s cool. Uh, because I - it`s - it`s a key piece of, you know, my own doing if I have to proceed with this matter, uh, any further because that - I mean, uh, I understand that he was - he was resisting but I don`t feel like he was resisting when that officer fired as what I seen his body go lax. The other officer was on his legs. He was telling him to stop, trying to put him in cuffs and then right after, uh, he was on his legs like this and his butt - his - his, right here, when he - when he got shot when, uh, he got shot, he - they had him down like this out of the car and then they had him on the ground.

Q:  Mm-hm.

A:  And they were like, stop resisting, stop resisting. We were like, (Ritchie), stop, stop. (Ritchie), stop. And they were like stop resisting. I - and then the dude went to grab his hands and I don`t know what happened after that. I was just not - I was looking forward - I mean I was so scared shitless that I was about to get fucked up and get shot or something because dude, he just shot the dude, and then like this, so somehow (Ritchie) like the cop was grabbing his arms - went to go grab his arms and I don`t how he did it, he might have had one cuff on but then somehow like I don`t know if (Ritchie) turned or what happened. And if he turned that`s still not a reason - I mean, I don`t know if that`s a reason to shoot somebody or not. Well, I don`t know. I guess that`s an issue of common sense and like, you know, heart or something (unintelligible) when he was shot he was - I seen him after he had been shot and I asked that officer is - he - did you shoot him? Is he alive? I was like, did you shoot him? And he didn`t answer me, he didn`t say nothing. I was like did you shoot him? And he was like this, uh, (Ritchie) was like this and his legs were like fucking - his body was like somehow he, he was like this, laying like this and he was dead. I mean, I don`t know if he`s dead or what the fuck happened to him but I know that was some bullshit that that cop…

Q1: So - let - let me ask you this, Tommy. Did you see the shooting occur or did you just see the - or hear the

_____   _____
Investigator Signature        Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*      **Case Mng Status:**  *EXCEPTIONALLY CLEARED*      **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

---

**Investigator:**  *MEDINA, JOSE L    (1461)*                      **Date / Time:**  *03/17/2022 09:52:33, Thursday*

**Supervisor:**  *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:**  *05/09/2022 10:30:53, Monday*

**Contact:**                                                          **Reference:**  *Ca Persons Follow Up*

---

shots fired and see the squabbling?

A:  No, I - I - I originally heard the shots fired and looked over, seen the cop with his pistol drawn. Uh, and, uh, pointed short - straight towards the subject, (Ritchie), and I asked - then I asked him, after that, did you shoot him like six times? Did you kill him? Because he - and he did not answer my question at all.

Q1: So answer me here, Tommy. Did you see the deputy actually fire the shots or did you just…

A:  That deputy fired the shots.

Q1: Okay. But did you actually see him fire the shots or…

A:  I witnessed him with his gun. And after the rounds of shots point right at (Ritchie). I witnessed him with his gun with, um, like my own eyes. I saw it. He - it was that cop. I need - I need to know his name and I need to know his badge number. I witnessed him. I didn`t see him fire his rounds. I heard him, I looked over, I see the gun pointed down at (Ritchie).

Q:  Okay.

A:  And then I see him. I look back and I seen (Ritchie) obviously lying motionless.

Q:  Okay.

A:  I asked him, I was like, dude, did you - did you shoot him? Did you kill him because I felt like that was - I mean I`m (unintelligible) reason.

Q:  But you didn`t see him initially draw his firearm and then shoot…

A:  I didn`t…

Q:  You heard the shots, you look over, he has the firearm pointed at (Ritchie) still. Is that correct?

A:  I heard five shots. I looked over and sometime in between them and I was like shocked that I saw, you know, I can`t really - I don`t know, man, is I`ve never been in a situation like that before and like I said I have PTSD and bipolar and this like that, and so, my reaction is a little bit than everybody else`s, so I was just - I was surrounded by a military squad of police. I was in shock, you know. A family member that`s very close to me just got shot, but an officer in one minute of detaining and his buddy was like he was about to punch me in the face, for telling him

---

Investigator Signature                                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L   (1461)* | **Date / Time:** *03/17/2022 09:52:33, Thursday* | |
| **Supervisor:** *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday* | |
| **Contact:** | **Reference:** *Ca Persons Follow Up* | |

that, you know, that was, kind of I felt that that was wrong. I mean I get it, you know, maybe he knew a little bit more than I do. You know what I am saying?

Q:  Or maybe he didn`t know anything that was going on.

A:  Right.

Q:  Sometimes we go on these calls, we don`t know what`s going on, we don`t know if you are involved, we don`t know why there are shots fired, you know.

A:  Well, I think - I think that maybe he knows a little bit more about…

Q:  So maybe his adrenaline was going too, you know. You know, I`ve never been in that situation. I can`t speak for somebody but, you know…

A:  How you are going to react to that? I was reacting as best I could…

Q:  But there are times when we show up and we don`t know what`s going on, you know, we don`t know.

A:  Yeah.

Q:  So…

A:  Well, you know, yeah. Maybe - and that`s where I feel like a different approach than (Mayhan) would definitely be in your best interest, because that guy is not suitable to negotiate or help anybody out like that, he came to the car aggressively and told us keep our hands up the whole time, shut up many times and was very unprofessional, very unprofessional to me anyway. And I asked him for -- he told me he would give me his badge number later. I respected that. I respected everything the man asked even though he was very aggressive and very hostile. And I get it, in that situation you kind of have to be, you guys are police officers, you don`t know what`s going on, I respect that, man. But I was like, I just felt like, you know, when it was calmed down a little bit he could have been a little bit less, you know, he could have been less of a dick, and then more of a maybe an understanding officer, you know. So.

Q1: Mr. Brown, so where this is reported that I believe the deputy who shot his gun had a bloody nose, do you know how that happened?

A:  I do not, sir. I didn`t know - I didn`t know.

_____
Investigator Signature

_____
Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/17/2022 09:52:33, Thursday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q1: Did you see him with a bloody nose?

A: I did not, sir.

Q: You didn`t - you didn`t witness him with the…

A: I didn`t witness him with a bloody nose. I wouldn`t - just like I said you are - him, started dragging him out of the car, (Mayhan), Officer (Mayhan) responded, and actually, he proceeded to assist the officer with taking (Ritchie) out of the car, they threw him on the ground, they were repeatedly telling him, you know, stop resisting, stop moving, and stop it. We were all telling him, hey, man, like under a minute, you know, five shots go off and he`s dead, you know.

Q: Right.

A: And under a minute and then I`m surrounded by 50 cops and I`m not supposed to be upset or like in some kind of a mood, it`s like…

Q: That`s understandable.

A: Right.

Q1: Tommy, so you said that that vehicle belongs to your girlfriend?

A: Yes, sir. Well, here`s what it is, so it does - it does belong to her. She bought it from her dad, but she`s just transferring over the information to her - he has insurance and everything…

Q1: Who is he going to register it to? When I get out there and I run the plates…

A: It`s gonna register to (Mary Ward).

Q1: (Mary Ward)?

A: Or, yeah, I`m pretty sure (Mary Ward), but if you can talk to my lady and then maybe you might want to check that because I know it`s - I`m pretty sure it`s (Mary Ward).

Q: So this is what`s going to happen is we are probably going to have to tow that vehicle, okay, and hold it as

| Investigator Signature | Supervisor Signature |
|---|---|

**WARD 000236**

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

_Pueblo Police Department_                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** _EXCEPTIONALLY CLEARED_   **Case Mng Status:** _EXCEPTIONALLY CLEARED_   **Occurred:** _02/22/2022_
**Offense:** _OUTSIDE AGENCY ASSIST_

**Investigator:** _MEDINA, JOSE L    (1461)_              **Date / Time:** _03/17/2022 09:52:33, Thursday_
**Supervisor:** _FLORES, CHRISTOPHER R    (10727)_  **Supervisor Review Date / Time:** _05/09/2022 10:30:53, Monday_
**Contact:**                                          **Reference:** _Ca Persons Follow Up_

evidence.

A:  Okay.

Q1: Just so you know, you know what I mean, I don`t want you to have that expectation that you are going to go and pick up the vehicle.

A:  Yeah.

Q:  Because you know, it was involved in this incident and part of the crime scene. Um, we`ll probably end up taking that.

A:  Okay. So, I am sorry for, you know, all this. I didn`t - like you said, man, I can`t accountability for anybody else`s action. I can only accountability for mine. It`s very regrettable, you know, what happened here today, you know, no one liked it, and that`s it. You know what I`m saying. But, you know, I just, I don`t know, man, it`s - it`s troubling me. I really want to press charges on that cop, I don`t know if - I feel like, you know, the whole fucking portion against me on that and I`m by myself standing which is I don`t care about it now but I was like, I mean, what`s right is right, you know what I`m saying?

Q:  Yeah.

A:  I don`t know. If your - if your life is threatened, cool, shoot the man, but if your life isn`t being threatened…

Q:  That`s what we`re here to figure out.

A:  Yeah. And I don`t - and I am trying to figure that shit too. So when you guys figure that out and you guys can let us know, that would be fucking awesome, because I know - I would like to know why he pulled his gun and shot him also. What move did he make? What move did he do to have the dude draw on him like that? I don`t know. I`ve seen - I never seen him make a move, I did, if he did make a move, like I said I was in shock. If he did make a move, he might have moved, to move his arm from getting like handcuffed or something just a little bit. He did, he slacked up. I saw his body slack up, and then he kind of subdued him at that moment, and maybe, you know, if they would have talked to him a little bit better or maybe been a little bit cooler in that situation it might have gone a bit better, you know.

Q1: How big is (Ritchie)? Is he a big guy?

Q:  I don`t know.

Investigator Signature                          Supervisor Signature

WARD 000237

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L     (1461)* | **Date / Time:** *03/17/2022 09:52:33, Thursday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R     (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A: Yeah. I mean he`s like a - I don`t know. He`s like a little bit bigger than (Mayhan).

Q1: Than, than who?

A: Officer (Mayhan). A little bit bigger than him, not too much. Maybe a smidgen, about…

Q1: Bigger than you?

A: Yeah, yeah, yeah. He`s taller than me. A little bit stockier than me, yeah.

Q1: Okay.

Q: Tell us about his day, like, I know you said that he was kind of having an off-day, did, was he like aggressive, was he like mad…?

A: So he got - he got his meds and he`s just been like, you know, he is in his room. He has been trying to just - he`s been trying to pull himself out of a little thing, he has been doing really great, man, I`m proud of him. He was doing really awesome. And he was going to get methadone and everything like that. He was looking for jobs, looking for work. He almost had a job with Shell. You know, he had an interview not too long ago over there. Unfortunately, I don`t know if he was able to get it because of the tattoos on his neck, but he did have interviews, he was looking for work. He got enrolled in college. He was doing - making a lot of efforts, and, you know, so he was - he was doing really good, man, I was really proud of him because in the past, I know, you know, he had…

Q: So he was doing good, but what about recently, like, you know, these last few days or so, like today?

A: Well, I know that he - yeah, all I know is like he went to talk to his doctor and I`m not sure what the reason for that was for, you know. As far as that goes, you know, that`s not, nothing to do with me, but he was just like, I don`t know, he was kind of like sluggish, a little bit it seemed like, you know, maybe like it wasn`t like, you know, the normal energy, maybe, self, you know.

Q: Is he sick?

A: No, he wasn`t sick, no, no. He didn`t seem sick. He just seemed like a little bit sluggish, like the pills made him - that he was on, and he got made him a little bit, uh, fatigued, you know that or something. And that`s a - that`s a damned fucking shame, you know. I used to take those, I don`t take them anymore because I had severe seizures. I was on so many medications when I was at the treatment center and stuff. I don`t - I don`t personally take them, I

| Investigator Signature | Supervisor Signature |
|---|---|

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | |
|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/17/2022 09:52:33, Thursday* |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

have arthritis, rheumatoid arthritis and I just indulge in medical marijuana, so.

Q1: Hey, Tommy?

A:  Yes, sir.

Q1: So you mentioned bipolar, ADHD and had severe - severe anxiety, and that he was at the methadone clinic. So did he have a heroin problem, or an opioid…

A:  No. He had a past.

Q1: Okay.

A:  Yes. He had a previous opiate problem. Yes.

Q1: All right. How long has he been clean?

A:  He`s been clean for like four months.

Q1: Okay. And so, and I`m not saying this is him, right. In my experience as a cop, um, typically one person tries to quit one, they sometimes pick up another. Did he pick like, say, meth?

A:  No, he had - so I heard - what I heard from the officer and then I guess that I don`t really know. I see him go to put something in his mouth. And when I turned around the officer has already grabbed him, but I did hear the officer say, hey, hey, I just saw you, what did you put in your mouth. Or something.

Q1: Okay.

A:  So I heard that but I didn`t see it…

Q:  But you don`t know him to do anything…

A:  No.

Q:  So four months - as far as you know he`s….

A:  I know him to be - I know him to be a - he was kind of pretty heavy in that but he wanted to quit. He`s like

| Investigator Signature | Supervisor Signature |
|---|---|

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L   (1461)*                        **Date / Time:** *03/17/2022 09:52:33, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R   (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*

**Contact:**                                                **Reference:** *Ca Persons Follow Up*

been serious about it.

Q: Is there anything that maybe would cause him to be disoriented when he`s in the parking lot and gets the wrong vehicle, anything that you can think that maybe he…

A: You know, I don`t know, like I`m not sure, maybe it`s because like, you know, he just got his meds back on, and suddenly, you know, he was - had just started, he just started his meds. He just got them from the doctor not too long ago, so he has - it`s just barely starting to work, he got his medicines, and maybe it was - you know, I don`t know if that was that or what could have caused him. Maybe he was like just, you know, confused because there was a white Lexus that looked very identical to ours right there and sincerely thought it was our car. And then that guy came out and talked to him. I`ve seen that interaction, I seen him about to walk off. Me and (████) you know, called him over to the car. Everything was cool. He told us what happened like I said. And then everything went down like that, how I said, you guys - I didn`t see him trying to throw anything in his mouth, I did turn around and then I turned back around because, really, like I`m scared shitless, you got - I haven`t had the best luck when it comes to cops. I have had met some officers who…

Q: So, what was - what was his actions or his behavior like as the deputies are approaching your guys` vehicle, did he…

A: I mean he seemed all right, but you could definitely tell…

Q: Did he seem like I have something on me or crap I…

A: No. He didn`t say, no, there was nothing on like, no, he just seemed - in fact he told the officers why did you grab me? You know - you know, what did I do? And so, the officer proceeded to try and to grab him before he even knew what was going on anyway and detain him. I mean I don`t know, is that - is that legal? I don`t know. Is that even legal or no? Like can you - can you grab somebody before you even know, I was just going to ask him if they have weapons or anything sharp and stuff like that…

Q1:You know, I`m not - I`m not going to speak on what he did, or you know what I mean?

A: I was just trying to - I was trying to - I got you - I will get myself…

Q1:Honestly, it depends.

Q: Various situations do…

Investigator Signature                               Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| Case Status: | *EXCEPTIONALLY CLEARED* | Case Mng Status: | *EXCEPTIONALLY CLEARED* | Occurred: | *02/22/2022* |
| Offense: | *OUTSIDE AGENCY ASSIST* | | | | |

| | | | |
|---|---|---|---|
| Investigator: | *MEDINA, JOSE L    (1461)* | Date / Time: | *03/17/2022 09:52:33, Thursday* |
| Supervisor: | *FLORES, CHRISTOPHER R    (10727)* | Supervisor Review Date / Time: | *05/09/2022 10:30:53, Monday* |
| Contact: | | Reference: | *Ca Persons Follow Up* |

Q1: Every circumstance is different.

A: Yeah. I understand that, man. I know this was (unintelligible) situation, believe me, you guys scared the fuck out of me. And when I seen him shoot, dude, I was just fucking distraught, really, like I lost a fucking really good family member and a friend, well, you guys also, you know, have a person that`s kind of need you right now too, you know. I regret that I have, his doing so. I was sorry about that.

Q1: So you mentioned you just killed your number, you are off paper. Has he been - has he done time?

A: Oh, yeah. He has been - but he just got off too. He`s been doing really good.

Q1: Who was his PO, do you know?

A: No, no. I know he…

Q: Was he on parole?

A: No, he was not on parole.

Q1: Did he (unintelligible)?

A: No. As far as I know no. He was on - he got off parole and then at one point he had Simms but I don`t know if he still had her when he got off or not, so he`s talked about Simms and stuff, but I don`t know if he still has her or not.

Q: But as far as you know he`s completely done with everything?

A: Yes, he is. Yeah. He had no one there…

Q: Did he live with you guys at this house over on ████?

A: Yeah, temporarily, yeah. I did - I did know that he had a previous like DUI situation going on, there`s like a hearsay matter in that. And that ended up getting dismissed down here in Pueblo County, so I did know that he had that but besides that, he`s been, you know, trying to do the best he can, man.

Q: So is he from Pueblo or Pueblo West, or?

_____    _____
Investigator Signature                                Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/17/2022 09:52:33, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*

**Contact:**                                                    **Reference:** *Ca Persons Follow Up*

---

A:  I`m not sure exactly if he`s born in Pueblo West or not, really.

Q:  All right. How long have you known him?

A:  Oh, I`ve known him, I`ve known him, I met him 10 years ago, probably around there but I don`t really think hang with him like that. I just got - me and his mom just barely got together a couple months ago, so I was like I`m trying to get him and get to know the kids and be a better role model for them and lead him in a better direction. And I know - if I can just help to at least better somebody, man, that`s how I feel, you know.

Q:  All right.

A:  If I can help make somebody`s day better, bro, that`s what I`m about. And, you know, I`m not the coolest guy, I`m not the funniest guy man, just I`m a good guy, you know. I try to do the right thing. I want to do the right thing. I`m not going to - I`m not going to back down, but I know that if we were on, I mean both sides are wrong in this situation and I`m willing to accept it. And I didn`t do anything wrong, so as far as that goes, if I can just be released from here that would be awesome.

Q1: Yeah.

A:  And I`ll go back to my lady.

Q1: So we might have some questions for you in the future. I know that, you know, that phone maybe in the vehicle or anything like that but…

A:  All right.

Q1: Is there - you will be at that address if we need to, you know, if we could come up with any other questions we may need to ask you, you will be over on Falcon?

A:  Yes, sir, I will. Yes, sir.

Q1: Okay.

Q:  Do you work right now, Tommy?

A:  I`m previously - I`m part time employed on Lawn Sharks Landscaping, they`re based out of Spring, but I still travel from here time and time whenever I am needed down there.

Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*     **Case Mng Status:**  *EXCEPTIONALLY CLEARED*     **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

**Investigator:**  *MEDINA, JOSE L    (1461)*         **Date / Time:**  *03/17/2022 09:52:33, Thursday*

**Supervisor:**  *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:**  *05/09/2022 10:30:53, Monday*

**Contact:**                                        **Reference:**  *Ca Persons Follow Up*

---

Q:  But we`ll be - we`ll either find you here?

A:  Yes.

Q:  On ██████?

A:  Yes. Yes, sir.

Q:  Okay.

A:  Yeah.

Q1: That cellphone in the vehicle does it have a lock on it?

A:  I`m not sure if she has a lock on it.

Q1: You don`t know for sure.

A:  Yeah. I don`t go in her phone and she`s doesn`t go in mine, yeah. So it`s not like that.

Q1: So the video that you took during this thing was on her phone though, right?

A:  Yeah. She was - she turned it on while I was taking the video and I pushed the camera, pushed record on it. And then I recorded like I don`t know how much I recorded of it. It stopped but I - I was getting harassed also by - and I know it was a really dicey situation, so.

Q1: Right.

A:  So I was going to…

Q1: Okay.

A:  I wasn`t that very much allowed to do really anything except for get told to shut up and to keep my hands in the air, and that I was like, whoa yeah, right. I just felt like I had to let you guys know, man, maybe, you know, maybe get a better guy for that because I don`t know, you guys seem like you guys will be better for that, man, to approach somebody and talk to them like actually understand a little more than that guy was even willing to do, you know.

---

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*     **Date / Time:** *03/17/2022 09:52:33, Thursday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:53, Monday*

**Contact:**     **Reference:** *Ca Persons Follow Up*

---

That`s crazy. I was like - I would think that, you know, people would try to understand and like, you know, get to know the problem a little bit more than resorting to, you know, that or whatever. I don`t know what happened. But I`d like to know. So when you guys find out, if you guys will please let us know, that would be fucking awesome, man. Yeah. Yeah.

Q1: Hey, Tommy, we are going to step out. We are going to talk to some of our partners, and make sure there`s no other questions for you, okay?

A: Cool, man.

Q: Did you need a ride back out or you have somebody to pick you up?

A: Oh, yeah, man, I need a ride back to the house if that`s cool because I thought we were just going to go to the substation but it turns out we came all the way down here. That`s fine.

Q: Well, we appreciate you being patient.

A: Sure. Thank you, guys, man.

Q: …meeting with us.

A: I`m sorry about that.

Q1: So just in time, okay?

A: I`m sorry about it. Yeah.


The transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed_____
 [03/17/2022 09:53, MEDINAJ, 978, PPD]

_____     _____
Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

*Printed: 03/23/2023  14:52*

*NOT SUPERVISOR APPROVED*

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *CORDOVA, KENNETH REY    (80)*    **Date / Time:** *03/17/2022 11:52:52, Thursday*

**Supervisor:** *FURBUSH, DENNIS CARTER    ...*    **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**    **Reference:** *Supplement*

---

On 03/17/2022, I Detective Cordova obtained narcotic evidence pertaining to this case.  The report showed that officers identified the suspected drugs AS SUSPECTED HYDROCHLORIDE PILL AND AN UNKNOWN WHITE POWDER SUBSTANCE.

Detectives assigned the suspected drugs to Narc #22N76 for tracking purposes. I completed the CBI paperwork and placed it in a secured locker until it could be sent to CBI for official weight and testing.

The evidence was sealed by the investigating officers and remained sealed throughout my possession.  I did not test or weigh the suspected narcotics.

Nothing further.
 [03/17/2022 11:53, CORDOVAK, 1306, PPD]

_____    _____
Investigator Signature                    Supervisor Signature

**WARD 000245**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *TIMME, CHRISTOPHER D    (2478)*    **Date / Time:** *03/17/2022 15:29:29, Thursday*

**Supervisor:** *SINCERBOX, MICHAEL J    (2319)*    **Supervisor Review Date / Time:** *03/17/2022 15:41:02, Thursday*

**Contact:**    **Reference:** *Supplement*

The following evidence was submitted by this Officer:
[ ] None    [ ] BWC video    [ ] Surveillance video    [ ] Interview room video    [X] Digital photographs    [ ] Still digital photographs of video    [ ] Audio recordings    [ ] Document(s)    [ ] Dash cam video from Unit #

On 03/17/22 at approximately 1030 hrs., I, Cpl. Chris D. Timme, responded to the Pueblo Police Department long term impound storage, Pueblo, to get a small backpack out of a white Lexus that was involved in an officer involved shooting with the Pueblo County Sheriff`s Department. Captain Anderson had asked that I retrieve this bag and tag it in as property.

The bag was located on the front seat of the Lexus. Inside the bag I found a stack of paperwork, a pink in color cell phone case with several cards and a Colorado driver`s license belonging to ███████████████████.
Inside the pink cell phone case was a single $20.00 bill.

The items were photographed and tagged in as property. The photos were downloaded into the system. No further information.

Investigator Signature    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| Case Status: | *EXCEPTIONALLY CLEARED* | Case Mng Status: | *EXCEPTIONALLY CLEARED* | Occurred: | *02/22/2022* |

Offense:  *OUTSIDE AGENCY ASSIST*

Investigator:  *MEDINA, JOSE L  (1461)*          Date / Time:  *03/21/2022 13:50:11, Monday*

Supervisor:  *FLORES, CHRISTOPHER R*  (10727)  Supervisor Review Date / Time:  *05/09/2022 10:30:39, Monday*

Contact:          Reference:  *Ca Persons Follow Up*

INTERVIEW WITH ▮▮▮▮▮▮
Q=Det. J. Medina
Q1=Det. (Diaz)
A=▮▮▮▮▮▮
A1=▮
A2=Sarah Sandstrom
A3=(Chocolate)


Woman:     She likes apples.

((Crosstalk))

Man:    Step out (unintelligible).

Man:     (Unintelligible).

Woman:     (Unintelligible).

((Crosstalk))

Q:  Sorry, guys. Sorry I`m late. I`m Detective Medina. What`s your name?

A:  ▮▮▮

Q:  ▮▮▮

A1: She`s ▮▮▮ Um...

A:  That`s ▮▮▮

A1: ▮▮▮

Q:  Hi, ▮▮▮

A1: I`m Mom.

Investigator Signature                    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*  **Date / Time:** *03/21/2022 13:50:11, Monday*

**Supervisor:** *FLORES, CHRISTOPHER R*  *(10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*

**Contact:**  **Reference:** *Ca Persons Follow Up*

Q: You`re Mom?

A1: Yes.

Q: Okay.

A2: My name is Sarah Sandstrom. I`m the school counselor (unintelligible).

Q: Hi.

A2: And (Chocolate).

A3: I`m (Chocolate). I think she`s my best friend now. Can adults be your best friend?

A1: Sure. I thought we were best friends.

Q: So you`re in 6th grade now?

A3: You`re my family member.

A: Mm-hm. Yes, sir.

Q: So, like, I said, I`m with the Sheriff`s Office. Detective (Diaz) with the Police Department. Um, (unintelligible) stuff we might be talking about might be a little bit difficult for you. But we just ask that you try your best. Um, if we ask you a question and you - and you don`t remember that`s fine. You know, just tell us you don`t remember. I don`t want you to guess or...

Woman: ███ (unintelligible).

Q: ...anything like that, okay?

Woman: (Unintelligible).

A: No.

Q: Um, so...

Investigator Signature    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*  **Date / Time:** *03/21/2022 13:50:11, Monday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*

**Contact:**  **Reference:** *Ca Persons Follow Up*

---

Woman:    ...breathing difficulty.

Q:  On...

Woman:    ███ (unintelligible) Street.

Q:  Put this over here. So it was on Tuesday...

A:  Yup.

Q:  ...afternoon. Um...

A:  Right after school when I was getting home. (Unintelligible).

Q:  Okay. Can you tell us about that when you were getting out of school?

A:  So I walk out. I go the way that I normally do. An then walking where the driveway is. And then there`s, like, where they - the teachers park. And...

Woman:    (Unintelligible).

A:  ...there`s a road down there. It`s cold. And all of a sudden you see police officer shoot the I think a male. And, um, he just falls to the ground.

Q:  Where were you standing at?

A:  Um, I was standing, like, a couple feet away from the police car that was parked there.

Q:  Okay.

A:  And then, um, called my mom `cause I didn`t know where she was.

Q:  So when you got out of school were the police already there?

A:  Yeah. They were already there. We usually have police officers over here.

---

Investigator Signature                                    Supervisor Signature

**WARD 000249**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*   **Case Mng Status:**  *EXCEPTIONALLY CLEARED*   **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

---

**Investigator:**  *MEDINA, JOSE L    (1461)*                    **Date / Time:**  *03/21/2022 13:50:11, Monday*

**Supervisor:**  *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:**  *05/09/2022 10:30:39, Monday*

**Contact:**                                                       **Reference:**  *Ca Persons Follow Up*

---

Q:  Okay. Did you see the cops talking to anybody?

A:  Um, no. I only saw where they talking to the guy and then they shoot him.

Q:  Okay. So were they - when you went over there were they out of the ve- the vehicle?

A:  They were out of the vehicle, yes.

Q:  Okay. Did you see them struggling with the guy? Or...

A:  Um, only, like, a little bit. But I think - I don`t remember. They were - I was walking over and then I think he, like, kind of, like, tried to take his gun. And then he got shot and fell.

Q:  So the guy was trying to take his gun?

A:  Mm-hm.

Q:  Did you see that, or did - or is that just what you assume?

A:  That`s what I assume.

Q:  Assume?

A:  Yeah.

Q:  Did you see his hands anywhere on the - on the cop?

A:  Well, not on the cop but, like, trying to touch the cop I guess. Like, if that makes sense?

Q:  So was he, like, trying to in - in his waist area trying to...

A:  Yeah. And then...

Q:  ...grab things?

A:  Yeah.

---

Investigator Signature                              Supervisor Signature

**WARD 000250**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDINA, JOSE L   (1461)* | **Date / Time:** | *03/21/2022 13:50:11, Monday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:30:39, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

Q:  Okay.

Q1: Could you kind of tell us about, like, what you saw exactly? Um, as far as, you know, you s- you said that there was a small struggle and that he was reaching for the gun. Did you see the gun? Was it...

A:  It was in the cop`s hand like this.

Q1: Okay.

A:  So - he had both of his hands on the gun.

Q1: The - the guy did?

A1: The, um, cops did.

Q1: Okay. So the cop`s holding the gun?

A:  Yeah. So a male cop was holding the gun. And I think there was a female cop by him. And then he just shot him.

Q1: Can you tell us about that struggle that you saw?

A:  Um, it`s kind of hard to remember.

Q1: `Kay.

A:  But I think he went to reach for the gun.

Q1: Do you remember hearing anything?

A:  Uh, only gunshots. A gun - a gunshot and that was it. Um, and also, um, the cop - I also heard people in the car that we were standing by. Like, they said, like, oh, we just shot him. And they were, like, laughing about it. And then, um, someone tried to get out of the car. And the police said, um, just stay in the car.

Q1: So the people in the car said they just shot him?

A:  Yeah. And someone in the passenger seat tried to get out.

_____

Investigator Signature                          Supervisor Signature

WARD 000251

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/21/2022 13:50:11, Monday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*
**Contact:**                                                           **Reference:** *Ca Persons Follow Up*

---

Q1: And then you said the police shut the door?

A: They tried to shut the door but they, like, they went over to reach for the door and then the passenger in there, like, closed the door back. `Cause they said to stay in the car.

Q1: Okay. So as you`re walking out of the school you see the police that are already there.

A: Mm-hm.

Q1: So do you go by the police car.

A: So I walk over, see police car (unintelligible). And then he shoot the guy. When he - like he tries to reach the gun and then he shoots the guy. And then he falls to the floor. And then someone tries to get out. And they`re talking about - they`re gawking about how they shot him. And then I started to panic.

Q1: So did it look like that guy was trying to hurt the police? Or...

A: Um, I just think he was trying to, like, take the gun. Probably, like, just get it out of his face I guess.

Q1: Did it look like he was trying to get away from police? Or was it like he was kind of tryin` to engage and go towards the police?

A: Um, I don`t remember. But I think he was trying to get away. Kind of looked like he was trying to get back in the car somewhat if that makes sense.

Q1: Did you remember hearing the officer say anything else?

A: I didn`t hear - I - I saw their mouths moving, but I didn`t hear anything.

Q1: `Kay.

A: When I walked over there I just saw (unintelligible) talking to the guy. And, um, all I heard was, like, stay in the car from them. So...

Q1: Okay. As you were walking towards the police car did you hear anything or see anything?

Investigator Signature                        Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                           OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/21/2022 13:50:11, Monday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*

**Contact:**                                                       **Reference:** *Ca Persons Follow Up*

---

A:  No, nothing but him getting shot. And, um, the noise of the gun.

Q1: Do you remember how many gunshots you heard?

A:  I only heard one.

Q1: Okay. Do you have anything else?

Q:  How`d that make you feel?

A:  Um, scared.

Q:  Were you? What did you do after?

A:  Um, started - I called my mom. `Cause I - I didn`t know where she was. I thought she was still in line. But, um, she was parked over - so there`s a - so the cop car`s here. And then there`s, like, a parking lot, like a dirt parking lot. And, um, Mom`s parked over there.

Q:  Mom, what kind of car do you drive?

A1: Uh, Dodge Grand Caravan, silver.

Q:: Okay. Okay. And he might have got this. Can I get your first name?

A1: ████

Q:  ████

A1: Yes.

Q:  Can you spell it?

A1: ████████ .

Q:  Last name, ma`am?

A1: ████████

---

Investigator Signature                                    Supervisor Signature

WARD 000253

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/21/2022 13:50:11, Monday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

Q:  And your date of birth?

A1: ███████ .

Q:  All right. So when you get her what does she tell you? What is that like?

A1: When I picked her up she was pretty panicked. Um, she was kind of spacin` out quite a bit and going between periods of being quiet and then having more like rapid breathing.

Q:  That`s a lot to process.

A1: Yeah.

Q:  For an adult.

A1: Yes.

Q:  So. So we - we got your picture off of the cameras and everything. And we seen that you were - you had seen a lot. So that`s why - that`s why we asked to talk to you today. `Cause we knew you were a witness. And we seen that - I - I think she couldn`t believe what she had seen.

A1: Mm-hm.

Q:  I mean...

A1: That`s - that`s very true.

Q:  So I think, I mean, it`s, like, you can`t believe - you just can`t stop watching it. And that was my impression of what I saw from her.

A:  Kind of like (unintelligible) like after.

Q:  Yeah.

A:  Because the second I just turned around and started to hyperventilate and panic.

_____    _____
Investigator Signature                Supervisor Signature

**WARD 000254**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/21/2022 13:50:11, Monday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

Q:  Right. Can you kind of show us how he was going for the gun? So you said the officer had his hands on the gun like this?

A:  Yeah. He had his own hands on the gun. Um, his hand...

Q:  So the officer`s standing like this. Say this is the...

A:  Gun, yeah.

Q:  (Unintelligible) gun.

A:  And then he tries to, like, take it out of his hand so he doesn`t shoot anymore or whatever.

Q:  Okay.

A:  And then, um, they - he gets shot I think somewhere in the stomach.

Q:  Okay. And were they standing up? Were they kind of on the ground? Or...

A:  Um, uh...

Q:  (Unintelligible).

A:  ...they were, like, they were standing up. So - so was the guy. And then when he shot him he just fell to the snowy floor. I`m trying to be descriptive.

Q:  Okay.

A:  Um, I didn`t see any blood. I just saw when he fell.

Q:  Okay. I`m good, you?  Mom, any questions?

A1: Um, I don`t think so.

Q:  I`ll give you my card. Um, if somethin` comes up. Thank you for lettin` us talk to her.

Q1: Yeah. Sometimes after, you know, you witness a traumatic event sometimes you don`t remember everything

---

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/21/2022 13:50:11, Monday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

right away. You know, after a couple sleep cycles and...

A:  It just kind of...

Q1: ...things start comin` back.

A:  ...felt like (unintelligible).

Q1: And - um, if that`s the case here, um, you can call Detective Medina. Or you can also call my cell phone.

A1: Okay. Thank you.

A:  And I think there`s still a little bit of the shock remaining.

Q1: Yeah.

A:  It`s - it`s pretty, uh, traumatic experience (unintelligible) to do that to people I think.

Q1: It`s not cool. You know what I mean and - she`s one of many hit that day. And I think she`s seen the most.

A:  Yeah.

Q:  And then you saw is it (Joe)?

A:  I - I don`t remember his name.

Q:  (Unintelligible).

A1: (Joe Crytone). (Jeremy)`s brother.

A:  Oh, yeah. I saw him, yeah.

Q:  He was slackin`. He wasn`t even at work.

A:  Yeah.

Q:  He should have been at work `cause he`s in my unit. And next thing you know he`s a witness.

_____
Investigator Signature

_____
Supervisor Signature

**WARD 000256**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*             **Date / Time:** *03/21/2022 13:50:11, Monday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*

**Contact:**                                                       **Reference:** *Ca Persons Follow Up*

---

A:  Yeah.

A1  I`d like to talk to him.

Q:  You tell him Detective Medina said he`s a slacker.

A1: A prima madonna.

A:  Yeah.

Q:  Mm-hm.

A1: All over the news and Facebook and everything. And then nothing (unintelligible).

A:  So the worst thing is that about it is that my friends think they know everything that happened. And I think, oh, I saw it and I know what happened, you know. And it just makes me angry. My mom says do not talk to them. And, um...

Q:  What are they saying?

A:  They`re saying, like, apparently, um, my friend (Alex) and his mom are theorizing what happened. And then completely forgetting, like, oh, yeah, I was (unintelligible) with it. And, oh, I`m - I - I told him everything that I knew about it. And it`s, like, they totally - he - he totally ignored it.

Q:  Wow.

A:  I can`t remember exactly. But I do have the text message on there.

Q:  I think everybody`s probably processing however they can. And everybody has a different way.

Q1: Like you said, you know, theorizing, you know.

A:  Yeah.

Q:  Well, we knew you actually, your eyes seen it. So...

---

Investigator Signature                                        Supervisor Signature

**WARD 000257**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDINA, JOSE L   (1461)* | **Date / Time:** | *03/21/2022 13:50:11, Monday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:30:39, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

A:  I actually didn`t think i`d be talking to detectives actually.

Q:  Next time there`s gunshots go the other way.

A:  I know what they do. I just - I was just, uh, panicked.

A1: Flight - flight or freeze. The freeze kicked in, huh?

A:  Yeah, the freeze kicked in definitely.

A2: Were you on the mound out there, the grass mound?

A:  Um, like, where there`s dirt? Like, um...

A2: Like right here in the front where the sign is?

A:  Do you know where that (unintelligible) thing is...

A1: Yeah. She was...

A:  ..at (Lapita) Park?

A1: ...right under the canopy.

A2: Uh-huh.

A:  I was right under that. And, um...

A1: Oh, there you are.

A:  Yeah, that`s me. That`s me.

A1: Yup. That`s me.

Q1: Yeah. So...

A2: And then afterwards did you go get in the car with Mom or did you come back inside?

---

Investigator Signature                                      Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

**Investigator:** *MEDINA, JOSE L    (1461)*                      **Date / Time:** *03/21/2022 13:50:11, Monday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*

**Contact:**                                                        **Reference:** *Ca Persons Follow Up*

---

A:  Um, I didn`t come back inside. Um, I turned around and then I called my mom. And I was so confused I didn`t know where she was. So - and then she said she was in that parking lot.

A1: Like I`m two spaces...

A:  Like go south.

A1: ...away. Just talk to the guy. I mean, she did make it to the car, right?

Q1: Did you have any idea what...

A:  Yeah.

Q1: ...was goin` on?

A:  Uh, no. I mean, I had my own thoughts.

Q1: Right.

A1: Also - okay. Obviously there`s - there`s a bad guy that`s on the ground.

Q1: Yeah.

A1: And, um, very thankful to our law enforcement. Because had they not been there then who knew what could happen. Especially with her standin` out there alone.

Q1: Right.

A1: You know?

A:  My friends weren`t there. Like...

Q1: It - it`s...

A:  ...they were absent.

---

Investigator Signature                                    Supervisor Signature

**WARD 000259**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                **Date / Time:** *03/21/2022 13:50:11, Monday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*

**Contact:**                                            **Reference:** *Ca Persons Follow Up*

Q1: It`s traumatic enough. But it could have been worse. You know and...

A:  Yeah. Imagine if the police weren`t there.

Q1: Right.

A:  Ooh, i`d be dead. Probably not dead.

A1: Well, I mean, you j- you never know what could happen. People are...

A:  Unpredictable.

A1: ...um, on drugs or whether people are even, you know, they`re sick or...

Q1: It`s important to get an education. What do you wanna be?

A:  For when I grow up?

Q1: Mm-hm.

A:  Still kind of debating.

A1: You could say it.

A:  Um...

A1: I know you don`t want me to say it but you could say it.

A:  What - what - what - I don`t even, like...

A1: She wants to be an artist.

Q:  All right.

Q1: Cool.

A2: A what?

_____                    _____
Investigator Signature                                    Supervisor Signature

WARD 000260

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/21/2022 13:50:11, Monday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q1: I couldn`t...

A1: Artist.

A:  Artist.

Q1: I couldn`t make a straight line with a ruler.

A:  Sometimes I can`t.

A1: That`s what they have computer`s for.

Q1: Yeah.

A:  I don`t like digital art.

Q1: I used to try hard when I was a kid to be - to have artistic values. And...

A:  I don`t - I don`t...

Q1: I was never...

A:  ...like digital art. I - I don`t like it.

Q1: You don`t?

A:  No.

A1: So the only thing with being an artist that sometimes, like, you have to...

Q1: Photography...

A1: ...(unintelligible)

Q1: ...videography.

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023 14:52

*Pueblo Police Department*                                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/21/2022 13:50:11, Monday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*

**Contact:**                                                       **Reference:** *Ca Persons Follow Up*

---

A1: That`s right.

A:  That`s what my aunt is, she`s (unintelligible) photographer.

A1: Yeah, she does photography.

Q:  Well, we thank you for taking the time to meet with us. And, Mom, you said you`re still lookin` into different counseling.

A1: Yeah.

Q:  And stuff like that.

A1: Yeah. She`s - she`s on a waiting list right now.

A:  Am I?

A1: Yeah. Remember you went and saw Dr. (Rinehardt)?

A:  Yeah.

A1: At the library.

Q:  But you always can talk to your school...

A:  Um...

Q:  ...counselors, too.

A:  Yeah. That`s what I did the other day. What day was it that I met up with you?

A2: I have no idea (unintelligible) some day.

A:  Me neither.

A2: But you know where to find me and you know where my box is. And we also have a - a program here in District 70. So you guys know as well it`s - it`s called Imatter.com, um, that you can go on. And you can register

---

Investigator Signature                         Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/21/2022 13:50:11, Monday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

for I think, like, three sessions with - with an outside counselor with them as well. I`m not - I think they`re pretty quick to act on that. `Cause I know these weight lists.

A:  Yeah.

A2: And it can take forever, you know.

A:  Um...

A2: So we`re here (unintelligible) help ya.

Q:  Okay.

A:  Talk to Ms. (Jackson), too. I had a really bad panic attack one time.

Q1: And I know you`ve kind of made your rounds through the days. Is there anybody else that maybe we didn`t catch her on camera that was in the area that saw anything to your knowledge?

A1: Um...

A:  Oh. I know a couple witnesses. I saw a couple people walking across the street. I think ████████████ and her sister. I saw those two people and that was it.

Q1: So...

A1: Who is it?

Q1: I think after the...

A:  ████████████.

Q1: I think after the incident we had quite a few people, like, after everything had occurred walking to the parking lot. I don`t know. Some of them are kind of nonchalant and don`t really realize what`s going on.

A:  That`s what hurt.

Q1: Um...

_____    _____
Investigator Signature              Supervisor Signature

**WARD 000263**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                              **Date / Time:** *03/21/2022 13:50:11, Monday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*

**Contact:**                                                          **Reference:** *Ca Persons Follow Up*

A:  That`s what, like...

Q1: Um...

A:  That`s what like...

Q1: So I`m not sure maybe anybody specifically has talked to you about in detail about...

A1: Yeah.

Q1: ...(unintelligible).

A2: I think most of it was - `cause, I mean, we had just let school out. I mean, school...

Q1: Mm-hm.

A2: ...wasn`t - wasn`t out for very long. Most of our kids were still closer to the building. Couple of them walked that direction. And then the cop car - or the car, the white vehicle she was talkin` about, was pretty much blocking most of the kids.

Q1: Mm-hm.

A2: I mean it all happened right...

A:  Yeah.

A2: ...by (unintelligible).

A:  There was, like...

A2: So unless they were by the fence or in the prairie they weren`t gonna see anything. Um, so there are a lot of them that, like, heard the gunshots. Or said they walked by and they saw something later on. Um, but I haven`t talked to any that said that they saw a - the struggle in particular. Um, or the aftermath. Or they - they heard something happened. Or, um, I know we had a high schooner ████████ who, um, was there in the field. But he doesn`t go here. So I don`t know.

_____                    _____
Investigator Signature                                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*     **Case Mng Status:**  *EXCEPTIONALLY CLEARED*     **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L     (1461)* | **Date / Time:**  *03/21/2022 13:50:11, Monday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R     (10727)* | **Supervisor Review Date / Time:**  *05/09/2022 10:30:39, Monday* |
| **Contact:** | | **Reference:**  *Ca Persons Follow Up* |

Q:  I think that`s all that we have.

Q1: I think he`s the one that went running by.

Q:  Mm-hm.

Q1: I was like I don`t think he realized what was goin` on. He goes running by really close. And was, like - he was prancin` like a deer. Like you just - you could tell...

A2: Yeah.

Q1: ...that useagility of runnin` around.

A2: You know, and then we had a couple kids goofin` around on the mound. But they were busy goofin` around.

A:  They were - yeah.

A2: Yeah. So unless - and I guess that most of our kids we`d just gotten out were still pretty close to the building. Or already in cars.

A:  Yeah. There was a lot by the, um, the front of the building. So like right out there.

Q:  Okay.

A:  Yeah. (Unintelligible).

A1: I see all the kids when I pulled up and that was right after.

A:  There wasn`t a whole bunch of kids.

A1: And you guys pulled them in real quick.

A2: Yeah. I think the parents probably saw a lot more than the kids did.

A:  Yeah. I (unintelligible). I was right there.

Q1: Yeah. There was a couple parents that seen. So...

_____          _____
Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                      OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L   (1461)*                **Date / Time:** *03/21/2022 13:50:11, Monday*
**Supervisor:** *FLORES, CHRISTOPHER R   (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*
**Contact:**                                       **Reference:** *Ca Persons Follow Up*

A2: Mm-hm.

Q1: All right. Well, took enough of your time.

Q:  Yeah, later on if you have any questions you have our card. So...

A:  Of course, thank you.

Q:  Thank you, ▮▮▮

A:  You`re welcome.

Q:  Appreciate it.

Q1: I`m gonna take my (unintelligible).

A2: All right. Thank you gentlemen.

A1: `Cause like you could...

Q:  Thank you.

A1: ...you know, frame it.

A:  N- no.

Q:  Well, it`s part of the report. I gotta say how I went from here to...

A1: I went up against ▮▮▮

Q:  ...to actually sitting down with her. And have to connect the dots. And visuals are usually good for everyone.

A1: (Unintelligible).

Q:  So...

Investigator Signature                         Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/21/2022 13:50:11, Monday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:** *05/09/2022 10:30:39, Monday*

**Contact:**                                                  **Reference:** *Ca Persons Follow Up*

---

A1: You guys (unintelligible).

Q:  Yeah. We`re ridiculous. But, so - I appreciate it, folks, thank you.

Q1: Thank you, guys.

A1: Thank you.

A2: Thank you.


This transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed _____

  [03/21/2022 13:50, MEDINAJ, 978, PPD]

_____                    _____
Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | |
|---|---|
| **Investigator:** *SCHNEIDER, ROGER DEAN    ...* | **Date / Time:** *03/22/2022 09:04:15, Tuesday* |
| **Supervisor:** *JESIK, STEPHEN CRAIG    (1861)* | **Supervisor Review Date / Time:** *03/22/2022 00:00:00, Tuesday* |
| **Contact:** | **Reference:** *Follow Up* |

On Tuesday, February 22, 2022, at approximately 1531 hours, I, Detective Roger Schneider of the Pueblo Police Department Identification Section was notified of an Officer Involved Shooting involving a Pueblo County Sheriff`s Deputy at Liberty Point International Middle School, which is located at 484 S. Maher Drive in Pueblo West, which is in unincorporated Pueblo County, State of Colorado. I was notified the 10th Judicial District Critical Incident Team had been activated and would be conducting the investigation.

I was told Pueblo County Sheriff`s Office Deputies Charles McWhorter and Cassandra Gonzales had been involved in an altercation with Richard Ward (DOB: 06/22/1989) while conducting an investigation at the school, and during the investigation Mr. Ward had been shot by Deputy McWhorter. I was told Mr. Ward had died on scene and Deputies McWhorter and Gonzales had both been transported to Parkview Medical Center for treatment. Pueblo Police Department Identification Section Detective Lee Medved and I were asked to respond to Parkview Medical Center to document Deputy McWhorter and Deputy Gonzales` condition and injuries.

Detective Medved and I responded to Parkview Medical Center, which is located at 400 W. 16th Street in the City and County of Pueblo, State of Colorado.

Detective Medved and I went to Treatment 5, where Deputy McWhorter was being treated. Upon entering the room, I introduced myself to Deputy McWhorter and explained why Detective Medved and I were there. I observed Deputy McWhorter was dressed in his Pueblo County Sheriff`s Office Uniform. His shoulder patches, badge, nametag, and duty belt with attached equipment were all visible and in their correct places on Deputy McWhorter`s uniform. I observed Deputy McWhorter had a mount for a body camera between the pockets on his shirt, but no camera was attached to the mount.  I observed Deputy McWhorter was wearing a nitrile glove on his right hand and was holding another nitrile glove in his right hand. Deputy McWhorter told me he had put the nitrile gloves on after the incident.

I took overall digital photographs of Deputy McWhorter as he appeared on that date and time. I observed Deputy McWhorter had mud on his pants and boots along with on the sleeves, back, and collar of his shirt. I observed an unknown substance on the cuff of Deputy McWhorter`s right shirt sleeve cuff. The substance appeared to possibly be blood. Deputy McWhorter`s duty gear had mud on it on several of the cases and pieces of equipment. I observed mud caked into equipment crevices and embedded into the basket weave patterns of his duty gear and tools.

While I was taking photographs, I observed Deputy McWhorter had redness around his left eye, on his forehead, and left cheek area. I observed purple marks on the left side and bridge of Deputy McWhorter`s nose. Deputy McWhorter also had redness on the left side of his head. I documented Deputy McWhorter`s visible injuries with and without scale. After I photographed and documented Deputy McWhorter`s injuries, Deputy McWhorter changed into a hospital gown so he could be further evaluated by medical personnel. Once Deputy McWhorter was dressed in a hospital gown, I was able to document portions of his body that had been previously covered by

_____                    _____
Investigator Signature                                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** | *02/22/2022* |

**Offense:**  *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *SCHNEIDER, ROGER DEAN    ...* | **Date / Time:** | *03/22/2022 09:04:15, Tuesday* |
| **Supervisor:** | *JESIK, STEPHEN CRAIG    (1861)* | **Supervisor Review Date / Time:** | *03/22/2022 00:00:00, Tuesday* |
| **Contact:** | | **Reference:** | *Follow Up* |

clothing. I observed abrasions on Deputy McWhorter`s left arm near his elbow. I also observed he had marks on his left knee. Deputy McWhorter took the glove off his right hand, and I observed he had what appeared to be blood and mud on his hand and fingers. I observed Deputy McWhorter had injuries to the knuckles on his right hand and to his right index finger. I documented these injuries with and without scale.

When I finished documenting Deputy McWhorter, I collected the following items as evidence:
"    Blue Blauer Police Uniform Shirt with Pueblo County Sheriff Patches, size 16.5. Recovered from Deputy McWhorter at Parkview Medical Center. Pueblo County Sheriff Badge and nametag removed after processing
"    Blue Blauer Police Duty Pants, size 34 Reg. Recovered from Deputy McWhorter at Parkview Medical Center
"    Narcan Nasal Spray (4mg). Recovered from right cargo pocket inside zippered area of Deputy McWhorter`s blue Blauer Police Duty Pants
"    Black basketweave pattern duty pants belt. Recovered from Deputy McWhorter at Parkview Medical Center
"    Right Response Gear Boot, size 10.5. Recovered from Deputy McWhorter at Parkview Medical Center
"    Left Response Gear Boot, size 10.5. Recovered from Deputy McWhorter at Parkview Medical Center
"    Right glove. Recovered from right hand of Deputy McWhorter at Parkview Medical Center
"    Left glove. Recovered from left hand of Deputy McWhorter at Parkview Medical Center
"    4 black basketweave pattern duty belt keepers. Recovered from Deputy McWhorter at Parkview Medical Center
"    Black basketweave pattern "Sam Brown" style duty belt with duty equipment, pouches, and holders. Recovered from Deputy McWhorter at Parkview Medical Center
"    Smith and Wesson M&P 2.0 9mm handgun, ████████ Recovered from Deputy McWhorter`s duty belt
"    Smith and Wesson 15 round magazine. Recovered from Smith and Wesson M&P 2.0 9mm handgun, █████████
"    Spare Magazine #1 (Smith and Wesson 15 round magazine). Recovered from Deputy McWhorter`s duty belt
"    Spare Magazine #2 (Smith and Wesson 15 round magazine). Recovered from Deputy McWhorter`s duty belt
"    Win 9mm Luger Cartridge. Recovered from chamber of Smith and Wesson M&P 2.0 9mm handgun, ███████
"    12 Win 9mm Luger Cartridges. Recovered from magazine in Smith and Wesson M&P 2.0 9mm handgun, ████████
"    15 Win 9mm Luger Cartridges. Recovered from spare magazine #1 from Deputy McWhorter`s duty belt
"    15 Win 9mm Luger Cartridges. Recovered from spare magazine #2 from Deputy McWhorter`s duty belt

I downloaded 113 digital photos to the Secure Pueblo Police Department Identification Section Digital Photo Lab and attached them to this case in a zipped folder titled Photos of Deputy C. McWhorter (RDS_1283-RDS_1394).

At approximately 1653 hours on this same date, Detective Medved and I went to Treatment 7, where Deputy Gonzales was being treated. Upon entering the room, I introduced myself to Deputy Gonzales and explained why

Investigator Signature                                  Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *SCHNEIDER, ROGER DEAN    ...* | **Date / Time:** | *03/22/2022 09:04:15, Tuesday* |
| **Supervisor:** *JESIK, STEPHEN CRAIG    (1861)* | **Supervisor Review Date / Time:** | *03/22/2022 00:00:00, Tuesday* |
| **Contact:** | **Reference:** | *Follow Up* |

Detective Medved and I were there. I observed Deputy Gonzales was dressed in her Pueblo County Sheriff`s Office Uniform. Her shoulder patches, badge and nametag were all visible and in their correct places on Deputy Gonzales` uniform. I observed Deputy Gonzales was not wearing footwear or a duty belt. I observed a duty belt and a pair of boots on the lid of a clothing bag container in the corner of the room.

I took overall digital photographs of Deputy Gonzales as she appeared on that date and time. I observed Deputy Gonzales had mud on her pants and on the back of her shirt. When I finished documenting Deputy Gonzales as she appeared, I asked her if he had any injuries. Deputy Gonzales told me her right knee was hurting. Deputy Gonzales pulled up her pants leg and I observed she had abrasions on her right knee. I photographed the injuries with and without scale. I then photographed Deputy Gonzales` boots. I observed her boots had mud on them.

When I finished documenting Deputy Gonzales` uniform, injuries, and boots, I documented her duty belt and attached equipment. I then documented Deputy Gonzales` firearm and magazines. I observed Deputy Gonzales was carrying a Glock 17, 9mm handgun, ███████████████ There was a Streamlight TLR-1 HL light attached to the handgun. I observed a magazine inserted into the handgun and two spare magazines on a double magazine pouch on Deputy Gonzales` duty belt. I observed there was a cartridge in the chamber in the handgun and 17 cartridges in the magazine inside the handgun and in both spare magazines. All three magazines had a capacity of 17 cartridges. Once Deputy Gonzales` handgun and ammunition had been processed, they were returned to her.

I downloaded 121 digital photos to the Secure Pueblo Police Department Identification Section Digital Photo Lab and attached them to this case in a zipped folder titled Photos of Deputy C. Gonzales (RDS_1395-RDS_1514).

When I finished documenting Deputy McWhorter and Deputy Gonzales, I transported the evidence to the Secure Pueblo Police Department Identification Section Evidence Area where they were later processed and transferred to the Secure Pueblo Police Department Property and Evidence Section.

I then responded to the scene. Just as I was entering through the cordoned off area, Sergeant Jesik called me and told me Mr. Ward`s body was going to be removed from the scene and transported to the Pueblo County Coroner`s Office where the body examination/evaluation would be completed. Sergeant Jesik asked me to follow the Deputy Coroner Vehicle to the Coroner`s Office and document Mr. Ward`s body.

I met with Pueblo County Deputy Coroners Troy Puga and Felicia McQueen, who were both on scene. I was told Mr. Ward`s body was in Deputy Coroner McQueen`s vehicle. I followed Deputy Coroner McQueen to the Pueblo County Coroner`s Office, which is located at 480 Midtown Circle, in the City and County of Pueblo, State of Colorado. Upon my arrival, I met with Pueblo County Sheriff`s Office Identification Section Detective Dominic Montoya.

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *SCHNEIDER, ROGER DEAN   ...* | **Date / Time:** *03/22/2022 09:04:15, Tuesday* |
| **Supervisor:** | *JESIK, STEPHEN CRAIG   (1861)* | **Supervisor Review Date / Time:** *03/22/2022 00:00:00, Tuesday* |
| **Contact:** | | **Reference:** *Follow Up* |

Mr. Ward`s body was removed from Deputy Coroner McQueen`s vehicle and placed into a vehicle bay. Once the vehicle was pulled out of the bay and the door closed, Deputy Coroner Puga conducted the examination/investigation of Mr. Ward`s body. Deputy Coroner McQueen left prior to evaluation of Mr. Ward`s body.

Once the body bag was unzipped, I observed Mr. Ward was dressed in a black and gray jacket, orange shirt, white under shirt, black pants (that were pulled down to just above his knees), orange boxer brief underwear, black socks, and white, black, and orange shoes. I observed Mr. Ward had reddish head and facial hair, but portions of his head and facial hair appeared to either be dyed or colored a different orange color or tint. I observed Mr. Ward had a tattoo on the front of his neck and the tattoo had an orangish color to parts of it. However, the orange coloring did not appear to be part of the tattoo.

I observed Mr. Ward had mud on the back of his left hand, on his left side, on the right side of his back, and on the back of his underwear. I observed an injury to Mr. Ward`s throat area, to his left clavicle area, and to the center of his chest area. I also observed an injury to the right side of Mr. Ward`s back. The four injuries appeared to be consistent with gunshot related injuries. I observed a discoloration and protrusion on the middle right side of Mr. Ward`s back. I documented the injuries with and without scale.

Once Mr. Ward`s body, clothing and injuries were documented, the body bag was sealed with green Kinderprint Tag 90288.

I downloaded 52 digital photos to the Secure Pueblo Police Department Identification Section Digital Photo Lab and attached them to this case in a zipped folder titled Photos of Body at Coroner`s Office (RDS_1515-RDS_1565).

This is a summary of my investigation.

Refer to other Detectives`/Officers` reports for details of their involvement in this case.

Nothing further At This Time.  R. Schneider #15056

[03/22/2022 09:04, SCHNEIDERR, 1315, PPD]

Investigator Signature                         Supervisor Signature

**WARD 000271**

# CASE SUPPLEMENTAL REPORT

*NOT SUPERVISOR APPROVED*

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** *SCHNEIDER, ROGER DEAN* ... | **Date / Time:** *03/22/2022 09:35:15, Tuesday* |
| **Supervisor:** *(0)* | **Supervisor Review Date / Time:** *NOT REVIEWED* |
| **Contact:** | **Reference:** *Follow Up* |

On Wednesday, February 23, 2022, at approximately 0844 hours, I, Detective Roger Schneider of the Pueblo Police Department Identification Section documented the duty belt, pouches and equipment worn by Pueblo County Sheriff`s Office Deputy Charles McWhorter while involved in an officer involved shooting at Liberty Point International Middle School, which is located at 484 S. Maher Drive in Pueblo West, which is in unincorporated Pueblo County, State of Colorado on the previous day. I collected Deputy McWhorter`s duty gear at Parkview Medical Center (400 W. 16th Street, Pueblo, CO) on the previous day. I documented the items at the Pueblo Police Department Identification Section Office which is located at 200 S. Main Street in the City and County of Pueblo, State of Colorado.

I took overall digital photographs of Deputy McWhorter`s duty belt as it appeared on that date and time. I observed Deputy McWhorter`s duty belt was a black basket weave patterned "Sam Browne" style belt. Deputy McWhorter had the following items on his belt:
"    Double magazine pouch with 2 magazines
"    Taser Holster with Taser
"    Flashlight holder with flashlight
"    Radio holder with radio
"    Flashlight ring
"    Glove pouch
"    Tourniquet holder with tourniquet
"    Expandable baton holder with expandable baton
"    Handgun holster with handgun
"    Oleoresin Capsicum case with cannister
"    Key hook
"    Handcuff case with handcuffs

Deputy McWhorter also had a push to talk radio earpiece and microphone that was on his uniform.

Once I documented the duty belt with photographs, I conducted a download of Deputy McWhorter`s duty firearm, magazine, and spare magazines. I observed Deputy McWhorter was carrying a Smith and Wesson M&P 2.0 9mm handgun, ▮▮▮▮▮▮▮▮▮▮▮▮▮ with an attached Streamlight TLR-1s flashlight attached. I observed one cartridge in the chamber of the firearm. The magazine from the firearm contained 12 cartridges and had a 15-cartridge capacity. Both of Deputy McWhorter`s spare magazines contained 15 cartridges and had a 15-cartridge capacity.

No additional processing was completed on Deputy McWhorter`s uniform or equipment. The following items were transferred to the Secure Pueblo Police Department Property and Evidence Section:
"    Blue Blauer Police Uniform Shirt with Pueblo County Sheriff Patches, size 16.5. Recovered from Deputy

_____          _____
Investigator Signature                                        Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*NOT SUPERVISOR APPROVED*

*Pueblo Police Department*    OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *SCHNEIDER, ROGER DEAN* ... | **Date / Time:** | *03/22/2022 09:35:15, Tuesday* |
| **Supervisor:** | *(0)* | **Supervisor Review Date / Time:** | *NOT REVIEWED* |
| **Contact:** | | **Reference:** | *Follow Up* |

McWhorter at Parkview Medical Center. Pueblo County Sheriff Badge and nametag removed after processing
" Blue Blauer Police Duty Pants, size 34 Reg. Recovered from Deputy McWhorter at Parkview Medical Center
" Narcan Nasal Spray (4mg). Recovered from right cargo pocket inside zippered area of Deputy McWhorter`s blue Blauer Police Duty Pants
" Black basketweave pattern duty pants belt. Recovered from Deputy McWhorter at Parkview Medical Center
" Right Response Gear Boot, size 10.5. Recovered from Deputy McWhorter at Parkview Medical Center
" Left Response Gear Boot, size 10.5. Recovered from Deputy McWhorter at Parkview Medical Center
" Right glove. Recovered from right hand of Deputy McWhorter at Parkview Medical Center
" Left glove. Recovered from left hand of Deputy McWhorter at Parkview Medical Center
" 4 black basketweave pattern duty belt keepers. Recovered from Deputy McWhorter at Parkview Medical Center
" Black basketweave pattern "Sam Brown" style duty belt with duty equipment, pouches, and holders. Recovered from Deputy McWhorter at Parkview Medical Center
" Smith and Wesson M&P 2.0 9mm handgun, ███████ Recovered from Deputy McWhorter`s duty belt
" Smith and Wesson 15 round magazine. Recovered from Smith and Wesson M&P 2.0 9mm handgun, ███████
" Spare Magazine #1 (Smith and Wesson 15 round magazine). Recovered from Deputy McWhorter`s duty belt
" Spare Magazine #2 (Smith and Wesson 15 round magazine). Recovered from Deputy McWhorter`s duty belt
" Win 9mm Luger Cartridge. Recovered from chamber of Smith and Wesson M&P 2.0 9mm handgun, ███████
" 12 Win 9mm Luger Cartridges. Recovered from magazine in Smith and Wesson M&P 2.0 9mm handgun, ███████
" 15 Win 9mm Luger Cartridges. Recovered from spare magazine #1 from Deputy McWhorter`s duty belt
" 15 Win 9mm Luger Cartridges. Recovered from spare magazine #2 from Deputy McWhorter`s duty belt

I downloaded 82 digital photos to the Secure Pueblo Police Department Identification Section Digital Photo Lab and attached them to this case in a zipped folder titled Photos of Deputy McWhorter Evidence Processing (RDS_1566-RDS_1646).

This is a summary of my investigation.

Refer to other Detectives`/Officers` reports for details of their involvement in this case.

Nothing further At This Time.  R. Schneider #15056

_____        _____
Investigator Signature                  Supervisor Signature

WARD 000273

**CASE SUPPLEMENTAL REPORT**                          Printed: 03/23/2023  14:52

*Pueblo Police Department*                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| Case Status: | *EXCEPTIONALLY CLEARED* | Case Mng Status: *EXCEPTIONALLY CLEARED* | Occurred: *02/22/2022* |
| Offense: | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| Investigator: | *VERDUGO, CARLY NICOLE* ... | Date / Time: *03/22/2022 10:04:57, Tuesday* |
| Supervisor: | *FLORES, CHRISTOPHER R* (10727) | Supervisor Review Date / Time: *05/09/2022 10:30:21, Monday* |
| Contact: | | Reference: *Ca Persons Follow Up* |

INTERVIEW WITH ████████████
Q=Carly Verdugo
A=███████████

A:  I don`t know if that`s any better. I don`t rem- I don`t ever recall it being this dark.

Q:  That`s fine with me. Um, and what is your birthday?

A:  ████████████

Q:  Okay. And I have your phone number, how about an address?

A:  ████████████████████

Q:  Okay. All right. Can you just tell me what happened yesterday?

A:  Um, so, I got there just at about 2:55...

Q:  Okay.

A:  ...because I show up early. Um, I was meeting my friend, (Sarah)...

Q:  Mm-hm.

A:  ...um, because I have house plans for her that we were gonna review and stuff like that before we pick up the kids. And shortly after 3 o`clock, um, a white Lexus SUV pulled up.

Q:  Okay.

A:  And, uh, the gentleman who was shot got out of the back seat of the car, passenger side back seat of the car,

_____                           _____
Investigator Signature                             Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE*   ...   **Date / Time:** *03/22/2022 10:04:57, Tuesday*
**Supervisor:** *FLORES, CHRISTOPHER R*   (10727) **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday*
**Contact:**   **Reference:** *Ca Persons Follow Up*

and he was very erratic, um, making weird hand gestures and just kind of - it was almost like he was listening to music, dancing, he was...

Q:  Mm-hm.

A:  ...acting strange. And then he was smoking a cigarette and he ended up sitting down in the snow next to the car, um, and I was just like, "What is this guy doing?"

Q:  Mm-hm.

A:  And he got up and he, like, started kinda walking towards the truck and so I locked my doors and I told (Sarah), I said, "Don`t open the door for this dude." "Don`t even roll the window down, just ignore him." And he then turned around and he started walking north towards the football field.

Q:  Okay.

A:  And then, um, he comes back and by that time, there were a few more cars in the parking lot, the dirt lot, and he went to the passenger side of this orange Nissan and she rolled her window down and he said, "I wanna rape you." And so she backed up, turned around, and she parked right next to my truck. And I had my window cracked a little bit - I thought that`s what I`d heard, but I wasn`t sure, so I rolled my passenger side window down and she rolled hers down. By this time, he`s like, "Hey, sorry, I was just playing," like, "I - you wanna hook up," like, "What`s up?" Like, throwing his hands up in the air...

Q:  Mm-hm.

A:  ...walking backwards like that. He`s like, "What`s up? I`m just playing, I didn`t mean it." And so, I was like, "Okay, heard all kinds of lines before, but -" So she rolls her window down and I was like, "Did he say what I thought he said?" She`s like, "He said he wanted to rape me." And I was like, "With your toddler in the car?" I was like, "Don`t open your door for him if he comes back." I said, "I will take care of it if he approaches the vehicles."

Q:  Right.

A:  I said, "You need to call the police," and I said, "Call the school." So, I`m assuming that she had, um, at that time, he started walking back again towards the, uh, towards the football field area. It looked like he was trying to talk to some other cars and stuff like that. And then a gentleman - I think it was - or, uh, Principal (Slobodnik) came out of the school and I told him - I don`t know what he told him, but he was talking to him for a moment and then he came back and got back into the car that at this time had moved into the drive line.

Investigator Signature                    Supervisor Signature

**WARD 000275**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

---

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:04:57, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

---

Q:  Okay.

A:  So, he got...

Q:  In that same Lexus?

A:  Yes. So, he got into the back seat of that car and then I hadn`t seen him again until the - until the Sheriff`s Department arrived.

Q:  Okay.

A:  The deputy sheriffs pulled up and they were kind of standing outside of their - their patrol cars. And I stood out - I got out of my truck and I said, "He`s in that white Lexus SUV."

Q:  Okay.

A:  And so, they were like - they just kind of like gave me a wave and, uh, the one deputy went over and, uh, I don`t know if the window had got rolled down or if he just opened the door, but he was talking to the - to the guy and it looked like he kinda had reached in. Like, they were talking for a moment and - and it almost looked like he had reached in to like help him out of the vehicle and the next thing you know, he`s on the ground with the other deputy and they are - they`re rolling around there, fighting. I mean, I would say, 12, 15 seconds - 20 seconds tops. A 20-second fight, that`s a long time.

Q:  Right.

A:  Okay. Um, but tops like 20 seconds. The deputy that was still standing that was trying to escort him out of the vehicle, then was trying to help the other officer, trying to help the other deputy, but you could see that that guy`s arm was loose. And he couldn`t contain him.

Q:  Mm-hm.

A:  And then at that time, students had already started coming out of the building and you heard pop, pop, pop. And then maybe a few seconds later, um, both deputies got off the ground and one, you could see he was kinda - he was shaking and he started putting on rubber gloves and (Sarah) asked me, she`s like, "Oh my God, what happened?" And I said, "That dude`s dead." I was like - he`s not moving.

---

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| Case Status: | *EXCEPTIONALLY CLEARED* | Case Mng Status: | *EXCEPTIONALLY CLEARED* | Occurred: | *02/22/2022* |

Offense:  *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| Investigator: | *VERDUGO, CARLY NICOLE* | ... | Date / Time: | *03/22/2022 10:04:57, Tuesday* |
| Supervisor: | *FLORES, CHRISTOPHER R* | *(10727)* | Supervisor Review Date / Time: | *05/09/2022 10:30:21, Monday* |
| Contact: | | | Reference: | *Ca Persons Follow Up* |

Q:  Mm-hm.

A:  I was like, "He is..." I was like, "They killed him."

Q:  Okay.

A:  Um, and then my son and (Sarah)`s kids, um, they decided that they were gonna walk through the deputies` cars and I`m like, "You, get back in the truck."

Q:  Mm-hm.

A:  Like, I`m pissed at my kid because, "Hey, steer clear," you don`t know what`s going on.

Q:  Sure.

A:  Like, have some common sense.

Q:  Right.

A:  Right. And he`s like, "Well, Dad, we always see the police," like, "There`s always a cop car, we don`t..." I`m like, "Dude, you just - " He`s like, "I thought it was - " he`s like, "Dad, I thought it was a car backfiring."

Q:  Mm-hm.

A:  I was like, "Come on, bud."

Q:  Right.

A:  "Get in the truck." And so, (Sarah) is - (Sarah)`s freaking out.

Q:  Mm-hm.

A:  And she`s, you know, she`s almost hyperventilating. I told her, I said, "You need to be the adult in the room."

Q:  Mm-hm.

A:  I said, "You freaking out is gonna freak out your kids."

_____                    _____
Investigator Signature                                              Supervisor Signature

**WARD 000277**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:04:57, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

Q:  Right.

A:  I said, "Calm down." I says, "I know that most women don`t like to hear those words, but calm down."

Q:  Right.

A:  I said, "And be the adult." I said, "It is unfortunate what just happened." And I said, "It`s unfortunate that you just witnessed that." I said, "But the fact of the matter is there - things happen."

Q:  Right.

A:  And so, she kind of calmed herself and we sat there for a moment. Uh, I asked the lady in the orange Nissan if she was gonna stick around and she says, "I don`t know, like, I don`t - I don`t know if I wanna be here for all this." And I was like, "I gotta get my other kid," because my daughter...

Q:  Mm-hm.

A:  ...my daughter goes over there to (Swallows)...

Q:  Right.

A:  ...so I had to leave to go get her. So, I left.

Q:  Okay. So, we have a bunch of pictures that we took from body cam...

A:  Uh-huh.

Q:  ...of kids that were in the area. Was your son wearing like a neon yellow...

A:  Neon green hoodie?

Q:  Yeah.

A:  Yeah.

Q:  Okay. So, that`s him. Um, this one?

_____        _____
Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE*   ... | **Date / Time:** | *03/22/2022 10:04:57, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R*   *(10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:30:21, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

A:  That`s him.

Q:  Okay. We just wanna make sure that we have these kiddos identified. Um...

A:  And he was a little shaken last night, you know...

Q:  Oh, I don`t doubt that.

A:  ...(unintelligible). I said, it`s - that`s tough. I said, "As a 13-year-old kid, it`s tough." I said, "I know..." I was - I was a - I was a grown man the first time that I had seen somebody deceased on the ground.

Q:  Right.

A:  I was like and it was hard. And I mean, I was in the Marine Corps.

Q:  Mm-hm.

A:  And so, even then, it kind of tore me up. And I said, "So, it`s okay...

Q:  Mm-hm.

A:  ...if you`re - if you`re a little shaken."

Q:  Mm-hm.

A:  And he`s like, "Yeah, I don`t know, like that was weird." He`s like, "I didn`t expect to see a dead guy right after school today." I said, "The dead guy probably didn`t expect to be dead today after school."

Q:  Right.

A:  I said, "So, let`s use some perspective," you know. And so, he seems like he`s okay. I`m kind of watching him a little bit.

Q:  Sure.

A:  He seems like he`s okay, so - but, um, I mean, to be honest with you, one of my concerns is, there was ample

Investigator Signature                                    Supervisor Signature

**WARD 000279**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:04:57, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

opportunity for that school to shut down. Ample opportunity. As soon as (Slobodnik) came out there and made contact with that guy, he could have cut - he could have shut that school down. Okay? And so, for them to get on the news and send out all the mailers and the emails and the - and the messages over the phone and everything like that, "Oh, this shit`s amazing, we shut that school down...

Q:  Mm-hm.

A:  ...nobody was - bull crap.

Q:  Right. There were a lot of kiddos out there.

A:  Okay? Bull crap. There was a lot of kids. There were kids sitting on that grass knoll in between the drive lines. There were kids that were walking down, um, east of the school there to the - to the...

Q:  Mm-hm.

A:  ...the trail, walking home. You had my kids and (Sarah)`s kids that walked right through it. The lady in the orange SUV, the orange Nissan, her kid walked right through it. Come on. That`s a problem. Okay?

Q:  I hear you.

A:  So, they need to - they need to - maybe - maybe do some drills or...

Q:  Mm-hm.

A:  Because I don`t know if the sirens that I heard were coming from the school because I didn`t see any other vehicles coming up at that time, um, or if they were just off in the distance but I thought the school had sounded the siren that would probably say everybody get back in the school or - I don`t know. I don`t know if that`s the case.

Q:  I don`t know. I know they were a lot of other cop sirens.

A:  Yeah.

Q:  There were a couple cops in their unmarked cars in the drive line also.

A:  Oh my. Okay.

_____                                    _____
Investigator Signature                                        Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE* ...    **Date / Time:** *03/22/2022 10:04:57, Tuesday*

**Supervisor:** *FLORES, CHRISTOPHER R* (10727)    **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

Q: So, you may have heard their sirens `cause I know they kicked theirs on.

A: Oh okay.

Q: Um, so, you may have heard them...

A: Yeah.

Q: And there were a bunch of sirens coming.

A: Yeah. So, that might have been what it was, was one of the unmarked cars with the siren.

Q: Maybe.

A: Because it sounded like it had came from the school.

Q: Mm-hm.

A: And I was like if those were the sirens from the school saying, you know...

Q: Sure.

A: ...this is a lockdown.

Q: Right.

A: You know, but there were - there were never any - nobody ever verbalized get back in the school, this is a lockdown.

Q: Mm-hm.

A: You know? Anything like that.

Q: Right.

A: So, that - to me, that`s an issue.

---

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                      OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *VERDUGO, CARLY NICOLE*    ...                  **Date / Time:** *03/22/2022 10:04:57, Tuesday*

**Supervisor:** *FLORES, CHRISTOPHER R*    (10727)    **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday*

**Contact:**                                                          **Reference:** *Ca Persons Follow Up*

---

Q:  I would agree.

A:  Um...

Q:  Have you contacted (D70) or the school?

A:  Yeah, I wrote - I wrote, um, Principal (Slobodnik), uh, an email...

Q:  Okay.

A:  ...this morning and then, um, we know (Bob Deputra) well and so, my wife emailed him this morning as well or actually last night, had it delivered this morning, um, saying that what you guys are saying on the news is not true.

Q:  Mm-hm.

A:  So, you know...

Q:  Okay.

A:  You need to figure that one out.

Q:  Right. All right. Well, at least, they`re aware. Um, so, you - you guys were parked in the dirt lot.

A:  Yes.

Q:  The truck that you drove up in, is that what you were in yesterday or no?

A:  No.

Q:  Okay. What were you in yesterday?

A:  2015 Ford F-250. It`s white with a brown trim, with the running - brown running board trim. Almost a bronze color.

Q:  Okay. And I ask for the same reason about the kids just `cause we are trying to identify all the vehicles. Um, so, that helps. So, this lady in the orange SUV, do you know her?

---

_____                          _____
Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE*    ...    **Date / Time:** *03/22/2022 10:04:57, Tuesday*

**Supervisor:** *FLORES, CHRISTOPHER R*    *(10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

A:  I don`t, no.

Q:  No.

A:  Never met her before.

Q:  No idea. Okay. Do you know what her kid looked like? Like, if you were to see...

A:  Maybe if I saw a picture...

Q:  Okay.

A:  ...I`d be able to tell you who the kid was.

Q:  Do you mind if I show you these pictures and tell me if any of these are her kids? Did she just have one kid come out?

A:  I don`t know. I...

Q:  Okay.

A:  I know the - I remember seeing the kid that she was yelling at to get into the - to get into the car.

Q:  Okay.

A:  And I wanna say his name was like (Dominic) or something like that.

Q:  So, it was not a female?

A:  No, it was a - it was a male.

Q:  Okay.

A:  I believe he was wearing a light-colored hoodie.

Q:  Oh, we might not have it then. We`ve got mostly female students. Okay. We don`t have it then. Um, and that`s fine, we`ll figure it out.

Investigator Signature                              Supervisor Signature

WARD 000283

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                  OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:04:57, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  I think he came around the other side of the tree.

Q:  Okay.

A:  And so, he kinda - he kinda made a wide berth around...

Q:  Okay.

A:  ...around all of it. So, yeah, I`d be surprised maybe if you had him on there, but...

Q:  Okay. That`s fine. Um, let`s see. So, you say you saw the deputies kind of grab him, pull him out of the car...

A:  It almost looked like he spider monkeyed out of the car onto that - onto that deputy.

Q:  And you said the fight was on at that point like a - maybe 20-second tops?

A:  Yeah.

Q:  Okay. Um, could you tell - I know you said they didn`t have control of his one arm. Could you tell who was ever, if anybody, in a better position of advantage? Did you ever see any of the deputies on their backs or their sides? Did you see this guy on top of either of them or could you tell?

A:  I don`t know, boy...

Q:  That`s fine.

A:  It happened pretty quick.

Q:  Okay. And then you hear three shots?

A:  Yes.

Q:  Okay. And then you see the one deputy stand up, he`s shaking, he`s putting...

A:  Yes.

_____                    _____
Investigator Signature                                      Supervisor Signature

**WARD 000284**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:04:57, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

Q:  ...rubber...

A:  Yes.

Q:  ...um, like latex gloves on.

A:  Latex gloves on.

Q:  Okay. And then that`s when you saw your kids coming...

A:  Yes.

Q:  ...(Sarah)`s kids coming...

A:  And I`m yelling at my kids.

Q:  So, you got them in the car. Okay. So, we heard on body cam somebody yelling to the deputy that it was a - he`s in the Lexus SUV, that was you.

A:  That`d be me.

Q:  Okay. Perfect. That was a question we had. Um, anything else that you can think that would help us other than this guy was just acting crazy?

A:  He was...

Q:  Just - seemed super out of it?

A:  He was out of it, like, I made the comment to (Sarah), I was like, "This dude - " I was like, "Meth is a hell of a drug."

Q:  Yes, it is.

A:  I was like, "This dude is - " I was like, "This dude`s on something, (Sarah)." I was like, "Do not open your door or window."

Q:  Mm-hm.

_____                    _____
Investigator Signature                                              Supervisor Signature

WARD 000285

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                                 OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:04:57, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

A:  I was like, "Stay in the truck."

Q:  Okay.

A:  "Just stay in the truck."

Q:  Okay. Um, have you ever seen this guy there before?

A:  Never.

Q:  Do you pick your kiddo up most of the time?

A:  Every day.

Q:  Never seen him?

A:  I`m there, 3 o`clock every single day.

Q:  Okay. What time does school actually release?

A:  3:30. 3:28 it lets out.

Q:  All right. Um, I`ll leave you a card.

A:  Okay.

Q:  If you have any questions or think of anything else, feel free to give me a call.

A:  Sure.

Q:  Um, you don`t think your kiddo saw what happened, he just saw the dead body.

A:  Yes.

Q:  Okay. So, there would be no, no reason that we would talk to him as far as what you know.

_____                              _____
Investigator Signature                                         Supervisor Signature

WARD 000286

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:04:57, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

A:  No. It was only...

Q:  Just he walked up after the fact.

A:  Yes. Yeah.

Q:  Okay. Um, and that`s...

A:  I know (Wyatt) last - (Sarah)`s son last night called and was wanting to talk to ▇▇▇

Q:  Mm-hm.

A:  And he was trying to say that he saw what happened, but ▇▇▇ told him, "Dude, there`s no way, we were on the other side of the..."

Q:  Sure.

A:  "We were on the other side of the drive line when that happened."

Q:  Right.

A:  He`s like, right.

Q:  Right.

A:  You`re okay, dude.

Q:  Yes. Trauma does funny things to the mind, um, especially when you`re that young.

A:  Yeah.

Q:  Okay. Um, but I don`t think there`s a need for us to bother...

A:  Yeah.

Q:  ...your son. Just - I know you`re gonna keep an eye on him.

_____                    _____
Investigator Signature                                                  Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:04:57, Tuesday* |
| **Supervisor:** *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

A:  Yeah.

Q:  But if he needs anything...

A:  Okay.

Q:  ...or you need anything, um, resources or support or whatever, let us know.

A:  No, I`m fine.

Q:  We can...

A:  I mean, that`s, hey.

Q:  I know. I know. But for your kid.

A:  Afghanistan in 2001 was no cake walk.

Q:  Right.

A:  So, I mean...

Q:  Right. Okay. Well, if there`s anything we can do, if your kid needs help...

A:  Okay.

Q:  ...um, I`m sure you and his mom have it handled.

A:  Yeah.

Q:  But just extending the offer if you need it.

A:  Okay. No, I appreciate that.

Q:  All right. Anything else you can think?

A:  He left - he left a shirt sitting on the - in the parking lot that he was sitting on.

_____          _____
Investigator Signature                                Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** | *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:04:57, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:21, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

Q:  Okay.

A:  So, I don`t know. Are there - because I thought that was weird. I was like, "Why did that dude just leave his shirt - " you know.

Q:  Sure. Okay. Um, is school back in session tomorrow as far as you know?

A:  I have no idea. We haven`t heard anything.

Q:  Okay.

A:  I`m assuming that it is.

Q:  Okay. Um, we`re gonna work to get this other woman in the orange SUV identified. If for some reason, school is back and you send your kid to school tomorrow, um, and you see her.

A:  Yeah, he`s going to school.

Q:  Will you pass my number along and have her call me?

A:  Sure.

Q:  Um, hopefully, we`ll have her identified by then.

A:  I don`t know if I wanna knock on her window after, you know what I mean?

Q:  No, I know. I know. I don`t blame you. And if you can`t, you can`t. I mean, we`ll get her identified somehow.

A:  I mean, I can call and give you her license plate number, but I don`t - I don`t think...

Q:  That will be perfect.

A:  I don`t think that I would want to approach her...

Q:  I don`t - yeah.

---

Investigator Signature                                        Supervisor Signature

**WARD 000289**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE*   ... | **Date / Time:** | *03/22/2022 10:04:57, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R*   (10727) | **Supervisor Review Date / Time:** | *05/09/2022 10:30:21, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

A:  ...with...

Q:  I understand.

A:  ...what just happened to her...

Q:  Sure.

A:  ...as far as that goes on, you know what I mean?

Q:  Okay. If you see her car, just take a picture of her plate and text it to me or something.

A:  Some other dude knocking on her window.

Q:  Yeah. No, I don`t blame you.

A:  That`s a good way to get shot, too.

Q:  I agree. I don`t blame you.

A:  So, I don`t know.

Q:  Okay.

A:  I`m just kind of cautious like that.

Q:  Yeah. That`s good. All right. Perfect. Well, thank you.

A:  No problem.

Q:  Sorry for taking up your time.

A:  Yeah, not a problem at all. I just, you know, I appreciate you guys doing what you`re doing and...

Q:  Sure.

A:  I mean, for what it`s worth, I didn`t see any wrongdoing. I mean, I...

_____    _____
Investigator Signature              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** | *03/22/2022 10:04:57, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** | *05/09/2022 10:30:21, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

Q:  Okay.

A:  I think it was just.

Q:  Perfect. Well, we appreciate that. Thank you, sir.


The transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed_____
 [03/22/2022 10:05, GUSTINC, 1208, PPD]

_____                    _____
Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023 14:52

*Pueblo Police Department*                                                        OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:06:06, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:14, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

INTERVIEW WITH ███████████
Q=Det. (Guster)
Q1=Man
A=███████████
A1=Child

Q:  Hi.

A:  Hi.

Q:  Hi. I`m with the Police Department. I`m Detective (Guster). Do you mind if I talk to you for a minute?

A:  Sure.

Q:  So, we got some information that maybe whatever happened on Tuesday...

A:  Tuesday...

Q:  Maybe you had some contact with that guy?

A:  Yes, I did. He - he walked in the distance walking towards my car so I locked it.

Q:  And you were parked here.

A:  I was here, exactly right here. I locked my car just in case.

Q:  Sure.

A:  Sure enough, he came to the passenger`s window, tried to open my passenger`s door and he said - what was it? It was something like, "How about you open this so I can rape you?" So, right then I saw him come towards the

_____        _____
Investigator Signature                         Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** | *03/22/2022 10:06:06, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** | *05/09/2022 10:30:14, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

rear of my vehicle to approach my driver`s side. I turned my car on, reversed and parked back there with all the other parents just to get away.

Q:  Right.

A:  And I called the school immediately after that and told them what he said to me.

Q:  Uh-huh.

A:  And how I`m afraid because that was four minutes before school got out.

Q:  Right.

A:  So, they asked, "What does he look like?" I - I gave them a description, and within minutes, cops arrived, but he did jump into a parent`s vehicle here in the line.

Q:  Uh-huh.

A:  And my daughter said she heard screaming in the vehicle. Um, I didn`t hear it because I was trying to text my - my boys who go here.

Q:  Uh-huh.

A:  I was trying to call them and tell them, "Don`t talk, come straight to my car."

Q:  Right.

A:  And that was - that was the extent but, yeah, he personally knocked on my window.

Q:  Okay. Did you see anything else happen when the deputies arrived or were you kind of...

A:  I don`t think...

Q:  ...trying to get out of here at that point?

A:  I did stay for a couple minutes just waiting for my - my last boy to come out. He comes out a little later. And a car was parked in front of my direct line of sight, but when they moved away, I saw that the officers had pinned

_____                    _____
Investigator Signature                                      Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:06:06, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:14, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

him on the ground.

Q: Uh-huh.

A: And then I heard the gunshots.

Q: Okay. How many did you hear?

A: Two.

Q: Two?

A: Uh-huh.

Q: Okay. Um, and what is your name, ma`am?

A: ███████████ ██████████.

Q: Is that your legal name?

A: Yes.

Q: Okay. Um, how about a birthday?

A: ███████.

Q: Ninety-two. You have a good phone number for you?

A: 719...

Q: Uh-huh.

A: .███████

Q: Okay. And then address?

A: ████████████████ is spelled out.

---

| Investigator Signature | Supervisor Signature |
|---|---|

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *VERDUGO, CARLY NICOLE* ...          **Date / Time:** *03/22/2022 10:06:06, Tuesday*

**Supervisor:** *FLORES, CHRISTOPHER R* (10727) **Supervisor Review Date / Time:** *05/09/2022 10:30:14, Monday*

**Contact:**                                          **Reference:** *Ca Persons Follow Up*

---

Q: Okay.

A: And ZIP code is 81008 here in...

Q: Okay. Okay. What about that guy that came and knocked on your window, was he the same one that you said the sheriff had pinned down?

A: Yes.

Q: Uh-huh. Okay. What did he look like if you remember?

A: Blond hair or - well, no...

A1: He had reddish hair.

Q: He had like orange-ish reddish hair.

Q: Okay.

A: But probably naturally blonde, fair-skinned, blue eyes.

Q: Tattoos, piercings that you remember? And if not, that`s okay.

A: I don`t think so.

Q: No?

A: He - he wasn`t wearing a jacket, but I don`t remember seeing tattoos.

Q: Sure.

A: He was in a short sleeve, but I thought that`s kind of weird.

Q: Right.

A: Like...

---

Investigator Signature                                    Supervisor Signature

**WARD 000295**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* |

**Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:06:06, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:14, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

Q: It being cold.

A: Like 10 degrees outside.

Q: Sure.

A: But no tattoos or anything.

Q: Okay. Okay. Anything else?

Q1: If any other questions come up, is it okay we call you?

A: Yeah, uh-huh.

Q1: Okay.

Q: I`d like to leave you one of my cards.

A: Yes.

Q: Just in case if you have any questions, you can feel free to reach out to me.

Q1: So, we have heard that he had contact with you so we thought we`d come hang out.

A: Yeah.

Q1: And see if he showed up today.

A: No, I (unintelligible).

Q1: Kind of weird that we`re hanging out waiting...

Q: And I`m sorry (unintelligible).

A: No, no, that`s fine. I figured - I figured somebody would reach out and ask questions because...

_____          _____
Investigator Signature                  Supervisor Signature

**WARD 000296**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE*    ... | **Date / Time:** *03/22/2022 10:06:06, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R*    *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:14, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q1: All right.

A:  I didn`t see him approach any other vehicles except for the - I assume the lady that - he hopped into her vehicle.

Q:  Sure.

A:  It was me and that person.

Q:  Okay.

Q1: All right now.

Q:  All right.

Q1: Thank you.

Q:  Thank you.


The transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed_____
 [03/22/2022 10:06, GUSTINC, 1208, PPD]

_____                    _____
Investigator Signature                                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

INTERVIEW WITH █████████
Q=Det. (Guster)
A=████████
A1=███████
A2=███████


Q:  ...bombarding you like this.

A:  It`s okay. I was, um, hoping that you, guys, would reach out, so.

Q:  Okay, perfect. So, let me just get some basic information. Snow day today or what, yeah?

A:  Yeah. They had a snow day today but I don`t think many people (unintelligible) it`s too cold to be outside for long.

Q:  All right. (Unintelligible). Is it ████ with an H?

A:  Yes. (Zelda) - (Zelda) - (Zelda). I`m sorry.

Q:  Okay. And, █████ what is your birthday?

A:  █████.

Q:  Okay. Um, and I have your phone number and your address. Are you guys doing okay?

A:  Yeah. Well, yesterday was rough.

Q:  I don`t blame you.

A:  Um, and it was - oh, so I had a concealed carry.

_____                          _____
Investigator Signature                                      Supervisor Signature

**WARD 000298**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *VERDUGO, CARLY NICOLE*    ...    **Date / Time:** *03/22/2022 10:06:52, Tuesday*

**Supervisor:** *FLORES, CHRISTOPHER R*    *(10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

Q:  Sure.

A:  And - and I mean I am so not ready to carry it. (Unintelligible).

Q:  Yeah. Well, you never know how you`re going to handle something until you`re...

A:  Yeah.

Q:  ...in a situation like that.

A:  I - I lost it. So I...

Q:  So, don`t beat yourself up over that.

A:  I did not handle it well.

Q:  Yeah. What happened from your point of view? And then if it`s okay with you, I`ll talk to your kiddos and...

A:  Absolutely.

Q:  ...get their point of view too.

A:  Yeah. So, I was actually there before the dude even showed up.

Q:  Okay.

A:  Um, because it`s my - my really good friend, it`s our pickup line catch up time.

Q:  Right.

A:  So, we hang out in that dirt lot.

Q:  Sure.

A:  And just kind of talked for a while.

Investigator Signature                    Supervisor Signature

**WARD 000299**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q:  Uh-huh.

A:  And this white Lexus pulled up and this dude got out, um, the guy that ended up getting shot. And he was acting super weird.

Q:  Yeah.

A:  And like we even said to each other like, "That dude is on drugs."

Q:  And when you say acting super weird, what was he doing that made you think that?

A:  Uh, really fidgety and weird like...

Q:  Okay.

A:  He just kept - he got out of the car and he was kind of walking around. Um, he took off his gray hoodie and put it on the ground and like he was smoking a cigarette and kind of squatted down next to the car and smoked his cigarette, um, got up, walked around the car somewhere then open the car door and put on a red shirt. I remember saying - um, `cause you could tell he had an undershirt - under t-shirt that he was wearing.

Q:  Uh-huh.

A:  Then he got another one, that red t-shirt over him like, "Oh, he`s just gonna put on a third t-shirt." And it was snowing, so it was weird that he took off his hoodie...

Q:  Right.

A:  ...and left it on the ground. And I even made the comment to my friend, like, "Gosh, it`s almost like he`s trying to change his appearance or something."

Q:  Sure.

A:  And he - uh, (unintelligible) tattoos, just did not look like he belonged to anywhere or any school at all. Um, (unintelligible)...

Q:  Sure.

_____                                    _____
Investigator Signature                                                  Supervisor Signature

**WARD 000300**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

_Pueblo Police Department_                                               OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** _EXCEPTIONALLY CLEARED_  **Case Mng Status:** _EXCEPTIONALLY CLEARED_  **Occurred:** _02/22/2022_
**Offense:** _OUTSIDE AGENCY ASSIST_

| | | | |
|---|---|---|---|
| **Investigator:** | _VERDUGO, CARLY NICOLE_ | ... | **Date / Time:** _03/22/2022 10:06:52, Tuesday_ |
| **Supervisor:** | _FLORES, CHRISTOPHER R_ | _(10727)_ **Supervisor Review Date / Time:** | _05/09/2022 10:30:09, Monday_ |
| **Contact:** | | **Reference:** | _Ca Persons Follow Up_ |

A:  ...in a Lexus for that matter.

Q:  Right.

A:  You know.

Q:  Uh-huh.

A:  And he was kind of walking around. And then I don`t remember if he got in the Lexus before the Lexus moved into the pickup line.

Q:  Okay.

A:  Or if he was still walking around, um, but he got like in and out of the car. And he - this`s orange Nissan pulled up (unintelligible). It`s like a Murano or something like an SUV or crossover. And he knocked on, I think it was the passenger side window. And I couldn`t hear what he`s saying. But at that point, I`m like, "I`m gonna take a picture of this dude because he`s acting super shady."

Q:  Sure.

A:  And, uh, I had a picture of him at the car...

Q:  Okay.

A:  ...if you want to see it.

Q:  Yeah, if you`d send that to me when we`re done.

A:  Yeah, can I send it to your...

Q:  Yeah.

A:  ...um, okay. Let me find your number. Okay. Um, and then she like backed out, moved her car. So, I mean, like, I (unintelligible) my friend`s truck and she parked right next to him. And he rolled up the window and caught her attention and he said - he was like, "What did that dude say to you?" And she said, "He said he wanted to rape me." And she`s like, "I`m calling the school right now." And this is before any kids started coming out. And then she`s like, "Yeah, I just let them know he`s here and the dude`s still kind of moving around the parking lot." I couldn`t

---

Investigator Signature                                    Supervisor Signature

WARD 000301

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

see if he had (unintelligible) in the cars, but at this point, I texted my daughter and her best friend whose like my - my surrogate daughter. Like girls, "There was a creepy dude out here in a red shirt at a white Lexus, be really careful." Because I was talking to my friend, I`m like, "This kind of freaks me out because...

Q:  Sure.

A:  ...I couldn`t get to her in time." And he`s like, "Oh, I could." Um, so, you see somebody come out of the school and talk to the dude and then go back in the school, and kids still aren`t out yet. And then he gets into the Lexus. And then a couple minutes later, the first sheriff shows up and he parks like right at the end of the dirt lot and he gets out and was just talking with the dude. And at that point...

Q:  It sounds like a dinosaur.

A:  Yeah. She`s a vocal dog. And he`s still just kind of talking to the dude through the window, he`s still in the car. And then the other deputy shows up, drives right in front of me, and he parks, and he gets out, and they`re both talking to him. And I`m like, "Okay, the cops are here." I`m like, "I`m gonna - I - I know it`s terrible," and like, "I want to get a better view." So, I get out of the truck and started watching what`s going on. And - um, and then they start fighting with him with the doors open. You can hear them yelling, the deputies yelling at the dude in the car. And you can hear somebody else in the car yelling at the dude. I - I`m very sure that they were yelling at the dude to stop because it sounded like they were using a name. And then he was out, he was on the ground. And I was talking to my friend, um, in his truck. And like I can see the dude fighting, he`s like hard, like, I could see one arm, but you could tell they didn`t have the other arm and the dude was like twisted up. He was fighting hard. And - uh, and then I looked away to talk to my friend and I heard, "Bang, bang, bang." And I`m like, "They just shot him. Those were gunshots." And then he was on the ground and he was moving a little bit and then he stopped moving. And, uh, the chick in the, um, orange Nissan, she was kind of talking to us too, she`s like, "Well, he`s still moving and then he stopped moving." And I looked to my friend (unintelligible). And then it was like just a few moments after that, my son, my daughter, and their friend, my friend`s son...

Q:  Uh-huh.

A:  ...come walking right past it. Um, like, between the cars, like, as close as I am to my son like right past everything.

Q:  Right.

A:  And then that`s when I started yelling. I`m like, "You, guys, need to move, get in the car."

_____                        _____
Investigator Signature                              Supervisor Signature

**WARD 000302**

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| Case Status: | *EXCEPTIONALLY CLEARED* | Case Mng Status: *EXCEPTIONALLY CLEARED* | Occurred: *02/22/2022* |
| Offense: | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| Investigator: | *VERDUGO, CARLY NICOLE* ... | Date / Time: *03/22/2022 10:06:52, Tuesday* |
| Supervisor: | *FLORES, CHRISTOPHER R* (10727) | Supervisor Review Date / Time: *05/09/2022 10:30:09, Monday* |
| Contact: | | Reference: *Ca Persons Follow Up* |

Q:  Uh-huh.

A:  I shouted the F word.

Q:  Huh?

A:  Not my finest moment.

Q:  That happens.

A:  Um, and then I got them in the car. And I was gonna stick around and like I saw this whole thing from start to finish like I really want to talk to the deputies. Um, and I wanted to let them know that that gray hoodie that was still laying in the dirt lot that dude took off because I - he almost acted like he had just been implicated in something and he...

Q:  Sure.

A:  ...was hiding out and changing his appearance.

Q:  Right.

A:  So, if they were looking for a dude in a gray hoodie, um, I wanted them to know that was his.

Q:  Right.

A:  But my kids were freaking out, um, like, "I have to get out of here." And that`s when I called - my husband is a detention deputy.

Q:  Okay.

A:  Um, so I called him like, "I need you to figure out who I can talk to."

A:  Sure.

A:  To - because I - I wanted to - because I was there from the second he showed up. I really wanted to give a statement.

_____          _____
Investigator Signature                              Supervisor Signature

**WARD 000303**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

Q: Right. Okay. So, I haven`t been to that school ever. Um, so you have the school in the background, right, and then you have...

A: Uh-huh.

Q: ...the little drive through line.

A: Uh-huh.

Q: And then there is that dirt lot kind of...

A: Yeah.

Q: Off to the side, and that`s where you were parked.

A: Yeah. So, if you`re coming down Maher toward Hahns Peak...

Q: Sure.

A: ...there`s this big dirt lot and then there`s the Circle Drive to pick up the kids at schools.

Q: Okay.

A: Yeah.

Q: And what kind of vehicle were you in?

A: Um, I was - I had my blue Altima that`s out there next to me or I - that`s what I drove, but I was actually sitting in my friend`s F - isn`t that 250 or an F150?

A1: I think it`s F250.

A: Yeah, big, big whiteboard. I can actually give you his number. He was hoping to talk to somebody.

Q: Perfect, that would be great. Um, and you said white?

A: Yeah.

---

Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE*   ...   **Date / Time:** *03/22/2022 10:06:52, Tuesday*
**Supervisor:** *FLORES, CHRISTOPHER R*   (10727)  **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday*
**Contact:**   **Reference:** *Ca Persons Follow Up*

Q:  Okay. So, assumingly you, guys, were parked facing the school...

A:  Face - yeah.

Q:  So you`re watching all of this through the windshield?

A:  Yeah. Well, by the time that they were fighting and everything, I was actually outside the car.

Q:  Right.

A:  Yeah. But we watched the dude because my friend is - he`s really - he`s a Marine and he`s like - because like - um, he`s not about to let this dude do something to, but I mean this poor woman had her daughter in the back of the car.

Q:  Right.

A:  Yeah.

A1: The passenger seat actually.

A:  Well, the - the woman in the Nissan. ▮▮▮ said that there was a little kid in the front seat of the Lexus.

Q:  Oh, okay. Um, and so, this orange Murano was parked next to you and your friend?

A:  Yeah. So, we`re like kind of in the middle of the dirt lot like the - the main door of the school is like right here. Um, and the Murano parked right up against the edge of the dirt lot up to where the Circle Drive is.

Q:  So, maybe kind of pulled a little bit in front of you?

A:  A little bit in front of us, yeah.

Q:  Okay.

A:  You can see the Murano in the pictures that I sent you.

Q:  Okay. (Unintelligible). So, when you first see this guy, where is the - did you see where he came from, like

_____                    _____
Investigator Signature                      Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

the vehicle that he came from or did you just...

A:  No, it`s just...

Q:  ...see him?

A:  Uh, I just saw the truck pull up. Um, so that picture was taken from my friend`s truck.

Q:  Okay.

A:  My Altima was parked right next to his truck and the Lexus that he was getting in and out of was parked right in front and to the left of my Altima.

Q:  Okay. So, they started in the dirt lot.

A:  Yeah.

Q:  And you saw him get out of that Lexus at that point?

A:  Yeah.

Q:  That`s when he changed to put his gray hoodie on the ground?

A:  Uh-huh.

Q:  He was just kind of being weird?

A:  Yeah.

Q:  Then open the door, put on a red shirt?

A:  A red t-shirt, yeah.

Q:  And then that`s when he went and knocked on the...

A:  That`s been - yeah.

Investigator Signature                    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*     **Case Mng Status:**  *EXCEPTIONALLY CLEARED*     **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

**Investigator:**  *VERDUGO, CARLY NICOLE*     ...          **Date / Time:**  *03/22/2022 10:06:52, Tuesday*

**Supervisor:**  *FLORES, CHRISTOPHER R*     (10727)     **Supervisor Review Date / Time:**  *05/09/2022 10:30:09, Monday*

**Contact:**          **Reference:**  *Ca Persons Follow Up*

---

Q:  ...Murano`s door. And then at that time, the Lexus pulls up.

A:  Um, sometime about the time - will you please go (unintelligible) - about the time that he was knocking on the Murano`s door...

Q:  Uh-huh.

A:  ...the Lexus pulled out of the dirt lot and into the pickup drive.

Q:  Okay. Have you ever seen this guy there before?

A:  No, never.

Q:  No?

A:  That`s why we thought it was so weird. I may or may not have seen the Lexus.

Q:  Sure.

A:  But, um, I`ve never seen that dude.

Q:  Okay. Um, and so then you say that the co- the deputies show up and they start kind of talking to him and then at one point, you see them pulling him out of the car?

A:  Yeah.

Q:  Um, and then there - the fight`s on.

A:  Yeah.

Q:  Right? And you said he was fighting pretty hard.

A:  He was fighting hard, like his body was twisted. I - I am not a law enforcement expert by any means.

Q:  Sure, uh-huh.

A:  But my hubby has a long history in law enforcement.

---

Investigator Signature                                    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** | *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | | |

| | | | | |
|---|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** | *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* **Supervisor Review Date / Time:** | | *05/09/2022 10:30:09, Monday* |
| **Contact:** | | **Reference:** | | *Ca Persons Follow Up* |

Q:  Sure.

A:  And like his family and everything. Uh, so, we watch a lot of like police activity...

Q:  Uh-huh.

A:  ...and body cam footage and everything.

Q:  Uh-huh.

A:  And he was like - he was fighting hard. And I could - like it appeared to me based on, you know, what I watched with my husband that they were doing the best they could to, you know, detain him, um, but it seemed like they did not have control of his other arm.

Q:  Okay.

A:  And like so the news is all saying that the guy tried to disarm the cop. I think that`s absolutely possible. It`s how hard he was fighting.

Q:  Right.

A:  And the fact that you can tell they didn`t have - they didn`t have his other arm under control.

Q:  Okay. Um, at any time did you see either of the deputies on their backs, on their side, um, or did they kind of seem like it was just like a wrestling match and you couldn`t tell who had the better position or - if that makes sense?

A:  It - it was hard. Uh, I don`t know that I saw one of the officers go down because I was like watching everything and talking to my friend. I watched everything...

Q:  Sure.

A:  ...and talked to my friend. So with - I mean, it`s possible that one went down.

Q:  Okay.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

**WARD 000308**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                     OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE*   ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R*   (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  Um, but it looked like it was a pretty heavy duty fight.

Q:  Yeah.

A:  Which is because he was such a scrawny little guy.

Q:  Uh-huh.

A:  But I`ve - like I made the probably really inappropriate joke to my sister that he had that like drug mania fighting.

Q:  It`s possible.

A:  Yeah.

Q:  Okay. Um, and then you said you heard some shots. How many do you think you heard?

A:  Three.

Q:  Three?

A:  I`m certain.

Q:  For sure?

A:  Bang-bang-bang, because I remember thinking that like in these - like these activity or videos I watched like they`ll like on low.

Q:  Right.

A:  And I`m like, "Wow, he only shot three times."

Q:  Okay.

A:  But then again, you know, they`re in an entirely different situation. There`s not children walking around.

Q:  Right, okay.

_____                          _____
Investigator Signature                                              Supervisor Signature

**WARD 000309**

**CASE SUPPLEMENTAL REPORT**                    Printed: 03/23/2023  14:52

*Pueblo Police Department*                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE* ...        **Date / Time:** *03/22/2022 10:06:52, Tuesday*

**Supervisor:** *FLORES, CHRISTOPHER R* *(10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday*

**Contact:**                                    **Reference:** *Ca Persons Follow Up*

---

A:  I remember being impressed that he - that he was responsible with where (unintelligible)...

Q:  Sure.

A:  ...were going when there were certain people around.

Q:  Okay. Um, did you actually see? Were you looking when the - the shots were fired? Did you do - were you looking away and you heard the shots and then you looked back?

A:  I was not looking when the shots were fired.

Q:  Okay.

A:  I was looking at my friend in the truck and I heard, bang-bang-bang, and I`m - and then I looked over real quick.

Q:  Right.

A:  And then I looked (unintelligible). Those were gunshots.

Q:  Okay. Um, what happened after you heard the gunshots?

A:  Uh, I...

Q:  Do you remember?

A:  ...kind of freaked out. Um, well, at that point, I`m like laser-focused on this dude.

Q:  Sure.

A:  Um, and then I`m freaking like, "Where are my kids? Where are my kids? Where are my kids?" Um, and there`s screaming coming from the car.

Q:  Uh-huh.

A:  Um, at one point...

---

Investigator Signature                    Supervisor Signature

**WARD 000310**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* | |
| **Supervisor:** *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* | |
| **Contact:** | **Reference:** *Ca Persons Follow Up* | |

Q:  From the Lexus?

A:  Yeah. Um, at one point, the passenger door opens and I heard somebody shout something and then the door shut. Um, but at no point did I ever hear like - like there was probably some shouting from the deputies when they were fighting with him, but I didn`t hear any - like, you know, aggressive shouts from the deputies. But there was a lot of shouting coming from the car and screaming...

Q:  Uh-huh.

A:  ...which I`m assuming is either the - the young girl that was in there or the...

Q:  Right.

A:  I think that the driver was a female.

A1: A woman.

A:  And then - yeah.

A1: Yeah.

A:  There might have been another - there might have been another person in the backseat of the car.

A1: No, there wasn`t.

A:  Okay.

Q:  Um, did you hear the deputy saying anything during this fight?

A:  Uh, nothing that I could make out.

A1: You could tell.

A:  I heard voices. Um...

Q:  Okay.

Investigator Signature                           Supervisor Signature

**WARD 000311**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *EXCEPTIONALLY CLEARED*   Case Mng Status: *EXCEPTIONALLY CLEARED*   Occurred: *02/22/2022*
Offense: *OUTSIDE AGENCY ASSIST*

Investigator: *VERDUGO, CARLY NICOLE*   ...   Date / Time: *03/22/2022 10:06:52, Tuesday*
Supervisor: *FLORES, CHRISTOPHER R*   (10727)   Supervisor Review Date / Time: *05/09/2022 10:30:09, Monday*
Contact:   Reference: *Ca Persons Follow Up*

A:  But...

Q:  You can distinguish what was being said?

A:  I can distinguish what was being said. They were clearly giving him commands.

Q:  But you just couldn`t tell what...

A:  Uh-huh.

Q:  ...specific commands they were saying?

A:  Uh-huh.

Q:  Okay. And that makes sense.

A:  Yeah.

Q:  Um, your friend that you were with, what is his name?

A:  (██████████

Q:  It`s a - it`s a he, right?

A:  Yeah.

Q:  Okay. I just wanna make sure.

A:  I had the same thought the first time I heard his name.

Q:  All right. I just want to make sure I`m not...

A:  Yeah.

Q:  So - and do you have a phone number for him?

Investigator Signature   Supervisor Signature

Page 160

**WARD 000312**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** | *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** | *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** | *05/09/2022 10:30:09, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

A:  I do. It`s 369-5409.

Q:  Okay. And then you said he has a son that goes there also?

A:  Yeah. His son was with my kids when they walked by.

Q:  Okay, perfect. Um, anything else you can think that I didn`t ask or we haven`t talked about?

A:  I don`t think so.

Q:  Okay.

A:  Um, that was pretty much everything that I saw. Um, I mean I wanted to stick around but like...

Q:  Yeah.

A:  My kids were freaking out.

Q:  Right.

A:  They didn`t want to be there. Um, if I remember anything else, can I call you on your number?

Q:  Sure.

A:  Okay.

Q:  Yep. Perfect. Um, and you don`t know who drives that orange Murano, do you?

A:  No. I thought about (unintelligible) because I`ve been really - I can`t stand when people blow up Facebook being the eyewitness account and I - I - so I have been - and there`s a lot of misinformation being spread on...

Q:  Yeah, I`ve seen that.

A:  ...Facebook already.

Q:  Uh-huh.

_____                    _____
Investigator Signature                                              Supervisor Signature

**WARD 000313**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE* ...    **Date / Time:** *03/22/2022 10:06:52, Tuesday*
**Supervisor:** *FLORES, CHRISTOPHER R* *(10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday*
**Contact:**    **Reference:** *Ca Persons Follow Up*

A:  I thought about posting something to say, "Hey," because I couldn`t stop thinking about her last night. I wanted to make sure...

Q:  Sure.

A:  ...if she was okay. But I - I didn`t know how to try to find her.

Q:  Right.

A:  Um, I think I`m pretty sure I`ve seen her before in the line.

Q:  Okay.

A:  You know, there`s the regulars. There`s like white Jeep, black Chrysler.

Q:  Uh-huh.

A:  You know, but I don`t know anybody`s names.

Q:  Right. Okay. And that`s fine. We`ll get her identified.

A:  Yeah.

Q:  I just didn`t know if he knew her.

A:  And she may have `cause - she and my friend, you know, were talking, he`s like, "Hey," because he has a daughter that goes to (Swallows). And I`m like, "You go get (Eleanor), I`ll stay here." And I heard him asked her and she`s like, "Yeah, no, I`m gonna stay." So, she may have already talked to...

Q:  Okay.

A:  ...the deputies on the scene.

Q:  Okay. Perfect. All right. Um, I`m gonna start with you. What is your name?

A1: ███

_____
Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

Q:  ▋ And what is your birthday, ▋

A:  ▋

A1: Right.

Q:  All right.

A:  It`s literally the password to your phone.

A1: That`s not true.

Q:  So that makes you 11?

A:  Yes.

Q:  Yeah, all right. Tell me what you saw yesterday from your point of view.

A1: Um, I didn`t see too much. I heard a scream and then I heard, um, the three gunshots.

Q:  Okay.

A1: And then, um, me and my brother and my friend continued walking and then I just see, um, a girl and her mother in the, uh, two seats in front and then the dead body. We just kept walking.

Q:  Okay.

A1: But it (unintelligible) was really scary.

Q:  Sure. Okay, let me just write this down. Um, you said you heard a scream.

A1: Yes.

Q:  What kind of scream was it?

A1: Um...

_____
Investigator Signature

_____
Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
       **Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE*    ...         **Date / Time:** *03/22/2022 10:06:52, Tuesday*
**Supervisor:** *FLORES, CHRISTOPHER R*    (10727) **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday*
    **Contact:**                                    **Reference:** *Ca Persons Follow Up*

---

Q:  Was it like a yelling? Was it like a blood curdling scream?

A1: A mix of it.

Q:  Mix, okay. And you don`t know who was screaming? Okay. Did you see anybody?

A1: I`m pretty sure it was the girl in the passenger seat, but it...

Q:  Of that car?

A1: Yeah. And it could also been the person of the driver seat.

Q:  Okay.

A:  I`m not (unintelligible) stepping in (unintelligible).

Q:  No, that`s fine. Um, okay. So then you end up having to walk by that car and then you go and get in the car with your mom?

A1: Yes.

Q:  Okay. Um, is that pretty much all that you know?

A1: Uh-huh, yes.

Q:  Okay, perfect. I`m sorry you had to see that.

A1: That`s fine.

Q:  That sucks.

A:  She`s been pretty tough about it.

Q:  Yeah. Just know, if it gets to be too much, talk to somebody whether that`s mom, a counselor, dad, a friend, somebody, okay? Um, I`m the same way, I try to hold everything in and sometimes you just hit that breaking point that you feel like you`re going to explode because you can`t keep anything inside. Before you get to that point, say something, okay, because it`s not worth it. I mean there`s tons of people that love you and care about you and

---

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

wanna make sure that you`re okay. And if you need to go to counseling for any reason, don`t be ashamed to do that, okay? I mean you`re - you`re young and you`ve seen way more than anybody your age should see ever, okay? So, I`m sorry that you had to walk by and see that yesterday. Okay. What is your name?

A2: ▓▓▓▓

Q: ▓▓▓▓

A2: ▓▓▓▓ uh-huh.

Q: Okay. What is your birthday, ▓▓▓▓

A2: ▓▓▓▓

A: ▓▓▓▓

A2: I - I mean ▓▓▓▓▓▓

A: Too many kids don`t know their birthdays.

A1: I know my birthday. It`s just that you...

Q: So that makes you 12?

A2: Yes.

Q: All right. What did you see or hear yesterday?

A2: Well, so we came out of school and I saw the cops there and then we were walking up and then I heard the scream and when I turned over and I saw the officer shoot him. Then I - it`s normally where we come up most of the time.

A: That`s - it`s right where the path that they take...

Q: Uh-huh.

A2: Yeah. And then we started walking up and then that`s when we saw his dead body.

_____    _____
Investigator Signature           Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE* ...   **Date / Time:** *03/22/2022 10:06:52, Tuesday*
**Supervisor:** *FLORES, CHRISTOPHER R* (10727)  **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday*
**Contact:**   **Reference:** *Ca Persons Follow Up*

Q: Okay. So, you said you saw the cop shoot?

A2: Uh-huh.

Q: Okay. Um, so where were you in relation to that white car when you saw that?

A2: Like on the other side of the pickup line but like right in front of it.

Q: So, on like the driver side of that white car?

A2: Yeah.

Q: Okay. Did you hear the gunshots?

A2: Yes.

Q: How many did you hear?

A2: Three.

Q: You heard three? Okay. Um, so then you keep walking as you hear all that, right, and then you see this guy laying on the ground?

A2: Yes.

Q: Okay. What was happening at that point? Where was everybody else in relation to...

A2: Well, uh, there were still kids coming out of the school.

Q: Sure.

A2: And then, uh, I can`t remember what else.

Q: Okay. How about the cops, do you remember if the cops were standing, if they were on the ground?

A2: They still have the gun pointed at him.

Investigator Signature   Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

---

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *VERDUGO, CARLY NICOLE* ...            **Date / Time:** *03/22/2022 10:06:52, Tuesday*

**Supervisor:** *FLORES, CHRISTOPHER R* (10727) **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday*

**Contact:**                **Reference:** *Ca Persons Follow Up*

---

Q:  Okay. Um, was the cop - when he had the gun pointed at him, was he standing, was he kneeling?

A2: He was standing.

Q:  Do you remember? Okay.

A:  One might have been kneeling on him. I hate to interrupt but...

Q:  No, that`s okay.

A:  I think we got to talk about it, I think. But until the other deputies showed up, one - one remained on the ground and one was standing above him.

Q:  Okay.

A1: I saw three and then I believe that two were standing and standing towards this, one was facing with the gun and there was one kneeling.

Q:  And one kneeling?

A1: Yeah.

Q:  Okay.

A1: And I`m pretty sure a little bit after that, um, the kids that were still out there that hadn`t gotten picked up yet had to go inside...

Q:  Uh-huh.

A1: ...because I was talking with my friends about it and - and she had to go inside.

Q:  Uh-huh, okay.

A:  There were many kids around them.

Q:  Yeah, I saw.

---

Investigator Signature                Supervisor Signature

**WARD 000319**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | *...* | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

A: But I mean they didn`t have time like all this...

Q: Sure.

A: ...from the time that she called the school...

Q: Uh-huh.

A: ...to the time the guy got shot, like that was only a few minutes.

Q: Right. Okay. Um, and this may sound like a weird question, do you remember what you, guys, were wearing yesterday? And the reason I ask is because we`ve got a bunch of body cam footage and we`re trying to get students identified that maybe were in the area. So, I`m just wondering if...

A1: I was wearing...

A: She was wearing - you were wearing your maroon hoodie, right?

A1: I was wearing my maroon hoodie with a shirt under and my bottoms.

A: She...

A2: I was wearing a black hoodie with a Hufflepuff t-shirt.

A: A black Hufflepuff t-shirt.

A2: Yes.

Q: But a black hoodie on top?

A: Yeah.

A2: Yes.

Q: And jeans?

---

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  But it was open. He never zips them up, so.

Q:  Okay.

A1: You were wearing...

A2: And jeans.

Q:  Hufflepuffle - is that what you said?

A2: Hufflepuff.

A:  (Unintelligible).

Q:  What is a Hufflepuff?

A2: It`s the house in the Hogwarts. One of the houses in Hogwarts.

Q:  Oh, all right.

A:  He was wearing this shirt.

Q:  Oh, okay. So, black, you know.

A:  And he never had his hoodies zipped up, so you`d see this.

Q:  The yellow?

A:  Yeah.

Q:  Okay. Maroon...

A:  Even if the sun was falling down, he never had this zipped up.

Q:  I think that`s a boy thing at that age.

A:  Yeah, yeah.

Investigator Signature

Supervisor Signature

**CASE SUPPLEMENTAL REPORT**                                    Printed: 03/23/2023  14:52

---

*Pueblo Police Department*                                      OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *VERDUGO, CARLY NICOLE* ...                **Date / Time:** *03/22/2022 10:06:52, Tuesday*
**Supervisor:** *FLORES, CHRISTOPHER R* (10727)   **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday*
**Contact:**                                                **Reference:** *Ca Persons Follow Up*

---

Q:  I remember my older brother in - when we were in middle school would wear shorts and a t-shirt.

A:  Yeah.

Q:  And it would be three, four inches of snow on the ground.

A:  We used to live...

Q:  Well, now, I understood that.

A:  ...just on the street from Heaton and I`ve watched these kids walked into schools. Apparently, it`s a sin to wear appropriate winter clothing in middle school.

Q:  This isn`t you, █████ is it?

A1: Uh, no, but I do know that.

Q:  No?

A1: I do know her.

Q:  Okay. Who is she?

A1: Um, I do not know her last name but I do know her first name is Sharlice.

Q:  What is it?

A1: Sharlice.

Q:  Sharlice?

A1: S-H-A-R-L-I-C-E.

Q:  Do you know what grade she`s in?

A1: Sixth.

---

_____                    _____
Investigator Signature                          Supervisor Signature

**WARD 000322**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023 14:52

*Pueblo Police Department*                                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

Q: She`s at sixth. That helps me.

A: Hey, thank you for being a good girl.

Q: Sorry, there`s a lot of pictures.

A: Oh, I`m sure.

Q: Okay. I don`t think we have any of you two, which is good. But can I ask you if you recognize this girl?

A: (Unintelligible) really like your nails.

Q: Thank you. (Unintelligible) good picture of her. So, this is kind of hard to tell but...

A2: Um, I think I`ve seen her before.

A: ███ is the social butterfly.

A1: I actually do know that girl.

Q: Who is she?

A1: Her name is ███████ and she`s in sixth grade. I do not know her last name.

Q: ██████ in 6th grade. Okay. So, how do your guys` classes work? Do you, guys, have a block schedule?

A1: Uh...

Q: Or you have so many classes a day for so long and you rotate?

A1: Uh, we have seven hours.

Q: Okay.

A: They have the same seven hours every day.

---

Investigator Signature                                        Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE*    ...    **Date / Time:** *03/22/2022 10:06:52, Tuesday*

**Supervisor:** *FLORES, CHRISTOPHER R*    *(10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

Q:  Okay. Are - is Sharlice or ▮▮▮▮ in any of your classes?

A1: Um, Sharlice is in my second hour.

Q:  Okay.

A1: And, uh, ▮▮▮▮ is in my seventh.

Q:  Seventh, okay. That`ll help us. We`re gonna get with the principal and see if he can help us identify any these kids, but I guess there`s like 500 kids at that school.

A:  There`s not that many kids.

Q:  That`s what he said. So, if we can help narrow down classes and hours...

A:  That would help, yeah.

Q:  That would be a huge help.

A:  Because they have the roster.

Q:  So, do you mind if I show you some other pictures and see if you can help us there? Okay.

A:  Can I offer you some coffee or something?

Q:  No, I`m okay.

A:  Okay.

Q:  Thank you. No, you`re okay. Thank you. I appreciate it. How about this kid in the yellow hoodie?

A2: That`s my friend ▮▮▮▮.

Q:  ▮▮▮▮?

A2: Yes.

_____    _____
Investigator Signature    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE*  ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R*  (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q:  Okay.

A:  Oh, they got ██████?

A2: Yeah.

A:  █████ was the kid that was walking with him.

A1: Yes.

Q:  This one?

A2: That`s absolutely █████.

A:  Are you sure? That`s not ████

A2: No, that`s not ████

A1: That is not (unintelligible).

A2: Yeah.

Q:  And so, is (████ (███████s...

A:  (█████ is (██████s son.

Q:  Okay. All right. Let`s see. Do you know - this is a teacher. Do you know who this teacher is?

A2: He`s not a teacher. He`s the...

A1: No.

A2: ...Assistant Principal Mr. (Pechek).

Q:  Okay.

A2: He used to be a teacher.

_____                    _____
Investigator Signature                                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* |

**Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A1: I don`t think Mr. (Pechek) was a teacher.

A2: No.

A:  Plenty of principals started as teachers.

A1: Okay, that`s true.

A2: He`s the Assistant Principal.

A1: (Unintelligible).

A:  Like (Cindy)`s in admin, he - I think she started as a music teacher.

A1: She did?

A:  Yeah. She taught - uh, actually, she taught at (Vineland) after (Eleanor) was born. She taught at Pueblo West High School where - before they built that auditorium.

A1: (Unintelligible).

Q:  Okay, this is really hard to tell. I`ll be impressed. How about this one?

A2: Uh, no.

A1: I might know that kid but I`m not sure.

Q:  Okay. All right. I think that`s all the pictures that we have.

A:  (Unintelligible) pick up (███) and not you, guys, because they walked like a little group.

Q:  That could be just the way the deputies` body cams, they could have turned.

A:  Uh-huh.

Q:  Like before or right after they passed. Okay, that helps a ton. Do you, guys, have any other questions for me?

---

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                              OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* | |
| **Supervisor:** *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* | |
| **Contact:** | **Reference:** *Ca Persons Follow Up* | |

Anything I can help answer?

A:  No. I would just hate to - you know, as shaken up as we all were, you know, we all feel really grateful for the deputies` actions. I would just...

Q:  Sure.

A:  ...hate to see - hate to see something - I - I would ha- with the political climate, I would hate to see something happen to the deputies for...

Q:  I gotcha.

A:  ...for keeping all these kids.

Q:  I understand.

A1: I kind of feel bad for the child that was in the passenger seat.

Q:  Uh-huh.

A:  Yeah, it sucked, yeah. Um, a terrible thing could happen.

Q:  So, if it makes you feel better, like , are you talking about in the passenger seat of the Lexus?

A1: Yes.

Q:  Okay. If it makes you feel better, it was not a child.

A:  It wasn`t?

Q:  It was not, it was an adult.

A:  Just a really small adult?

Q:  Um...

A1: Yep, she looked like a - at least a teenager or something.

_____          _____
Investigator Signature                 Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q:  Uh-uh.

A:  Um, well good, oh, that makes me feel better.

Q:  If it makes you feel better...

A:  Yeah.

Q:  It was not an adult.

A:  Yeah.

Q:  Or it was not a child, I`m sorry.

A:  On that I feel bad. I know you can`t share a lot of information.

Q:  Sure.

A:  That actually does make me feel better. However, that poor woman in the orange, she had a...

Q:  Yes.

A:  ...very young child in the backseat.

Q:  I - yes.

A:  I don`t know about very young, young enough that she was wearing cat ears.

Q:  Okay.

A:  Yeah.

A1: Is that (unintelligible)?

A:  I don`t know.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| Case Status: | *EXCEPTIONALLY CLEARED* | Case Mng Status: | *EXCEPTIONALLY CLEARED* | Occurred: *02/22/2022* |
| Offense: | *OUTSIDE AGENCY ASSIST* | | | |

| | | | |
|---|---|---|---|
| Investigator: | *VERDUGO, CARLY NICOLE*  ... | Date / Time: | *03/22/2022 10:06:52, Tuesday* |
| Supervisor: | *FLORES, CHRISTOPHER R*  (10727) | Supervisor Review Date / Time: | *05/09/2022 10:30:09, Monday* |
| Contact: | | Reference: | *Ca Persons Follow Up* |

Q:  No, (unintelligible).

A:  Yeah.

Q:  Probably young enough to be - to not be in school?

A:  Yeah.

Q:  Or at least if she`s in school, half a day school or something?

A:  Maybe, yeah.

Q:  Okay. Anything else I can answer?

A:  Um, no. If we think of anything though...

Q:  Sure.

A:  ...can we give you a call?

Q:  Absolutely. Let me leave you a card just so you have it around. Sorry for calling and bothering you.

A:  No, your timing was perfect actually. My father-in-law texted me. He`s like, "Hey, somebody is coming to talk." I`m in the middle of a meeting and it ended just in time.

Q:  So, uh, some - one of the other, um, detectives at the sheriff`s office was scrolling through all the Facebook...

A:  Uh-huh.

Q:  ...posts about it. And somehow came up with your father-in-law`s name that maybe he was involved or maybe saw something, um...

A:  I don`t know if he - I...

Q:  So, that`s how we got his name.

A:  Okay.

_____    _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

Q:  Um, so I called you, you didn`t answer, so then I called him maybe wondering - obviously, it`s not a common name. I`ve not heard that last name before so I`m like...

A:  Yeah.

Q:  ...there`s got to be some relation so maybe I`ll just see what they were all in the same car or something.

A:  Yeah. I wondered how...

Q:  So - yes.

A:  ...you got to my father-in-law. Yeah. No, I was talking to my hubby last night and I`m like, "They`re - I wonder if they`re gonna know who I am `cause he`s -" uh, and he just finished what they call a block training or something last week...

Q:  Uh-huh.

A:  ...with a bunch of patrol officers or deputies.

Q:  Sure.

A:  (Unintelligible). Um...

Q:  See, and I work for the PD so I`m used to...

A:  Okay.

Q:  ...cops and officers, not deputies. So.

A:  Okay.

Q:  So, I feel you.

A:  Yeah. Um...

Q:  Okay.

Investigator Signature                                          Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** | *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** | *05/09/2022 10:30:09, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

A:  But yeah, I wonder - I was like religiously scrolling through comments last night to see how stupid people in Pueblo West were gonna to be about this incident. Um...

Q:  It`s pretty fast.

A:  Yeah. Oh my gosh.

Q:  The things people come up with, I`m, "Okay, oh."

A:  Yeah, seriously. And I just - I want to because half the people are calling it a school shooting.

Q:  I know.

A:  And some people were saying, "Well, he was trying to break into cars and officers got him." And like it`s - I`m - but I`m not going to be...

Q:  Sure.

A:  ...drawing attention to myself trying to determine.

Q:  Sure.

A:  It`s not my job.

Q:  Right.

A:  Yeah. But I will absolutely...

Q:  All right, perfect.

A:  Um, absolutely, uh, can you call us for anything else?

Q:  Sure, okay. And same with what I told your sister, take care of yourself if you need help or just to get anything off your chest or whatever, reach out to somebody, okay? All right.

A:  All right.

| | |
|---|---|
| _____ | _____ |
| Investigator Signature | Supervisor Signature |

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:06:52, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:09, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

Q:  Perfect. Thank you.

A:  Thank you so much.

Q:  Sorry for interrupting your day.

A:  No, it`s totally fine.

Q:  Enjoy your snow day.

A:  Oh, yes.

Q:  I`m jealous of you, guys.

A:  Stay safe and warm.

Q:  Thank you.

The transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed_____
  [03/22/2022 10:07, GUSTINC, 1208, PPD]

_____                    _____
Investigator Signature                                          Supervisor Signature

**WARD 000332**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

INTERVIEW WITH ███████████████
Q=Det. Carly Gustin
Q1=Det. Amy Lile
Q2=Dispatch
A=████████████████
A1=(Tommy)


Q:  Hello. I`m Detective Gustin. I`m from the Pueblo Police Department, okay?

A:  Mm-hm.

Q1: My name`s Detective Lile, I work for the Sheriff`s Office. Now, what is your name?

A:  ███████████████

Q1: And how do you spell your first name?

A:  ████████.

Q1: ███████?

A:  Yeah. As in ████████████ and the ████████.

Q1: Hyphenated?

A:  Yes. Well, no, it`s not. It`s just spaced.

Q1: Okay. All right. And then what is your birthday, ████?

A:  ████████.

---

Investigator Signature                                Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q1: Okay. How about a good phone number for you?

A: Area code 209...

Q1: Mm-hm.

A: ███0. Is there any way I can find out - I need - I`m like a nervous wreck. I - I need to know what - if - is my son gone? I need to know that...

Q1: We`re working on that. There`s a lot of different scenes and a lot of different people involved, so we`re trying to...

A: So, you guys...

Q1: ...figure out who`s out there. Um, we`ve got our bosses working on that right now.

A: So, you guys can`t - I don`t understand. A dead or alive child, I mean, he`s my son.

Q1: Right.

A: And not - not a child. I mean, he`s an adult son.

Q1: Sure.

A: I need to know.

Q1: Um, what is your son`s name?

A: Uh, (███ ███ Which one? The one that I was picking up or the one that got - the...

Q1: The one that was with you.

Q: The one that was in the car with you.

A: Yeah. His name is (Richard Ward).

_____
Investigator Signature

_____
Supervisor Signature

**WARD 000334**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

**Investigator:** *VERDUGO, CARLY NICOLE* ...                **Date / Time:** *03/22/2022 10:07:55, Tuesday*

**Supervisor:** *FLORES, CHRISTOPHER R*  (10727) **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday*

**Contact:**                                              **Reference:** *Ca Persons Follow Up*

---

Q1: Richard Ward. Okay.

A: Yeah.

Q1: And you guys were there to pick up (███████ is that...

A: (█████

Q1: (█████

A: (████ █████ His last name`s (██████ Yeah.

Q1: Okay.

A: They always mix it up. Yeah.

Q1: Okay.

A: Mm-hm.

Q1: And is (█████ your son or your grandson?

A: No, he`s my son.

Q1: Okay.

A: He`s, uh, it was his brother, yeah.

Q1: Okay. So, we`re working on figuring out what - what`s the status of (Richard) right now.

A: Oh.

Q: Um, tell us what happened.

A: We just went to go pick my son up and we`re waiting in line and - and - and Richard was getting antsy because he has anxiety and he was...

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q1: Okay.

A: ...antsy when he went - he went out, walked over to the front of the school thinking that ( ▮▮▮ was going to come out sometime. And he had to go to the bathroom, I believe. Is that what he said when he got back. And then we were going to pull around but there`s cars, so we were parked. He - I don`t think he knew that because he just went straight over to the front part of the school and, um, came back out and - and I think he went to the wrong car because I heard him, I - I wasn`t sure. I don`t know the whole story at all, honestly, because I - I - you know, I was just sitting in the passenger seat.

Q1: Okay.

A: And he got in the back - when he kinda came back.

Q1: Okay. What happened when he got back in the car?

A: Um, he was just talking about - he - he had spoken to, like, I think, one of the, uh, school officials, and he was just telling us that he went over there to go to the bathroom and then he - and then, um, I didn`t hear him. He didn`t say the whole story until the cop came, I think.

Q1: Okay.

A: And - or a sheriff I don`t know which. Um, he went to just another car, it wasn`t my car.

Q1: Okay.

A: So, yeah.

Q1: Um...

A: That`s all I know. That`s it. Uh, other than that, yeah.

Q1: Okay. And then you saw that a sheriff deputy showed up or...

A: Yeah. He walked over to the car. He walked over t- to the car.

Q1: Okay.

_____          _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                           OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE*   ...            **Date / Time:** *03/22/2022 10:07:55, Tuesday*
**Supervisor:** *FLORES, CHRISTOPHER R*   *(10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday*
**Contact:**                                           **Reference:** *Ca Persons Follow Up*

---

A:  And I`m not sure what physically (Richie) did because my back was to him.

Q1: Sure.

A:  I call him (Richie). His name`s (Richard), yeah.

Q1: Okay.

A:  Um, so I - and I didn`t really move. I moved, I tried not to but, I - I didn`t see much. I just, I turned around as some things were going down and I was screaming because I was getting scared, you know, I was screaming. He was - like, I just wanted everything to be gone and...

Q1: Sure.

A:  And then the next thing - and next thing you know you hear - I - I mean, (Richie)`s fi- I think (Richie)`s fi- I don`t know if he was fighting or not. I think he was.

Q1: Okay.

A:  I mean I kept glancing back, but I can`t - I saw that cop and then I - I don`t know exact - I know they were both - like both the cops were trying to subdue him, I believe, on the ground. But he had a - I think they were getting his cuff - they had - had his cuffs on.

Q1: Oh, okay.

A:  Yeah, so either they were getting him - them on him or they were on him by the time, um, they - other the - the last altercation happened which was with the gun shots.

Q1: Okay.

A:  So, I don`t know. Oh, man, I`m just so stressed out.

Q1: So, you said that you were in the passenger seat?

A:  Yes.

Q1: Who was driving?

_____                        _____
Investigator Signature                          Supervisor Signature

Page 185
**WARD 000337**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** | *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** | *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** | *05/09/2022 10:30:02, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

A:  My boyfriend, (Tommy). He`s in the next room, I think.

Q1: Okay.

A:  Yeah.

Q1: Um, so, you said that (Richie) walks up to the school and maybe had to go to the bathroom or something?

A:  Right, right.

Q1: And talked to some school officials?

A:  He wanted to wait for - he wanted to see his brother come out...

Q1: Sure.

A:  ...at the school.

Q1: Okay. And then he ends up going to the wrong car and eventually ends up...

A:  He came back out of it.

Q1: ...back in your car?

A:  Yeah. And - and then he walks back over and we see him walking with - with the person who he was talking to from the school, I believe they were asking can I help you or something, I don`t know. Yeah, I...

Q1: Okay.

A:  And then he came over to our car and just got in and started trying to explain to explain things and I - I don`t even know what he said - saying or anything, because he was kind of talking (unintelligible) or something.

Q1: Mm-hm. Okay. So, then the cop or the sheriff`s deputy shows up...

A:  He did. He was - he was asking him just - just general questions.

_____        _____
Investigator Signature                              Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** | *02/22/2022* |

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE*  ...                    **Date / Time:** *03/22/2022 10:07:55, Tuesday*

**Supervisor:** *FLORES, CHRISTOPHER R*  (10727)  **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday*

**Contact:**                                          **Reference:** *Ca Persons Follow Up*

Q1: Sure.

A: You know?

Q1: Okay.

A: And (Richie) just, I don`t know.

Q1: And so you said at one point you turned around when they were - both cops were trying to subdue him?

A: They were subduing him on the ground. Right.

Q1: What - why were they...

A: Well, they pulled him out of the car because I heard it - I heard them pull - I - I don`t know if (Richie) opened the door to talk to them or if he had his window down, I don`t know which one happened, but I know that they pulled him out and said something about I don`t know about a pill, I think.

Q1: Okay. Do you know what that was about?

A: I don`t. I don`t.

Q1: Does he take pills?

A: He has, um, prescriptions.

Q1: Okay. What are they for?

A: Um, no. That`s his personal, that`s like, a HIPAA thing. I don`t feel comfortable discussing that.

Q1: Okay. Is it something that would alter his state of mind?

A: I don`t - I`m not - I don`t know really know for sure.

Q1: Okay.

A: Yeah.

_____                    _____
Investigator Signature                                Supervisor Signature

WARD 000339

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

Q1: Okay. Does he live with you?

A: Because everybody has like a different tolerance and...

Q1: Sure.

A: He couch surfs. So he doesn`t, like, getting - he`s not officially living with me. No.

Q1: Okay.

A: I - I live, actually, with my dad. My - my mom just passed away two years.

Q1: Oh.

A: Two months ago, in September.

Q1: Okay. Um, does he drink a lot? Does he use any type of meth or heroin?

A: Like I said, I - I`m not - I don`t feel comfortable talking about that.

Q1: All right.

A: Right now, especially, because I need to - I need to find out what`s happening with him as well.

Q1: Okay.

A: I mean, I need my questions answered and just feeling - I`m feeling, you know, really - really, really, uh, like I need, like, someone - like some support.

Q1: Okay.

A: My family members (unintelligible) because I need to find out what`s going on with my son.

Q1: Um, we can get you back with family...

A: Um, get over that? Can you get him in there?

| | |
|---|---|
| _____ | _____ |
| Investigator Signature | Supervisor Signature |

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q1:...as soon as we`re done.

A:  Can I go over there? I mean, I need to go there.

Q1:To the school?

A:  `Cause I want to see my son.

Q1:Um, I don`t know. I haven`t been up to the scene.

A:  Okay. I know.

Q1:So, I don`t know...

A:  Okay. I understand.

Q1:I don`t know what the scene looks like up there.

A:  No, he`s not at the scene. My son isn`t, I`m sure. He`s not - he`s...

Q1:I have no idea.

A:  Oh, okay.

Q1:Um, were you able to, like, call your dad...

A:  I haven`t been able to call anyone.

Q1:Anybody?

A:  I - I`ve been completely - like, I was cuffed and I`m - and like I`ve been - yeah, I`m - nothing.

Q1:Oh, okay.

A:  Sorry.

_____                    _____
Investigator Signature                                      Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                             OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | | |

| | | |
|---|---|---|
| **Investigator:** *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

Q1: So, I just kinda just to make sure I understand it correctly, you guys were in the drop-off - or the pick-up line...

A:  Pickup. Yes.

Q1: ...at the school.

A:  Mm-hm.

Q1: Richie had to go to the bathroom or wanted to see his brother...

A:  He wanted to see his brother, too, yeah.

Q1: So, he gets out of the - the car, right?

A:  He walks over to the office.

Q1: And he was in the backseat of your car?

A:  He was in the backseat of my car.

Q1: Okay. And then he goes to the office door and then comes back out, possibly tries to get in the wrong car?

A:  Yeah. I believe.

Q1: And then somebody...

A:  I - I don`t know. That`s what I heard. That`s what...

Q1: Okay.

A:  ...I heard them saying. I don`t know. I didn`t see him do it.

Q1: Okay. And then somebody else comes and talks to him and then he gets back in your car.

A:  Right. Correct.

Q1: And then the sheriff shows up.

---

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

_Pueblo Police Department_                                                           OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| Case Status: _EXCEPTIONALLY CLEARED_ | Case Mng Status: _EXCEPTIONALLY CLEARED_ | Occurred: _02/22/2022_ |
| Offense: _OUTSIDE AGENCY ASSIST_ | | |

| | | |
|---|---|---|
| Investigator: _VERDUGO, CARLY NICOLE_  ... | Date / Time: | _03/22/2022 10:07:55, Tuesday_ |
| Supervisor: _FLORES, CHRISTOPHER R_  (10727) | Supervisor Review Date / Time: | _05/09/2022 10:30:02, Monday_ |
| Contact: | Reference: | _Ca Persons Follow Up_ |

A:  Correct.

Q1: Okay.

Q:  Okay. And then the sheriff shows up, you - you hear something about a pill and then you looked back and you see the sheriff`s deputies trying to subdue him?

A:  I heard it - I heard a commotion, like them pulling him out.

Q1: Okay.

A:  And then I - I don`t know. And then I - then all of a sudden, there`s - I think there`s either one or two other sheriffs. Initially it was just one.

Q1: Sure.

A:  I didn`t see anyone else at that time.

Q1: Yeah. And then more sheriffs showed up?

A:  And then all of a sudden, when - I don`t know what - what was happening, exactly. There was, like I said, um, I remember, they just - I heard them pulling him out and then I just looked back really quick, you know. And, um, I saw him on - my son on the ground and they had - they had him turned over and told him do not, you know, resist or whatever.

Q1: Mm-hm.

A:  And, um, they were putting cuffs on him. They had two of them - at least two. I don`t - I thought I saw a third one but I`m not positive.

Q1: And then, um, there was a point where you said, and maybe I heard it wrong, I thought you said you were screaming?

A:  I was screaming. I was screaming.

Q1: What were you screaming?

Investigator Signature                                      Supervisor Signature

**WARD 000343**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

_Pueblo Police Department_                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** _EXCEPTIONALLY CLEARED_    **Case Mng Status:** _EXCEPTIONALLY CLEARED_    **Occurred:** _02/22/2022_

**Offense:** _OUTSIDE AGENCY ASSIST_

**Investigator:** _VERDUGO, CARLY NICOLE_    ...    **Date / Time:** _03/22/2022 10:07:55, Tuesday_

**Supervisor:** _FLORES, CHRISTOPHER R_    (10727)    **Supervisor Review Date / Time:** _05/09/2022 10:30:02, Monday_

**Contact:**    **Reference:** _Ca Persons Follow Up_

---

A:  I was like, no, no, you know, like, no, not - you know, like, because I heard shots and I was like, no, no. I - and then - and then my boyfriend calmed me down because I thought that it was - he was tased.

Q1: Okay.

A:  So, I was like, God, please be tased, you know, please be tased, but I - I was in shock - I was like, yeah. Yeah. I was just screaming my head off, just, you know, and then I didn`t want to make the situation worse, so everyone calmed down, you know, we - we - they - the cops needed - everybody needed to focus. I don`t - I don`t know what - I just don`t know what that ha- what happened. If he was cuffed, I don`t know how it - how it got by to that. That`s all. And then I don`t know why, I don`t know whether he`s a lot, you know, I - I know he was probably shot, at least, I don`t know if I heard three or five. Like, I heard pow, pow...

Q1: Okay.

A:  Yeah. Like, because he - it went kind of a pause and then like two more, I think. But I`m not positive. I can`t believe I was - `cause I was - I was already in shock for - I just - from the first one, I was like, no.

Q1: Yeah.

A:  Oh, yeah.

Q1: So, I know you don`t want to get into his medication or anything, um, but, I - I mean, it`s important to know if...

A:  It`s important to know if my son`s dead or alive right now, too. I - I`m...

Q1: I understand and we`re working on it.

A:  I`m sorry. I`m not trying to...

Q1: That`s okay.

A:  I know you guys have a job and I don`t want to impede your investigation at all.

Q1: Sure.

---

Investigator Signature                                    Supervisor Signature

**WARD 000344**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* |   **Occurred:**  *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

A: It`s not what...

Q1: And I understand. I understand your concern and your frustration.

A: It`s just - I wanna be with him, if he needed me.

Q1: Sure.

A: I don`t want him to be alone if he`s, you know, if he`s in critical condition, I need - he...

Q1: Sure.

A: ...needs me with him. Or, I don`t - I want him (unintelligible).

Q1: Is it something that we would be able to tell the doctors? Is there something that he took and, you know, if it`s something that he`s not allowed to have or something that`s not his?

A: No, no.

Q1: You know...

A: I don`t think so. I - I - I can tell you that for sure because he`s 32.

Q1: Yeah.

A: And so, I - I don`t know for sure. But I - he has prescriptions. I know that. So, I - I - it`s not - it wasn`t illegal substance that I - that I believe.

Q1: Okay. Okay. Um, you said he has really bad anxiety. Does he suffer from anything else?

A: Probably everything. He - he`s got a lot -of mental health issues, a lot.

Q1: Okay. Um, has he always or is this something that`s been diagnosed since he`s been an adult?

A: Um, he...

Q1: Do you know?

_____
Investigator Signature

_____
Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

A:  He - he didn't have a diagnosis as a kid.

Q1: Sure.

A:  To me, he's always exhibited a lot of symptoms, but...

Q1: So, no official diagnosis...

A:  Right. Right, right.

Q1: ...as a kid but you kind of suspect it?

A:  Yeah.

Q1: Maybe suspected something?

A:  Yeah, yeah, yeah. Yeah. He has (unintelligible). Yeah.

Q1: And what did you suspect when he was a...

A:  Just he - he was - he's having a hard time communicating and coping and stuff.

Q1: Okay.

A:  Yeah.

Q1: Um, so...

A:  At, like, 9-years-old, I remember he'd like stopped wanted to like really hug me. And I was just like, what's going on? You know, what's - what's - wrong? Like I could tell that he has some issues and he never wanted, like, he always wanted to be with friends and didn't want to be with family and stuff like that. And that was just, I don't know, I guess...

Q1: So, is it fair to say he's kind of have been closed off? Kinda keeps things to himself a lot?

A:  Um, as - yeah. As a little - as a kid, I mean, he - he wants to be close to his family. He's not - no, he's not - he

---

Investigator Signature                                   Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *VERDUGO, CARLY NICOLE*     ...          **Date / Time:** *03/22/2022 10:07:55, Tuesday*

**Supervisor:** *FLORES, CHRISTOPHER R*     *(10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday*

**Contact:**          **Reference:** *Ca Persons Follow Up*

---

- he`s living - yeah. No, he`s not. I don`t believe he`s closed off.

Q1: Well...

A:  He wants to be close, but he was...

Q1: Okay. But as far as like his emotional state, did he kind of keep that to himself or...

A:  Yeah. Yeah. His emotional state is probably...

Q1: Yeah. That`s what I mean.

A:  Yeah.

Q1: I`m sorry. And you - I know you said he doesn`t live with you. He kind of couch surfs?

A:  Yeah.

Q1: Um, how did you guys, like, kind of meet today or get together today?

A:  Well, he was there, today.

Q1: He was at...

A:  Yeah. Yeah.

Q1: Your - your house...

A:  Yeah, he was...

Q1: ...with your dad?

A:  Yeah.

Q1: Okay.

A:  Uh-huh.

Investigator Signature          Supervisor Signature

**WARD 000347**

**CASE SUPPLEMENTAL REPORT**                    Printed: 03/23/2023  14:52

*Pueblo Police Department*                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q1: Did he stay the night there last night?

A:  Yeah, he did.

Q1: Okay. So, did he come over at some point yesterday or has he been kind of staying the last few days?

A:  He`s - yeah, he - he stays off and on. He - he`s been - staying, there`s no concrete time - amount of time he`s - he`s been staying a couple of days...

Q1: Right. So, he`ll stay for a few days and then leave...

A:  Yeah.

Q1: ...for a few days then come back?

A:  Yeah.

Q1: Okay. Um, and, ▮▮▮▮ where is it that you guys live?

A:  In Pueblo West.

Q1: What`s the address?

A: ▮▮▮▮▮▮▮▮▮▮▮▮

Q1: Okay. Is that a house or an apartment...

A:  It is a house. 81007. Something like that.

Q1: Okay. And so, you live there. (Richie) kinda comes and goes and you - your dad lives there and then (▮▮▮ and does (Tommy) live there?

A:  Yeah. (Tommy) lives there, too. And then my daughter, ▮▮▮▮.

Q1: Your daughter, ▮▮▮▮?

---

Investigator Signature                              Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                     OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

A:  Yeah. I have a total of four children, but...

Q1: Okay.

A:  ...two of them...

Q1: How old is ███? 

A:  She`s 11.

Q1: Okay. And does she go to the same school?

A:  She goes to the...

Q:  At elementary?

A:  Elementary one.

Q1: Oh, okay. And how old is ███

A:  He`s 13.

Q1: Thirteen. Okay. Um, (unintelligible). Um, I don`t have any other questions for me. Um, gonna step our real quick and I`ll be right back.

Q:  Okay. Um...

A:  So, you - you don`t have any, like a - like an estimated time when - when I might find out?

Q:  As soon as we`re done here, um, we can get you guys out of here. Our sergeants, so these cases are always hard because they have to involve both agencies so we have to coordinate between our agency and their agency. Um, so...

A:  Which is what? The Sheriff and the...

Q:  And the PD. So, it can`t be just my boss that makes the decision. It has to be my boss and her boss that makes the decision. Does that make sense? So, it takes forever.

_____            _____
Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE*    ...    **Date / Time:** *03/22/2022 10:07:55, Tuesday*

**Supervisor:** *FLORES, CHRISTOPHER R*    (10727) **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

A: Oh, because there`s a constant coordination going on. Yeah. Uh-huh.

Q: So that`s what we`re...

A: I just don`t feel like the results of - of whether he`s alive or dead would take forever. I need to know.

Q: Sure. I understand that.

A: Because I just feel like I have a right to know?

Q: I completely understand that and I agree with you. Um, I haven`t been up to the scene yet, though, so I`m not sure, um. I`ve been down here this whole time. Um, and I know the guys up at the scene are working the scene, so they`re busy.

A: Right.

Q: But that`s what our bosses are working on right now is trying to find an answer.

A: Do - don`t - don`t, um, the cop that the - the sheriffs or whatever, I don`t know which kind, do you know what - which part, was it like police department - a police - cop - police officer or sheriff...

Q: A sheriff.

A: Oh, it was a sheriff.

Q: Yep. The sheriffs have the jurisdiction of Pueblo West.

A: Oh, okay. Yeah.

Q: Yup.

A: Yeah. I - I actually live a couple - couple, um, blocks from, uh, the Sheriff`s Office, so.

Q: Oh, do - from the (Circle Hub) and...

A: And, yeah, and Fire Department. Mm-hm.

---

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                  OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

Q:  Oh, okay.

A:  Yeah.

Q:  All right.

A:  I just didn`t know sometimes if you guys send other, like, the other agency, like either here or the - the City here or, or like - I don`t know. A state, you know - cop, police officer or something. I didn`t know who - who might have been there. I didn`t know.

Q:  Oh.

A:  Because I know the sheriffs are, are obviously, you know, always, um, because you always see the sheriff.

Q:  Right.

A:  Hmm.

Q:  Yeah.

Q1: I`m gonna just be completely honest with you, okay?

A:  Do I - (unintelligible) my boyfriend? I - I - I need - I - I need - I need some support, I just - I don`t...

Q1: Do you want us to call somebody?

A:  I - I want my boyfriend in here. Can - can - can...

Q1: I think he was in the other room.

Q:  Yeah.

A:  I`m sorry. His name is (Tommy). Thank you.

Q:  Are you (Tommy)? (Unintelligible).

_____                    _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A1: Yes. All (unintelligible).

Q2: (Unintelligible).

Q:  Over here. Hello.

A:  Hi.

Q1: Hi, (Tommy). You can go ahead and have a seat in that chair if you can. Just so, you know, typically, um, it`s not our position to do this but because you`ve been asking, we are going to go ahead and let you know that your son did not survive.

A:  No. No. No.

A1: (Unintelligible).

A:  (Unintelligible).

A1: Okay, okay, okay. Okay. We need to get (unintelligible). Yeah, we`re - we`re gonna get (unintelligible). We`re gonna - we`re gonna pursue this case, honey. This is (unintelligible).

A:  Okay, baby. You know we - I don - I don`t wanna talk about this right now. I just - this is not - no...

A1: Okay. Fine.

A:  It`s not necessary.

A1: I`m sorry.

Q1: Do you need anything?

A:  I need to see my dad, right - I - I have to talk to my brother and my - my (unintelligible). Oh, my God. This can`t be. Not my baby. I can`t believe it. He`s (unintelligible). No.

A1: Stop. It`s okay. I know.

A:  You need to call your mom. I`m so fucking pissed.

_____          _____
Investigator Signature                                    Supervisor Signature

**WARD 000352**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* | ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* | *(10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | | **Reference:** *Ca Persons Follow Up* |

A1: I know.

A:  This can`t be. No.

A1: I know. I know.

A:  I just can`t do this. I can`t fucking do this. I swear to God. No. And my mom just passed two months ago.

A1: I know (unintelligible). I know. I know. (Unintelligible).

A:  I know. I know, hun. I - I`m just...

A1: Yeah, I wish we could have done something (unintelligible).

A:  I don`t - I don`t, I don`t, I don`t wanna - I don`t want to - I`m just (unintelligible).

A1: They got to (unintelligible) if they`re riding back (unintelligible).

A:  I know. I - I know (unintelligible).

A1: All right.

A:  I think they called dad and, oh, my God, he`s gonna - I don`t know where the car is. I mean, like...

A1: Yeah, I don`t believe...

A:  He can`t be gone. I just - this is not...

A1: I should have - in one minute (unintelligible)...

A:  Do you have a - you - you don`t have a phone.

A1: No. No, the phone`s out back. (Unintelligible).

A:  Mm-hm.

_____                    _____
Investigator Signature                                      Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                              OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A1:I - yeah, I wasn`t expecting (unintelligible) shit storm but...

A:  Do you know like details like - like anything about that - like it wasn`t any (unintelligible) if it was...

Q1:I didn`t (unintelligible) we don`t know that...

A:  How - how long until I...

Q1:...until autopsy.

Q:  No, the Coroner`s Office will conduct an autopsy at some point and then they`ll, um, the coroner will prepare a report.

A:  And so, am I allowed to just - I mean, I don`t know if I can, but...

A1:I`m not...

A:  Am I allowed to see him?

A1:Yeah, I don`t think - I`m trying to just find out like, uh, I`ve - are you guys able to...

A:  (Unintelligible).

A1:...everything in your power to get, like, uh, the officer`s, uh, that shot, uh, the sergeant shots fired, uh, his name and - and deputy number or whatever for me, how that`s several times I haven`t been able to acquire it. So I`m, uh you know, I`m trying to...

Q:  At - at this time, we can`t release that information.

A1:Oh, okay. Okay.

Q:  But that is information that will be available at some point, in this investigation...

a1: And will we be able to figure out, like - uh, will we be able to...

A:  Someone will...

_____                          _____
Investigator Signature                               Supervisor Signature

WARD 000354

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                     OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *VERDUGO, CARLY NICOLE*    ...    **Date / Time:** *03/22/2022 10:07:55, Tuesday*
**Supervisor:** *FLORES, CHRISTOPHER R*    *(10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday*
**Contact:**    **Reference:** *Ca Persons Follow Up*

A1: Will we be told what exactly happened or the reason that he got shot five times or?

Q1: At some point, we will have to do our full investigation and...

A1: Oh, okay.

Q1: And...

A1: And then...

Q1: And to be honest, it takes a while but after that, then yes.

A1: All right. Well, and then - and then (unintelligible). And I guess you`re not answering (unintelligible). I don`t know (unintelligible) it`s driving me crazy, man. It`s fucked up (unintelligible).

A:  I - I don`t wanna talk about it. I just - yeah.

A1: I know it (unintelligible)...

A:  I - like all I want to do is (unintelligible) honestly and I`m (unintelligible), I need to talk to my dad and I have to make a call. Do - do you know if - if they got hold of my dad and - and did - he picked up my son, ( ██████ but we were there to pick him up and then didn`t know what happened...

Q1: Okay. Do you know your dad`s phone number?

A:  He`s - his phone number is ██████████. But he might be on his way here. I just want to know, I think, because I asked him to come to pick me up.

Q1: You said ██████████?

A:  Yes.

Q1: Is that like a cellphone...

A:  It`s a home - it`s 719, sorry.

Q1: I got ya.

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE* ... | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R* (10727) | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  Uh, mine`s still (unintelligible). I just can`t believe it. I`m still in shock. I just can`t believe this happened.

A1: (Unintelligible).

AI: Hello, please leave a message on the tone.

Q1: Did you want to leave him...

A:  Dad...

Q1: Oh, I can - it`s all right. I`ll - I`ll...

Q:  Is there another number that wouldn`t be the home number?

A:  (Unintelligible). My cell`s - my cellphone`s in the car. Do you have the keys?

A1: No. No, they have all the keys.

A:  I don`t...

A1: Yeah, so.

A:  I know (unintelligible).

A1: (Unintelligible). I`m assuming when I go out in the waiting room they`ll give it back to me out there at there in the (unintelligible).

A:  Yeah, he (unintelligible).

AI: Hello, please leave a message after the tone.

Q1: You can leave a message.

A:  Oh, I - dad?

Q1: You can leave a message...

---

Investigator Signature                                            Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                      OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

**Investigator:** *VERDUGO, CARLY NICOLE*   ...                         **Date / Time:** *03/22/2022 10:07:55, Tuesday*
**Supervisor:** *FLORES, CHRISTOPHER R*   *(10727)* **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday*
**Contact:**                                                       **Reference:** *Ca Persons Follow Up*

A:  Hey, dad, it`s me. I really need you to - to, um, come down to - I don`t know it`s Pueblo...

Q1: Sheriff`s Office.

A:  ...Sheriff`s Office, please.

Q1: Just tell him to call that number back. Yeah, it`s 920 North Main.

A:  920 North Main, please just call me. It`s really, really - it`s an - I really need you to be here right now. Bye.

Q1: Mm-hm.

A:  Oh, God.

Q1: ▇▇▇ we can give you and (Tommy) a little bit of time. Is there any questions that you have for us?

A:  Just other than, um, (unintelligible) like what`s happening?

Q1: So...

A:  What - what happened, you know? Like what - what happened, exactly? I know what I know. But my - my perception was but what happened with - I mean, if he was already in cuff - cuffs, I just - I know you guys aren`t allowed - aren`t allowed to talk about it because you guys don`t know, but how long before I find out?

Q1: It - it can be a while. Um, when something like this happens, there`s several agencies involved. The Police Department, the State Patrol, the Colorado Bureau of Investigation, the District Attorney`s Office. We haven`t, um, you know, it will take a few days to be - for us to be able to talk to the officer. So, it - it could, um, it could be...

A:  But they will have the report, you know, for me too?

Q1: Yeah. Oh, yeah. And, um, Detective Gustin got your phone number and, um, we`ll keep in touch - and I`ll keep in touch with you about setting up everything.

A:  Okay. I appreciate you.

A1: And we`ll receive a - we`ll - will we, uh, receive a copy of the, uh, uh, body cam eventually or do you

_____                    _____
Investigator Signature                                        Supervisor Signature

WARD 000357

**CASE SUPPLEMENTAL REPORT**                      Printed: 03/23/2023  14:52

*Pueblo Police Department*                                           OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *VERDUGO, CARLY NICOLE    ...* | **Date / Time:** *03/22/2022 10:07:55, Tuesday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:30:02, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

know...

Q1: That`s something that they don`t know - that can - that you`ll be allowed to view...

A1: Okay.

Q1: Yeah. I mean that`ll get sent...

A1: All right. I just wanted - I think I understood that (unintelligible).

Q1: If you don`t have any other questions for us right now, we`re going to step out and just leave. And if your dad calls back, um, I`ll...

A: Oh, I don`t...

Q1: Yeah. I`ll - I`ll come right back in, okay?

Q: Do you need anything?

A: I don`t...

Q: You got water right there.

A: Thank you.

Q: Mm-hm.


The transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed_____

_____                    _____
Investigator Signature                                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *PRADO, CHRISTOPHER JOSEPH...*    **Date / Time:** *03/25/2022 10:16:53, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R*    *(10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:29:56, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

On March 24, 2022, I, Det. Christopher Prado, retrieved a smartphone from the Property & Evidence Section of the Pueblo Police Department. Det. Medina requested I execute a signed search warrant on one Motorola smartphone with a pink/black daisy case. I removed the SIM card from the device and found it had no battery life left. I attached the phone to a power source and resumed analysis of the device on 03/25/2022.

On 03/25/2022, I turned the phone on and placed it into Airplane Mode. I re-inserted the UICC/SIM card and found the device was locked by a passcode. I was unable to unlock the device using multiple attempts to guess the passcode and no unlock capability for the device was present in Cellebrite UFED 4PC v. 7.53.0.24. I used Cellebrite to instead analyze only the UICC/SIM card and created a report of the extracted data using Cellebrite Physical Analyzer v. 7.43.0.29. The report only yielded the IMSI: ███████████ belonged to the device, and the MSISDN: ███████████ was assigned to the UICC/SIM card. I attached the report to this case and provided Det. Medina with the report.

I returned the phone to Property & Evidence and retrieved another phone related to this incident, which was a blue Samsung Galaxy A10e with the IMEI: ███████████. Det. Medina had already given me a signed search warrant for the device. I removed the UICC/SIM card and found the phone had sufficient battery life for analysis. Again, Cellebrite was unable to unlock the phone for analysis, which was protected by a pattern lock. I processed only the UICC/SIM card, which provided the information that the MSISDN: ███████████ belonged to the card. I created a report of the retrieved data, attached it to this case, and provided the report to Det. Medina.

I transferred both reports to a thumb drive, which I then tagged into evidence. I returned the device to Property & Evidence. Dispatch advised the Pueblo Police Department had no local call history with either of the two MSISDNs.

There is no further information at this time.
[03/25/2022 10:16, PRADOC, 1213, PPD]

Investigator Signature                                    Supervisor Signature

**WARD 000359**

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

---

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* | |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | | |

---

| | |
|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

---

INTERVIEW WITH CASSANDRA GONZALES
Q=(Kevin Koback)
Q1=Woman
Q2=Det. (Jose Medina)
A=Cassandra Gonzales


Q:  Form this (unintelligible)?

A:  Yeah. (Unintelligible), but, like, we`ll first learn some things on the basis of...

Q1: No. It`s not spring.

Q2: Okay, good?

A:  Yeah.

Q2: Good. Hey, do you need water?

A:  No.

Q2: You got some?

Q:  All right.

A:  Just you guys?

Q2: It`s just us.

A:  Okay. And I thought...

Q:  Do you want - do you want somebody else in here?

A:  No. I just thought there was going to be like, you know, it`s hot, it`s on TV, its news and...

Q2: Like a panel or something?

---

Investigator Signature                                     Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

OCA: **22003487**

| | | |
|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* | |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* | |
| **Contact:** | **Reference:** *Ca Persons Follow Up* | |

A: Yeah. Like all these people.

Q: That`s my card, Cassandra.

A: Thank you.

Q: And I`m gonna just introduce myself on the - on the record too, but she...

Q2: All right.

Q: ...I know she knows you. And I`m (Kevin Koback). I`m the (CDI), just so you know who I am.

Q2: Cassandra, for the record why don`t you identify yourself, your agency and how long have you been with it?

A: Sorry, hold on. Let me just - um, my name is Cassandra Gonzales. I`ve been with the agency since, uh, 2014.

Q2: Okay. Detective (Jose Medina), Pueblo Police Department, uh, I`ve been with the agency 11 years, so. All right, Cassandra, so can you - you guys wanna go to the other side of the table?

Q: (Unintelligible) for the recording?

Q2: Yep.

A: No, with the (unintelligible)...

Q: Where do you want me, (Jose)?

Q2: Yeah.

A: Do I go down there or I stay?

Q: Yeah - no, come over here.

A: Okay?

Q2: There`s the (unintelligible) we`ll just move...

_____

Investigator Signature

_____

Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L   (1461)*     **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R   (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**     **Reference:** *Ca Persons Follow Up*

Q:  Yeah.

Q2:...(unintelligible).

A:  Okay.

Q2: So Cassandra, obviously I know you - you started off in detention. Um, how long you`ve been on patrol?

A:  Since - let`s see, 2018.

Q2: Okay. So now that you`re on patrol, do you have a Delta number or what - how you`re...

A:  Delta 48.

Q2: Delta 48 is your identification?

A:  Yes.

Q2: What about the card number?

A:  Uh, Unit 378.

Q2: Okay. So we are here because of the incident that took place at that school.

A:  Mm-hm.

Q2: On that day, can you tell me how you got that call and how everything kind of just unraveled, if you can, just kind of go on order from start to finish?

A:  Okay. So COM notified us there was - uh, well, myself and Deputy (McQuarter) who is my cover partner, um, that there was a suspicious male at LPI, um, and that he was...

Q:  Can you tell me what LPI is, just because I don`t work in Pueblo?

A:  Um, I mean, its elementary school. What it stands, Liberty Point International.

Q:  Okay, thank you. I didn`t mean to cut you off.

_____   _____
Investigator Signature      Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

A:  No, it`s okay. Um, so we responded to LPI on a - a suspicious male. Um, they said that he was checking like car doors and that he may have gotten into somebody`s car. And this is all obviously prior to my arrival, that`s what dispatch told us. Um, and then it said something that - I don`t know if it was a school attendant or somebody that works at the school had told him to - to vacate the premises and he did not. So upon our arrival, like, dep- my partner goes up there first. Um, he had called out that the - the guy was in a white car, um, and so he was making contact with a male who was sitting in the back passenger seat.

Q:  Who is your partner?

A:  Deputy (McQuarter).

Q:  Can you say his full name?

A:  (C.T. McQuarter). I`m not sure what (C.T.) - abbreviation and all, but...

Q:  Okay.

A:  Um, so he was making contact with him, pretty much asking to him what was going on. Um, the first thing I - I noticed was the guy`s skin color. Um, it was like a pinkish, like red tint, like - not like a sunburn, but like a pink, like a - (unintelligible) house paint, they have like a tint to them because of the paint that they smell. Um, so it was all over his face, all over his hands. Um, that was the first thing that caught my attention about the guy. He was wearing a red shirt, a - a black hat, white shoes and dark-colored clothing.

Q:  Go on.

A:  So his speech was very, uh, like fast. He was fidgety. Um, his pupils were not normal-sized pupils. I mean, he to me looked under the influence of something. Um, so my partner is asking these questions. He`s going through his chain of events, um, and I pull up my notebook and pen so to ready to get his name, um, so that we could run him since we`re making contact with him. Um, and my partner was asking him, uh, if he was under the influence, to which he replied "No," like very quick. Um, and then he asked him if he had an ID. So - look, I - excuse me, so I started like patting down this person. And my partner asked him if he had any weapons. And he hesitated and he was like, "Uh". So my partner asked him again, "Do you got any weapons?" And he`s like, "Oh, I don`t think so." Of course, like you don`t think so. But in that process he`s patting himself down. Um, I think at one point he pulled out some lighters. But then he opened his coat and kind of like - like opened his coat, so he was sitting this way and we were right here. And he kind of went like that and opened his coat. And (McQuarter) grabbed him and tried to take him down, pull him out of the car. And I was telling him "Down - down - down." Um, and then he was

---

Investigator Signature                    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* |

**Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*     **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**     **Reference:** *Ca Persons Follow Up*

---

refusing verbal orders. Um, I was telling him to put his hands behind his back. Uh, he was refusing. He was struggling - I mean, he was putting up a - a good - uh, not a fight, but he was not being compliant. He was resisting. He wasn`t following any verbal directions. Um, at one point he grabbed my partner`s - um, like, uh, his belt and - but he wasn`t letting go. Um, still a bunch of verbal orders to - to stop - stop resisting. Um, at point I grabbed one of his legs and I applied a tibial pressure point. Um, and I applied on one - one on my knee, I applied pressure on the tibial and I tried to grab his other leg or which two I grabbed the tibial on that with my thumb. I`m just trying to tell him to stop, try to get him at least somewhat under control, because he was just (wirey), he was all over the place. Um, at one point (McQuarter)`s voice changed, like - I don`t know how to explain it, but it was - his voice was shaky and it sounded like he couldn`t - like his airway was like not muffled, but, I mean, you can just hear I guess the fear in his - in his voice when he was telling him - I don`t know if he was saying to let go or stop. But he was saying something, but it was muffled and I know it was his voice, because the other guy was like yelping or I don`t know what he was doing. But it was just, like, a very uneasy feeling to hear that from your partner, you know, that sound of like, you know he was scared. I was scared for him. And then before you know it, I heard a few pops and (McQuarter) has taken a - like, I guess a stance back and I call that shots fired. And I have - still have the - the male on the floor on his leg and I`m keeping him down, because at that point we don`t know what else, like, we don`t know if he`s still - if he`s armed or if he`s going to continue to fight, you know. Um, the door was open still. Um, so I wanted to get a clear shot, because we don`t know - those people in the car, we don`t know any information about anybody at this point. So still telling him not to move, um, he turns on his back and I don`t - I don`t know who shuts the door. The door shut. I am stepping back and I`m just focused on ultimately watching to make sure nobody messes with this, because now we have a crime scene, right. So - um, and then everyone starts showing up. And we check ourselves to make sure we don`t have any - um, if we are not bleeding anywhere. Um, (McQuarter) lifts up the guy`s shirt and then it was like that`s chaotic. Everyone starts showing up. Um, people were picking up their kids from - there I remember seeing a few, uh, people that - that were there to pick up their kids, but they ended up coming and helping us, um, secure the - the crime scene. A f- fire - I stood with the male - deceased male and until fire comes and does their assessment. And then I don`t remember who covered me, but somebody tapped me up and I went to go look for evidence tape. And I didn`t have any, so I went to another deputy who had some and then I handed it over to, uh, some - a PD detective I think. And then - uh, and I was transported to Parkview.

Q2: Okay. Was he - was this male saying anything while you guys were struggling with him on the ground? Do you remember anything specific?

A: Not struggling on the ground, no.

Q2: Um, so when there is a struggle on the ground, can you - do you know - you said at one point he has your partner`s...

---

Investigator Signature

Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                     OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L   (1461)*                **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R   (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**                                             **Reference:** *Ca Persons Follow Up*

---

A: Duty belt.

Q2: ...duty belt?

A: Mm-hm.

Q2: What did you see at - at that point, like, wh- where was his hands...

A: So...

Q2: ...what was he doing?

A: So - and it - it kinda happened like so, so fast. But - so he grabs his belt and - `cause we - it - and then we kind of like flux - and I know that (McQuarter) went on his side, but at that time I didn`t know like - `cause everything was happening so fast, you know. Um, and then I know he went like this. But at that point too, he had this - I don`t know, it looked like a bruise that he didn`t have when he got there on his face. And then - so he`s like this, like, trying to protect his gun, and that guy just still has - has his belt. And I don`t know, like, what was going on, on this other side, because I was focused in on his other hand placement and then him not complying at all. I mean I - that tibial, um, pressure point, it makes for a bad day for somebody, because it hurts. I mean, it doesn`t look very aggressive, but you could do it to yourself and it hurts. So a knee to it is typically enough to subdue somebody to get them to comply with you, you know, at least for them to put their hands behind the back. But he was not - he was not complying at all. He - I mean it was - I`ve never seen that tibial not work on somebody.

Q2: Okay.

Q: Can I follow up on one of the - you just said that he was trying to protect his gun. You`re talking about, uh, Deputy (McQuarter). He had - and he was using his elbow to lock. You made a motion like he was locking down his...

A: Yeah, like...

Q: ...firearm?

A: ...he was like this.

Q: Okay. And so - and - and do you know - so the - the, uh, the guy that was fighting with him, the suspect.

---

Investigator Signature                                        Supervisor Signature

**WARD 000365**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

_Pueblo Police Department_                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** _EXCEPTIONALLY CLEARED_    **Case Mng Status:** _EXCEPTIONALLY CLEARED_    **Occurred:** _02/22/2022_

**Offense:** _OUTSIDE AGENCY ASSIST_

**Investigator:** _MEDINA, JOSE L    (1461)_                  **Date / Time:** _03/25/2022 11:16:18, Friday_

**Supervisor:** _FLORES, CHRISTOPHER R    (10727)_  **Supervisor Review Date / Time:** _05/09/2022 10:29:47, Monday_

**Contact:**                                                  **Reference:** _Ca Persons Follow Up_

---

A:  Mm-hm.

Q:  Where were his hands? You said they were on his belt, but specifically where are they on his belt?

A:  The one of them I couldn`t see for sure, but I know one of them was like...

Q:  Would it help you to dem- if I stood and - and you can - I - I`m wearing a firearm, is Deputy (McQuarter) right-handed or left-handed, do you know?

A:  Um, right.

Q:  Okay. So I`m not wearing a duty belt, but if I stood up and you showed me how he was grabbing his belt, would that help you?

A:  I don`t know the other side. All I see...

Q:  So first of all, is - is the suspect on top of him? Or is he - you know, who is kinda on the bottom...

A:  I would say...

Q:  ...or the - and can you describe that to me?

A:  They were both on the side.

Q:  So they`re laying on their sides on the ground?

A:  Mm-hm.

Q:  They`re not on their feet?

A:  Well, no, because when he - when he - look, the car right there, right. So when he`s trying to pull him out and he`s - uh, pull him out, I`m on - I`m on this side and he`s on the other side. I`m pulling him down. Uh, he`s not - I mean, he`s not even complying at that - he`s not even getting on the ground. So I`m telling him, "Down - down - down - down." And then he turns, the gu- the bad guy, kind of turns and they are - the fight was on, like, he was like - I don`t know how to explain it. They were on their sides, because in that one point he was - uh, like, I know (McQuarter)`s head went down...

Investigator Signature                                    Supervisor Signature

**WARD 000366**

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

---

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* | |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | | |

---

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* | |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* | |
| **Contact:** | **Reference:** *Ca Persons Follow Up* | |

---

Q:  So...

A:  ...at one point.

Q:  ...at the point when you said Deputy (McQuarter) is trying to protect his firearm, like, he - he is taught in training.

A:  Mm-hm.

Q:  Um, you guys probably practiced on the range, I would imagine, uh, firearms retention. He is pushing down with his elbow. Is his elbow down at the ground or is it up in the air?

A:  It`s - uh, it is close to the ground, `cause it - I mean like I said, it happened so fast...

Q:  So is the - is the gun...

A:  ...so like in - in the motion there is...

Q:  ...is his gun side down...

A:  ...(unintelligible).

Q:  ...or his gun side up?

A:  Gun side is down.

Q:  So his gun side is down, okay.

A:  So they`re falling this way.

Q:  Can you see the gun?

A:  No.

Q:  You just see him...

A:  I just see them the...

---

_____
Investigator Signature

_____
Supervisor Signature

WARD 000367

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q:  ...and you see him pushing?

A:  Getting down to your core like that.

Q:  Okay. And - so you can`t see...

A:  I can`t see that side. All I see is this guy and he had - he was like that.

Q:  Okay. So where is he grabbing on his belt, on the sides, in the front...

A:  He - I mean...

Q:  ...in the back?

A:  I mean, I would say like - like right here.

Q:  Okay, so if...

A:  Like it was at this far, just...

Q:  ...I wear my firearm on the side, wo- would you say that his - uh, and just be as specific as you can.

A:  Yeah.

Q:  Is it - were his hands on his holster or it was on - on his firearm?

A:  No. It - it was not - I don`t - because this - this hand was like right here.

Q:  Okay.

A:  So - and I don`t know - I just know (McQuarter) went like this.

Q:  Do you know what (McQuarter) wears right here?

A:  No, I have no idea.

_____                    _____
Investigator Signature                                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                            OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                   **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**                                          **Reference:** *Ca Persons Follow Up*

---

Q:  Okay. Where do you wear them?

A:  I would - well, it depends. I have - I have a little...

Q:  I know. I have a little waist too.

A:  ...very little room, so right here. So my cuffs are here, my phone is here, my mace is here, my gun is here, my - uh, let me get shot in you - my tourniquet`s here, uh, my flashlight, my radio, my taser, my mask.

Q:  Okay. So he could have got poten- you don`t know what (McQuarter) had, but he may have had another weapon there...

A:  Oh, yeah.

Q:  ...such as a taser?

A:  Yeah. Well, `cause he`s not...

Q:  Okay.

A:  ...he`s not any bigger than I am. So I`m sure he doesn`t have much room on his belt.

Q:  Okay.

A:  So, I mean, it`s kinda hard and we have to - our belts are like suffocated with stuff, because we don`t have an extra space.

Q2: So it`s hard to say what he was grabbing, but he was his belt, pulling and tugging, and...

A:  Yeah. And then like it - this happened so fast, so it`s kinda hard to like...

Q2: Right, very fluid moment...

A:  Yeah.

Q2: ...situation.

---

_____                    _____
Investigator Signature                                      Supervisor Signature

WARD 000369

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  You just, like, we remember like key things, you know, like...

Q2: Did...

Q:  What - what is the key thing you remembering?

A:  For me, it would be the sound of (McQuarter)`s voice right before, uh, the fire came...

Q:  And I think you previously said you could hear fear?

A:  Yeah - yeah. I mean...

Q:  So his voice changed to you?

A:  Yeah. It was very, uh, like - you know, like, your normal voice is kind of deep and when you are scared, you shake and it goes up octaves. I don`t know how to explain it. It`s like a - it`s bone chilling kind of...

Q2: And did you say his voi- because of the sound of his voice, the fear caused you to kinda...

A:  That was...

Q2: ...feel for him, have some fear?

A:  Yeah, I was - yeah, I was - at that point I didn`t know - like I knew - at first, I thought, okay, we`ll just use force, but hearing that from him, it was like, no, okay, `cause this is a lot more serious than what it is, because you know - you know you`re - you`re so caught up in the moment that you don`t see the totality of the circumstance, you just see what`s in front of you. And me, I`m like trying to grab his legs and, you know, try to do my part on the bottom half and you don`t even know what`s going on everywhere else. And then not - not only that, and then you have people around you. You don`t know who is gonna run up on you, um, especially like not - in today`s age, you know, so I`m trying to watch him too, because you don`t know who is gonna run up on him. People are in the car still, you don`t know if they`re gonna come out or if they have weapons in their car, just, uh...

Q2: So you say you- your partner had some injuries to his face?

A:  Mm-hm.

Q2: Any idea how those occurred besides you guys were in a physical altercation, but anything specific you

_____                    _____
Investigator Signature                         Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| Case Status: | *EXCEPTIONALLY CLEARED* | Case Mng Status: *EXCEPTIONALLY CLEARED* | Occurred: *02/22/2022* |
| Offense: | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| Investigator: | *MEDINA, JOSE L   (1461)* | Date / Time: | *03/25/2022 11:16:18, Friday* |
| Supervisor: | *FLORES, CHRISTOPHER R   (10727)* | Supervisor Review Date / Time: | *05/09/2022 10:29:47, Monday* |
| Contact: | | Reference: | *Ca Persons Follow Up* |

remember?

A: So when he was - when they - it was just weird how the - so we pulled him out and I don`t know if he like grabbed the hold of him and pulled him down, because at one point he tries to like get back up and then he goes back down like head first.

Q2: The - the bad guy?

A: Uh, no, (McQuarter).

Q2: (McQuarter)?

A: Yeah.

Q2: Okay.

A: Um, and so he had to have been hit hard and I - I would assume that he got hit with his head, because I just don`t remember seeing like - like fists flying, you know what I mean? Like, well, not fists flying, but I - I don`t remember seeing like punches. And I would assume like you would have to - like if you`re gonna punch somebody in the face like that, you would have to have a good, like, range of motion as opposed to on your head, you just - a good knock on your head, you know. So I - I`m not too sure. But I would assume with everything going on, it would be from his head, because he was trying like so hard to keep his core, I mean, that`s what we`re taught to lower your core and - because you are your strongest there, so.

Q: So I`m gonna just run you back through a few things. Um, I - I just have some additional questions and maybe we can clarify a few things.

A: Okay.

Q: So you said you were at Pueblo County since, uh, 2014 and you came to patrol in 2018?

A: Mm-hm.

Q: What training did you have before coming to the police department? Did you go a police academy or did they send you?

A: I went - uh, Pueblo County Sheriff`s Office sent me to their academy in 2017.

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                 OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q:  Okay. And do you have any, uh, specific or specialized training since coming to patrol?

A:  Yes. Uh, um, PPCT instructor...

Q:  Okay.

A:  ...that`s Pressure Point Control Tactics.

Q:  So you used the term that maybe I`ve heard a long time ago, because I haven`t heard PPCT in a while.

A:  Yeah.

Q:  But you used tibial control. Um, so did you learn that through PPCT?

A:  Yes.

Q:  And what is PPCT?

A:  Uh, Pressure - well, self-defense ultimately.

Q:  Mm-hm, but what does this stand for?

A:  Pressure - Pressure Point Control Tactics.

Q:  Okay. So that`s specialized training that you have?

A:  Yes.

Q:  Are you given that in academy? Are you an instructor? What`s the deal with it?

A:  I was given it in the academy, but I was an instructor prior to going to the academy.

Q:  Okay. So you`re actually an instructor in this...

A:  Yes.

---

Investigator Signature                                         Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L   (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

Q:  ...technique? So this is the technique you were trying to use to control this man who was fighting with your partner?

A:  Yes.

Q:  All right. Do you have any - um, you guys annually are certified I would imagine on CPR and life-saving techniques.

A:  Yes.

Q:  Did you do that when, if you can remember?

A:  Uh, just last week. Actually, uh, without looking at the calendar it was - so we - we have block training every year.

Q:  Mm-hm.

A:  Um, we were the first class. So I would assume maybe it was last week, if not the week before. But just within that...

Q:  So (unintelligible)...

A:  ...with, (unintelligible)...

Q:  ...sometimes, very recent?

A:  ...refresh, yes.

Q:  Okay. Um, when you showed up, you said that you were dispatched.

A:  Mm-hm.

Q:  And, um, what`s your normal duty. Where - where are you assigned?

A:  Uh, they vary. So we have - they`re broken down into sectors, so west sector, east sector and south.

Q:  Okay.

_____                    _____
Investigator Signature                                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  Colorado City, Rye, Beulah for the south sector. East is - well, I`d like to say from the (Annex) to 69th Lane. And then west is anything from pretty much 20th onto the County Lane, and up to Midway Ranch.

Q:  Okay. So where were you working?

A:  West sector.

Q:  All right.

A:  Yeah.

Q:  And when you were dispatched to - to this, were - you were fairly close, it seems like?

A:  Yes. I was on - there`s a little church, um, caddy corner from the fire station. That`s where I was parked.

Q:  It was daytime, right?

A:  Yes. It was like 03:30-ish.

Q:  Adverse weather?

A:  It was clear, fair.

Q:  Clear? Was it cold?

A:  Daylight. No.

Q:  You can`t remember if that was day was one of the freezing days or not?

A:  I`m like - no, I don`t think it was that cold.

Q:  All right. So when you`re coming, you`re actually in a patrol car?

A:  Yes.

Q:  All right. It`s marked Pueblo County Sheriff.

---

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/25/2022 11:16:18, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R*    *(10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*
**Contact:**                                            **Reference:** *Ca Persons Follow Up*

---

A:  Yes.

Q:  You - are you on your uniform?

A:  Yes, uh, badge, nameplate, duty belt, black boots (unintelligible).

Q:  Obviously a police officer?

A:  Yes.

Q:  Okay. And when you get to sc- the scene, you- your partner is dressed the same way as you are I would suspect?

A:  Yes.

Q:  And did he - and he was already talking to the person?

A:  Yes.

Q:  Okay. So is he a school resource officer is there one at that school?

A:  Um, they have school resource officers, but I don`t think they were there when I went to...

Q:  Okay. And he`s not one of them?

A:  Not that I know of. No.

Q:  Okay. So he`s just talking to this guy. Do you remember why you were sent there in specific?

A:  Because the male party was checking doors. And, uh, he`s freaking people out. I don`t know if he - I think, they said that he had gotten into a car, um, and so when we were both on - my partner - when I walked up and my partner was talking to him, that`s what he was talking about. He was - uh, he claims he was getting in the wrong car. But he must have been causing a disturbance enough for them to tell him, hey, he kick rocks.

Q:  Okay. So you - in your mind though you - when you were responding there, dispatch says he was trying to get into cars? Uh, what crime rings in your mind that you were responding to?

---

Investigator Signature                                    Supervisor Signature

**WARD 000375**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/25/2022 11:16:18, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*
**Contact:**                                                    **Reference:** *Ca Persons Follow Up*

---

A:  Well, it could be anything, because are - are there kids in that car...

Q:  Sure.

A:  ...like you know.

Q:  So you think...

A:  Is - school is just getting out, so is there a kid in the car that he`s trying to get into. That`s - it changes the whole theme.

Q:  Right. So at minimum, at least, maybe a trespass?

A:  Oh, yeah.

Q:  Some- something like that...

A:  Yeah, very...

Q:  ...but you`re thinking that there is probably some kind of crime that`s going on, this guy - something is not right with this guy...

A:  Yeah.

Q:  ...that`s what I`m trying to get to.

A:  Yeah. Well, with all the thefts of auto that we`ve had, I mean people are doing stuff in daylight. So I wouldn`t put it past anybody to do anything dumb.

Q:  So you`re, um, you - you`re thinking - I`m just asking if you were thinking about these things as you`re going.

A:  Oh, yeah.

Q:  Okay.

A:  Yeah. I was going...

---

Investigator Signature                          Supervisor Signature

**WARD 000376**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:**  *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:**  *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:**  *Ca Persons Follow Up* |

Q:  Um, I`m sorry, I didn`t mean to cut you off.

A:  I always get into that - that mode where you prepare for the worst kind of thing, you know, because you never know, like, was there a kid on the car? `Cause some people leave their kids in the car or, oh, I`m just gonna go run in, you just never know.

Q:  You said it looked like he said he had - he had things on his hands and on his face like he was a paint huffer?

A:  Yeah.

Q:  So have you dealt with paint huffers in the past?

A:  Yes - yes.

Q:  And one of the indications of that is they like spray paint, right?

A:  Yes.

Q:  Um, so they usually have that stuff on their hands or their face or it - it - it looks like - it`s...

A:  Yeah.

Q:  ...fairly plain and obvious that you can see that.

A:  Yeah. It wasn`t - it wasn`t like a - it seems like when you`re cold or you get pink, it was pink. I mean it was - you could just tell, like, it was painted skin, not...

Q:  And dealing with paint huffers in the past, how do you know them to be in your experience?

A:  Woof, they`re - it`s like dealing - well, it`s like to me dealing with somebody on PCP. They`re just - they have superhuman strength. And they have no, like, perception of reality whatsoever.

Q:  Okay. So they`re a little bit off?

A:  Yeah, off, like, he was just very, like, fidgety, um, talking really fast, not making sense. He was just...

_____                    _____
Investigator Signature                            Supervisor Signature

**WARD 000377**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

Q:  Have you ever dealt with this particular person in the past?

A:  Not that I remember, no.

Q:  Okay. You - you said you were trying to get his ID to run him. I know what that means, but just in case somebody - if somebody listens to this, what does run him mean and - and what will be the purpose of that?

A:  So - well, (McQuarter) had asked him if he had an ID. I was just gonna take his name and date of birth.

Q:  Okay.

A:  Um, but we would run them for warrants, um, ma- make sure that they`re clear, um, and don`t have anything - you know, a lot of - a lot of people that don`t wanna give us their name, information, don`t wanna give us their name and information for a reason. So maybe they`re, you know - and it`s also good to know who that you are in contact with, because some people are flagged different things like assaultive towards officers, or, you know, known to carry weapons and stuff like that. So we just kind of know - to know who you`re dealing with at that moment.

Q:  Okay. You mentioned that, um, Deputy (McQuarter) was asking him some questions about weapons. Did you ever see any weapons? Did you see the suspect with any weapons?

A:  I didn`t see him with any weapons, but he - it`s like dealing with people that you don`t know if they have weapons on you. And when you make fast movements and you turn, to me that`s like, no, what are you - what are you hiding, like, why are you doing that?

Q:  You also said that he was putting his hands in his pockets.

A:  Mm-hm.

Q:  Um, you don`t know what he has in his pockets, do you?

A:  No.

Q:  Did that cause you a concern?

A:  Yes.

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                     **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**                                                      **Reference:** *Ca Persons Follow Up*

---

Q:  All right. So did you observe Deputy (McQuarter) do anything at that moment, um, when he was asking questions, um, about weapons and - and the suspect reaching into his pockets and kinda getting - I`ve seen the video and that`s the only reason I - he`s get fidgety in the car...

A:  Mm-hm.

Q:  ...he`s - he`s, you know, doing this. Did you see anything from your partner that...

A:  Yeah.

Q:  ...that would be important?

A:  He, like, kinda took like a - we call it like a tactical stance. But just because I don`t even know what that is, but he like can`t see his body and put - he still had, you know, a visual on him, had his hand out, but he put his hand on his weapon just in case, because, you know, when people are making fast movements like that, you don`t know. And it - you just don`t know.

Q:  So he was preparing himself, would you say that, preparing himself for maybe this person to pull out a firearm or a knife...

A:  Yeah.

Q:  ...`cause he had...

A:  Some type of weapons, yeah.

Q:  ...mentioned a knife or some - become combative potentially?

A:  Yeah. When you...

Q:  He`s preparing himself for something.

A:  Yeah. When you say - uh, I don`t know. I mean, I think any reasonably smart person would say they know if you have a weapon on them, even if it`s a pocket knife, you know, or a gun, especially you would think you would know. Then, again, if you`re under the influence, you don`t know.

Q:  Okay. You said you were telling the suspect "Down - down - down." Do you remember what, uh, Deputy

---

_____                    _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*              **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**                                                **Reference:** *Ca Persons Follow Up*

---

(McQuarter) was saying?

A:  Mm-mm.

Q:  Um, and I just want to clarify this. You said he was refusing verbal orders and he was struggling, he was resisting, but he wasn`t fighting.

A:  Oh, no.

Q:  Was he fighting?

A:  Yeah.

Q:  Okay.

A:  He was fighting.

Q:  So describe to me what that means to you. What was he doing that would indicate he was fighting with Deputy (McQuarter)?

A:  Well, I mean, you`re - you grab on to somebody and you`re trying to - you don`t - the moment somebody grabs on to you, they`re not - they`re not grabbing on to you just for the heck of it. They will - to me that`s when they want to hurt you, `cause nobody else should be in your bubble like that.

Q:  When they go to the ground - sorry, (Jose) - who - who takes who to the ground?

A:  Uh, (McQuarter) pulls him out, but then the guy turns and grabs him.

Q:  Okay. So he`s physically fighting with Deputy (McQuarter)?

A:  Yes. It`s not like a...

Q:  And you said he wasn`t essentially throwing punches, but he is...

A:  Not that I did - I - I remember.

Q:  And you saw it?

---

Investigator Signature                              Supervisor Signature

**WARD 000380**

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  Yeah.

Q:  He`s grabbing his belt. He`s...

A:  Yeah.

Q:  He`s fighting with him.

A:  Yes. He`s actively resisting.

Q:  Actively resisting (unintelligible)...

A:  For a lack of better word.

Q:  Thank you. Um, when you heard the fear in Deputy (McQuarter)`s voice, do you remember what he said?

A:  Oh, the - the two things that I remember him saying and I don`t know at which point he said it, but I remember the two things is - uh, I don`t know, it was like - I don`t know if it was - "Get on the ground," was one of them.

Q:  And if you don`t remember, it`s okay.

A:  Yeah. I don`t...

Q:  And...

A:  ...I don`t remember. I remember there`s - yeah, of course, you don`t remember when you need to remember them. You remember that during the morning when you can`t sleep. But, um...

Q:  If you remember it them at 03:00 in the morning, write it down and then you can call (Jose) or me.

A:  Okay.

Q:  You can tell us...

A:  Okay.

_____                                    _____
Investigator Signature                                                       Supervisor Signature

**WARD 000381**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

Q:  ...just don`t call me at 03:00 in the morning.

A:  Yeah - yeah.

Q:  I get too many of those calls already.

A:  Yeah, sorry. But yeah, it was just a - it was just a bone chilling to - just bone-chilling.

Q:  Okay. You heard a few pops is what you said.

A:  Yes.

Q:  How many did you hear?

A:  Two or three. I don`t remember.

Q:  Two or three?

A:  Yeah.

Q:  Were they loud? Were they close? Were they...

A:  No.

Q:  ...muffled? What were they?

A:  They were - they were muffled.

Q:  You said you called shots fired. Um, at - is that after you heard?

A:  Yes, after I heard...

Q:  That - okay.

A:  ...the rounds.

Q:  So during this struggle, did you ever hear anybody say anything to the effect of gun or that term at all,

---

Investigator Signature                    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L   (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

whether it was yourself, (McQuarter) or the suspect?

A:  No, I don`t remember anything like that.

Q:  Okay.

A:  Which would have been - I mean, you think you would remember that, but you don`t.

Q:  You said after you heard the pops and you called shots fired, the suspect turned to his back.

A:  Yeah. He was like kind on this side at first. And I kept telling him stop moving, stop moving...

Q:  So he was...

A:  ...and then he turned.

Q:  ...still a threat to you at that time?

A:  That`s why I had my hand on his leg still.

Q:  Okay. So, uh, that`s my question.

A:  Yeah.

Q:  Was he a threat to you at that time in your mind?

A:  Mm-hm. It was an unknown threat.

Q:  Okay. So...

A:  `Cause you don`t know.

Q:  Right. So he - he`s still a threat then.

A:  Yeah.

Q:  If you don`t know, he`s a threat.

_____              _____
Investigator Signature                                     Supervisor Signature

WARD 000383

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* | |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* | |
| **Contact:** | **Reference:** *Ca Persons Follow Up* | |

A:  Yeah.

Q:  Would you agree with that?

A:  Yes.

Q:  So your focus is...

A:  Him and the people in the car.

Q:  Okay. You - why are you concerned with the people in the car? Can you tell me why?

A:  `Cause we don`t know if there`s weapons in there and we don`t know who these people are.

Q:  Okay.

A:  And now they witnessed this altercation, you don`t know what their thought process is now against Deputy (McQuarter) and myself.

Q:  Okay. So you`re actually watching at least three people plus...

A:  Yeah.

Q:  ...you`re at a school.

A:  Plus everybody around you, yes.

Q:  So there`s - do you remember seeing foot traffic around you?

A:  Yes.

Q:  And do you know any of those people?

A:  No.

Q:  All right.

_____          _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023 14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*   **Case Mng Status:**  *EXCEPTIONALLY CLEARED*   **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

---

**Investigator:**  *MEDINA, JOSE L    (1461)*                    **Date / Time:**  *03/25/2022 11:16:18, Friday*

**Supervisor:**  *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:**  *05/09/2022 10:29:47, Monday*

**Contact:**                                                                 **Reference:**  *Ca Persons Follow Up*

---

A:  Well, after the fact, I remember a few, um, detectives. But that - during that, no.

Q:  Uh, during the incident if there was anybody...

A:  No.

Q:  You - you didn`t...

A:  No.

Q:  So you - after he is down and the shots are fired, you`re still concerned with your personal safety. Would you say you`re concerned with the safety of anybody else around you?

A:  Yeah, all the kids, all the people, because you don`t know what these people are thinking.

Q:  Okay. So he, uh, physically rolls over?

A:  Yeah. And then...

Q:  And...

A:  ...he (unintelligible).

Q:  ...uh, it - was there anything indicative of his type of injuries at that moment?

A:  No, not until (McQuarter) lifted up his shirt and I saw the...

Q:  Okay. So prior to (McQuarter) lifting up his shirt, did you see anything that indicated to you, uh, you - there - was there a visual - visual cue he was injured?

A:  Just not being responsive.

Q:  Okay. But he moved?

A:  Yeah. He moved on his side. And then once he moved on his back, I didn`t see that threat...

---

_____                        _____
Investigator Signature                                   Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q:  Okay.

A:  ...at that point, just the people in the car and the unknown of everybody else around us.

Q:  So your focus is still him and the people in the car. When he rolls on to his back and then you said he was unresponsive, do you think he`s still a threat at that time?

A:  No.

Q:  Okay. So is your focus the people on the car?

A:  While I`m still watching him.

Q:  Okay.

A:  Even because you don`t know, people get scared. You don`t want somebody to come and touch him, `cause now you`ve got your scene.

Q:  Mm-hm.

A:  So it`s like going on a general dead body call, you don`t leave them alone, not like they`re going anywhere, but you don`t leave them alone because you don`t know. You still have to control and contain, uh, the scene. And with those people in the car, it was not - it was very uneasy, because you don`t know what`s - what`s in that car - what threats are in that car.

Q:  Do you remember hearing people in the car saying anything?

A:  Yeah. The, um, the lady, uh, she was saying no. I remember her screaming. Um, she was - they were asking me to call, uh, 911, call the cops. I`m like okay, the cops are coming, I promise you, they`re coming...

Q:  And do you remember (unintelligible)...

A:  ...I said other people coming.

Q:  ...did you - they were saying call the cops and I want your badge number I think somebody said.

A:  Yeah. And we don`t even do badge numbers, so whatever. But yeah, our badge numbers don`t mean

_____                          _____
Investigator Signature                                Supervisor Signature

WARD 000386

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L   (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

anything.

Q: Was there anything else they said that might cause you to be even more hyped? Obviously, they`re associated, `cause they`re in the same car.

A: Yeah.

Q: But did she say anything else or did - did...

A: Well...

Q: ...there was a male party in the car, too. Did they say...

A: Yeah.

Q: ...anything else?

A: Uh, yeah. I - I remember him saying - him saying, "Did you shoot him?" Something like that, but I don`t - and then she was telling him, call medical, medical is coming. I reassure you, medical is coming, like, I don`t - I don`t remember her saying anything else.

Q: Okay. Once Deputy (McQuarter) - you said he lifted - lifted up the suspect`s shirt...

A: Mm-hm.

Q: ...what did you observe?

A: He still had some of that red paint on his chest, but it wasn`t - it was that same paint that`s on his face and his hands. Um, and then when he lifted the shirt, I saw, um, like injury wounds.

Q: From what?

A: The bullets.

Q: Okay. Uh, had you ever seen an injury like that in the past?

A: Yes, but after the fact, not - not that one.

_____                    _____
Investigator Signature                                              Supervisor Signature

**WARD 000387**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*     **Case Mng Status:**  *EXCEPTIONALLY CLEARED*     **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

**Investigator:**  *MEDINA, JOSE L    (1461)*                     **Date / Time:**  *03/25/2022 11:16:18, Friday*

**Supervisor:**  *FLORES, CHRISTOPHER R    (10727)*   **Supervisor Review Date / Time:**  *05/09/2022 10:29:47, Monday*

**Contact:**                                                                              **Reference:**  *Ca Persons Follow Up*

Q:  So it wasn`t foreign to you?

A:  No.

Q:  Did you think he was dead at that time?

A:  Yes.

Q:  Okay.

Q2: So after the shooting, he`s laying there, I know you got a chaotic scene. Can you tell me why you guys didn`t render aid?

A:  `Cause I was worried about the people in the car and still worried about my safety and my partner`s safety because of the incident that happened. And one of us is down on the ground and we still don`t know what`s in that vehicle. So that`s why I tried to stay - waited enough where I could keep my eyes on the - the male, but also to keep eyes on the car.

Q2: What was the plan as far as the two individuals in the car? Were you going to wait for other officers to arrive before you guys approach and...

A:  Yes.

Q2: ...decide to deal with that?

A:  Yes, because we didn`t know - like I said, we don`t know what`s in that vehicle.

Q2: Okay.

A:  And with - uh, we don`t want to be the ones to pull them out and then - then take their - you know, what they`ve just experienced out. It - just - it would have been just a bad - bad move. So it`s always better to wait for extra deputies to go that are not as heightened as, um, Deputy (McQuarter) and myself were, you know, `cause you`re not - you still have that - that threat mindset, right? Everything around you, everyone around you, you don`t know.

Q2: It`s time to wake up.

Investigator Signature                                  Supervisor Signature

WARD 000388

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** | *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

A:  Yeah. That`s my normal wake up time.

Q2: So these crutches, that brace on your leg, is that a result of this incident?

A:  Yes.

Q2: Do you know how it happened besides in the altercation, this one?

A:  No. I must have just twisted it in the midst of trying to get a hold of that guy`s legs. I`m not too sure how it happened.

Q2: When did you realize you were injured?

A:  Woof, um, when I stood up. When I got - got up off my knees, `cause I was kind of like - like, uh, squatted down in a sense and I had my knee on that guy`s leg. And when I got up, I was like, oh, yikes. But then you - you know, you`re kinda like, oh, well, 38, so...

Q2: You`re young.

A:  ...it`s I can`t just get up any - fast anymore. So like - I`d like to think I - I do, but once my adrenaline started going down a little bit, I was like oh, yeah, that`s not good. And I just couldn`t put, uh, pressure on it. So like my leg, you guys can see my knee, but the outside part of it, when it bends out, it`s - it hurt, like, the inside of it, so...

Q:  Okay. You`ve been to a doctor?

A:  Yes.

Q:  You got crutches and the - the brace on?

A:  Yeah. I went to Parkview.

Q:  Okay. Uh, I don`t know if you guys are gonna want medical records, um...

A:  Yeah.

Q2: (Unintelligible) with that?

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*    **Case Mng Status:**  *EXCEPTIONALLY CLEARED*    **Occurred:**  *02/22/2022*
**Offense:**  *OUTSIDE AGENCY ASSIST*

**Investigator:**  *MEDINA, JOSE L    (1461)*                  **Date / Time:**  *03/25/2022 11:16:18, Friday*
**Supervisor:**  *FLORES, CHRISTOPHER R*    *(10727)* **Supervisor Review Date / Time:**  *05/09/2022 10:29:47, Monday*
**Contact:**                                                        **Reference:**  *Ca Persons Follow Up*

---

A:  I would assume so. Yeah.

Q:  You know, you - would you give consent for your medical records?

A:  Yes, of course.

Q:  Do you know what doctor you saw?

A:  Bowl - B, uh, um, I don`t know how to say it. B-O-W - it`s not vowels, Bowles, B-O-W-L-E-S, I don`t know.

Q:  Okay.

A:  Little short...

Q:  But he was at Parkview?

A:  Yes.

Q:  All right. Did you go to the emergency room?

A:  Yes, Parkview ER main at the main office - at the main - uh, at the main hospital.

Q:  Did - did you file any workman`s comp claim?

A:  Yes.

Q:  Okay. So that - that`s where they sent you through workman`s comp?

A:  No. That`s just where I went right away.

Q:  Okay.

A:  Workman`s comp, I haven`t gone to them yet. So I will actually gonna do that after this appointment.

Q:  So you have a follow-up with them?

---

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  Yeah.

Q:  Do you know what doctor you`ve seen at workman`s comp?

A:  Um, I wanna say it`s going to be the one out on Park West.

Q:  That`s okay. Just let that you...

A:  But I`m not too sure...

Q:  ...(Jose) or...

A:  Yeah.

Q:  ...somebody know.

A:  Yeah.

Q:  So we can follow-up with that.

Q2: Yeah. If you have any questions (unintelligible) is the best way.

A:  Okay, cool.

Q:  You got questions for us?

A:  Nope.

Q:  Any - any questions that we didn`t ask you that you think we should ask you? Or anything else you think we should know that we may have not asked? That maybe you said I woke up at 03:00 in the morning thinking about.

A:  Yeah. I mean, it`s - maybe your - you know, your al- your sleep cycles, but you don`t - I don`t think anybody actually fully sleeps during those times. You know, it`s after the fact it`s when it`s like okay, there`s your deep breath and you can process things.

Q:  Well, and this - this is a stressful meeting too, `cause you didn`t know what to expect, you even said it`s not like TV.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*     **Case Mng Status:**  *EXCEPTIONALLY CLEARED*     **Occurred:**  *02/22/2022*
    **Offense:**  *OUTSIDE AGENCY ASSIST*

---

**Investigator:**  *MEDINA, JOSE L     (1461)*                                **Date / Time:**  *03/25/2022 11:16:18, Friday*
**Supervisor:**  *FLORES, CHRISTOPHER R     (10727)*  **Supervisor Review Date / Time:**  *05/09/2022 10:29:47, Monday*
    **Contact:**                                                               **Reference:**  *Ca Persons Follow Up*

---

A:  Yeah, definitely not.

Q:  Uh, so this is probably stressful for you too. And just as, uh, any of these, you know, you - your emotional and physical response, you might not remember any of it, that`s not unusual. You might remember parts of it. So, um, that`s why I asked that if there`s something we didn`t ask that you think is important.

A:  Okay. Yeah. I`ll - I`ll, uh, I`ll reach out to you and let you know, not at 03:00 in the morning.

Q:  I appreciate it.

A:  Right, if I remember, `cause I - it`s vivid, it`s a vivid statement, but right now, at this moment, no. But I know it that I know it. Just - I don`t - it`s like when you go to the doctor for a cough and then you go to the doctor, you don`t have the cough, you know. That`s...

Q2: Let us step out. Let us, um, see if anybody has any questions.

A:  Okay.

Q2: And then, uh, we`ll come back in. You need the restroom, you need anything?

A:  No, I`m good.

Q2: Okay.

Q:  All right. Cassandra, you demonstrated previously how the person - the suspect grabbed onto Deputy (McQuarter)`s belt and there is video in here.

A:  Mm-hm.

Q:  And they couldn`t see it. So I`m going to take off my jacket as well and ask you to demonstrate again, um, so the video can capture, uh, what you previously showed me. So you said they were fighting and the - the suspect grabbed, uh, Deputy (McQuarter)`s belt.

A:  Yeah. So he pulled him up, then he turned and then - so he was kinda like - you know, this is like obviously (unintelligible).

---

Investigator Signature                                  Supervisor Signature

WARD 000392

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L   (1461)*                 **Date / Time:** *03/25/2022 11:16:18, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R   (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*
**Contact:**                                      **Reference:** *Ca Persons Follow Up*

Q:  Who - the suspect was like this?

A:  Yeah. I`ll be the suspect and you`ll be (McQuarter).

Q:  Okay. So Deputy (McQuarter) is here?

A:  Well - yeah, because he (unintelligible)...

Q:  So let`s turn this way, `cause I think the camera - well, I don`t know. Is the camera over here?

Q2:Right there.

Q:  Okay. So let`s turn this way.

A:  So I`m the bad guy, right? So I`m sitting the car.

Q:  Okay.

A:  And he pulls kind of...

Q:  Deputy (McQuarter) - (McQuarter) brings him out?

A:  Mm-hm.

Q:  Okay.

A:  So he comes up...

Q:  Let`s turn this way so the camera can see.

A:  Okay. So then - so he pulls him out like this, right, (McQuarter).

Q:  Okay.

A:  And he`s like this, so obviously (unintelligible) like this.

Q:  Okay. So brace yourself my way, because the camera is over here...

_____                    _____
Investigator Signature                                  Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** | *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDINA, JOSE L   (1461)* | **Date / Time:** | *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

A:  Oh, okay.

Q:  ...I want them to be able to see...

A:  All right. So let me...

Q:  ...this side of me.

A:  Well, on the right (unintelligible), so...

Q:  Okay.

A:  ...here`s the car.

Q:  Okay. So this is where the suspect is...

A:  Came out.

Q:  ...seated?

A:  Yeah.

Q:  Okay?

A:  Okay. That`s a lot (unintelligible).

Q:  Okay.

A:  So he pulls him out, so you`ll be (McQuarter), so you`ll be right here.

Q:  Okay.

A:  And then he`s down right here.

Q:  So I`m Deputy (McQuarter).

---

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | |
|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

A:  Yes.

Q:  In - in this sce- scenario?

A:  Yes.

Q:  Okay.

A:  So you`ll come this way where I`m at.

Q:  So I`m going to turn here?

A:  Yep.

Q:  There`s - they`re fighting - actively fighting at this time?

A:  Yeah. So he pulls him out obviously like this, right, by his head or by his shoulders or by his arms, I don`t know how he pulls him out, he pulls him out. So you`re going to be kinda like this, like, if you were (unintelligible) me out from the car...

Q:  Okay. So I`m...

A:  Yeah.

Q:  ...down like this.

A:  In a sense like that, yeah.

Q:  Okay.

A:  Okay. So I`m the bad guy and I`m going like this.

Q:  Okay.

A:  And then, like, in the process there, it`s going on the floor.

Q:  Like his hands, when you say he - are on his belt.

_____                    _____
Investigator Signature                          Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*  **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**  **Reference:** *Ca Persons Follow Up*

---

A:  Yes.

Q:  So - and your - your - your...

Q2: (Unintelligible).

Q:  ...left hand is on my gun or my holster.

A:  Yeah.

Q:  And I don`t have (unintelligible).

A:  You don`t have a belt.

Q2: Okay. Well...

Q:  And then...

Q2: ...I`m sorry.

Q:  We`re facing the wrong way?

A:  Yeah.

Q2: That`s wrong. This is our camera.

Q:  Oh, it`s this one. So you want them to come here?

Q2: Yes, please.

Q:  Okay, so...

A:  Okay.

Q:  ...we`re gonna come here.

---

Investigator Signature                                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/25/2022 11:16:18, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*
**Contact:**                                                       **Reference:** *Ca Persons Follow Up*

A:  All right. So you`re the bad guy - I`m the bad guy - you`re - yeah, I`m the bad guy. So you`re like that.

Q:  Okay, so you`re fi...

A:  So - yeah, and it - and it`s like simultaneously, right? It`s kinda hard to do this...

Q:  That`s okay.

A:  ...it`s (unintelligible), because I`m not...

Q:  Yeah. And I just - we`ll just say this is a freeze frame of what you - where you saw his hands to be.

A:  Okay - okay.

Q:  Okay?

A:  That makes sense.

Q:  So we don`t need to do it like moving, just the freeze frame of when you saw his hands, where were they on Deputy (McQuarter)?

A:  Okay. So he was like in the process of falling, like, not falling, but getting on the ground, he was like this.

Q:  Okay.

A:  So he would kind of like that...

Q:  I - I`ve got it - okay.

A:  Yeah.

Q:  So your left hand is on the holster of my - or my gun.

A:  Yeah.

Q:  And your - your other han- your right hand is on my hip or whatever would have been on his duty belt then?

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

A:  Yeah.

Q:  So I`m going to turn like this.

A:  Mm-hm.

Q:  So the camera can see everything that - that we`re demonstrating here...

A:  Yeah.

Q:  ...where his hands were.

A:  Yeah.

Q:  Okay?

A:  Yeah.

Q:  Thank you.

A:  Mm-hm. Sorry, it was a...

Q:  That`s okay.

A:  ...challenge.

Q2: Well, I didn`t know where the cameras were.

Q:  I thought there`s cameras...

Q2: I just knew there was cameras, but I don`t know where they were. All right, so...

A:  Okay.

Q2: ...Ms. Gonzales.

A:  All right.

_____        _____
Investigator Signature                              Supervisor Signature

WARD 000398

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023 14:52

---

*Pueblo Police Department*                                             OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**                                          **Reference:** *Ca Persons Follow Up*

---

Q2: I`m gonna fill out all the details afterwards, but - so...

A: Okay.

Q2: ...let me explain this to you. This is a medical form. There`s two of them with Parkview.

A: Mm-hm.

Q2: Um, basically, I`m asking for - on all my cases, I ask for one year out, uh, anything and everything specific to this incident.

A: Okay.

Q2: Um, so just for the sake of time, if you can give me initials here and I`m gonna - if you`ll flip that page, there`s another X, if you can give me a signature on that one.

A: Of course.

Q2: And then on this one is an X, please give me a signature on that one. So I am confused...

A: Okay.

Q2: ...um, because we used to work together in the jail. I left in 2010. You were still there, weren`t you?

A: Um...

Q2: But...

A: No. I left - okay. So I went from 2005 to 2008, I worked there. And then I left, went to Oklahoma City, I was a federal police officer out there for four years. I came back to Pueblo in 2013-ish and I worked at - I worked for Parkview Security for a few - maybe less than a year. And I started back at the Sheriff`s Office in 2014.

Q2: So 2005 to 2008 and then you go up to Oklahoma, you`re a federal cop.

A: Mm-hm.

---

Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023 14:52

*Pueblo Police Department*

OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q2: What was the timeframe of that?

A:  Four years.

Q2: Four years?

Q:  So `08 to `12?

Q2: Ish.

Q:  2008 to 2012?

A:  2013, because I left in - so I was in, uh, one of the big tornados in 2013, I was on the search and rescue team. So 2013 I came in June, uh, no - no - no, okay, May, June, July - so, June, July is when I came back to Pueblo in 2013.

Q:  Okay.

A:  Tornados were in May, so okay.

Q2: All right. So then in `13, `14 you - `14 you get hired with the SO again?

A:  Fourteen - yeah, 2014.

Q2: Okay. 2005 to 2008, that was detention time, correct?

A:  Yes.

Q2: Okay.

A:  And 2014...

Q:  Are you a certified deputy? And I`m just asking because I don`t know in Pueblo, are you a certified law enforcement officer at that time or are you a certified jail deputy?

A:  So from 2014 to 2017, when I go to the academy, I`m just a jail detention deputy.

_____                    _____
Investigator Signature                         Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 11:16:18, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*
**Contact:**    **Reference:** *Ca Persons Follow Up*

Q:  Okay. And 2005 to 2008...

A:  When I got my post...

Q:  ...let`s start there.

A:  Huh?

Q:  Let`s start at 2005 to 2008, so you don`t confuse me...

A:  Oh - oh, okay.

Q:  ...`cause I`m easy - easily confused.

A:  Detention, only detention.

Q:  A jail detention officer, you were not post certified at that time?

A:  No, sir.

Q2: Or qualified?

A:  Not the first time. No, sir.

Q2: First go. And then from `14 to `17, um...

A:  Yes, qualified.

Q2: ...you were qualified.

A:  To carry a weapon. Yes.

Q2: And then you hit - you - you hit the academy in when, 2017?

A:  Ye- yeah. Uh, 2017, yeah, because...

Q2: So actually getting your post and everything, when does it land, `18?

_____    _____
Investigator Signature    Supervisor Signature

**WARD 000401**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                   OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                **Date / Time:** *03/25/2022 11:16:18, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R*    *(10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*
**Contact:**                                                **Reference:** *Ca Persons Follow Up*

A:  2017.

Q2: Okay.

A:  Yeah, because I went to the academy - I mean, I went from the academy, I did maybe a month in the jail and property and I came to patrol right away.

Q2: Okay.

A:  It wasn`t even - I - I didn`t have a long transition. I just came out to patrol right away.

Q2: Okay. It...

Q:  What - what did - sorry - what did you do in Oklahoma? So you said you`re a federal...

A:  Federal...

Q:  ...police officer.

A:  Federal police officer.

Q:  Did you work in the jail? Did you work...

A:  No. I worked...

Q:  ...in the court?

A:  I worked...

Q:  Did you work on the street?

A:  ...on a - on the street - on a federal installation base, so Tinker Air Force Base is I was a police officer on base.

Q:  So you`re...

A:  A base cop.

_____                              _____
Investigator Signature                                  Supervisor Signature

WARD 000402

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*        **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R*    *(10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**        **Reference:** *Ca Persons Follow Up*

Q:  Okay. So you`re actually physically on patrol with - on - on the base?

A:  Yes.

Q:  So is there a - is there a population on the base? I don`t know what...

A:  So...

Q:  ...Tinker Air Force Base is.

A:  ...Tinker Air Force Base is one of the largest civilian bases...

Q:  Okay.

A:  ...for military.

Q:  So you`re basically a street cop?

A:  On base, yes.

Q:  On base?

A:  Yes.

Q:  But you`re federal. So was it like federal protective service or...

A:  Uh...

Q:  ...um, who did you work for?

A:  Department - I was - so Department of Defense, but I was an attachment to the Department of the Air Force.

Q:  Okay. And so you`re a police officer for the Department of the Air Force?

A:  Yes.

Investigator Signature                    Supervisor Signature

WARD 000403

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

Q: Okay. But you`re a patrol person?

A: Yes. I mean, you have to test and go to their little academy and all that.

Q: So it was similar to a law enforcement academy?

A: Yes.

Q: And you carried a firearm?

A: Yes.

Q: You made arrests?

A: Yes.

Q: All right. So...

A: Drove a patrol car. Yeah.

Q: Okay.

A: Full uniform.

Q: All right - all right.

A: Yeah.

Q: I - I`m - we`re just trying to clarify all your experience.

A: Okay.

Q: Okay?

A: Yeah.

Q: All right.

---

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                 **Date / Time:** *03/25/2022 11:16:18, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*
**Contact:**                                                    **Reference:** *Ca Persons Follow Up*

---

Q2: All right. So regarding this fight, um, so you - you - you talk about you see this paint on this guy.

A:  Mm-hm.

Q2: And you mentioned, in your - in your prior experience you`ve dealt with people like that. Can you el- elaborate as to past times of dealing with people like that?

A:  Um, like their names specifically?

Q2: No. Just incidents, like, was it - was it in the jail? Was it where you work in patrol? Um, I guess kind of how it started and - and the end result.

A:  Uh, through - I would say throughout my career.

Q2: Mm-hm.

A:  Um, because even when I was working at Parkview, we dealt with a female who would spray paint her hands and feet, I mean, and it - it just kicked on her. Um, and then just being on - on patrol now, the - some of the houses you go to and the - the places you go to, they`re not the most livable - livable conditions and the people you run into are not your law abiding citizens.

Q2: Got it.

A:  Yeah.

Q2: So any of those incident - those situations, did you ever have to get into a physical altercation with them in order to arrest them or get them, you know, maybe to the hospital, maybe at the hospital and you have to maybe...

A:  So especially with the one from Parkview. I mean, that`s my - that`s the one that sticks out in my head the most.

Q2: Okay.

A:  Um, she was squirrelly and she wasn`t put - I mean there was, what, four security officers in there trying to restrain her for medical reasons. But I mean, just - she just wasn`t going down. I mean, she had - it was like superhuman strength. I mean and she was so skinny and small like you wouldn`t be like, okay. But she put up a good - a good fight, so...

Investigator Signature                          Supervisor Signature

**WARD 000405**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L     (1461)*     **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R     (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**     **Reference:** *Ca Persons Follow Up*

---

Q2: So excessive strength, probably a high...

A: Very...

Q2: ...a high pain tolerance, I guess?

A: Yes. Beca- and, you know, like when you work at Parkview, you don`t do - you don`t have those PPCT things you have in your belt, so to speak, you know?

Q2: Okay.

A: We don`t have those. All you have your hands to physically restrain them until you could get them in soft restraints.

Q2: Okay.

A: But, I mean, even at that is still - she was just strong. Um, and then - ah, man, what`s the guy`s name? I don`t remember the name. But there`s been times where you come in contact with people where there is that. It`s like a - not oil but - not oil-based, but it`s like - I`m trying to think about even how to say it, but like that tint, right?

Q2: Mm-hm.

A: And let`s see. Um, it`s like when you work on your car. You - your hands are all little dirty. You wipe it off. You wash it off. And you still have like that after effect - aftermath, the dirt on your hands.

Q2: Right.

A: It`s like a - not oil.

Q: Residue?

A: I - I guess the residue would be okay, but it`s like a - it just doesn`t come off. I don`t know how to explain it.

Q2: It takes a few washes.

A: Well, a lot of washes, especially as (unintelligible) as the guys hands were. But, um, it`s the specific look of

Investigator Signature     Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L   (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

the hands and their mannerisms and, you know, they`re...

Q2: Okay.

A:  ...paint huffing or so to speak, whatever you want to call it, because, I mean, no normal people have that paint on their hands and on their fa- like around your face and on your neck, like, not even a painter...

Q2: Right.

A:  ...who deals with paint looks like that.

Q2: Mm-hm.

A:  And acts like that. But I don`t - time specifically, anytime you deal with somebody that`s - who appears to be under the influence, they - most of the time they`re squirrely like that. So just remember one specific incident, other than that one, no, I can`t even think off the top of my head.

Q2: So earlier you mentioned this individual you - to you, you - you believe he`s dead, why? Can you explain that to me?

A:  Just he wasn`t breathing, he was just laying there.

Q2: So when you say he wasn`t breathing, are you - how do you know that?

A:  Because I was looking for his chest to rise up and down.

Q2: And you weren`t seeing any of that?

A:  No.

Q2: Um, any twitching, anything like that with the body, anything that you recall?

A:  Once he flopped over, he moved a little bit, but then it was - there was no moving - no - no movement.

Q2: Okay. And I know I`m - I`m - I apologize, I`m bouncing around.

A:  No, it`s okay.

_____  _____
Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q2: Um, during the struggle, did this male - in your perception, did he appear that he was sort of trying to disenga- or trying to disengage or...

A:  Mm-hm.

Q2: ...at any point do you know what I mean? He was def - he was definitely actively...

A:  He - he was in it. I mean, he was not - all the - I know it for a fact that I gave several voice commands for him to - or verbal commands for him to stop, stop resisting, put your hands behind your back and none of those times even - there was nothing that - no, all right - all right, or, you know, like no- nothing. He was just actively fighting. I mean, he was actively still - he wasn`t going - that he wasn`t following the verbal commands at all.

Q2: Okay.

Q:  Is there anything else you could have done during that time in your opinion to stop this at that moment?

A:  Uh, (if you) Monday night quarterback and I`m sure there is - you could find anything.

Q:  I`m saying at that moment when you were there...

A:  Oh.

Q:  Is there anything else that you thought of that what was going on, could - would have you done something different to stop this?

A:  No, because just the sounds of my partner and then knowing that the struggle that was going on, I couldn`t have - if I wouldn`t have been able to leave my partner.

Q:  And you?

A:  Because it was scare - I mean, you don`t know what he`s gonna do at that point.

Q:  You said it was scary?

A:  Yeah.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| Case Status: | *EXCEPTIONALLY CLEARED* | Case Mng Status: | *EXCEPTIONALLY CLEARED* | Occurred: | *02/22/2022* |
| Offense: | *OUTSIDE AGENCY ASSIST* | | | | |

| | | | |
|---|---|---|---|
| Investigator: | *MEDINA, JOSE L    (1461)* | Date / Time: | *03/25/2022 11:16:18, Friday* |
| Supervisor: | *FLORES, CHRISTOPHER R    (10727)* | Supervisor Review Date / Time: | *05/09/2022 10:29:47, Monday* |
| Contact: | | Reference: | *Ca Persons Follow Up* |

Q:  And you don`t know what he`s gonna do. So you were physically engaged with him and you were controlling his legs, right? Um, is that something that you learned in training?

A:  Yes.

Q:  Okay. Can you just talk to me a little bit about that?

A:  Like?

Q:  Because you said something earlier that you said, uh, I was controlling his legs. Is there a reason why you want to control his legs or were you trained to control his legs?

A:  Because that - yeah, the tib- well, the tibial, um, pressure point, I mean, it - it makes people defecate the- themselves if it`s applied right. And you get control over it. I mean, I - I hate pressure points.

Q:  Have you used it in the past?

A:  Yes.

Q:  Okay. Where?

A:  The jail, other use of forces that I`ve had.

Q:  Okay.

A:  Um, to me it`s - because I - 130 pounds, so I`m not very big compared to some of the guys that we - we`ve had to - had to use the forces with or, you know, people that are in the - under the influence or whatever. Um, it doesn`t take a lot of pressure to - to apply it, so even the smallest person can apply it and still it can be very effective.

Q:  So you`ve used that in the jail in the past?

A:  In the jail, on patrol, um, that`s - for me that`s my go-to.

Q:  Okay. And that - and so that`s what you went to?

A:  Yeah.

_____

Investigator Signature                    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q: All right. And you - again, you know it to be effective in the past?

A: Yes.

Q: So you`ve been in multiple fights, whether on the jail or on the road. Have you ever been in one like this?

A: Not - uh, like where somebody`s grabbing a hold of your belt...

Q: I don`t to put words in your mouth.

A: ...or in general?

Q: And I wasn`t there. So if this felt different than another one or if there`s - if - if it - if there`s another one that`s similar to this...

A: I mean, I...

Q: ...can you talk about that?

A: Yeah, I had to use the force at the fair, but, I mean, the chick just wasn`t going down. She was trying to grab a hold of my - my belt. But it wasn`t - the feeling was a different feeling.

Q: Okay.

A: You know? It - it was like a - I`m - I`m big, like, on intuition or that - that sixth sense feeling and it didn`t feel that the - the times that I`ve been in use of forces didn`t feel the way this one felt. It felt like if we would have stopped the fight, what was he gonna do at that point.

Q: What do you think he was gonna do?

A: Well, I - I think he was gonna either hurt my partner or myself, because he just was not...

Q: Do you think he was able at - was he able to seriously injure you or your partner or somebody else there or kill you or your partner or somebody else there?

A: Without a doubt, especially because he wasn`t stopping and you don`t know what he`s gonna do at that point and then if - you know, I would have - I - like I said, like, (if you) Monday night quarterback, if - if I would have

_____    _____
Investigator Signature                                      Supervisor Signature

**WARD 000410**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L     (1461)*               **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R     (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**                                         **Reference:** *Ca Persons Follow Up*

got out and tried to do something else, but without grabbing that leg or something, I mean, you don`t know - you don`t know what he was gonna do. And if you would have got a hold of my partner`s gun, it would have - it could have been a lot worse. And that was like terrifying - that was like the most scariest part, because you don`t know what he`s gonna do, because, obviously, he`s not stopping. And if he didn`t want to inflict injury on my partner and myself, he would have stopped.

Q:  Okay - okay.

Q2: So during this whole thing, did you hear anything about anyone saying about something being put in the mouth?

A:  Um...

Q2: And - and if you don`t, that`s fine. I just don`t know if you recall anything.

A:  No, I don`t - I don`t remember any of that.

Q2: Okay. Do you want to go back in?

Q:  (Unintelligible) that all. Um, and I - with the (unintelligible) and what they may have said...

Q2: So...

Q:  ...there`s people in the car.

Q2: Okay. So back to the rendering aid.

A:  Mm-hm.

Q2: Uh, you told me that, um, it was an officer safety thing, because the people in the car. Can you - can you give me some details as to how - how that was an officer safety issue?

A:  Because of their state, you don`t know what`s in that car, so if I`m down rendering aid, my partner is trying to look around, but, I mean, he went to - he has this humongous red mark on his face and his nose looks like blue. I mean, it just didn`t seem safe to do. I mean, yeah you - that`s your first initial thing is to render aid, but not when you`re - you could potentially be putting yourself in more - at risk...

Investigator Signature                                 Supervisor Signature

**WARD 000411**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                  **Date / Time:** *03/25/2022 11:16:18, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*
**Contact:**                                          **Reference:** *Ca Persons Follow Up*

---

Q2: Okay.

A: ...because you don`t know what`s in that car. Yeah, of course, I - the thought was right there, but my safety at that point too, because you don`t know the things that they witnessed are what are they gonna do, what`s in that car.

Q2: All right.

A: You know? And, yeah, their windows were tinted. I - you can still see movement at least, so you can see if somebody is gonna do something. But I`m - I can`t.

Q2: I don`t think it was you. I believe it was your partner. But the doors were closed while you guys are waiting for a rescue to arrive?

A: Mm-hm.

Q2: Any idea why the doors would be closed?

A: Because they kept screaming and it was just - it felt like it was just elevating the - their - their tones, their - I don`t know, elevating, agitating, I don`t know. But it was setting them higher or heightening them whatever their experiences were.

Q2: They`re ramping up.

A: Yeah.

Q: Did - did you close the door or did your partner?

A: I don`t remember.

Q: Do you think - thinking back, uh, and if you don`t know, don`t answer, but when the door was - so the door was open when he came out of the car...

A: Yeah.

Q: ...and the door was closed after he was down, either by you or your partner and now don`t say it if you don`t know. Do you think you felt more safe with the door closed?

_____          _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

_Pueblo Police Department_

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** _EXCEPTIONALLY CLEARED_    **Case Mng Status:** _EXCEPTIONALLY CLEARED_    **Occurred:** _02/22/2022_

**Offense:** _OUTSIDE AGENCY ASSIST_

**Investigator:** _MEDINA, JOSE L    (1461)_    **Date / Time:** _03/25/2022 11:16:18, Friday_

**Supervisor:** _FLORES, CHRISTOPHER R    (10727)_ **Supervisor Review Date / Time:** _05/09/2022 10:29:47, Monday_

**Contact:**    **Reference:** _Ca Persons Follow Up_

A:  No, because I didn`t - didn`t know - I didn`t have that full view, because where I was standing, I could see in the car with the door open.

Q:  Mm-hm.

A:  And at least I - you know, I might not have been able to see her too much, but I had a fairly decent view of him.

Q:  Who`s him?

A:  The - the male that was in the driver side...

Q:  Okay.

A:  ...or - or not the driver - yeah, the driver door - the driver seat, because it was a male...

Q:  So when the door is open, you could see him in the car and you could see them?

A:  Him at least.

Q:  Mm-hm.

A:  I could see her, but I can`t see her - her hand movements or anything like that.

Q:  So you can`t see her through the seat?

A:  Yeah, I don`t.

Q:  All right. So when the door closes, are you now more fearful, um, of leaning over...

A:  Well, yeah.

Q:  ...or...

A:  Yeah, because you can`t see his hands. I mean, at least where I was at, you can see like into, uh, what`s that - a part that you rest on, and you can see where the steering wheel is. You know what I mean? So you can see him, like if he was gonna reach somewhere, you`d at least - I would from where I was at would able - be able to see it.

Investigator Signature    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                 OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** | *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

Q:  Okay.

A:  So I didn`t, um, I didn`t particularly care for the door shut, but what - it was kinda one of those - it happened so fast where you`d just - you work with what you have.

Q:  Where was your focus when the door closed?

A:  Now, above the window.

Q:  Okay. So you can still see him - can you...

A:  Tilted windows.

Q:  ...still see them in the car?

A:  Not fully clear, not like how I can see obviously with the door open, but you can see at least movements.

Q:  So you were still watching their car?

A:  Oh - oh yeah - oh yeah.

Q:  So the biggest threat to you at the moment was them?

A:  Yeah.

Q:  Um, and you stayed at the bottom of his feet.

A:  Mm-hm.

Q:  Why did you not move or why did you just stay there?

A:  Well, one, I was in shock, two, I still - you still have to control - have control over that - that crime scene regardless.

Q:  Okay.

A:  So I didn`t want too much and then leave my spot looking at those people.

_____                              _____
Investigator Signature                                          Supervisor Signature

Page 262

**WARD 000414**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

Q:  Okay, so...

A:  And then leaving him.

Q:  So you said three different things and, again, I`m old and my brain doesn`t work as fast as it used to. So you said you were in shock.

A:  Mm-hm.

Q:  What does that mean?

A:  Well, I was scared.

Q:  Okay.

A:  Yeah.

Q:  And it`s okay - nobody is here to judge you. We`re here to just understand where you were. And that`s very important.

A:  Mm-hm.

Q:  Okay? I`m not judging you. Critical instants - incidents are very difficult. People handle them in different ways.

A:  Mm-hm.

Q:  And everybody has a different response. It`s okay. N- nothing - I`m not saying - I`m not trying to be critical of you. That`s not how I do it. I just want you to answer, um, as best as you can.

A:  Okay.

Q:  So - and - and maybe this will help you too move along in your own healing process.

A:  Mm-hm.

Q:  Um, and I - I`ll give you props right now for saying that you were in shock. Not many officers that I`ve ever

Investigator Signature    Supervisor Signature

WARD 000415

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                     **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**                                                                    **Reference:** *Ca Persons Follow Up*

---

met would say that in this type of scenario, so...

A:  Mm-hm.

Q:  Um, I - you might think I`m trying to be critical or I`m - I`m - I - I just would need to know everything that you are thinking and - and all these particular areas are very important.

A:  Mm-hm.

Q:  Um, so if you`re in shock because you were scared that - so let`s talk about that.

A:  Okay.

Q:  Okay?

A:  Okay. Yeah, I mean - yeah, you`re just - you`re - you`re putting up this - this fight, right, which didn`t last long - long, but it still, you`re giving - you`re giving your - your all into it, right? It`s not just a - you`re in training and you`re doing your 10%. It`s not like that. You`re just giving everything that you could give in that moment, um, to potentially save your life or your partner`s life or even people around you. Um, so yeah, I was definitely in shock. But I still didn`t want to lose sight of those people, because I didn`t know what their intentions were after they`ve witnessed the struggle.

Q:  Okay. And clearly, you heard the gunshot?

A:  Yeah and was screaming - I mean her.

Q:  So back to being in shock, you stay at his feet and you said three reasons why. You said the first one is you`re in shock.

A:  Mm-hm.

Q:  And you kind of explained that. Does that, um, shock is kind of a - a - a state in your mind?

A:  Mm-hm.

Q:  Would you agree with that?

---

Investigator Signature                                            Supervisor Signature

**WARD 000416**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                           **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**                                                               **Reference:** *Ca Persons Follow Up*

---

A: Yeah.

Q: Like what you`re thinking and like this is - this critical incident just happened. Um, you know, am I still in danger? Whatever you`re thinking, I think, you had said previously, you felt like you were in danger.

A: Mm-hm.

Q: Um, but does that cause you to just - the - the shock, the - that term that you used to not move, to stay where you`re at, um, out of self-preservation, because you can see them. It - so I`m just trying to get to - it - does that affect you making a decision to, uh, render aid to this guy?

A: Well, I mean, yes and no, because I - my still - shock or not, I still want to keep my eyes on those people.

Q: Okay.

A: I mean I - yeah, I was feeling all these things, like, scared, being shock, but I still have my job and I still have my partner and still have all these people around us that I have to focus on. So my shock has to kind of - all those feelings that I felt just being scared, not knowing if he was gonna shoot us with - you know, not knowing what he was capable of doing, I have to put that aside and still focus on these people, because I don`t know what those people are gonna do now.

Q: Okay. Do you remember the other two things that you said?

A: No.

Q: Okay. We won`t go there then.

A: Okay. Oh no, let me think. I mean, being at the side, watching those people, still securing the scene.

Q: So talk to me about why securing the scene would be, in your mind, important? Uh...

A: Because I don`t - well, I don`t want anybody running up to him.

Q: Okay.

A: We got any more now, everyone is recording stuff and whatever, that`s why we are recording too, we should thank God. But you don`t know if somebody - if he has friends out there, are they gonna run up, do something or

---

Investigator Signature                                         Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

if those people were gonna come out, what are they gonna do?

Q:  Mm-hm.

A:  So we still have to make sure no one is going to be - you know, not trampling over evidence, but, I mean, we don`t need all these people coming up to the body...

Q2: Okay.

A:  ...at that point.

Q2: So the state of shock, would it be fair to say it`s kind of a mental stun?

A:  Oh, yeah.

Q2: Will that be - and not to mention, at that point do you realize that you`re injured, because you`re already standing, right?

A:  When I got up, I felt like my - I - I felt like, uh, when you sit for too long and get up and you`re like, oh, God, like, my leg hurts.

Q2: Mm-hm.

A:  I felt that, but my adrenaline was going to so much and I was still in that - in that mode and I was patting down to make sure - that`s just kind of what we`re taught to do is pat down and make sure you don`t have any - any blood on you or anything like that, like, being shot, you know?

Q2: Mm-hm.

A:  Um, but it was until I walked to the patrol car is when it felt like, oh, shoot, something is not right. My leg, you know?

Q2: Okay. So with that shock state of mind, do you think that that`s kind of why you guys just held at that point, make sure officer safety was good? You`re holding, basically, waiting for the cavalry to arrive.

A:  Yeah.

_____          _____
Investigator Signature                              Supervisor Signature

**WARD 000418**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | |
|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

Q2: Is that what that was?

A:  Yes, because...

Q2: And that`s...

A:  ...we can`t make contact with them.

Q2: ...why you didn`t - you or your partner kinda didn`t start pulling `em out, cuffing them, get `em situated.

A:  Yeah.

Q2: You needed more help?

A:  Yeah, especially, uh, after going through that, you don`t know, are they gonna put up a fight. It`s just like all these things run in to your head. And you`re just - the first thing is safety. That`s like paramount, the safety. And if we would have - I mean, like, you know, Mon- Monday night quarterback it, right? So if you would have just started - say, we go and get the guy, well, is he gonna put up a fight now? Well, we just went - who knows how many minutes with this fight.

Q2: Yeah.

A:  Is he - we don`t know what he`s gonna do or what she`s gonna do with us, yeah, you don`t know. It`s just safe-safer to have people respond, because I know that they were coming anyway.

Q:  Could you hear sirens of other...

A:  Yes.

Q:  ...uh, officers coming?

A:  Yes.

Q:  And how long do you think, um, that you waited for the response of somebody else to get there? In your mind and - and that could be skewed certainly.

A:  Yeah.

_____    _____
Investigator Signature          Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023 14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 11:16:18, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q:  But if - if you`re - do you think it was a short period of time, a long period of time?

A:  You know in that moment, it seems like forever, but I know that they were there right away.

Q:  Okay.

A:  Yeah. I know - I mean, I know it.

Q:  So from the beginning of this incident to the end, did that seem like forever to you?

A:  Yeah. Just the struggling alone seem like forever and I know - I know it wasn`t that long, but you`re - when you`re putting your - when you have to go in that fighter flight mode and you`re just worried about your life or your partner`s life, you - I mean, yeah, it feels like an eternity. And I know it wasn`t that long.

Q:  Were you tired after the fight?

A:  Oh, yeah. Even I - yeah. I didn`t even have - yeah.

Q:  Okay.

A:  Yeah, because you`re - you`re - you`re going through all these emotions and you`re - you go to that peak and then you just drop down, you know, after everything is said and done.

Q:  Okay. Anything else?

A:  Not that I know of.

Q:  So I - I don`t know you. Uh, I know - it seems like hes- (Jose) knows you a little bit from working together. I - I think you`ve done very well talking today. Um, but I can - I can tell - see, um, some emotional distress just looking at you.

A:  Yeah.

Q:  Um, and that`s normal. I - I think I probably talked a little bit about this. Make sure you seek the help that your department offers to you, okay?

_____
Investigator Signature

_____
Supervisor Signature

**WARD 000420**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

_Pueblo Police Department_

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** _EXCEPTIONALLY CLEARED_   **Case Mng Status:** _EXCEPTIONALLY CLEARED_   **Occurred:** _02/22/2022_

**Offense:** _OUTSIDE AGENCY ASSIST_

---

**Investigator:** _MEDINA, JOSE L    (1461)_                    **Date / Time:** _03/25/2022 11:16:18, Friday_

**Supervisor:** _FLORES, CHRISTOPHER R    (10727)_ **Supervisor Review Date / Time:** _05/09/2022 10:29:47, Monday_

**Contact:**                                               **Reference:** _Ca Persons Follow Up_

---

A:  Mm-hm.

Q:  Um, you know, whether if they ask you to go or you want to go on your own, just go and do it. It`s okay. Nobody is gonna judge you for that. Um, and if they do, it doesn`t matter. They`ve never been where you are. Um, you know, and if you go see him and you talk to these people, you know, they`re - they talk to people all the time in critical incidents. That`s they`re job.

A:  Mm-hm.

Q:  Um, and I - I know you guys use Nicoletti. I`ve been there a few times and talked to those people. And they know what they`re doing. You know, they`re - they`re the police psychologist type people.

A:  Mm-hm.

Q:  So take advantage of that.

A:  Okay.

Q:  Um, and just make sure if - like, if you`re not getting better or you feel like you need help or something is bothering you, make sure you let somebody know. It`s okay. Um, because we want to make sure that you`re taken care of after this incident scene.

A:  Mm-hm.

Q:  All right. Uh, and although my agency doesn`t take care of that, me - I personally care about that and wanna make sure that - that you`re taken care of and - and that you`re getting the help you need.

A:  Okay.

Q:  Okay?

A:  Thank you.

Q:  Um, and I`ll - and there`s nothing - again, nothing wrong with it. You - you - you won`t be judged for doing it. You should - you need to do it.

A:  Yeah.

---

Investigator Signature                                    Supervisor Signature

**WARD 000421**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

---

*Pueblo Police Department*                                                              OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                              **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**                                                            **Reference:** *Ca Persons Follow Up*

---

Q: Um, just to be - just to get through it. And, you know, one word they tell you might be there, one thing that you go, oh, yeah, that`s the light bulb that I needed to - to move past whatever. And it hasn`t been that long.

A: Mm-hm.

Q: It`s only been a couple of days, right?

A: Yeah.

Q: So you`re gonna go through other things probably. Everybody has a different response. But, uh, I don`t know you, but I - just - just looking at you, I can tell you`re...

A: Yeah.

Q: ...you`re having a rough time. So don`t - don`t be scared to take advantage of that either.

A: Okay.

Q: Okay? Because in this day and age, you said it earlier, you know, this is a dangerous job. And, um, I appreciate you working on the streets and - and, you know, being out there and - and I would - I - I want you to make sure you recover so you get back out there and do your job.

A: Yeah.

Q: Okay?

A: Yeah, thank you, I appreciate that.

Q2: Go check in and...

Q: Yeah, (unintelligible)...

Q2: We`re gonna have one last check in?

Q: We`re gonna wait for - I`ll wait for, uh, (unintelligible)...

---

Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 11:16:18, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:29:47, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

Q2: So, (Ron), you could (unintelligible) step out and...

Q:  Hopefully (unintelligible), hopefully (unintelligible) that time.

A:  Good, yeah, mm-hm.

Q2: No further questions, signing out, 11:51.


The transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed_____

_____    _____
Investigator Signature                                          Supervisor Signature

**WARD 000423**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*    **Case Mng Status:**  *EXCEPTIONALLY CLEARED*    **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

**Investigator:**  *MEDINA, JOSE L    (1461)*                    **Date / Time:**  *03/25/2022 17:01:27, Friday*

**Supervisor:**  *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:**  *05/09/2022 10:29:37, Monday*

**Contact:**                                                                        **Reference:**  *Ca Persons Follow Up*

---

INTERVIEW WITH DEP. C. MCWHORTER
Q=Det. J. Medina
Q1=Agent (Kevin) Koback
A=Dep. C. McWhorter
A1=Atty. (John Rice)


Q:  March 3, approximately 1500 hours. OIF Case Number 22-3487. CVI Agent (Kevin) Koback, myself, Detective Medina.

A:  Would the water happen to be for us?

Q:  Yes, sir.

Q1: Yes.

A:  Thank you, awesome.

Q1: One for you, (John)?

A1: Uh, sure, thanks.

Q1: Why not.

Q:  Might as well.

Q1: (Jose)?

Q:  Uh, I`m good for right now.

Q1: All right. All right, we ready? For the record, uh, why don`t we around and, uh, introduce ourselves and our agencies, starting with you, sir.

A:  Yeah, (Charles) McWhorter, uh, Pueblo County Sheriff`s Office.

A1: (John Rice), counsel for Officer - Deputy McWhorter.

---

Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L     (1461)* | **Date / Time:** | *03/25/2022 17:01:27, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R     (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:29:37, Monday* |
| **Contact:** | **Reference:** | *Ca Persons Follow Up* |

Q:  Det. (Jose) Medina, Pueblo Police Department.

Q1:Agent (Kevin) Koback, with the Colorado Bureau of Investi- Investigation. (Charles) can you, uh, spell your last name for me? Just so I don`t get it wrong.

A:  Yes, sir, M-C-W-H-O-R-T-E-R.

Q1:Thank you.

Q:  Uh, Mr. McWhorter, I`m gonna read you a form real quick.

A:  Yes, sir.

Q:  It says, my name is, uh, Detective (Jose) Medina. I`m an investigator and I will be interviewing you in regard to the investigation. The purpose of this criminal investigation is to determine whether or not anyone committed a crime during the course of the event, which led up to the - to and included the critical incident. You are not in custody, you are free to leave if you wish. You may stop talking to me at any time and/or speak with your attorney at any time before continuing. You will suffer no negative job sanctions if you choose not to speak with me at this time. You are not compelled in any way to make a statement to me at this time. The interview is s being videotaped. It is intended that this videotape interview will suffice as your report on this investigation. I know that you`ve been involved in a stressful incident, do you feel that you`re capable of participating in an interview at this time?

A:  Yes, sir, I do.

Q:  All right, sir. So the incident in question is February 22, 2022, uh, at 484 South (Maher), which would be (Liberty Point International) School.

A:  Yes, sir.

Q:  Can you walk us from the beginning of that - or before we do all that, can you - can you give us some history on - on your employment? How long you`ve been there.

A:  Yep, I have been at, uh, the Sheriff`s Office for 8 years. Um, and I - I did a year Detention and then the remainder of it at - been on Patrol Division.

Q:  Okay, so roughly around 7 years on Patrol?

_____                          _____
Investigator Signature                                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  Yes, sir.

Q:  Okay, prior to the SO, were you anywhere else?

A:  No sir. No, I was not.

Q:  Do you have any, um, special skills within your - you patrol duties?

A:  I`m on the Tactical SWAT Team and, um, and then just regular Patrol, that`s it.

Q:  Okay.

Q1: How long have you been on the SWAT Team?

A:  Um, since 2016.

Q1: Um, can you just detail some of - some of, uh, your regular training for that assignment?

A:  Um, we do entries, um, I - I`m not quite sure what you`re - you`re meaning, like...

Q1: Do you guys follow...

A:  ...what...

Q1: ...uh, NTOA standards?

A:  We do, yes sir.

Q1: Um...

A:  Um, we go...

Q1: Just so for the...

A:  ...(unintelligible)...

_____          _____
Investigator Signature                              Supervisor Signature

**WARD 000426**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | | **Occurred:** *02/22/2022* | |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | | | |

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* | |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* | |
| **Contact:** | **Reference:** *Ca Persons Follow Up* | |

Q1:...recording...

A:  ...so...

Q1:...uh, NTOA is National Tactical Officer`s Association.

A:  Yes, sir.

Q1:So you guys are following their training recommendations, uh...

A:  Yes, sir.

Q1:...through them.

A:  Yep.

Q1:And - and so that would be pretty regular training.

A:  It is, yes.

Q1:That includes firearms and...

A:  T- twice a month, uh, is what we - we try to train.

Q1:Okay.

A:  I`ve been a- away from it for a little bit, but now I`ll be back.

A1:And I just ask him to explain why he`s been away from it.

A:  Right...

A1:(Unintelligible) now instead of later.

Q1:Yes, please.

A:  I got injured, um, on one of our trainings and herniated my disc in my neck. And so I had a complete disc

_____               _____
Investigator Signature                                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

replacement in my neck, um, in September, so 5 months ago.

Q1: Of 2021?

A:  Yes, sir.

Q1: So you`ve been off, uh, you`re still assigned to the SWAT Team?

A:  I am, I`ve just been off for modified duty and working at, um, in investigations, uh, helping with them during my modified duty.

Q1: Okay so that doesn`t affect, uh, your patrol status then? Just your SWAT status, recently?

A:  Well that`s why I`ve been away from it, yes sir.

Q1: Okay.

A:  Yeah.

Q1: Just - just looking for clarification.

Q:  Okay, all right, so February 22.

A:  Yes, sir.

Q:  At (Liberty Point) International School, can you walk us through that entire event from the point of dispatch to the very end.

A:  `Kay, um, call came in of, uh, male at, uh, the middle school - (Liberty Point) Middle School, that was, uh, acting crazy, trying to get into people`s vehicles - occupied vehicles. Um, I was at the west officer, so that`s very close to that location. Um, and so I, uh, I started heading that way when I saw it and then was dispatched to it. I wasn`t sure who was gonna be dispatched. Um, I was the cover unit and, um, so I turned on, um, (Maher) and was going down to get into the school. Uh, it was blocked by a lot of cars, so I had to go down a little bit farther and take a little dirt road into a dirt parking lot. Um, and then I guess we had multiple calls from, uh, from parents, uh, about this male, um, and - I mean, well yeah, he was being aggressive. So, um, I got on scene and as I was pulling up, uh, to park, they, uh, dispatch let me know that he was, uh, that he had just gotten into a white SUV. I asked `em to clarify, because there was multiple white SUVs, uh, in that parking lot. And, um, she told me that there was a,

Investigator Signature    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                           **Reference:** *Ca Persons Follow Up*

---

uh, students had just walked in front of the vehicle and that a, uh, patrol vehicle, uh, was pulling up close to that vehicle. Um, I was the only patrol unit there, so, uh, I knew that it was me. Um, and so I got out assuming it was the Ford - I believe it was a Ford in front of me, um, and let my dispatch know that - that I was gonna be going up to it. Um, as I was walking up, uh, there was a male that was off to the left in the dirt parking lot where I just passed through and he yelled to me that, um, the male had gotten into a, uh, white Lexus - in the back seat of a white Lexus there. So, uh, I turned to the Lexus and, um, aired the plate. I could see a male and female - male driver and a female passenger, uh, in the vehicle, but I couldn`t see anybody in the back seat and the windows were real tented on it. Um, so as I`m walking towards the vehicle, the back door swings open, um, so I walked up to get in- to get onto that side so that I - I was able to see in, `cause I still couldn`t see through the - the tinted windows. Uh, and I saw a male inside, um, the vehicle. So I, uh, started talking to him to try to figure out what was goin` on. Um, see if he was in the correct vehicle or if he`d forced his way into somebody else`s vehicle and we had some other, um, situation - hostage situation or whatever the case may be. Um, they didn`t seem like they were too disturbed, uh, while he was in there, but he was kind of, um, getting agitated that we were there or that Law Enforcement was, um, at that location contacting him. Um, he was telling me that he doesn`t like Law Enforcement and that, uh, he`s had issues with `em in the past. Um, I asked what he was doing at the school, he said he was trying to pick up his brother. Uh, he gave me two different names, so I asked him what, uh, you know, something along the lines of, you - you`re not sure your brother`s name? Uh, that`s when the front seat female spoke up and said something along the lines of, he`s got two brothers or he has - or s- somethin` similar to that. Um, so then I, uh, I asked him if he had his identification, um, as - while I`m talking to him, I saw movement out of the corner of my eye and so I noticed that another vehicle was pullin` up, uh, at that time and it was another patrol vehicle, um, pullin` up right beside me, to my right. Um, and, uh, and I saw that she got out of the vehicle, so I asked him for his identification and, uh, and then I asked him if he had any weapons. He had mentioned something about a knife, I told him not to remove it. He, uh, put his hand in his right pocket and - and kind of pulled it out, um, and showed me that he had, uh, what appeared to be two lighters in his hand. Um, then he kind of turns away from me a little bit and I see him pop something into his mouth or towards his mouth. I - and I asked him, "What`d you pop in your mouth?" Uh, but when he did that, he kind of grabs his jacket and pulls it up and reaches his hand, um, in there, like, he would for - if somebody were to be carrying a weapon, uh, in there. Soon as he did that, that`s when I - I grabbed a hold of that arm to try to keep that arm from being in there or coming out with something. And then behind his, like, up on his shoulder area and went to pull him down so we could get him on the ground and get him into - to cuffs so that we could pat him down, figure out a - make sure that he wasn`t a - a threat to anybody or to us. Um, and when I did that, then the fight was on. Um, and he was wanting to - to wrestle with me. Um, so we were kind of wrestling around a little, next thing I know, he kind of yanks my legs out from under me, and I kind of hit hard. Uh, when I did, I felt pain in my neck, soon as I hit the ground. Um, so I`m trying to keep control of his upper body, um, and he`s just kind of - we`re just rolling a- across the ground. Um, I`m trying to get to where we can get him into custody. Um, I don`t remember seeing my partner or hearing my partner during this. Um, and we were, um, eh, I just was - it felt like I was wrestling with him basically by myself. I didn`t - I didn`t know where she was at, um, during this. So then, um, it feels like - I mean, he - he kind of gets up on top of me, it felt like. Um, and so I`m

---

Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

still trying to control his head to keep him down so that he can`t hit me, he can`t do whatever he`s gonna do. Uh, at that point, I felt like something was being messed with on my side - on my gun side. Um, so immediately for our training with police 1 and stuff, I automatically have to let go and grab my gun to make sure - to hold it down, `cause I wanna make sure that that`s not coming out. Um, so when I do that, I - and I - I remember - I think it`s when I release his upper body and am able to get to my gun, that he comes up and head butts me in the nose. Uh, when he head butts me in the nose, I mean my eyes water, I see starts right when it happens. Um, and, uh, and I was worried that I mean, if - if I got another one of those, I was - I could be knocked unconscious. It was, uh, it was a pretty solid, uh, head butt. So I rolled to my side more to try to protect my gun. Um, I was in fear that he was gonna either get it or knock me out. And, uh, I was also in fear that my neck was gonna give out on me because prior to the - the surgery, they told me that I was very close to being paralyzed if - if I had a - serious blow on there. So, um, I, uh, was able to kind of push back just enough to where I could get to where - I could get to where my gun was. Um, and at this point, I felt like I just needed to stop the - the threat that was immediately in front of me. Um, so I was able to kind of get back and - and draw it and I - what I remembered was firing two rounds, uh, into him. Um, but we - once we ended up being able to see or hear the - `cause we couldn`t see my - my body cam, but hear it, um, I counted three rounds at that point. So, um, he, uh, once that happened, I was able to kind of push farther away from him and stand up and hold, uh, him at gun point to assess the situation to see if he was a threat, if he had a weapon, if he - if there was anything else that needed to be taken care of. Um, when I realized that he was not a threat, uh, at that point, then I holstered my gun and removed my gloves out of my - my back pocket to put `em on to, uh, to render aid to assist with him. Uh, as I walked up, uh, my partner was the one that aired the "shots fired". Uh, I did not. Um, but I did, uh, call for medical. Uh, so after I call for medical, then I went up to him and, uh, and went to the, um, to check on him. I lifted up his shirt and I could see two wounds, um, in - it looked like his - near his clavicle notch, uh, right by his throat. Um, so I was - I was trying to deal with that and the front, passenger door swung open and the lady started yelling. So I had to divert my attention from him to go to her. Um, to make sure that she wasn`t gonna be a threat or - or the other, uh, male occupant wasn`t gonna - gonna be an issue. Um, so I was speaking with them. I did end up getting her to close her door. Um, and then I did see my partner standing near his feet. Um, I walked - at that point, I walked away from there and went toward the back of the car because then my mind went to, I just fired, I wanna make sure nobody`s injured behind the vehicle because there was a lot of school kids walking around. Um, and so I - I kind of scanned to make sure that nobody was injured there. I asked a lady that was in a - I think she was in a blue SUV, uh, that was directly behind, if - if she was all right. She asked if she could leave, I told her, no, she was a witness. Um, I - I kind of, um, while I was on that side, the driver`s door opened up. So I think I told him to stay in the vehicle, but I could hear him talking, it sounded like on a cell phone. Um, so I - and then I ended up coming back a little bit closer to where my partner was, uh, I - I believe at that point, I saw another deputy come up, uh, and - and he was - as he was coming up, I - I think I told him to take care of the people that were inside of the car to make sure that they were, um, staying in the vehicle or away from what was going on. I heard sirens and so, uh, I went back over to try to wave fire to us to they could get to us quicker. Um, and, uh, and then they ended up - they got there, um, another male walked past - right in the scene, right there. And, uh, and I think he asked me what he could do and I told him to keep the kids back because I just saw, I think it

---

Investigator Signature                           Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** | *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDINA, JOSE L     (1461)* | **Date / Time:** | *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R     (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

was three more kids walk past us, uh, on the little walkway, um, at that time. And, um, and then, uh, I believe my supervisor got there, uh, the narcotics supervisor got there and came to me. Um, and he answered the phone, so we didn`t talk. And then my direct supervisor, um, arrived and so then I went to him and he asked me, um, what had happened. And so I told him, um, what was going on, um, gave him a - a run down of -of the situation so he knew, uh, how to handle the scene, I guess. Uh, at that point, they, uh, they had me, uh, get in with one of our other narcotic detectives. Uh, he was our - was my gatekeeper and, um, and he transported me by his vehicle to, uh, (Parkview Main), um, for x-rays and, uh, and all the - the medical, uh, end of this.

Q:  Okay, let`s go back a little bit.

A:  Okay.

Q:  Um, you said - you said when you were in contact with the male, you were able to kind of look and you seen - you observed a patrol vehicle pulling up?

A:  Yeah.

Q:  Do you know who - who that was?

A:  Uh, yeah, Dep. (Gonzalez).

Q:  Okay.

A:  And it was her - it was her call.

Q:  It was her calling or you were her cover?

A:  Yes, sir.

Q:  Okay you just happened to get there first?

A:  Yes sir, and due to the - the nature of it, I - I wanted - like I said, wanted to make contact with him to - just to make sure that everything was okay in that vehicle and - and all that.

Q1: Um, did you feel like with the information you had at that moment - `cause you said you were the cover.

A:  Yes, sir.

_____          _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R*    *(10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

Q1: I know what that means, but somebody else might not know what cover means. And I`m sorry (Jose), I didn`t mean to, uh, interrupt you, but I don`t know what cover means - I - I know, but other - somebody else might not, so what does c- the cover officer mean in this instance?

A:  So if - if - depending on the nature of the call, um, they`ll send one, two, or three deputies. Um, 1 means that you can handle it by yourself. Uh, two means that you need somebody there to assist you because, uh, whatever the nature is, somebody`s aggressive, somebody`s trying to hurt somebody. Um, and then three would be, shooting, or - or something of that nature.

Q1: So you`re responding, in your mind you`re thinking you`re the second person as the cover?

A:  Yes, I...

Q1: Would that be...

A:  Yeah.

Q1: ...there`s a primary...

A:  I was.

Q1: ...and you`re second?

A:  Correct.

Q1: Is that fair?

A:  Yes - yeah.

Q1: But you get there first?

A:  Yes sir, I was closer. Yes, sir.

Q1: Okay so as the cover guy, um, you said something, you said, he was being aggressive. Can - can you be descriptive what that means?

---

Investigator Signature                                   Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

---

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *EXCEPTIONALLY CLEARED*   Case Mng Status: *EXCEPTIONALLY CLEARED*   Occurred: *02/22/2022*

Offense: *OUTSIDE AGENCY ASSIST*

---

Investigator: *MEDINA, JOSE L    (1461)*                Date / Time: *03/25/2022 17:01:27, Friday*

Supervisor: *FLORES, CHRISTOPHER R    (10727)* Supervisor Review Date / Time: *05/09/2022 10:29:37, Monday*

Contact:                                       Reference: *Ca Persons Follow Up*

---

A:  Um, telling me that he doesn't like Law Enforcement, he was raising his voice, um, telling me that cops like to punch him and, uh, and tell him to stop resisting. Um, he, uh, he just would elevate and come back down. Um, and looking at his eyes, I asked him if was into- or under the influence of something, `cause he appeared to be, um, fro wh- who I`ve dealt with, he appeared to be, uh, high and I assumed on meth. Um, the way he was fluctuating, um, so.

Q1: Did you have details from, uh, dispatch that would, uh, clue you into or give you an idea of his actions or what might cause you concern with his actions?

A:  Um, they said that, um, if I remember right, said that he was aggressive with trying to open up doors and - and trying to get into occupied vehicles.

Q1: And you`re going to a s- a elementary school or a middle school?

A:  Middle school during...

Q1: Does that raise your...

A:  ...out time.

Q1: ...level of concern?

A:  Yes sir, it was out...

Q1: Of this man`s...

A:  ...time.

Q1: ...actions?

A:  So it was - we had - we knew we had a bus loop, we know that it gets congested in that area `cause we have SROs work it.

Q1: You said, out time, what`s that mean?

A:  Uh, school was out.

---

_____
Investigator Signature

_____
Supervisor Signature

**WARD 000433**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

OCA: **22003487**

| | | |
|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* | |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* | |
| **Contact:** | **Reference:** *Ca Persons Follow Up* | |

Q1: Okay, so...

A:  And so they were just all the kids were being dismissed. We had a lot of students walking through.

Q1: Okay, um, so you though at - even though you`re the cover officer, you chose to contact this guy immediately because of the concerns that you had in your mind?

A:  I did.

Q1: With - with him?

A:  Yeah, `cause I didn`t know - I didn`t` want him to harm somebody there. Um, and I figured it was better 1 person at least to kind of get his attention off of whoever, then, um, to sit back on - on some of these domestic violence, there`s certain things we - we will sit back and we`ll wait for, uh, our cover unit to get there and then we`ll both go in together. Uh, it just makes it safer for - for us all the way around. Um, but with this it was - it - it felt to me a - a little different, little more urgent. And that`s the reason I started that way before I was officially, um, dispatched to it. So I was - I was very close at that time.

Q1: You also mentioned when - when you were on scene that you thought he was mor- in one car and then you saw him in another and maybe you were concerned you - that you could - you didn`t really even know what was happening at this time.

A:  Exactly, yeah.

Q1: That maybe these people - he`s in some car and this could be some type...

A:  Yep.

Q1: ...of hostage situation...

A:  Yeah.

Q1: ...is I think the term you used.

A:  Uh-huh.

Q1: Is that accurate?

_____                    _____
Investigator Signature                                              Supervisor Signature

**WARD 000434**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

A:  Yes, sir.

Q1: Okay, thank you.

Q:  So do you remember any other details as far as his - what he was telling you when you were in contact with him? `Cause you were explaining his behavior, it gave you the assumption that possibly meth on board.

A:  Yeah.

Q:  Um, anything else you can elaborate to...

A:  When he...

Q:  ...that...

A:  When I asked him what he put in his mouth, uh, I remembered him saying something along the lines of, it`s a pill, just a pill. Or something like that. Um, I re- he was - he was very excited during the fight. He was yelling, um, uh, yeah boy or F yeah or something like that, when he was, uh, when he was fighting with me. Um, and so he was - I mean it - it felt like he was wanting to harm me. He was wanting to hurt me, uh, and was happy about doing that. So, um, but I - I don`t really remember any - anything else inside the car that he would`ve - would`ve said.

Q:  So I mean at this - you mean, you`re - you`re physically involved with this individual.

A:  Yes, sir.

Q:  Is it consistent with what you - what I`m assuming through training you - and experience, you know to be consistent with somebody that has narcotics on board?

A:  Yeah, he was - he was, uh, very strong. Um, I mean, he - it just - it - it felt like - like, the, um, I don`t know, just, like - like, drug strong. Um, I mean, he - he - it definitely did not feel like he was on heroine or, um, marijuana. Um, he was - he was very - it just felt to me, strong. I felt weak when we were - when we were wrestling.

Q:  I think you mentioned that, you know, I mean, you had a hold of him and you were trying to prevent him from getting on top of you and - and, you know, doing anything to you. Did you deliver any strikes or were you trying to attempt any type of hold or?

---

Investigator Signature                                      Supervisor Signature

WARD 000435

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

_Pueblo Police Department_                                                   OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** _EXCEPTIONALLY CLEARED_    **Case Mng Status:** _EXCEPTIONALLY CLEARED_    **Occurred:** _02/22/2022_

**Offense:** _OUTSIDE AGENCY ASSIST_

---

**Investigator:** _MEDINA, JOSE L    (1461)_                **Date / Time:** _03/25/2022 17:01:27, Friday_

**Supervisor:** _FLORES, CHRISTOPHER R    (10727)_   **Supervisor Review Date / Time:** _05/09/2022 10:29:37, Monday_

**Contact:**                                                                    **Reference:** _Ca Persons Follow Up_

---

A:  I was just trying to hold him. Um, we`ve got our hard uniforms and they`re really slick uniforms. So it`s kind of hard to hold onto. So when I had, kind of, what felt like a decent hold, um, it - it felt like I - I was just trying to hold onto that and not slip. Um, but it doesn`t feel like he was trying to pull away to run. It felt like he was more trying to get a hold of me to - to continue to fight. And - and not like he was wanting to stop.

Q:  So - and I don`t know if you remember this, but in body cam, at first contact when he`s in the car, you kind of pop your gun lose...

A:  Yeah.

Q:  ...off your holster.

A:  Yes, sir.

Q:  Can you - can you elaborate on that?

A:  Absolutely, I do that, um, whenever I have traffic stops. I do that when I have encounters with people who, uh, if I ask `em if they have a weapon and they say they do, um, I will - I will release the retention, uh, it`s - all it is, is a thumb, uh, release and then I can lift it just enough where it - it`s not gonna catch on that hook inside there. Um, it just gives me a little bit, uh, easier to - to get it out if I need to. Um, if I don`t need to, all I have to do is just let it go, and when I release that - that grip, it just drops straight back in and it`ll click. Um, and I`ve done that for the whole time I`ve been on the streets, I`ve used the same holster, um, for a Smith and Wesson the entire time. And - and it`s always done the same exact thing for me.

Q:  Okay.

Q1: Is - is that something you learned in training, is that a skill set you learned on the street, something you developed yourself? Just - just describe...

A:  Yeah.

Q1: I unders- I know (Jose) and I probably understand why you`re doing that, but...

A:  Absolutely.

Q1: ...I want you to just expound little bit why you might do that.

---

Investigator Signature                               Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
    **Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** | *03/25/2022 17:01:27, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:29:37, Monday* |
| **Contact:** | **Reference:** | *Ca Persons Follow Up* |

A:  Yeah, so I had a great sergeant. Um, who taught us a lot of important things. He was in the military and then he, um, worked for us for quite a few years. And - and that was, uh, one of the things that he had talked about. He did a lot of, um, Police 1 and roll call training. Um, and so he would - we would just practice certain - go over different scenarios or different things. Um, I, uh, and - and I picked that up and I really liked doing that because it felt like it was a little easier. Um, I - I tried to draw my handgun once I get my duty belt on, uh, every day so that - because it`s always a little different. And, uh, and sometimes if you don`t get that release just right, you get hung up and it kind of jerks on your body a little bit. Um, which would be a horrible feeling if somebody came out with a gun. Um, so that was kind of why that stuck with me. Um, you know, another one of his great trainings was to get to your side, protect your gun, and if somebody gets on top of you and they`re trying to actively get your weapons or your tools off of your belt, they`re - they`re trying to kill you. They`re trying to hurt you bad enough to, uh, to where you`re no longer in this fight at all. Um, and so, I mean, that`s...

Q1: So would you say, um, that you`re releasing the retention - so the retention is just the clip that - that grabs your gun so it can`t come in and out of the holster unless...

A:  Yes, right.

Q1: ...you release that button, right?

A:  Yes, sir.

Q1: So by releasing the retention, it`s giving you - it`s one less step to get the - the gun out of the holster so you can react quicker. Is that...

A:  Correct.

Q1: ...fair?

A:  Yes, sir.

Q1: So - and you said you do this on traffic stops or when you think that somebody is, um, potentially armed?

A:  Yeah, or if they tell me they have a weapon, then I - I do that, yeah.

Q1: Okay and that`s be- for your own personal safety and likely because you don`t wanna be the last guy to draw the gun...

_____                _____
Investigator Signature                                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** | *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

A:  Yeah.

Q1:...right?

A:  Absolutely, yeah. And...

Q1:Okay.

A:  ...he spoke about the (udaloop) all the time and so with our (udaloop), I mean, they are already ahead. So all they have to do is act, `cause they`ve made the decision.

Q1:Mm-hm.

A:  And we`re way behind that, um, and so that one little thing, kind of helps speed up my process if I need to get it - a gun into the fight. And if I don`t, like I said, I can release it and go hands-on or - or release it and get a taser out or whatever the case may be.

Q1:Okay, thank you for clarifying.

A:  Yeah.

Q:  So when you let go of the gun to go hands-on, do you know that that gun locks in or no?

A:  Like I said for, um, for the last 7 years I`ve been doing the same exact thing, uh, with my firearm and I`ve never had it not, um, secure.

Q:  `Kay.

A:  Um, and I`ve even, uh, released it like that and had to run, uh, after somebody, um, and it - it stayed, uh, in its correct position.

Q:  Okay so at no point in the incident you were ever concerned that it was gonna slide out then?

A:  Yeah, it - and I mean, to be fair, or to - honestly, I never thought of my firearm during the fight until I felt what was - felt like pulling on it. And at that point, then my training went back because I think if I wouldn`t of had that training it was - I don`t know, I think it helped speed my process up to where I was able to get my hands - release

Investigator Signature                                   Supervisor Signature

**WARD 000438**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                                                **Reference:** *Ca Persons Follow Up*

---

to get my hands there and then kind of roll so that I was protecting it. Um, but yeah, I - I don`t - yeah, I don`t think it would`ve come out.

Q:  So you let go of your position that you were at to protect your gun...

A:  Yes, sir.

Q:  ...because you felt like you were being disarmed?

A:  Yes sir, and then got a head butt to the nose.

Q:  Mm-kay.

A:  Yeah.

Q1: Do you know where - when you went to cover your - so you - the protective action - I see what you`re doing and because there`s a camera. Can - we can we, uh, if it`s okay with (John) too, can you show us what you did to help with the retention of your firearm?

A:  So what I do is - it`s on my right side, sorry.

A1: Yeah, go ahead.

A:  Is that okay?

Q1: Yeah.

A:  I, um...

Q1: You can - if you...

A:  I grab...

Q1: You can stand up.

A1: Might as well stand up.

---

Investigator Signature                                        Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 17:01:27, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*
**Contact:**    **Reference:** *Ca Persons Follow Up*

Q1: And actually, I`m gonna have you...

A1: Camera`s over here.

Q1: Gonna have you stand...

A: Where is it?

Q1: ...right here. The cameras are right here.

A: Okay.

Q1: So if you wanna stand right here, just so we can see.

A: So I - I grab, um, with my right hand to secure it down.

Q1: Kay, so I`m gonna just demonstrate on my gun. Are you grabbing on the, uh...

A: Basically I get a grip on it...

Q1: `Kay.

A: ...like, it would...

Q1: Just like you would...

A: ...regular grip.

Q1: ...normally, okay.

A: And then I bring my other hand and I put over the top.

Q1: `Kay.

A: Because that`s what protects the release. The release is here and so...

Q1: `Kay.

Investigator Signature                Supervisor Signature

Page 288
**WARD 000440**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                      OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** | *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** | *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

A:  ...I wanna get to where that release is protected so that somebody can`t get it out. `Cause even if I`ve got a good grip and they can get my gun out, I mean, if they fire, I`m in trouble. Um, and so that`s - that`s what my training, I`ve practiced, is doing that. And then I roll to my side, um...

Q1: And do you know what - what`s the roll do?

A:  The - the roll just makes it where if they have a grip on it, then it - it kind of dislodges their grip.

Q1: `Kay.

A:  Or makes it to where they can`t, uh, easily pull it out because it`s - it`s kind of cocked they - in a weird angle and it would be hard, um, to get it out. So then that`s why I would - I went to my side.

Q1: And is that just, like, a, you know, like, an easy roll or...

A:  No, it`s a very forceful, um...

Q1: `Kay.

A:  ...aggressive move, uh, to try to stop that.

Q1: So when you do this on that particular day, um, do you know where his hands are? Do you feel his hands on your...

A:  I - I don`t know...

Q1: ...holster?

A:  ...if - I can`t remember if I felt his hands when I hit, uh, because, I mean, the ground was fairly close. I`m laying like this and so when I forced - I mean, I really aggressively forced and - so I can`t tell you exactly at that point where his hand was, um, during that.

Q1: You said in your training, um, that when somebody went for your gun, in your mind, that they were trying to kill me.

A:  Yes.

_____                    _____
Investigator Signature                                                      Supervisor Signature

**WARD 000441**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023 14:52

*Pueblo Police Department*                                               OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q1: Is that what you were thinking at this time?

A: Um, during it, I was - I mean, I was scared, um, that - that something was going on. And then once I was getting to that, I went, okay, if he gets this, I am dead. And if I`m dead, then my partner`s gotta take care of him or she`s dead. Um, and I - I don`t wanna put anybody in that position. I`ve seen too many, uh, videos where the cop gets shot with his own gun and that freaks me out. Uh, so I don`t - I don`t want any part of that.

Q1: So you`re...

A: (Unintelligible)...

Q1: ...in fear that you could die.

A: Absolutely.

Q1: There`s things going on around you. You mention your partner, is there anybody else around you at this time?

A: There`s kids everywhere. There`s parents everywhere. There`s - everybody`s - I mean, it`s buses, there`s everything, yeah.

Q1: Is that in your mind as well?

A: Uh, yeah, I was thinking about the kids when, uh, when I was first dealing with it, absolutely.

Q1: Okay so do you think that this man could`ve been a threat - an imminent threat or he could`ve seriously injured somebody else beside yourself?

A: I believe if he would`ve got my gun, he - he absolutely would`ve been, yeah.

Q1: Okay, thank you. Sorry to make you stand up and...

A: No, no.

Q1: ...do the movie stuff.

A: No, I understand the process.

_____                    _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** | *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** | *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

Q:  So during - during your struggle, you mentioned that you didn`t see or hear your partners.

A:  Yes, sir.

Q:  So in your mind, you were in that fight by yourself?

A:  Uh, yes, sir. I - yeah, that`s what it felt like. It didn`t feel like she was, um, up helping me. I - I don`t remember seeing her there, uh, grabbing hold of him. I mean, typically when we`re, um, wrestling with somebody like that to get `em in cuffs, we`re both trying to, um, in most situations, both deputies are trying to get those arms under control. Um, and - and trying to force him to the ground so that we can get those - those hands behind his back and cuff him up. Uh, at no point did I feel like that arm was on the other side being pulled, um, to assist me in that.

Q:  Kay, so to - let`s go to rendering aid. You stated that, I mean, after you had him at gunpoint and you - he realized your - your partner was at his feet, you gloved up, you went over to him, you lifted his shirt, you said, you seen two bullet holes.

A:  Correct, yes.

Q:  Um, but you got diverted...

A:  Yes, sir.

Q:  ...because the female in the vehicle opened her door.

A:  Correct, and was screaming.

Q:  At that time, you didn`t know if she was...

A:  No, I...

Q:  ...his friend, a random citizen picking up their kids.

A:  Yep.

Q:  So...

Investigator Signature                    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**                     Printed: 03/23/2023  14:52

*Pueblo Police Department*                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| Case Status: | *EXCEPTIONALLY CLEARED* | Case Mng Status: | *EXCEPTIONALLY CLEARED*    Occurred: *02/22/2022* |
| Offense: | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| Investigator: | *MEDINA, JOSE L    (1461)* | Date / Time: *03/25/2022 17:01:27, Friday* |
| Supervisor: | *FLORES, CHRISTOPHER R    (10727)* | Supervisor Review Date / Time: *05/09/2022 10:29:37, Monday* |
| Contact: | | Reference: *Ca Persons Follow Up* |

A:  I had no idea who she was in the vehicle, who either of 'em, uh, were in the vehicle. Um, I mean, um, it`s just - yeah, she could`ve come out with a gun and - and shot me being - and I - my head was right - would`ve been right there with a perfect shot. It would - yeah, it was bad.

Q:  So you were gonna render aid up until that point?

A:  Correct, that`s why I put my gloves on. I am - I mean, we try not to touch blood and - and I carry gloves for that reason, so I can get 'em on quick and - and do what needs to be taken care of.

Q:  And then after she closes her door, I think you stated that you realized a lot of people are around, cars behind, kids running...

A:  Yes.

Q:  ...around.

A:  Yeah.

Q:  Then your - then your mind kind of went to, you better see if you...

A:  Yeah.

Q:  ...could`ve hit somebody.

A:  Yep, fear kicked in at that point that - that I may have fired towards somebody else, `cause when I fired, I remember being - it felt like on my side. Um, when we were - `cause I was still on my side. And so it felt like we were side to side and it was - could`ve gone, um, towards anybody else. So I, uh, immediately had fear of, I hope I didn`t hit anybody behind him at that time.

Q:  Checking everyone else safety and make sure...

A:  Right.

Q:  ...there was no other casualties.

A:  Correct, yeah.

_____                    _____
Investigator Signature                                          Supervisor Signature

**WARD 000444**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                                        **Reference:** *Ca Persons Follow Up*

---

Q:  And then you hear sirens, you see light...

A:  Yes.

Q:  ...and then...

A:  Yeah.

Q:  ...you were trying to waive...

A:  Yes.

Q:  ...rescue in so that way they can get there quick...

A:  Yes.

Q:  ...quicker.

A:  I was very thankful that they were on scene, because we don`t - I mean, I - the only thing I carry medical wise is, I carry gloves and I carry a tourniquet. So I don`t have dressings, gauze, um, anything for sucking chest wounds. We do a little bit of that training, um, some basic level of it, but it`s not - I mean, it`s - I don`t have that gear, uh, on my - my person.

Q1: On - so the - we`ll just stay on that rendering aid piece. You, um, when you lifted his shirt, you see the two wounds.

A:  Correct.

Q1: Did you make any other assessments about him at that time?

A:  Uh, I`m sorry, as far as?

Q1: Was he obviously deceased?

A:  Um, eh, he did show signs of - of being deceased. Um, from what I`ve seen with - with people who have, um, died in front of me that they - I mean, his - his arms kind of go out and - and the way his breath went. Um, I mean, it - it was, yeah, it appeared...

_____                    _____
Investigator Signature                                          Supervisor Signature

WARD 000445

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/25/2022 17:01:27, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*
**Contact:**                                                    **Reference:** *Ca Persons Follow Up*

---

Q1: Did you see...

A:  ...he was.

Q1: ...any chest movement?

A:  I - I did not, yeah.

Q1: Mm-kay.

A:  I mean, I s-...

Q1: Did - does that play a part in your determination to, between officer safety, what`s going on with the woman in the front of the car and what`s going on with him, when you decide to turn your back to potential, uh, threat and p- maybe not, uh, you not provide CPR or any first aid to this guy? Can you just run me through that?

A:  Yeah, after, um, after that with him and having her and stepping away and then the fear of the people behind the vehicle, uh, when I came back I - I mean, it - that`s when I was like, oh, it - it appeared he was deceased, um, for sure at - at that point. I mean, obviously I`m not medical, so I can`t say that he was for sure. Um, but that - that played a part as far as the - the end part.

Q1: `Kay.

A:  But I didn`t know if medical could assist with something. I mean, obviously they - I don`t know, they - they hook up to machines and - and do all kinds of things that I can`t do.

Q1: My short term memory is horrible sometimes. I don`t - can`t remember if (Jose) asked you or if you said, there was a door that was open that he came out of.

A:  Yes.

Q1: Do you remember how that got closed?

A:  Um, I believe I closed it when I walked up to deal with him because there was a front seat driver that was kind of a straight shot to me. Um, and then - so I - I believe I was the one that closed it and then lifted up his shirt, uh, to check him.

Investigator Signature                          Supervisor Signature

WARD 000446

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                                     **Reference:** *Ca Persons Follow Up*

---

Q1: What does straight shot mean?

A:  Uh, it was, like, you and I are - if I were down on my knees dealing with him, you`ve got a, um, a straight line, um, through where the center counsel is to - directly to where I am. Um, and I know a door`s not much, but it`s kind of a little bit more concealment.

Q1: S- so in your mind you`re using that door as concealment?

A:  Yeah.

Q1: For yourself?

A:  Because I - I didn`t wanna move him because it`s a - I mean, it`s a scene and we gotta deal with, kind of, taking care of evidence and everything like that. But yeah, I was kind of making it where - a lot of people in - in a lot of videos I see, uh, don`t shoot through objects. If they can`t see, it - it makes it a little better for me to - as concealment.

Q1: So that was - that was an officer safety concern.

A:  Correct.

Q1: You closed the door...

A:  Yeah.

Q1: ...in an effort to prevent them from being able to see you.

A:  Correct.

Q1: Um, and - and that felt like you made yourself safer, is that...

A:  (Unintelligible)...

Q1: ...fair?

A:  ...safer, yeah.

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| Case Status: *EXCEPTIONALLY CLEARED* | Case Mng Status: *EXCEPTIONALLY CLEARED* | Occurred: *02/22/2022* |
| Offense: *OUTSIDE AGENCY ASSIST* | | |

Investigator: *MEDINA, JOSE L    (1461)*                    Date / Time: *03/25/2022 17:01:27, Friday*

Supervisor: *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review** Date / Time: *05/09/2022 10:29:37, Monday*

Contact:                                                    Reference: *Ca Persons Follow Up*

---

Q1: Okay.

A:  Yeah.

Q:  Once again, for non-law enforcement people, can you explain what concealment is?

A:  Um, just kind of, uh, blocks their view from me. Um, I mean, it - it obviously - it makes it to where it - it`s harder for me to see, but when I saw my partner was there, most of the time we try to watch. Um, so I was hoping she was gonna be watching as well, uh, for me, but just makes it to where they can`t see me, um, for what I`m doing. `Cause at that point, I would be very vulnerable, um, down on - um, basically on my knees trying to help.

Q:  So you were trying to take visual away from that person?

A:  Yes sir, yeah, I...

Q:  So that way...

A:  ...doesn`t block.

Q:  So that way you can treat this individual that`s on the ground?

A:  Correct, yeah. It doesn`t block, um, rounds from coming through, it doesn`t stop anything like cover, but it - it conceals me a little bit.

Q1: You just used the term that I was gonna ask you to describe now. Um, the difference between cover and concealment.

A:  `Kay.

Q1: So can you describe what cover means?

A:  Absolutely, cover would be, like, a - a cement wall or a motor for a vehicle or the rims. Um, something that - that will stop a projectile from coming through and hitting anybody on the other side.

Q1: There was none of those between you and those people in that car?

---

_____                    _____
Investigator Signature                         Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                         OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*
   **Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/25/2022 17:01:27, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*
   **Contact:**                                             **Reference:** *Ca Persons Follow Up*

---

A:  Correct, not where I was at.

Q:  In your opinion, is this - everything going on, the - the combative person. Um, the shooting, the two people in the car, the fact that school is being left out, is - is that a chaotic scene for two people to handle?

A:  Yeah, absolutely. Yes, very.

Q:  You - do you say it takes several - it would take several deputies or officers to control that scene?

A:  Absolutely, and - and after the situation, I mean, it took, uh, I think I counted at least five of `em that were trying to get everything cleared away, um, from what was - from where we were at.

Q:  Kay, you stated, uh, first person you saw arrive was the Narcotic`s Supervisor. Who is that?

A:  Um, that would be Sergeant, uh, (Guadinoli).

Q:  And your direct supervisor, who`s that?

A:  Uh, and it`s, uh, Sgt. (Reagan).

Q:  (Reagan).

A:  Would be my direct, that day. And the Lt. (Rude) was supposed to be on, but he ended up having to do training so he was - but he`s my direct lieutenant.

Q:  On this day, can you tell me what you were wearing?

A:  Um, full uniform, um, patrol uniform. Uh, I had my badge and my - my name plate and my, um, my patches. Um, my duty belt, and then my - my regular pants for - for patrol pants with black boots.

Q:  So a typical patrol officer`s uniform?

A:  Yes, sir.

Q:  Or deputy.

A:  Yeah, deputy, yes sir.

Investigator Signature                          Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L   (1461)*          **Date / Time:** *03/25/2022 17:01:27, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R*   *(10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*
**Contact:**                          **Reference:** *Ca Persons Follow Up*

Q:  Yeah, sorry.

A:  No.

Q:  Um, let`s go to your firearm, what do you carry?

A:  I carry a Smith and Wesson 2.0, uh, 9mm. And it`s a duty, uh, it`s a, uh, agency issued.

Q:  Department gun?

A:  Department gun, yeah.

Q:  How many rounds does - do the mags carry?

A:  If I`m not mistaken, it`s 15 in the magazine and 1 in the chamber.

Q:  Do you carry one in the chamber?

A:  I do, yes sir.

Q:  Okay, how many mags do you carry?

A:  I carry, um, the one in the gun and then two more on my duty belt.

Q:  Total of three?

A:  Correct, yes.

Q:  To your knowledge, on that day, were your mags topped off?

A:  They were, yes.

Q:  Okay.

A:  Uh, to my knowledge, yes.

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                      OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L   (1461)*                    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R   (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                                           **Reference:** *Ca Persons Follow Up*

---

Q:  So being a patrol officer, do you have a specific number you go by?

A:  Uh, yeah, um, my call sign would be Delta-39.

Q:  Delta-39? Do you know your partner`s, uh...

Man:    (Unintelligible).

Q:  ...did you say, Ms. (Gonzalez)?

A:  Delta - I believe it`s 49.

Q:  Mm-kay.

A:  I think it`s 40.

A1: They don`t work together often.

A:  Yeah, we haven`t worked together very often. I, uh...

Q1: If I told you it was...

A:  I`m s-...

Q1: ...Delta-48, would that make...

A:  48?

Q1: ...sense?

A:  Yeah, yeah.

Q1: I don`t know how you guys...

A:  I...

Q1: ...assign your numbers, so.

---

Investigator Signature                            Supervisor Signature

**WARD 000451**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  Yeah, um, I, um, like I said, I just came off of the modified duty and so, um, I hadn`t worked with her, um, I don`t even - I don`t think she and I worked a sector together until this time, um, this day.

Q1: What`s a sector?

A:  Uh, it`s our - our area of - of where we`re working so we have our West sector, um, our East sector and our South sector. Uh, which our West would be Pueblo West area that we were working, that was our sector that day.

Q1: So you were in the West sector?

A:  Correct, yeah.

Q1: And just so I know, your job assignment that day was do - you guys have different, you know, narcotics, SROs, you have patrolmen, what was - what was your assignment?

A:  We`re patrol, so we handle calls, but - calls for service and, uh, and make traffic stops or - or whatever, um, we need to be doing out there.

Q1: So you`re working in a patrol capacity?

A:  Yes sir, I`m - yeah, I was in my patrol unit.

Q1: Fully marked police car?

A:  Fully marked, yes sir.

Q1: Kay, uh, it`s got lights and sirens on it?

A:  Yes.

Q1: Clearly marked as a Sheriff`s Department...

A:  Yeah.

Q1: ...car?

_____
Investigator Signature

_____
Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | |
|---|---|
| **Investigator:** *MEDINA, JOSE L   (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

A: Yes, sir.

Q1: Can I ask you a question? Um, (Jose) asked you if you were in uniform. And I just wanna know, um, if you remember, if you ever told this man in the back of the car if you were a police officer.

A: Uh, I believe I identified myself as Dep. McWhorter, Pueblo County Sheriff`s Office.

Q1: `Kay.

A: That`s how I, um, introduce myself during traffic stops or any contacts that I make.

Q1: So it should be no - it should`ve been obvious to him, you were wearing a uniform, you pulled up in a marked car.

A: Yeah.

Q1: And you introduced yourself as a law enforcement officer.

A: He also told me something along the lines of, somebody called the cops on me, why`d they call the cops on me, or something along those lines. So he - I mean, he knew we were cops.

Q1: Mm-kay.

A: And I even made a reference, uh, no offense to PD.

Q1: I wasn`t gonna...

A: But...

Q1: ...bring that up.

A: Yeah.

Q1: What was that reference?

A: Um, that, um, he said that they - they like to beat on him and I said, um, not us, we`re - we`re the Sheriff`s Office, you mean, PD? Sorry.

Investigator Signature                     Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

Q1: So that clarified to him that you were with the Sheriff?

A:  Yes, sir.

Q1: (Unintelligible).

Q:  That marked patrol unit, does it have numbers?

A:  It does, but I just got it and I believe it`s...

Q:  Okay.

A:  ...386.

Q1: Let`s step backwards a little bit on your training. Just clarify for me, `cause I don`t know what you guys do at the Sheriff`s Office. Did you go to a basic academy?

A:  I - I went through a PCC, yes sir.

Q1: Okay, PCC, what`s that?

A:  Uh, Pueblo Community College, uh, Police Academy...

Q1: Okay so you...

A:  ...(unintelligible)...

Q1: ...graduated from a private police academy prior to being hired?

A:  Correct, yeah.

Q1: Um, do you have any other on the job training when you were first hired?

A:  Um, they - they do our block training. They do our beginning training, um, when we first go to detention. Uh, once you finish detention, then you have a - a stretch of - of, um, classroom training. And then you go with a PTO, uh - uh, trainer.

_____    _____
Investigator Signature    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q1: How long is your PTO?

A:  Um, I believe it`s four months.

Q1: And, just for the record, PTO is?

A:  Uh, Patrol Training Officer.

Q1: Police...

A:  (Unintelligible)...

Q1: ...Training...

A:  ...Police...

Q1: ...Officer?

A:  ...yeah, some...

Q1: Okay, so that`s a seasoned officer who would be instructing you...

A:  Correct.

Q1: ...alongside you during those four months or so.

A:  Correct.

Q1: Um, and then your, uh, yearly trainings, do they include firearms?

A:  Um...

Q1: Or monthly? I - you said for the SWAT Team...

A:  With...

_____    _____
Investigator Signature                          Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

---

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

Q1:...I just wanna ask as a patrolman.

A: Yeah, we have to do, um, our annual training and I think it`s mandatory twice a year you have to do firearms and then we do, uh, I believe two additionals that - for a night qual` and - and then a, uh, another that we use.

Q1: And you say you shoot a qualification course that`s required by Colorado Post?

A: Correct, yes.

Q1: And you`re qualified to carry a firearm?

A: Correct.

Q: So you obtained your Post-certification prior to being hired with the Sheriff`s Office? That was done on your own or did they put you through?

A: I did, so what happened was I, um, I wanted to change occupations. So I, uh, I put in for the Sheriff`s Office and then, uh, I saw that the Academy opened up. So I went ahead and put myself through it and paid for it myself. Uh, and then I graduated, uh, December - I believe it was, like, December 13 or something like that. And then I got hired on December 30 with the Sheriff`s Office. So - of the same month - of the same year, 2013.

Q: 2013.

Q1: I like to bounce around a lot because that`s the way my mind works, I`m sorry. Um, and - and if it`s confusing to you, just let me know and I`ll try to stay in order. Um, I`m just going through my notes. There`s some things you said and I just wanna clarify and get some extra, uh, information on that. You said when you were pulling him out of the car.

A: Yes.

Q1: You were talking to him and he put something in his mouth and then he was reaching into...

A: Correct.

Q1:...his jacket and you thought potentially he could`ve had weapon in there.

A: Correct.

---

Investigator Signature    Supervisor Signature

**WARD 000456**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L   (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q1: Um, so at that point, did you feel your life was threatened at that moment or what - just describe to me what you were thinking at that moment.

A: The way he pulled it and reached, was similar to what I`ve seen with people pulling out firearms.

Q1: `Kay.

A: Um, he didn`t indicate that he had a firearm, but that`s the way that it seemed, which is why I tried to get a hold of that arm to control that arm so that he didn`t pull out a gun or - or whatever the case may be.

Q1: And so your response to that was to go hands-on.

A: Correct.

Q1: And to control him.

A: Yes.

Q1: Um, and your, uh, effort was to get him out of the car and get him on the ground, I think you said, so you could get him in handcuffs to...

A: Correct.

Q1: ...control the situation.

A: Correct.

Q1: But he fought with you.

A: Yes.

Q1: So when you guys are fighting, do you remember giving him verbal commands?

A: Um, I don`t remember giving him verbal commands, um, during that.

Q1: Kay, do you - you said you remember him saying something like, come on boy.

_____                    _____
Investigator Signature                                           Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                              OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L     (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R     (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  Yeah...

Q1: Is that what...

A:  ...boy.

Q1: ...I heard you say?

A:  I think he said, yeah boy, or F yeah, or...

Q1: And what did that mean to you?

A:  He was excited, he wanted to hurt me. He was - he was wanting...

Q1: So, like...

A:  ...wanting to fight.

Q1: He's egging you - egging you on to fight or?

A:  Or amping himself up to get excited - more excited to...

Q1: Okay.

A:  ...to hurt me.

Q1: Did you ob- observe anything else different about his hands or his face prior to getting him ou- getting him out of the car?

A:  Anything different?

Q1: Mm-hm, than that you would normally, like, we sit here today. Was there anything that you observed - I know it seems like a weird question, but it comes from something that somebody else said.

A:  Yeah.

_____                          _____
Investigator Signature                                                    Supervisor Signature

WARD 000458

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L     (1461)*     **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R     (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**     **Reference:** *Ca Persons Follow Up*

Q1: And I just wanna know if you noticed anything.

A:  He had a lot of tattoos and then he had some kind of red something that I saw that I wasn`t quite sure what it was. It - I - it almost looked like almost a powder type stuff, but it didn`t look powdery. I don`t know, it was - it was kind of weird, on him.

Q1: Where - where was it?

A:  On his - like, on his throat area, if I remember correctly and maybe on his hand. Um, if I remember right when I saw.

Q1: Okay.

A:  It was weird, I don`t know...

Q1: And you`ve...

A:  ...what it was.

Q1: ...never seen that before?

A:  No.

Q1: Okay.

A:  I had no idea what that was.

Q1: You said that he, um, fought like he was exceptionally strong.

A:  Yeah.

Q1: You said, drug strong.

A:  Yeah.

Q1: Have you fought with people that have been on drugs or narcotics in the past that would make you, uh, you know, is that something through training and experience that you`re, like, you know about?

Investigator Signature                                  Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                     **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                                             **Reference:** *Ca Persons Follow Up*

A:  Yeah, not necessarily fought with them, but trying to just get them into restraints. I mean, you can just - you can - seems like they`re just not wanting to - not easy to do. Um, when you`re arresting somebody normally, even if you take `em to the ground, it`s usually not that difficult to get their hands to a position of - of, uh, handcuffing, um, but with people that I`ve dealt with that are on - that are high on something, it`s - it`s more difficult, it feels like.

Q1: Okay and - and that was your, um, determination this day by the - how strong he was or how he was fighting with you, that he was probably on drugs?

A:  Absolutely, and just looking at his face when - like, when I asked him, are you under the influence of anything? `Cause...

Q1: So prior to...

A:  ...he just seemed like he was - yeah, high. And the way he was kind of elevating.

Q1: Kay, uh, you said you felt him grabbing at your gun.

A:  Yes, sir.

Q1: Can you be descriptive? Just tell me exactly what...

A:  Um...

Q1: ...what - you - `cause that could mean a lot of things. So I just want you to be descriptive...

A:  Yeah.

Q1: ...as much as you can.

A:  It felt like my duty belt was - was being lifted up, uh, in the - like, when your gun gets caught by the retention and gets pulled. And - and you have that feeling of it kind of digging into your side. Um, of pulling up, it - it was similar to that.

Q1: So not just your holster, like, he`s got his hands on your gun?

A:  And - and I`m not positive (unintelligible)...

_____                              _____
Investigator Signature                                        Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* | |
| **Supervisor:** *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* | |
| **Contact:** | **Reference:** *Ca Persons Follow Up* | |

Q1: Because you`re...

A: ...(unintelligible)...

Q1: I`m just showing how you`re, uh, motioning.

A: Yeah, sorry, but that`s what it - it felt like, was that it was getting pulled up....

Q1: `Kay.

A: ...in that way. Um, which to me, tells me that it`s getting pulled and I went, okay, I gotta get - I gotta protect it.

Q1: Kay, there`s three - three things that you said and I just wanna make sure. You were fearful that he was gonna knock you out.

A: Yes, sir.

Q1: Was that because of the first head butt?

A: Yeah, that head butt...

Q1: Did that daze you?

A: It did, I saw some...

Q1: So let`s...

A: ...stars.

Q1: ...talk about that for a minute.

A: Yeah.

Q1: Um, what did that do to you?

A: Um, made my eyes water, um, obviously it - it hurt. I mean, I - I felt that pain from getting hit and then I saw

_____                    _____
Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

the stars, um, and was concerned that if it happened again, I was in trouble.

Q1: So you saw stars, were you concerned you could pass out or...

A:  Absolutely.

Q1: ...that you might lose consciousness?

A:  Yeah, knocked out, yes sir.

Q1: Okay, at that time?

A:  Yes.

Q1: Did that affect, um, how you were fighting with him?

A:  Oh absolutely, it made me a little more fearful in that I need to take care of this and stop it now.

Q1: `Kay.

A:  `Cause I`m - I`ll be in trouble if not.

Q1: Okay, the second thing you said, your neck is going to give out. And I think you`re referencing your prior neck injury.

A:  Correct.

Q1: Um, and when you went to the ground, you said - so you told - I think you said your neck injury was on the right side, but you - or maybe it`s just...

A:  It`s dead center.

Q1: Dead center in your back, so - `cause you motioned once to your right and once to your left, so I just wanted...

A:  Oh, sorry.

Q1: ...clar-...

---

Investigator Signature    Supervisor Signature

**WARD 000462**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                                **Reference:** *Ca Persons Follow Up*

---

A: Yeah.

Q1: No, that`s okay. I just wanna clarify that it`s in the back.

A: Yeah, it`s...

Q1: And it affects you just, like, when you went to the ground, you felt pain?

A: Yeah, well I hit on my left side and, um, on my, like, on my butt and back area. And it shot that pain up, um, I had a lot of nerve pain that I felt, um, before and so that was - I had that pain in my neck.

Q1: How did you end up on your butt and back?

A: He, uh, if I remember correctly, it felt like he kind of grabbed my legs and pulled `em out from under me. Um, we`re kind of top-heavy with our vests and all our stuff and it just felt like I just hit hard because he - he kind of yanked.

Q1: Is he on top of you or are you on top of him at this time? Do you remember?

A: I - I - I feel like he was on top of me and I was trying to control his upper body, um, with the way my arm, `cause I, like, had a hook where I was kind of trying to hold, um, to make sure that he couldn`t strike me.

Q1: Did you ever have control of him?

A: No, no, I don`t feel like I truly - I mean, it - uh, for us, when we have control is when they`re in cuffs or - or we - we have, um, the upper hand and it did not feel like that.

Q1: So - and - and I know (Jose) asked you after you fired, what was behind you, but I wanna ask, kind of, where your position was when you were shooting. Were you on the ground?

A: I was, yes sir.

Q1: Okay and how close in proximity were you to him?

A: We were - I - I would use the term, uh, I mean, face to face. You were right there, it`s an intimate distance.

---

Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                        **Reference:** *Ca Persons Follow Up*

Q1: Mm-hm, and what`s happening at that moment?

A: Uh, when I fired? Or...

Q1: Yes.

A: ...when we were wrestling?

Q1: Yep.

A: Um...

Q1: At the moment that...

A: Well...

Q1: ...you`re firing - getting ready to fire and fire.

A: Yeah, we`re wrestling it - right there, close together with each other and - and, uh, and then I was trying to get a little bit of distance with my arm, um, and kind of get it back where we - where I could fire and - and clear everything, clear myself and - and make sure that I stopped what was happening.

Q1: So you`re - I`m gonna just step backwards. You`re trying to protect your firearm by...

A: Holding it...

Q1: ...making sure...

A: ...down.

Q1: ...it`s retained.

A: Yeah.

Q1: By holding it. And then you draw it and do you just roll it up?

A: Once - yeah, once I realized that I was - that he wasn`t taking it out of right there, that I had a good hold, but

_____                           _____
Investigator Signature                                Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                              OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                              **Reference:** *Ca Persons Follow Up*

---

I was far enough away that I could pull up. And what I do, uh, is pull up and then kind of cant it out where the slide is gonna miss my uniform, so it doesn`t get hung up.

Q1:`Kay.

A:  `Cause my uniform, if it gets hung up, then I`m in trouble. Um, and...

Q1:How are you...

A:  ...I didn`t want...

Q1:...in trouble?

A:  `Cause I - I`ll get the first round up, but then it`s - the slide`s gonna get stuck in the gear and it`s gonna be tough to try to clear that slide when it`s hung up on my uniform, um...

Q1:Okay.

A:  ...for the firearm.

Q1:Were you able to aim?

A:  No, no.

Q1:All right, did you have any idea where you were going to shoot?

A:  Uh, I wouldn`t - no, into him. I mean, I was - we were - we were close together, so I knew it was - it was gonna be upper body, um, in - in the vicinity.

Q1:The purpose of firing your weapon at that moment.

A:  Was to...

Q1:What was...

A:  ...stop the threat from - so that it - it didn`t continue on and harm somebody else or harm me.

---

Investigator Signature                          Supervisor Signature

**WARD 000465**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** | *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** | *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** | *Ca Persons Follow Up* |

Q1: You pushed away and you got back to your feet and you put - you put gloves on and you s- you, um, I think - I haven`t seen the pictures, I`m sorry. But you had an injury on your hand.

A:  I did, I had a - a cut and - and then blood on my hand.

Q1: Do you know what that injury was from?

A:  Um, I assume from rocks or asphalt or - or whatever from us wrestling and - and...

Q1: `Kay.

A:  ...scratching.

Q1: And you called for medical?

A:  Correct.

Q1: Have you ever dealt with this guy in the past - this suspect?

A:  I - he did not look familiar to me and I even told him, I don`t know who you are. Um, when he was bringing up that we treat him a certain way. I said I don`t even know who you are. And I never got his name, um, during this.

Q1: Do you know who the people in the car were to this day?

A:  I - I have no idea. Other than I heard the - a female say something along the lines of, did you shoot him, did you shoot my son? Or something like that.

Q1: Sorry, give me just a minute.

A:  Yes, sir.

Q1: I`m, uh, I`m kind of slow. So take a breath.

A:  Yeah.

Q1: Anything you think we need to ask you that we haven`t - that you think`s important?

---

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L   (1461)*                **Date / Time:** *03/25/2022 17:01:27, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R   (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*
**Contact:**                                          **Reference:** *Ca Persons Follow Up*

---

A1: I`ve got a couple of questions when you`re done, unless...

Q1: Yes.

A1: ...you want me to just do `em now.

Q1: Um, yeah, I think and then it gives me a second to just role through some of my own...

A1: Okay.

Q1: ...notes that, uh, I have from the prior interview and make sure that...

A1: Okay.

Q1: ...we`re covering everything.

A1: So Dep. McWhorter, you described him taking you down by your legs.

A: Yes.

A1: Where you fell on your butt, back, neck, is that right?

A: Yes.

A1: And you felt the pain to your previously injured neck.

A: Correct.

A1: All right, and were you fearful based on what doctors had told you about your neck in the past? About the possibility of paralysis?

A: Correct, yes.

A1: Did that go through your mind then?

A: Uh, it did when, uh, the pain shot through, yes.

---

Investigator Signature                          Supervisor Signature

**WARD 000467**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023 14:52

*Pueblo Police Department*                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                                 **Reference:** *Ca Persons Follow Up*

---

A1:Kay, when you`re struggling with him, as you said, the fight is on, does he at any point that you can tell, does he straddle you, does he mount you?

A:  Um, it - it felt like he was trying to mount me when I was laying on - it felt like I was laying on my back and he was trying to mount up on me like you would see in a - in a UFC fight or something, where they try to get to a better position to, what they call, a ground and pound. Just punch you when - or headbutt or do whatever, elbow. Um, that`s what it felt like, um, until I turned to my side and that aggressive roll to...

A1:`Kay.

A:  ...to stop it.

A1:So when - when you`re shielding your weapon from him pulling on it or the belt, whatever it is that he`s pulling on, that`s when you get headbutt?

A:  Uh, yeah, once I released my - my grip on him, uh, is when I get...

A1:`Kay.

A:  ...hit in the nose.

A1:And - and you described that as hard and - and the impact that that had on you. Were you in fear for you life at that point?

A:  Oh absolutely, being knocked unconscious and then he`d have access to everything on my duty belt.

A1:Kay, so then at the - the point that you drew your weapon and fired, is it safe to say or fair to say that you were in fear for your life and the lives of others?

A:  Absolutely.

A1:In the area.

A:  Yes, sir.

A1:Now, that position that you described of - of holding your weapon, is that how you normally shoot when

---

Investigator Signature                              Supervisor Signature

WARD 000468

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L   (1461)* | **Date / Time:** | *03/25/2022 17:01:27, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:29:37, Monday* |
| **Contact:** | **Reference:** | *Ca Persons Follow Up* |

you`re qualifying with a...

A:  I...

A1:...with it driven back?

A:  No, no.

A1:Like this.

A:  Not for a - a standard qualification, but we do train it, um, if we have to close distance, we will - we`ll practice that.

A1:`Kay.

A:  At an angle.

A1:And is that because he is so close to you, you don`t have room to extend?

A:  Absolutely, if I would`ve pushed out anymore, he could`ve easily got a hold of it.

A1:And - and I think that you described - you - you kind of pushed away with your other hand?

A:  Yeah, that...

A1:Is that what...

A:  And...

A1:...you...

A:  And we...

A1:...did?

A:  ...train - we do train to - to kind of push back and - and draw and - and then fire and then extend out if we have room.

_____                              _____
Investigator Signature                                Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/25/2022 17:01:27, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*
**Contact:**                                                   **Reference:** *Ca Persons Follow Up*

A1: Okay, now when you saw the wounds, when you lifted his shirt, um, did you believe that hey were gonna be fatal?

A:  Um, no, I mean, it`s - it was in a - a position that, um, there - there`s a lot of organs here. A lot of, um, yeah, heart, lungs...

A1: Right.

A:  ...top of lungs, you`ve got your vertebrae going up. I`m not sure what I hit exactly.

A1: And - and you had already called for medical.

A:  Correct.

A1: Before that.

A:  Yes.

A1: And I think what you described, the tools that you had for medical gear were your gloves and your tourniquet.

A:  Correct.

A1: Um, or e- eh, is that tourniquet of any use in wounds to the...

A:  No.

A1: ...chest or neck?

A:  No, those are for extremities.

A1: Okay, and you - you wouldn`t normally give CPR to someone with chest wounds, would you?

A:  No - well, no, not CPR, but, um, we would do a compression with, like, a gauze, um, type of material or something...

A1: If - if you had something...

_____                    _____
Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L   (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* | |
| **Supervisor:** *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* | |
| **Contact:** | **Reference:** *Ca Persons Follow Up* | |

A:  If you have it, yeah.

A1:...to keep the blood in, so to speak?

A:  Correct.

A1: Oh okay. That`s it.

Q1: I`m good for right now. I might have a few more when we come back. You okay with us taking a quick break?

A1: Yeah, absolutely and we`ll - we`ll step out also.

Q1: Yeah, please.

Q:  I - I have a couple before we go.

Q1: I`m sorry, there`s more water here too, gentleman.

Man:    Thank you.

Q:  So in this - do you know - did you have tunnel vision in this?

A:  Yeah, absolutely.

Q:  Okay, um, and another thing I have to ask is, I`m interested in medical records, is that something that you guys would be willing to do? I need to get 1 form, uh, from the office. I have one, but it - it`s a total of two forms and I`d just like to get...

A:  My medi-...

Q:  Your medical, um, as far as that date of the incident.

A:  Absolutely.

Q:  And normally I ask for - for a year out, in case something comes up.

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/25/2022 17:01:27, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*
**Contact:**                                               **Reference:** *Ca Persons Follow Up*

A:  That - that`s what I was wanting to tell you. I`m doing a worker`s comp` and they`ve got me scheduled with a few different things, um, right now.

Q:  And that`s why we ask for the year out, so that way I`m not asking for every appointment for you...

A:  Okay.

Q:  ...to consent...

A:  Sure.

Q:  ...to that.

A:  Yes, sir.

A1: Yeah, he has - we have no problem with that consent. And I believe he`s already consented for worker`s Comp` purposes.

Q1: When was...

A1: (Unintelligible).

Q1: ...the neck injury?

A:  Uh, September.

Q1: Okay, that - that`s - so within that year period that (Jose)`s talking about?

A:  Uh, oh yeah you`re...

Q1: When your...

A:  ...you`re saying him going back a year?

Q1: Well, yeah, from...

Q:  I don`t - I don`t want it back, I want it forward.

_____                    _____
Investigator Signature                                    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**                    Printed: 03/23/2023  14:52

*Pueblo Police Department*                                        OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A:  Yeah.

Q:  From - from...

A:  Yeah, forward.

Q:  ...February 22...

A:  Whatever.

Q:  ...to - of `22 to February 22 of `23.

Q1: But what I`m saying is, would you object to us seeing your medical records to your prior injury of your neck?

A:  No, I - yeah, I don`t have an issue.

Q1: Do you know what I`m saying? So it`s separate - separate for both.

A1: Right, we...

Q1: Because part of you...

A1: We`re fine with both.

Q1: Yeah.

A1: Yeah.

Q1: Um...

A:  Yeah.

Q1: ...we would wanna make sure, you know, or we would wanna see the records for the injury to your neck to know how severe it is.

A:  Absolutely.

_____                    _____
Investigator Signature                             Supervisor Signature

**WARD 000473**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

A1: Did you describe - when you earlier described your neck injury and that you had surgery for it and what they did when you`d come back to work.

A:  Yeah.

A1: How close in time that was to February...

A:  Yep.

A1: ...22nd.

A:  I, um, I came back - I don`t know the exact day, it was two weeks prior, roughly.

Q1: Mm-kay and just so - for the record, congratulations, you`re a new dad today.

A:  Thank you...

Q1: Um...

A:  ...sir.

Q1: So we know this is extra stressful because...

A:  Yes, sir.

Q1: ...of that. Your wife...

A:  Yes.

Q1: ...gave birth this morning to a - a boy.

A:  Yes, this - yeah...

Q1: I - I heard...

A:  ...afternoon...

_____          _____
Investigator Signature                    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*            **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                            **Reference:** *Ca Persons Follow Up*

---

Q1:...you named him...

A:  ...(unintelligible).

Q1:...(Jose)?

A:  No, not quite.

Q1:Oh.

A1:Middle name ███████, not quite.

Q1:Take a minute.

A:  Yes, sir.

Q:  Taking a break at 1608. Going back on at 1627. Want me to start?

Q1:Go ahead.

Q:  So prior to leaving, um, taking a break, we talked about tunnel vision. Can you explain to me what you experienced during tunnel vision?

A:  Uh, I was more focused on him. Um, everything else kind of blurred out where I wasn`t able to see a lot - any of the movement, really, of anybody else around us. Um, I - I couldn`t hear, uh, other people talking during it or saying anything. Um, other than, who was - I was directly dealing with. And that`s when I was hearing him excited and yelling, but I couldn`t hear the kids at that time. Um, or - or vehicles moving or s- doing anything. Uh, my - my firearm was very quiet when I fired the rounds, um, and - and very muffled sound to me.

Q:  So watching body cam, it`s believed that there`s mention of a gun. Do you remember hearing or saying, gun?

A:  I don`t remember hearing it or saying it, no.

Q1:Do you remember the suspect that you were fighting with, did he ever say that?

A:  I can`t recall hearing him say that. Um, I mean, and if so, then it - maybe I - I don`t - I`m not quite sure, no,

---

Investigator Signature                                Supervisor Signature

**WARD 000475**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | |
|---|---|
| **Investigator:** *MEDINA, JOSE L   (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

I`m sorry, I don`t know.

Q1: Are you experiencing any, like, memory loss in segments of this from...

A:  Yep.

Q1: ...the critical incident?

A:  It`s not all there. I mean, it - I mean, you get bits and pieces of - of it. Um, I mean, I know I was protecting my gun, so - but I - I don`t know - I can`t remember every part of what happened.

Q1: That`s not unusual in critical incidents, as you know. Guys have, uh, selective memory, uh, your - your brain might block certain things out and make you remember other things. And that could change. So if - if something else, you know, if you remember anything else, let (John) know.

A:  Okay.

Q1: And then he can let us know.

A:  Okay.

Q1: Yeah.

Q:  How tall are you?

A:  Uh, 5` 10".

Q:  And how much do you weigh?

A:  About 187 lbs.

Q:  Earlier, um, you brought up (OODA Loop), a supervisor I believe or some training or something you took on - explained to you (OODA Loop), can you tell us what (OODA Loop) is?

A:  Uh, it`s, uh, Observe, Orient, um, Decide and Act. And it`s what your brain goes through. It`s - the call it a loop, `cause you have to go through those sections in order to, uh, to process what`s happening.

_____                    _____
Investigator Signature                                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                           **Reference:** *Ca Persons Follow Up*

Q:  Okay, so when you stated earlier, um, I believe you used it in the terms of, um, unsnapping your holster or - or at least cleaning the retention.

A:  Yep.

Q:  Um, so you - basically you were trying to get ahead or trying to make up time in that (OODA Loop) situation.

A:  Correct.

Q:  In case you did have to act.

A:  Yep, `cause he`s got - they`ve - the - the person, they`ve already done the - they`ve observed it, they`ve oriented and then they`ve decided. And so they just act. Well, when they act, then you start at the beginning and you start working your way until you can act. And it puts you a little bit behind - seconds behind.

Q:  Mm-kay, I know you said your auditory was kind of gone. Do you remember making any verbal commands?

A:  I - I don`t recall, um, saying anything or if I did, I - I don`t know what I said. Um, I don`t remember hearing myself saying it.

Q:  Did you inform this individual that if - if he didn`t stop, he would be shot?

A:  I did not say that.

Q:  Was there time to say that?

A:  No, it was - everything was happening very fast.

Q:  You mentioned your - your patrol unit and apparently it`s recently been issued to you.

A:  Correct.

Q:  Is there a first aid kit in there?

A:  Uh, yes.

Q:  Do you know what`s in that first aid kit?

Investigator Signature                              Supervisor Signature

WARD 000477

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 17:01:27, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*
**Contact:**    **Reference:** *Ca Persons Follow Up*

A:  Um, I think some bandages, um, I`m not quite sure with that one. I didn`t open that one up since I got it.

Q:  Okay, so you`re not sure?

A:  Yeah.

Q:  To be specific.

A:  Yeah.

Q:  So you stated that you were head-butted, um, I believe a finger suffered some damage. Um, can you explain what injuries you obtained from this incident?

A:  Um, I had a - my left knee, um, I have some pain in it. Uh, and I`d hurt my elbow. Um, and then my nose and my neck. Um, and then my low back, I`ve got some pain on my left on my low back.

Q1: So we can visually see right now you have a - I can see, like, a light bruising on...

A:  Yeah.

Q1: ...the bridge of your nose. There`s some swelling.

A:  Yes.

Q1: Is that - is that accurate? I don`t - I`ve never met...

A:  Correct.

Q1: ...you before. It - you go by CT, right?

A:  I do.

Q1: Um, I`ve never met you before, so is that accurate that it`s swollen and...

A:  It is.

Investigator Signature                    Supervisor Signature

Page 326

**WARD 000478**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*                     **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                                            **Reference:** *Ca Persons Follow Up*

---

Q1: ...bruised?

A:  Yes.

Q1: And then I can see, like, the inside of your nose is swollen.

A:  Yeah, it`s swollen up on - on the one side, yeah.

Q1: Inside your nostrils?

A:  Correct, yes.

Q1: Okay and is that a result of the fight slash the headbutt?

A:  Um, that`s what the workman`s comp` said that he believes that it`s, um, because of that. He`s hoping the swelling will go down on inside, but he`s go me referred to an ear, nose, and throat doctor for it.

Q1: Mm-kay.

A:  It makes it difficult to breathe and my wife makes fun of me at night because of it. She said I sound funny.

Q1: Did you get a concussion?

A:  Um, they said that if I, um, was throwing up after I was discharged, then, uh, immediately come back, so, um, they didn`t say specifically it was concussion, but they said I could.

Q:  So, I believe it`s 2017, you were involved in a - in a critical incident. Did that have any part on this incident?

A:  Uh, it makes me, uh, look at - I - I like - I look at all kinds of training, uh, videos now. Um, I`m - I try to practice different things so that I`m - I`m prepared for something that happened, `cause, um, I mean I - I feel like if I wasn`t prepared with that first one, I would of been injured very bad. Uh, and so I, uh, I review a lot of, uh, Police One videos to - to try to, uh, make myself better and, uh, and try to seek out the information from, uh, seasoned officers that are with me.

Q:  Oh, so kind of a ma- a different mindset?

A:  Absolutely, yeah. Yeah, you think a little different when you`re in somethin` bad like that.

---

Investigator Signature                                    Supervisor Signature

WARD 000479

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:** *Ca Persons Follow Up* |

Q1: So do you think you`re more prepared or less prepared after that first incident?

A:  More prepared, yeah.

Q1: Because of training?

A:  Absolutely.

Q1: Um, do you - do you think you, um, mentally prepare, whether before your shift, on your days off, whenever, while going up to this incident - I know when I was a patrolman, when I was going to an incident, I may run through multiple scenarios in my head to be prepared...

A:  Absolutely.

Q1: ...for what could happen. Do you do that?

A:  Absolutely, I had a - a - one of my - my trainers, he was really big on that, always questioning what - what`s gonna happen, what do you have. And he was always asking us to make sure that we were prepared for it.

Q1: So that`s mental preparation.

A:  Yes.

Q1: So you - back to the (OODA Loop), it makes you be able to respond faster?

A:  Yes sir, yes.

Q1: Would you agree with that?

A:  I would agree...

Q1: Okay.

A:  ...yes.

Q1: Um, and you think your 27th - 2017 incident, uh, is addition- adds additional, um, thinking or maybe you`re

_____                    _____
Investigator Signature                                      Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L   (1461)* | **Date / Time:** | *03/25/2022 17:01:27, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:** | *05/09/2022 10:29:37, Monday* |
| **Contact:** | **Reference:** | *Ca Persons Follow Up* |

more prepared because of that?

A:  Absolutely.

Q1: Okay, I got, um, so you said when you, uh, release the retention on your firearm, when you were talking to him at the doorway.

A:  Uh, yes.

Q1: Um, you`ve done that in the past and you knew that your firearm, or at least it has in the past, always falls back in and - and locks back down?

A:  Correct.

Q1: And you said that you can hear it click?

A:  Yes you can, yeah.

Q1: Do you remember hearing it click on this day?

A:  Um, I don`t, but I think it`s probably because I was so focused on him, I didn`t - and if I did, I - I think it just is a second nature to me now because when I`m at home, I do it and I make sure that it - it clicks in. But then when I`m out, even, like, on a traffic stop, I don`t - I don`t know if my mind just automatically goes, hey, it`s gonna click and - and you just - maybe if it didn`t happen, then my mind would go, okay, hey, this is an issue. But it`s just, like, automatic thing for me, I think.

Q1: So when you release your hand - like, in this instance, you released your hand from your - `cause you had your hand resting on your weapon.

A:  Yes.

Q1: And when you released your hand to go hands-on with him, you don`t know if you heard that - that click, but in your mind, you think...

A:  It always has.

Q1: It always happens that...

Investigator Signature                                        Supervisor Signature

**WARD 000481**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*   **Case Mng Status:**  *EXCEPTIONALLY CLEARED*   **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L   (1461)* | **Date / Time:**  *03/25/2022 17:01:27, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R   (10727)* | **Supervisor Review Date / Time:**  *05/09/2022 10:29:37, Monday* |
| **Contact:** | | **Reference:**  *Ca Persons Follow Up* |

A:  Yeah, it...

Q1: ...way.

A:  ...never not done it for me.

Q1: Kay, um, the final question that I have is, um, when you put gloves on.

A:  Yes.

Q1: Um, you said that you put the gloves on to render aid to, uh, the person involved in this incident.

A:  Correct.

Q1: Is that something you would typically do? And - and if so, why?

A:  Yeah, uh, yeah, I - I always try to get gloves on, um, for anything where you`re dealing with, um, possible body fluids or - or anything of - of that nature. Um, and so that`s why I keep `em in my back pocket like I do, so that I can easily get `em on, um, as quick as possible.

Q1: So you`re doing that to protect yourself from any blood-borne pathogens?

A:  Yep.

Q1: Um, especially, as you said, you may have had an injury on your hand.

A:  Yeah, yep, I had blood on - on the back of my hand,

Q1: Were you worried about, uh, and maybe you weren`t thinking this, but I`m just gonna ask, were you worried about cross-contamination with an open wound on your hand on that day?

A:  Um, I - honestly that wasn`t my first thought for when I got my gloves on. Um, I didn`t - I don`t even think I really realized that my hand was bleeding until after I, um, turned, because I was - I kept checking my nose, `cause it was hurting. Uh, and then I saw blood on - on my glove, but then realized it was on the inside.

Q1: Okay, um, you mentioned to a sergeant after - you gave a public - what we call a public safety statement,

| Investigator Signature | Supervisor Signature |
|---|---|

**WARD 000482**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

---

right? He asked you, what happened? And you gave a just - just a ████ overview of what occurred. During that statement - and I`m not gonna quote it, I`m gonna just say, in general, you said that you had put the gloves on to protect evidence. Do you remember saying that?

A: I don`t recall saying that.

Q1: Okay, what would that mean if you did say that?

A: Um...

Q1: What evidence would you be trying to protect?

A: Well in a - in a shooting, they - they swab your hands for whoever fired. Um, uh, gunshot residue and, um, and then if there was any blood on me from either him or from me, it would be on there. Um...

Q1: All right, but - okay.

Q: All right, so prior to taking a break, we talked about medical release. Um, you said you were good with, um, us getting your initial neck injury medical documents. What we`re gonna ask is if you would obtain those records.

A: Okay.

Q: And if you`ll give `em to Mr. (Rice).

A: Okay.

Q: And then Mr. (Rice), if you would let Captain (Dan Anderson) know. And we`d like to obtain `em that way as far as that specifically.

A: `Kay.

Q: Is that gonna be all right?

A1: Yeah, it`s just - I`m sure that`ll be some expense for him is the only thing.

Q: Okay, let me, um, I can, uh, talk with the bosses and see if there`s a- another solution.

_____        _____
Investigator Signature                 Supervisor Signature

**WARD 000483**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L   (1461)*               **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R   (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                           **Reference:** *Ca Persons Follow Up*

A1: Okay.

Q:  Um...

A1: Uh, he`s completely cooperative in - in getting you the records.

Q:  Yes, sir.

A1: That`s not the issue.

Q:  Okay, um...

A1: The last time I got records on somebody, it was $570.

Q:  Oh.

Q1: Okay.

Q:  Okay, so I might...

A:  (Unintelligible)...

Q:  ...have to go out and grab, uh, two more sets of forms. We`re gonna do two sets of forms then.

A:  Okay.

Q:  One specifically for the neck injury and then one specifically for the day of the incident and treatment...

A:  Okay.

Q:  ...that you`re gonna receive.

A:  Yeah.

Q:  Regarding this incident, okay?

A:  Until this case is closed.

_____                    _____
Investigator Signature                                                Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                      OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| Case Status: *EXCEPTIONALLY CLEARED* | Case Mng Status: *EXCEPTIONALLY CLEARED* | Occurred: *02/22/2022* |
| Offense: *OUTSIDE AGENCY ASSIST* | | |

| | |
|---|---|
| Investigator: *MEDINA, JOSE L    (1461)* | Date / Time: *03/25/2022 17:01:27, Friday* |
| Supervisor: *FLORES, CHRISTOPHER R    (10727)* | Supervisor Review Date / Time: *05/09/2022 10:29:37, Monday* |
| Contact: | Reference: *Ca Persons Follow Up* |

Q:  Yes, sir.

A:  `Kay.

Q:  So on this form - (Parkview) makes us do two forms, that`s why it`s this way. Um, up here, if you`ll print your name, give me your date of birth, social security number. Down here, if you wanna - if you wanna read all this. And like I said, it`s gonna be pushed out from a - 1 year from the date of the incident.

A:  Okay.

Q:  And then - and if you`re good with all that right there, give me some initials down there and then on the back, if you`ll sign and date and time it.

A:  Okay.

Q:  And then on this one, is basically another form stating all - everything that`s there. And then if you`re good, let me have a signature there and a date. I`ll go grab another set.

Q1: Yeah.

A1: Do you need the photos for anything or are we good?

Q1: I don`t - I don`t think we need `em.

A1: `Kay.

Q1: Um, I think it`s pretty clear where this - this happened.

A1: Yeah.

Q1: And there was no question what car he was in.

A1: Right.

Q1: None of that.

_____                    _____
Investigator Signature                                              Supervisor Signature

**WARD 000485**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

---

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                        **Reference:** *Ca Persons Follow Up*

---

A1: There was no movement around the area after it happened.

Q1: Just the kids.

A1: Yeah.

Q1: Crossing.

A:  I think that`s for them to...

A1: Right, they`ll fill that part in. It`s - if you wanna limit the dates, put it in, otherwise you can let them input in the dates.

A:  Yeah, I`m not...

A1: I don`t...

A:  ...(unintelligible).

Q:  Is that - I don`t know if (Jose) (unintelligible) is that the current one for your current injuries?

A:  I - I thought he said that this first one was for the (unintelligible) the previous...

Q:  Yeah.

A:  Right.

Q:  Let`s wait for him to come back just to be...

A:  Yeah.

Q:  ...certain. `Cause I know he wants from the date of the incident forward.

A:  Mm-hm.

Q1: We had a question about the - the form. Um, I assume you`re gonna fill out...

---

_____                    _____
Investigator Signature                        Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L     (1461)*                    **Date / Time:** *03/25/2022 17:01:27, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R     (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*
**Contact:**                                                **Reference:** *Ca Persons Follow Up*

A:  Yeah, for...

Q1:...this part or who it goes to?

A:  For the sake of time, I - I`d fill all that out (unintelligible)...

Q1:Okay.

A:  ...(unintelligible) signatures.

Q1:Um, when it talks about the date - I mean, is this the one where you want for this incident, the 22nd, or do you want us to fill that in there?

A:  You can. Um, date of incident, we can put February 22nd, 2022.

Q:  So, no on this one?

Q1:What`s that?

Q:  (Unintelligible)?

Q1:Yeah, yeah. (Unintelligible) what they`re sayin` is they`ll - they`ll do it. They`re cool with that.

Q:  Okay.

Q1:Five hundred bucks for medical records. Man, they get you comin` and goin`, don`t they?

Q:  It`s gotten more expensive over the years

Q1:I can`t believe that.

Q:  Yeah. And...

Q1:Especially since those are the patient`s records.

Q:  ...a - a - a routine admission now generates apparently hundreds of pages of - of documents (unintelligible)...

_____                    _____
Investigator Signature                         Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*    **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*    **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

Q1: They want five bucks a page or somethin`.

Q: Yeah, it`s insane. It is.

Q1: Any idea - oh, I`m sorry, you`re not done.

A: Sorry.

Q: (Unintelligible). Is this the second form for the same thing?

Q1: It`s the same thing. That`s one incident (unintelligible).

A: Um, work address...

Q1: (Unintelligible)...

A: ...you okay with me puttin` my work address?

Q1: Yeah, that`s fine.

A: (Unintelligible) for the date.

Q: Um, (unintelligible). No this, so I think just those top three.

A: Would it have been easier to just put my date of my incident for my neck and then set from that date until a year and then only do one form?

Q1: We`ll do it as two separate.

A: Okay.

Q1: Um, we`ll do this one as the date of the incident that we`re - currently bein` investigated.

A: Oops. So this one is not the 22nd?

Q1: Yeah, that one is.

_____    _____
Investigator Signature    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| Case Status: | *EXCEPTIONALLY CLEARED* | Case Mng Status: | *EXCEPTIONALLY CLEARED* | Occurred: | *02/22/2022* |

Offense:  *OUTSIDE AGENCY ASSIST*

Investigator:  *MEDINA, JOSE L    (1461)*         Date / Time:  *03/25/2022 17:01:27, Friday*

Supervisor:  *FLORES, CHRISTOPHER R    (10727)*  Supervisor Review Date / Time:  *05/09/2022 10:29:37, Monday*

Contact:                                          Reference:  *Ca Persons Follow Up*

---

A:  No, this one is, Oh, okay.

Q1: Yeah. Part three requires us to have all of...

A:  Sure.

Q1: ...these forms for...

A:  Okay.

Q1: ...records. I don`t know the reasoning. I just...

A:  Sure.

Q1: ...do it.

A:  And then one year out, so, uh, 2-22 of, uh, 2023?

Q1: Yeah.

A:  And I write same on all these...

Q:  Yeah. I put a checkmark on each of those. `Cause we know there`s radiology.

A:  And can I just write same?

Q:  Sure.

A:  Or should I just put (unintelligible)?

Q:  I - I would put the date on it.

A:  Cops are always lookin` for shortcuts on paperwork.

Q1: Records clerks don`t like that. Got one additional question then. Do you know the date of your treatment, your - your start date for your neck? And that`s my question - that was my concern.

---

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                      OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

| | |
|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* |
| **Contact:** | **Reference:** *Ca Persons Follow Up* |

A:  If I can look at my phone?

Q1: Yeah.

A:  So the, uh, actual - um, I was admitted to Park View on September 6th. Um, I went to Park View on the 5th. And that was when, uh, they found the actual injury, but I had gone to workmen`s comp, uh, at the end of August.

Q:  You want to just run it from, like, August 1st?

A:  Workmen`s comp didn`t run anything yet, um, until I went to the hospital and said, "Hey, I`m having these issues"

Q1: So you - so you go to Park View on the 5th, but they don`t find it, so do they turn you away at some point, send you home?

A:  Yeah, Park View sent me home, um, with - um, they - they gave me some medicine, uh, and then, uh, sent me home and said, "Hey, go back to workmen`s comp", and then the next day I went back and they said, uh, "Okay, we`ll do an MRI", and they admitted me to Park View Maine and did an MRI and then said, "You`re havin` emergency surgery".

Q1: All right. So let me...

Q:  Did you see any doctors prior to that for that injury as well?

A:  Workman`s comp doc (unintelligible)...

Q:  So when did that start?

A:  That was at the end of August when I - when I went to her, but it was - she didn`t do any of those tests right then. She...

Q:  But that...

A:  ...(unintelligible)...

Q:  ...documented your injury?

---

Investigator Signature                                             Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *EXCEPTIONALLY CLEARED* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | | **Occurred:** *02/22/2022* |
| **Offense:** *OUTSIDE AGENCY ASSIST* | | | |

| | | |
|---|---|---|
| **Investigator:** *MEDINA, JOSE L    (1461)* | **Date / Time:** *03/25/2022 17:01:27, Friday* | |
| **Supervisor:** *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday* | |
| **Contact:** | **Reference:** *Ca Persons Follow Up* | |

A:  Oh, yeah, yeah. No...

Q:  Okay.

A:  ...absolutely, yeah.

Q:  Yeah, so the (unintelligible)...

A:  (Unintelligible)...

Q:  ...mid-August, (John), would you be able to (Unintelligible)...

A1: I`d - I`d even go with the beginning...

Q:  August?

A1: ...of August.

A:  I`m good with the beginning, yeah.

Q:  Yeah.

A:  I mean, the injury actually happened...

A1: (Unintelligible).

Q:  Just that way we get all the records...

A:  At the beginning of August...

Q:  ...related to that.

Q1: `Kay. All right. So...

A:  The same paper?

Q1: Yeah, it`s the same thing, guys, sorry.

_____          _____
Investigator Signature                Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*          **Date / Time:** *03/25/2022 17:01:27, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*

**Contact:**                                        **Reference:** *Ca Persons Follow Up*

A:  No, you`re fine.

Q:  Before you start fillin` that, let me ask you one more question. Give you a break from writing, too. You said there was a lady in the front seat of the car, and she was yelling. Um, and that was - do you remember when that happened?

A:  Um - uh, I remember directly after the incident is when I - I physically start hearing her, um, screaming.

Q:  Okay. Um, so after the shooting...

A:  Yes.

Q:  ...you hear her screaming. Is she in the car; is she out of the car; does she open the door? What is she doing?

A:  She was, uh, in the car and, um - and I don`t believe she opened the door until I, um, got near him on the ground, and then that`s the point when she opened up the door, and then I could hear, um, yellin`.

Q:  So when she gets near him on the ground, what are you tryin` to do - or sorry - when you get near him on the ground, what are you tryin` to do?

A:  I lifted up his shirt to try to figure out if I could help him.

Q:  Okay, so that`s when she starts yelling at you?

A:  That`s when she opened the door and started yellin` at me.

Q:  So, just a two-part question. Does that divert your attention away from him, number one; number two, is she a threat to you at that time?

A:  Yeah, it absolutely diverted the attention, and she could have been absolutely a threat.

Q:  And what did you do as a result of that?

A:  Um, told her to s- somethin` along the lines of just stay in the vehicle and - and tried to get her to close the door, which she ended up closing it for me.

_____          _____
Investigator Signature                  Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

_Pueblo Police Department_                                          OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** _EXCEPTIONALLY CLEARED_   **Case Mng Status:** _EXCEPTIONALLY CLEARED_   **Occurred:** _02/22/2022_

**Offense:** _OUTSIDE AGENCY ASSIST_

| | | |
|---|---|---|
| **Investigator:** | _MEDINA, JOSE L    (1461)_ | **Date / Time:** _03/25/2022 17:01:27, Friday_ |
| **Supervisor:** | _FLORES, CHRISTOPHER R    (10727)_ | **Supervisor Review Date / Time:** _05/09/2022 10:29:37, Monday_ |
| **Contact:** | | **Reference:** _Ca Persons Follow Up_ |

Q:  Okay. Do you mo- do you change positions because of her...

A:  I do, yeah.

Q:  ...do you remember?

A:  I had to get up and move towards the vehicle, um, towards her - her door.

Q:  Okay. Thank you.

A:  And this was the August - uh, beginning of August, so the actual - I`ll just put the actual incident, uh, even though I didn`t see medical right then.

Q1: Oh, okay. If you know (unintelligible)...

A:  I- if that works?

Q1: ...that`s perfect.

A:  Yeah, it was on our training - it was our first training in August. And, um, you want it to the date of the incident? Because I was cleared, um, two weeks prior to that, but if we went the date of the incident, then...

Q1: Yeah, that would...

A:  ...it would clear it...

Q1: ...sum up...

A:  It would...

Q1: ...treatment date and then whatever was done, and to the point they were able to release you. (Unintelligible). Anything else?

Q:  Unless you guys have any questions?

Q1: No, thank you.

---

Investigator Signature                          Supervisor Signature

**WARD 000493**

**CASE SUPPLEMENTAL REPORT**                    Printed: 03/23/2023  14:52

*Pueblo Police Department*                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L   (1461)*                    **Date / Time:** *03/25/2022 17:01:27, Friday*
**Supervisor:** *FLORES, CHRISTOPHER R   (10727)* **Supervisor Review Date / Time:** *05/09/2022 10:29:37, Monday*
**Contact:**                                                **Reference:** *Ca Persons Follow Up*

Q:  All right. Take care of yourself.

A:  Thank you, sir, I appreciate it.

Q:  Take advantage of that, ah, they offer you some mental, uh - you know, goin` to talk to the counselors and stuff, make sure...

A:  I will.

Q:  ...you take advantage of that.

A:  Absolutely, yeah.

Q:  Yeah. Good luck with the new baby.

A:  Yeah.

Q1: Yes, sir.

Q:  Better get some sleep, uh, probably tonight.

A:  I don`t even think that`s gonna happen. He`s good one though from what I saw being with `em a little bit.

Q1: Ending at 1656.


This transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed _____
  [03/25/2022 17:01, MEDINAJ, 978, PPD]

_____                    _____
Investigator Signature                                      Supervisor Signature

Page 342
**WARD 000494**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA : **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *FLORES, CHRISTOPHER R*    *(10727)*    **Date / Time:** *03/30/2022 13:48:38, Wednesday*

**Supervisor:** *FLORES, CHRISTOPHER R*    *(10727)*    **Supervisor Review Date / Time:** *03/30/2022 13:49:11, Wednesday*

**Contact:**    **Reference:** *Ca Persons Follow Up*

On 03-30-2022, I received a jump drive from Rocky Mountain Information Network containing the enhanced recordings of the BWC footages from the Officer Involved Incident.  The recordings were attached to the case and the jump drive was placed into evidence at the Pueblo Police Department.

Nothing further.
 [03/30/2022 13:49, FLORESC, 341, PPD]

_____          _____
Investigator Signature                              Supervisor Signature

**WARD 000495**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                     OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*      **Case Mng Status:**  *EXCEPTIONALLY CLEARED*      **Occurred:**  *02/22/2022*
   **Offense:**  *OUTSIDE AGENCY ASSIST*

**Investigator:**  *MEDINA, JOSE L    (1461)*                    **Date / Time:**  *05/13/2022 17:35:42, Friday*
**Supervisor:**  *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:**  *05/16/2022 13:54:38, Monday*
   **Contact:**                                                        **Reference:**  *Ca Persons Follow Up*

On February 22, 2022, at approximately 1545 hours, I, Detective Jose Medina was informed by Sgt. C. Flores the Pueblo County Sheriff`s Office deputy was involved in an officer involved shooting. Sgt. Flores explained he needed me to respond the sheriff`s office annex, telling me the 10th Judicial Critical Incident Team (CIT) was being activated. I was informed, I would be the lead investigator for the Pueblo Police Department.

At approximately 1558 hours, I arrived at the sheriff`s office annex. Pueblo County Undersheriff J.R. Hall explained his office received a call for service at Liberty Point International School (484 S. Maher Dr, Pueblo West, Co) regarding a suspicious person. Undersheriff Hall explained according to the call the suspicious male was attempting to get into vehicles. Undersheriff Hall stated Deputy C. T. McWhorter contacted the suspicious male. Undersheriff Hall stated a physical altercation between the suspect and Deputy McWhorter ensued, resulting in Deputy McWhorter discharging his duty weapon. Undersheriff Hall said the suspect was deceased on scene, stating McWhorter was transported to Parkview Medical Center, stating Deputy McWhorter suffered facial injuries from the altercation. Undersheriff Hall said Deputy Cassandra Gonzales was present during the altercation, stating he also suffered injuries from the incident, stating she was transported to Parkview Medical Center for her injuries. Undersheriff Hall said the vehicle the suspect was contacted in had two other occupants, stating the two occupants were being transported to the Sheriff`s Office Annex.

Sgt. Flores partnered detectives from the Pueblo Police Department with Detectives with the Pueblo County Sheriff`s Office. I was advised Detective Victor Herrera from the Pueblo County Sheriff`s Office was the lead investigator from the sheriff`s office and was my assigned partner.

Detective Herrera and I were advised the occupants from the vehicle were present at the annex and were placed in interview rooms. Detective Herrera and I contacted Tommy Brown (11/14/89). Tommy said he was driving his girlfriend ███████████████████ white Lexus Sports Utility Vehicle. Tommy said ██████ was positioned in the front passenger seat of the vehicle explaining ██████s son Ritchie (Richard Ward 06/22/89) was positioned in the backseat. Tommy said he arrived at Liberty Point International School around 1510 hours so they could pick up Krista`s other son ██████ ███████████████.

Tommy mentions Ritchie was having a little bit of an "off day." Tommy said Ritchie has some mental health disorders. Tommy said Ritchie is diagnosed as being bipolar, Attention Deficit Hyperactivity Disorder (ADHD), and Severe Anxiety. Tommy said Ritchie has recently started seeing a doctor that has placed him on medication for his disorders. Tommy mentions in the interview, Ritchie is approximately 4 months clean from Heroin, telling us Ritchie goes to the Methadone Clinic.

Tommy gets back to Ritchie`s having an "off day" stating Ritchie got out of the vehicle when they arrived at school and began smoking a cigarette. Tommy said Ritchie walked toward the school and was going to pick up his brother ██████ Tommy said parked up further from where he was parked was another white Lexus like the one, he was

---

Investigator Signature                                    Supervisor Signature

**WARD 000496**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *EXCEPTIONALLY CLEARED* | **Case Mng Status:** | *EXCEPTIONALLY CLEARED* | **Occurred:** *02/22/2022* |
| **Offense:** | *OUTSIDE AGENCY ASSIST* | | | |

| | | |
|---|---|---|
| **Investigator:** | *MEDINA, JOSE L    (1461)* | **Date / Time:**  *05/13/2022 17:35:42, Friday* |
| **Supervisor:** | *FLORES, CHRISTOPHER R    (10727)* | **Supervisor Review Date / Time:**  *05/16/2022 13:54:38, Monday* |
| **Contact:** | | **Reference:**  *Ca Persons Follow Up* |

driving. Tommy said at one point he observed staff from the school approach Ritchie. Tommy said he assumes the staff member asked Ritchie if he was there to pick someone up. Tommy said during the conversation with the staff member, Ritchie points at the other White Lexus (Not their vehicle). Tommy said he verbally called Ritchie at which time he responded to their vehicle and got inside of it. Tommy said inside the car, he and ███ asked Ritchie what the staff member wanted. Tommy said during that time of Ritchie telling them what the staff member wanted "the cop showed up."

Tommy said the cop told Ritchie people were reporting he was trying to open car doors. Tommy said Ritchie stated he was trying to open car doors, telling the cop it was an accident and he apologized. Tommy said for no reason, the cop grabbed Ritchie by his arm and pulled Ritchie out of the vehicle. Tommy said a struggle ensued resulting with the deputy shooting Ritchie.

Tommy states the Lexus is ███s vehicle but stated he thought the registration was in her father ███s name. Tommy also mentions after hearing the gunshots he grabs ███s cell phone and begins to video record the incident until he is ordered to drop the cell phone.

During the interview with Tommy, I recorded the incident with my handheld recorder. The audio was sent to be transcribed. For the entirety of the interview see the transcription or the video/audio from the interview room. While Detective Herrera and I were speaking with Tommy, PCSO Detective A. Lile and PPD Detective C. Verdugo were interviewing ███████████ For details regarding the interview with ███ see Det. Verdugo transcribed report or the video/audio from the interview room.

After the interview with Tommy the Body Worn Camera footage was viewed. Deputy McWhorter`s footage shows him arrive at the school. When he exits his vehicle, a white Lexus can be observed. A parent / witness can be heard telling Deputy McWhorter he`s right there in the white Lexus. Deputy McWhorter can be heard airing a radio transmission stating the male is going to be in a white Lexus and provides the license plate CIW976.

As Deputy McWhorter gets close to the Lexus, the passenger side back door opens, and Richard begins talking with the deputy. Richard is talking fast, behaving extremely odd and difficult, and appears to be nervous having difficulty remembering his brother`s name. At one point Richard tells Deputy McWhorter, he is nervous because he does not like cops. Deputy McWhorter asked Richard if he had any weapons to which Richard reply`s he did not think so, stating he had a pocketknife. Richard removes what appears to be couple lighters from his pant pockets. Suddenly, Deputy McWhorter asked Richard what did you stick in your mouth. Deputy McWhorter began to pull Richard out of the vehicle. Richard makes the statement it was a pill, and a physical altercation takes place. Deputy McWhorter`s body worn camera falls off his person.

After watching Deputy McWhorter`s body worn camera footage, we watched Deputy Cassandra Gonzales body

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *05/13/2022 17:35:42, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/16/2022 13:54:38, Monday*

**Contact:**                                    **Reference:** *Ca Persons Follow Up*

---

worn camera footage. The footage shows the initial conversation Deputy McWhorter has with Richard. Deputy Gonzales video footage has a better angle into the backseat of the Lexus showing Richard`s movement. Just prior to Deputy McWhorter asking Richard what did you put in your mouth, Richard rotates his torso away from Deputy McWhorter opens the left side of his jacket and reaches into the lining area of the coat with his right hand. The footage shows Deputy McWhorter pulling Richard out of the vehicle onto the ground. Richard begins to resist the deputies by grabbing onto Deputy McWhorter and at one point appearing to try and get on top of Deputy McWhorter. Not long after 3 gunshots can be heard with Deputy McWhorter getting back up to a standing position.

On February 23, 2022, Detective Herrera and I responded to Liberty Point International School contacting school Principal Chris Slobodnik. Mr. Slobodnik was asked to tell us how he came to know about the male attempting to get into cars. Mr. Slobodnik stated a parent told him a male was outside trying to get into cars. Mr. Slobodnik said he responded outside to the pickup area of the school and observed a male walking around. Mr. Slobodnik said he contacted the male asked what he was doing. Mr. Slobodnik said the male told him he was there to pick up his brother. Mr. Slobodnik said the male was polite and was eating sunflower seeds. Mr. Slobodnik told us in his experience usually people eating sunflower seeds are often drug addicts. Mr. Slobodnik said the male was chewing the sunflower seeds and was grinding his teeth (bruxism) in a way he knows drug addicts to do. Mr. Slobodnik said someone from a vehicle called the male at which time he responded to the vehicle. Mr. Slobodnik said he went back into the school and was advised a short time later an incident took place outside, stating staff placed the school on lockdown.

After speaking with Mr. Slobodnik, Detective Herrera and I observed comments made on Facebook. On comment made from ███████████ on Facebook gave the perception she had viewed the incident firsthand. Detective Herrera called ███ and inquired about the Facebook post advising we would like to speak with her in person. ███ provided her address and agreed to speak with us in person.

Upon arriving at ███ residence, she allowed us to enter her home. ███ advised she was parked in her white Jeep Rubicon (parked in the lot just to the passenger side of the white Lexus) waiting for her son and her friend`s son to get out of school. ███ stated she observed "the girl and guy" cop dealing with the male. ███ said the girl was struggling with the guy, stating "he was definitely on drugs" telling us he was screaming and laughing telling the officers "Yeah get it like that" stating it was "craziness." ███ said she did not observe what previous to the deputies contacting the male, telling us she parked, and deputies arrived about a minute after her.

███ said she observed the male (Richard) see his friends and got in the vehicle in the back seat. ███ said she thought it was weird telling us she had her heater and radio on stating she lowered them so she could hear what they were saying. ███ said she heard something about being there or not supposed to being there, telling us she did not know what the deal was. ███ said then the "cop" pulled up. ███ said she thought she heard the deputies tell the male get out the car and the male replied no, telling us she thought she heard something about resisting

---

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L   (1461)*   **Date / Time:** *05/13/2022 17:35:42, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R   (10727)*   **Supervisor Review Date / Time:** *05/16/2022 13:54:38, Monday*

**Contact:**   **Reference:** *Ca Persons Follow Up*

arrest but wasn`t sure because it was hard to hear. ███ said before she knew, "they were all on the ground wrestling, it was craziness."

███ said she didn`t know about the gunshot, questing law enforcements guns, because she is familiar with shooting guns, telling us the shots were quiet. ███ said the guy was being combative prior to the shots taken place. ███ said when the guy would talk to the cops you could tell he was on drugs. ███ said she seen the struggle and apparently, he was reaching for the cop`s gun. ███ was asked if she seen that. ███ said it was hard to see because he was everywhere trying to get away from them, stating the deputies were trying everything to hold on to him because he had on baggy clothes. ███ said the guy during the struggle was having fun stating he was verbally telling the deputy`s "Yeah come on get it."

███ was asked if she observed the male trying to disengage from the deputies. ███ said no, if he was going for there gun, well it was him or the deputy. ███ was advised her post was read and we would like to clarify somethings. Detective Herrera read the post out loud "There was no aiming, it was a struggle, first to the weapon was getting shot" asking ███ what she meant." ███ said Well he was going after the gun, telling us another person commented "Oh did someone get shot in the head" ███ stated "no you dumb ass" no one was shot in the head in front of all these kids. ███ said that was the reason she responded with the post. ███ if he went after the gun both deputies were going to be shot. ███ said if he would have got his hand on the gun, what a situation that would have been.

███ said they were struggling and once he realized he wasn`t getting away he started going after things. ███ was asked what she meant by things. ███ said weapons. ███ was asked so you seen him going after the deputy`s weapons. ███ said yeah, after he realized he couldn`t get away he was more observant of what he could get his hands on. ███ states "criminals are crazy." ███ could not elaborate which weapons the male was trying to take from the deputies, stating they were all hurdled together, gesturing with her hands that the struggle was in the area of the deputies` mid-section. ███ said she was telling her children ███████████ / ███████████ Friend)) to get in the Jeep because they were walking past the incident, when she heard "pop, pop, pop." ███ said it happened all so fast taking her eyes off the incident because she was trying to get away from the incident. ███ was asked she seen the male trying to grab things from the deputy. ███ replied yeah absolutely. ███ was asked where at on the deputy was, he grabbing at if it was the equipment on the duty belt. ███ said yeah, he wasn`t trying to hit but go for the equipment.

███ asked what the cops names are stating he (Richard) was high, telling us he had "Superman Strength." ███ was asked how she saw it end after the struggle. ███ said she was backing her vehicle and after the gunshots the cops jumped up and called for backup. ███ said she wasn`t sure who`s gun went off, telling her children he had to have been going after their gun. ███ said she second guessed her interpretation of what she witnessed because the "pops" weren`t loud to her. ███ explained she is gun owner who shoots often and what she heard muffled was

Investigator Signature   Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                 OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *MEDINA, JOSE L    (1461)*          **Date / Time:** *05/13/2022 17:35:42, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)*  **Supervisor Review Date / Time:** *05/16/2022 13:54:38, Monday*

**Contact:**                                                    **Reference:** *Ca Persons Follow Up*

not familiar with the sound of gunshots she is familiar with from her own experience. ▇▇ stated she heard 3 gunshots.

▇▇ said when the deputies stood up after the shots, "you could tell the fear and fright in their eyes because there are kids around, people around". ▇▇ said it was insane to watch. ▇▇ said the poor cops that were in that situation, stating it was terrible. ▇▇ was asked if it was a violent struggle. ▇▇ said, "Yeah absolutely, he was not letting go with out a struggle, he was combative." ▇▇ said it was fortunate for the first guy (Deputy McWhorter) who showed up she (Deputy Gonzales) showed up directly after him, telling us could you imagine if it was just the one guy.

▇▇ was asked when she seen the deputies trying to get the guy out of the car, where was he positioned in the vehicle. ▇▇ said in the passenger side rear of the vehicle. ▇▇ was asked if she remembers what the guy was wearing. ▇▇ said she feels like it was a grey hoodie, hat, sweatpants. ▇▇ said, "he looked like a little miniature Machine Gun Kelly or Eminem want to be." Detectives stated so it was a white male. ▇▇ replied yes.

Detectives asked ▇▇ what her children were wearing. ▇▇ said her son (▇▇ was wearing a grey Thrasher sweater and ▇▇ was wearing a black Meow Wolf hoodie and shorts. ▇▇ called her son ▇▇ from his room, allowing detectives to ask what he observed. ▇▇ said when he was walking across the street to his mom`s Jeep the cops were talking to a "dude" in a car. ▇▇ said he said Hi to the cops just to be nice. ▇▇ said about 10 seconds later they were in the Jeep and it then it all happened. ▇▇ asked ▇▇ if he seen what happened when it first happened. ▇▇ said no. ▇▇ was asked if he remembered anything being said when he walked by. ▇▇ said no. ▇▇ was asked you got in the car then you seen them on the ground. ▇▇ said Well no, they had just put him on the ground they were wrestling. ▇▇ said she thinks ▇▇ was getting in the car at the time it all happened. ▇▇ was asked how many shots he heard. ▇▇ said he heard like 2 shots. ▇▇ states ▇▇ probably observed the same thing he did because they walked out together. The interview was ended with ▇▇ and ▇▇ for exact verbiage in it entirety please view the Body Worn Camera footage.

Pueblo Police Department ID Detective John Guerrero assisted with processing the scene at the school. Detective Guerrero informed me at the scene they collected a pen, a notebook, sunflower seeds, a hat, a fob, 3 spent shell casings, and 1 projectile. Detective Guerrero informed me inside the vehicle 2 cell phone could be observed. Detective Guerrero stated the white Lexus was towed and secured in the Pueblo Police Departments ID Bay.

On February 25, 2022, at approximately 1000 hours, CBI Agent K. Koback and I interviewed Deputy Cassandra Gonzales. The interview was audio and video recorded. The audio was transcribed into a report. For details regarding the interview, see the transcription or the audio/video footage.

On February 25, 2022, at approximately 1200 hours, I attended Richard Ward autopsy. Forensic Pathologist Dr.

---

Investigator Signature                                    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *MEDINA, JOSE L    (1461)*                    **Date / Time:** *05/13/2022 17:35:42, Friday*

**Supervisor:** *FLORES, CHRISTOPHER R    (10727)* **Supervisor Review Date / Time:** *05/16/2022 13:54:38, Monday*

**Contact:**                                              **Reference:** *Ca Persons Follow Up*

---

D. Lingamfelter performed the autopsy. During the autopsy Dr. Lingamfelter removed two projectiles from Richard`s body. Dr. Lingamfelter informed me the cause of death was multiple gunshot wounds stating manner of death was homicide.

On March 2, 2022, I authored a search warrant for the 2008 Lexus RX3, which was signed by Honorable Judge S. Fieldman.

On the same date, the search warrant was executed. The following items were obtained from the Lexus.
1. Methadone Bottle
2. Sunflower Seeds
3. Swabs from Sheet
4. Blue Samsung Cell Phone
5. Blue Motorola Cell Phone
6. Motorola Cell Phone with a Pink / Black case
7. Swabs from red substance

On March 3, 2022, at approximately 1500 hours, CBI Agent K. Koback and I interviewed Deputy Charles McWhorter. The interview was audio and video recorded. The audio was transcribed into a report. For details regarding the interview, see the transcription or the audio/video footage.

On March 14, 2022, I authored a search warrant for a Motorola Cell Phone with a pink and black case displaying a daisy flower, which was signed by Honorable Judge Thomas Flesher. The search warrant was provided to Detective C. Prado. Detective Prado attempted to download the device on March 25, 2022. The device was not able to be unlocked resulting in minimal information received from the download. For specific details regarding the cell phone see Det. Prado`s supplemental report.

On March 21, 2022, I authored a search warrant for a blue Samsung S102DKL (MEID #▇▇▇▇▇▇▇▇), which was signed by Honorable Judge William Alexander. The search warrant was provided to Det. Prado.

On March 25, 2022, Detective Prado attempted to download the device. Cellebrite was not able to download the device because it was unable to bypass the pattern lock. For specific details about the download of this device, please see Det. Prado`s supplemental report.

This is a summary of my investigation. EOR.
 [05/13/2022 17:36, MEDINAJ, 978, PPD]  [05/13/2022 17:36, MEDINAJ, 978, PPD]

---

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *ANDERSON, DANIEL A    (1327)*    **Date / Time:** *06/01/2022 15:15:03, Wednesday*

**Supervisor:** *ANDERSON, DANIEL A    (1327)*    **Supervisor Review Date / Time:** *06/01/2022 15:15:45, Wednesday*

**Contact:**    **Reference:** *Supplement*

The following evidence was submitted by this Officer:
[ XX ] None    [ ] BWC video    [ ] Surveillance video    [ ] Interview room video    [ ] Digital photographs    [ ]
Still digital photographs of video    [ ] Audio recordings    [ ] Document(s)    [ ] Dash cam video from Unit #

EXECUTIVE SUMMARY

Nature of Incident: Officer-Involved Shooting

Date of Incident: Tuesday February 22, 2022
Time of Incident: 1523 hours
Location of Incident: 484 S. Maher Dr., Pueblo West, Colorado

Involved Officer:  Deputy Charles McWhorter
         Deputy Cassandra Gonzales

Suspect / Decedent: Richard Ward (DOB: 06-22-89)

Synopsis of Incident:

On 02/22/22 at about 1523hrs Pueblo County Sheriff`s Deputies Charles McWhorter (D39) and Deputy Cassandra
Gonzales (D48) were involved in a critical incident at 484 S Maher Dr. in Pueblo West, Colorado.  During this critical
incident Deputy McWhorter fired his duty weapon at Richard Ward, DOB: 06/22/89, killing him.

The Tenth Judicial District Critical Incident Team was activated to investigate the incident.  The Critical Incident Team
consisted of members of the Pueblo Police Department, Pueblo County Sheriff`s Office, Colorado State Patrol,
Colorado Bureau of Investigation, and the Tenth Judicial District Attorney`s Office.  The Pueblo Police Department was
designated as the lead investigative agency.

The purpose of this executive summary is to provide a synopsis of the attached investigative report completed by the
Critical Incident Team.

On 02/22/22 Deputy Charles McWhorter and Deputy Cassandra Gonzales were dispatched to the Liberty Point
International Middle School, 484 S Maher Dr. Pueblo West, Colorado, on reports of a suspicious male party trying to
open car doors.  They were informed the male party may be on something, suggesting a possible intoxication.  The
initial caller, ███████ tells dispatch a male, Ward, became aggressive with one car (no description as to

Investigator Signature _____    Supervisor Signature _____

**WARD 000502**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                             OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
        **Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *ANDERSON, DANIEL A    (1327)* | **Date / Time:** | *06/01/2022 15:15:03, Wednesday* |
| **Supervisor:** | *ANDERSON, DANIEL A    (1327)* | **Supervisor Review Date / Time:** | *06/01/2022 15:15:45, Wednesday* |
| **Contact:** | | **Reference:** | *Supplement* |

what aggressive is) and is trying to get into cars in the parking lot.   Ward was described as a Caucasian male, wearing an orange / red shirt with a light jacket, light hair, 6-0 real skinny with a hat.   Mr. ████ states Ward was on the east side of the parking lot, out of his line of sight.   Ward then comes back into sight and can be seen by Mr. ████ who states Ward is wearing a jacket with gray sleeves and black in color.   Mr. ████ tells dispatch Ward is confronted by someone from the school, then walks west.   Ward then gets into the back seat of a white SUV 4dr, possibly Mazda, tinted windows and approximately 8-9 cars in from the road.

Mr. ████ directs the deputies to the car via dispatch.   When Deputy McWhorter arrives on scene, he is told by dispatch the car is white in color and where it is located.   Deputy McWhorter asks dispatch to be more specific as there are several white cars in the parking lot.   Deputy McWhorter is told it is the white car two children walk in front of. This information assists Deputy McWhorter in locating the car.

Deputy McWhorter advises dispatch Ward is in the back seat of a white Lexus SUV with Colorado Plate CIW976, he then contacts Ward.   Deputy McWhorter is given the listing for the SUV, which comes back to ████     There is no radio traffic for over 2 minutes while contact is made with Ward, then Deputy Gonzales is heard on air advising dispatch of shots fired.    Several seconds later Deputy McWhorter airs over the radio, "D39 we need medical".

After the shooting Deputies Mcwhorter and Gonzales were transported to Parkview Medical Center to be treated for injuries.   Deputy Gonzales had an injury to her right knee which would later require her to wear a splint / brace.   Deputy McWhorter had an injury to his face at the bridge of his nose, his right forefinger, his lower back, right knee, and reaggravated a previous injury to the middle of his neck.   Both deputies were dressed in standard PCSO patrol uniforms with department patches on both shoulders.   McWhorters uses call sign Delta39, badge number 100, Gonzales uses call sign Delta48, badge number 28.   Both Deputies wore standard police duty belts with standard police equipment. Photos were taken of both Deputies.   Nothing was collected from Deputy Gonzales other than photos.

Deputy McWhorter had mud and dirt on his uniform and gun belt, much of the mud and dirt was on his right side.   ID Detective Roger Schneider did find biological evidence on McWhorters uniform, the complete uniform to include the duty belt and its contents were tagged as evidence.   The following injuries to McWhorter were documented with photos, bruising to the bridge of his nose and under both eyes, an abrasion to his right elbow, bruising to his left knee, and a cut / scratch to his right hand and forefinger.   The injuries to McWhorter were documented over several days in photographs.   GSR was not completed on McWhorter.   McWhorters duty weapon is a Smith and Wesson, model M&P9, 9mm ████ pistol, black in color with a Streamlight TLR-1s tactical light attached to the front of the frame of the gun. The serial number on the weapon is #████. A 15-round magazine was loaded in the magazine well of the gun and it contained 12 live Winchester 9mm cartridges. One additional live cartridge was found to be loaded in the chamber of the weapon. The weapon was 3 rounds short of its maximum

_____                        _____
Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                  OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*      **Case Mng Status:**  *EXCEPTIONALLY CLEARED*      **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

**Investigator:**  *ANDERSON, DANIEL A    (1327)*      **Date / Time:**  *06/01/2022 15:15:03, Wednesday*

**Supervisor:**  *ANDERSON, DANIEL A    (1327)*      **Supervisor Review Date / Time:**  *06/01/2022 15:15:45, Wednesday*

**Contact:**                                                    **Reference:**  *Supplement*

carrying capacity. 15 live cartridges were loaded in each of the two spare magazines and were also the same type of Winchester 9mm hollow point

Detective John Guerrero and Detective Vanessa Simpson processed the scene which was located to the south of the Liberty International Middle School with the white SUV, Colorado Plate CIW976, facing east parked in the parent pick up loop.   The SUV was parked on the pavement with a dirt parking lot to the south and a tree just to the west of the rear of the vehicle.   Ward was laying on his back on the ground at the back right passenger door. Ward was clothed in a black jacket with gray sleeves, red t-shirt, black sweatpants with red underwear showing, with black and white shoes. To the southeast of Ward was a Chicago Bulls hat.

Items of evidence were notated with the use of evidence cones.   McWhorter`s patrol vehicle, unit 386, was parked to the west of the parking covering / solar panels facing north by the trail sidewalk.   Gonzales` patrol vehicle, unit 378, was parked facing north facing the passenger side of the white SUV.   Neither vehicle had dash cam video available of the incident.   Due to inclement weather a plastic tarp was placed over Ward and the surrounding area to preserve evidence.   Photographs were taken of the scene and a FARO scan was completed for the entire scene.  Nothing unusual or irregular was found concerning the patrol vehicles, they were turned over to the PCSO after the scene was processed.

Once the items of evidence were photographed, Coroner Investigator Troy Puga removed Wards body from the scene. Due to inclement weather Ward was taken to the coroner`s office where photos were taken, Ward was then placed into storage at the coroner`s office awaiting autopsy.

On 02/22/22 Tommy Brown was interviewed at the Pueblo County Sheriff`s Office Annex by Pueblo Police Detective Jose Medina and Pueblo County Detective Victor Herrera.  Tommy told detectives he was at the middle school to pick up his girlfriend, ███████s, son, ████  Tommy said he was driving the vehicle and arrived at the school at approximately 1510hrs.

Tommy said ██████s son, Richard Ward, who was with them, was having an off day and went to walk and smoke a cigarette then was going to pick up his brother and bring him to the car.   Tommy said he saw Ward talking to someone from the school, and assumed he was asking him why he was at the school and then saw him point to the car.  Tommy said he yelled at Ward telling him to come to the car, which he did.
Tommy said the police showed up and contacted Ward asking him if he opened someone`s car door.  Tommy did say Ward had gone to a white car, which was not their car.   Tommy said Ward explained to the police that he went to the wrong car and said he apologized to the lady.

Tommy said the police started grabbing Ward`s arm for no reason before he found out if there was a pocketknife in his pocket.  Tommy said he didn`t know if the deputy was doing this because he was in fear for himself.   Tommy

Investigator Signature                                    Supervisor Signature

**WARD 000504**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *EXCEPTIONALLY CLEARED*     **Case Mng Status:**  *EXCEPTIONALLY CLEARED*     **Occurred:**  *02/22/2022*

**Offense:**  *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | ANDERSON, DANIEL A   (1327) | **Date / Time:** | 06/01/2022 15:15:03, Wednesday |
| **Supervisor:** | ANDERSON, DANIEL A   (1327) | **Supervisor Review Date / Time:** | 06/01/2022 15:15:45, Wednesday |
| **Contact:** | | **Reference:** | Supplement |

said in less than a minute the dude (Deputy McWhorter) fired approximately 5 rounds.  Tommy said he thinks the officer should have gone to at least a taser instead.

Detective Herrera asked Tommy to explain why Ward was having an off day.  Tommy said Ward had just been put on his meds, Tommy said Ward was just at a doctor`s office and believes his name was Dr. Jodik (unknown spelling) by Dave`s Deli, Pueblo West.   Tommy said Ward is on meds for bipolar, adhd, and severe anxiety.  Detective Herrera asked Tommy if Ward is on any type of drug or if he self-medicates, Tommy said as far as he knows he doesn`t think so but said Ward goes to the methadone clinic.  Detective Herrera asked Tommy if he knows what drug Ward took, Tommy said Ward used to use Methamphetamine.   Tommy did say Ward had taken Zanax and Adderall but didn`t know how much he took and possibly could have been a combination which could have affected him.   Tommy does state later in the interview that Ward did have an opiate problem, but he has been clean for 4 months.

Detective Herrera asked Tommy to clarify what the Deputy said to Ward, Tommy said he asked him who he was to be picking up.  Tommy said Ward also told the Deputy he apologized to the female for going to the wrong car.   Tommy said he knows Ward resisted, Tommy was asked if Ward was resisting and said at the time he was and stopped, saying his body went restless.    Ward was seated in the right rear passenger seat of the SUV when he was contacted.

Tommy states Ward, when asked if he had weapons, tells the deputies he thinks he has a knife in his pocket.  Tommy said before any of this happened Deputy Mcwhorter was moving to grab Wards arm.  Tommy does state later in the interview that Ward did ask McWhorter why he was grabbing him.  Tommy states Ward asked why he was being pulled out of the vehicle, and states he isn`t doing anything wrong.  Tommy does state several times that Ward was resisting the officers as they were pulling him out of the car.    Tommy said he heard McWhorter ask Ward what he put in his mouth, but he doesn`t know if Ward put anything in his mouth as he didn`t see it.

Tommy states Ward was in handcuffs and questions why a taser wasn`t used.  Tommy said he heard the deputies telling Ward to calm down during the struggle and said even he and ███ were telling Ward to stop.   Tommy was asked why Ward didn`t stop when they asked him to, and he believed it is possibly due to his condition.   Tommy said Ward was saying he wasn`t resisting when Deputies told him to stop resisting.

Tommy was asked if he ever saw Ward reach for the Deputies gun and he said no, he said they had him on the ground which he demonstrated on the floor of the interview room.   Tommy laid on the floor on his stomach with his hands behind his back, saying the deputies were telling Ward to stop resisting along with him and ███ telling him to stop.  Tommy said the deputy went to grab his hands but doesn`t know what happened.   Tommy said when the deputy went to grab Wards arms, he turned, and doesn`t know if they had one handcuff on him or not.  Tommy laid on his left side showing Ward was laying in this manner and assumed he was dead.  Tommy did not see the shooting happen but heard the shots fired and saw McWhorter standing with his weapon drawn at which time he

Investigator Signature                                            Supervisor Signature

**WARD 000505**

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

**Investigator:** *ANDERSON, DANIEL A    (1327)*    **Date / Time:** *06/01/2022 15:15:03, Wednesday*

**Supervisor:** *ANDERSON, DANIEL A    (1327)*    **Supervisor Review Date / Time:** *06/01/2022 15:15:45, Wednesday*

**Contact:**    **Reference:** *Supplement*

asked McWhorter if he shot Ward.   Tommy never saw McWhorter draw his weapon.

On 02/22/22 ▮▮▮▮▮▮ was interviewed at the Pueblo County Sheriff`s Office Annex by Pueblo Police Detective Carly Verdugo (Gustin) and Pueblo County Sheriff Detective Amy Lile. ▮▮▮ is the mother to Richard Ward.

▮▮▮ told detectives they were at the school to pick up her son ▮▮▮ She said while waiting for ▮▮ Ward became antsy and got out of the car to get ▮▮▮ and had to use the bathroom, ▮▮▮ said Ward has anxiety.  When Ward got out of the car, he walked to the front of the school thinking ▮▮▮ was going to come out there ▮▮▮ said when Ward came back out, she thinks he went to the wrong car, but said she doesn`t know the whole story as she was sitting in the passenger seat of the car. ▮▮▮ said Ward got back in the car in the back right passenger seat and told her he spoke with one of the school officials.

▮▮▮ said a Sheriff Deputy walked up to the car. ▮▮▮ said she thinks Ward was fighting as the deputies were trying to subdue him on the ground. ▮▮▮ thought the deputies either had the handcuffs on Ward or were getting them on him when the shots happened. ▮▮▮ said she was in the front passenger seat and her boyfriend Tommy was driving with Ward in the back right passenger seat.

▮▮▮ said the deputies pulled Ward out of the car and said something about a pill, ▮▮▮ didn`t know what this was about. ▮▮ was asked if Ward takes pills and she said he has a prescription, when asked what it was for, she said that is his personal information and she doesn`t know. ▮▮▮ was asked about other narcotics or prescriptions he may be on, and she was not willing to answer the question. ▮▮▮ said when the deputies had Ward on the ground, she heard them telling him not to resist. ▮▮▮ said she did hear shots but didn`t know if it was three or five shots. ▮▮ was informed at the end of the interview that Ward had passed from his injuries.

On 02/23/22 Pueblo Police Detective Jose Medina and Pueblo County Sheriffs Detective Victor Herrera met with witness ▮▮▮▮▮ at her residence in Pueblo West. ▮▮▮ said when she pulled up to park at the school, she saw Ward speaking with the officers at the car, she said Ward was popping off at the deputies. ▮▮▮ said Ward was being combative with the Deputies, saw the struggle, and said she thinks he was reaching for the Deputies gun, but said she could not really see.  She said Ward was having fun with it making statements like "Ya come on get it".  She said Ward did not try to disengage with the deputies. ▮▮▮ said Ward was going for the deputy`s gun and said the deputies were going to be shot. ▮▮ said it appeared when Ward realized he could not get away he started going after their weapons. ▮▮▮ said she could not really see but when asked if Ward was trying to grab at their duty belts she said yes. ▮▮▮ said Ward was grabbing at the deputy`s duty belt and it didn`t appear he was trying to hit them. ▮▮▮ said as she was backing up, she heard 3-gun shots then saw the deputies jump up. ▮▮▮ said after, she thought Ward was on the ground screaming but said it was odd. ▮▮▮ agreed the struggle was violent saying Ward was not letting go without a struggle. ▮▮▮ said Ward was in a gray hoody, hat, and sweatpants.

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *ANDERSON, DANIEL A  (1327)* | **Date / Time:** | *06/01/2022 15:15:03, Wednesday* |
| **Supervisor:** *ANDERSON, DANIEL A  (1327)* | **Supervisor Review Date / Time:** | *06/01/2022 15:15:45, Wednesday* |
| **Contact:** | **Reference:** | *Supplement* |

On 02/25/22 Detective Lee Medved, Detective Vanessa Simpson, and Detective Jose Medina attended the autopsy of Richard Ward. Dr. Dan Lingamfelter performed the autopsy. Wards body was photographed before the start of the autopsy and during the autopsy. All clothing was removed off Ward, upon inspecting the contents of his pockets two pills were found, one in his jacket pocket which was weathered and unable to be identified, the other was found in his pants pocket and was identified as an anxiety pill. Ward had the following injuries on his body: GSW to the throat, GSW mid chest, GSW upper mid clavicle collar bone area, injury to the bridge of his nose, left arm, left wrist, and left knee had abrasions, lower left leg, left hip buttock area had abrasions, right buttock abrasion, right shin area abrasion, right side of face abrasion. Middle right back had a GSW exit wound, lower right back just under the skin was a fired bullet which did not exit the skin. Two fired bullets were recovered from the body, one fired bullet was recovered at the scene when the scene was being processed. Dr. Lingamfelter determined the cause of death to be multiple gunshot wounds and the manor of death to be homicide.

Based on BWC video and examination of Deputy McWhorters duty weapon we know that Deputy McWhorter fired 3 shots total, which correlate to the injuries and fired bullets found during scene processing and the autopsy.

On 02/25/22 Deputy Cassandra Gonzales was interviewed at the Pueblo Police Department by Pueblo Police Detective Jose Medina and Colorado Bureau of Investigations Agent Kevin Kobach. Gonzales` law enforcement experience starts at Pueblo County Sheriffs office where she worked in the jail from 2005-2008 then she went to Oklahoma where she worked as a Federal Police Officer from 2008-2013 then back to the Pueblo County Sheriffs office in 2014 where she worked in the jail, moving to patrol in 2018. Gonzales` radio call number is D48.

Gonzales said she and Deputy McWhorter were dispatched to Liberty Point International School on a suspicious male checking car doors and possibly got into a car, which all happened prior to her arriving. Deputy Gonzales states someone from the school tells Ward to leave the premises. Gonzales states McWhorter arrived on scene first and finds the male in a white car sitting in the back passenger seat. Gonzales said McWhorter is asking the male what is going on, she states the first thing she noticed about Ward is his skin color and describes it as pink / reddish tint. Gonzales compares this to someone who huffs paint. Gonzales said Ward was wearing a red shirt, black hat and shoes, and a dark colored hoodie. She states his speech was fast and he appeared to be under the influence of something.

Gonzales said McWhorter asks Ward if he is under the influence, which he tells him no, then is asked for his ID. Ward then checks his person and is then asked by McWhorter if he has any weapons and Ward states, he doesn`t think so as he is patting himself down. Gonzales states Ward then opens his coat, which she depicts as Ward opening his coat and reaching inside the coat with his right hand. McWhorter takes Ward out of the car, and she starts telling Ward down down down, which Ward refuses the verbal order. Gonzales stated Ward is told to put his hands behind his back and says he is putting up a fight, not complying with verbal orders.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *ANDERSON, DANIEL A    (1327)* | **Date / Time:** | *06/01/2022 15:15:03, Wednesday* |
| **Supervisor:** | *ANDERSON, DANIEL A    (1327)* | **Supervisor Review Date / Time:** | *06/01/2022 15:15:45, Wednesday* |
| **Contact:** | | **Reference:** | *Supplement* |

Gonzales stated Ward is grabbing at McWhorters duty belt not letting go.  She says verbal orders are given for Ward to stop, stop resisting.  She states she grabs hold of one of Wards legs and applies a tibial pressure point using her knee, then grabs the other leg applying the same technique with her thumb, which is done to gain control.  Gonzales states at one-point McWhorters voice changes, it became shaky as if his airway was muffled.  Gonzales states she doesn`t recall if he was saying let go or stop but knows it was McWhorters voice.  Gonzales said she was scared for McWhorters and said she heard two to three shots which were muffled.  She then sees McWhorter take a stance back at which point she calls out shots fired.

Gonzales states she is still holding Ward on the ground by the legs keeping him down, Ward is laying on the ground on his back.  She said she didn`t know if Ward was armed or going to continue to fight.  She states the door to the car was still open and wanted to keep a clear shot / view of the people in the car.  Gonzales said she didn`t know who closed the door and said she stepped back to keep an eye on the scene as it is now a crime scene.

Gonzales states she and McWhorters check to make sure they aren`t bleeding anywhere; McWhorter then lifts Wards shirt to check on him.  Gonzales states more people are now showing up, parents are coming and picking up their children from school.  Gonzales stayed with Ward until fire rescue arrives to check on him.  She is then relieved and goes to look for crime scene tape after which she is transported to Parkview Medical Center.

Gonzales said she cannot remember if Ward was saying anything during the struggle.  Gonzales describes Ward grabbing McWhorters gun belt, when she reenacts this, she does so with Agent Kovak.  What she depicts is Ward bent over, his head about chest high leaned into McWhorter with his hands on the waist of McWhorters waist, one hand on the left hip and one on the right hip.  She shows Agent Kovak how Ward is grabbing McWhorter and she grabs Agent Kovak around the waist with her hand on either hip, one of which is where Agent Kovak`s duty weapon is.

Gonzales states McWhorter is on his side trying to protect his gun and demonstrates this by locking her elbow to her side.  Gonzales said she did not know what was going on with McWhorters other side as she was concerned with the hand placement on the side she could see.  Gonzales said both Ward and McWhorter are on their side as they are on the ground.  She says Ward turns and the fight is on.  Gonzales states McWhorter`s gun side is down, and she cannot see the gun, Gonzales is not sure if Ward has ahold of McWhorters weapon as she cannot see that side of his duty belt.  Gonzales states McWhorters voice changed when this is going on.

Gonzales was unable to tell detectives how McWhorters face was injured, what she can say is he had an injury to his face that wasn`t there before.  She thinks he was hit with Wards head as she didn`t see fists flying or punches being thrown.  Gonzales states she is trying to apply the tibial pressure point on the leg to control Ward.

Gonzales describes Ward as being under the influence of something, possibly paint as he has red on his hands

_____                    _____
Investigator Signature                              Supervisor Signature

**WARD 000508**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

_Pueblo Police Department_

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** _EXCEPTIONALLY CLEARED_   **Case Mng Status:** _EXCEPTIONALLY CLEARED_   **Occurred:** _02/22/2022_

**Offense:** _OUTSIDE AGENCY ASSIST_

| | | | |
|---|---|---|---|
| **Investigator:** | _ANDERSON, DANIEL A   (1327)_ | **Date / Time:** | _06/01/2022 15:15:03, Wednesday_ |
| **Supervisor:** | _ANDERSON, DANIEL A   (1327)_ | **Supervisor Review Date / Time:** | _06/01/2022 15:15:45, Wednesday_ |
| **Contact:** | | **Reference:** | _Supplement_ |

and face, she said he was fidgety, talking fast, and not making any sense when he spoke.   She said she did not see Ward with any kind of a weapon.   Gonzales said she doesn`t recall anyone saying "gun" when asked.   Gonzales states Ward is actively resisting, by grabbing onto McWhorters duty belt and fighting with him.

Gonzales said she kept an eye on the occupants of the car while the doors were closed, she said she could tell Ward was deceased as he isn`t breathing and didn`t see Wards chest rising and falling, once he "flopped over" to his back there was no movement.

Gonzales was asked why they didn`t render aid, she said she was worried about the people in the car and about their safety.   Gonzales said if one of them was on the ground then the other would need to keep an eye on the car.   Gonzales was asked what the plan was with the two in the car and she said she was going to wait for other officers to arrive as they did not want to be the officers who pulled them out of the car.

Gonzales was asked if Ward appeared to try and disengage in the fight, she said he was in it, he was told to stop resisting but kept actively fighting.   Gonzales was unable to say what she could have done different to stop Ward, she is a Pressure Point Control instructor and utilized her training during this incident.   Gonzales said she thought Ward was going to either hurt her or her partner, she said Ward wasn`t stopping and she believed he could have killed her, McWhorters, or someone else.

Gonzales was asked why she felt the people in the car were an officer safety issue, she said it was due to people being inside the car, and it didn`t seem safe to remove them at the time.   Gonzales said the windows to the car were tinted but she could still see them, but it wasn`t clear.   Gonzales said the doors to the car were closed because the occupants in the car were screaming, she doesn`t remember who closed the door and then made the statement that this didn`t feel safer with the door closed as she didn`t have a full view of what was in the car.

On 03-03-22 Deputy Charles McWhorter was interviewed at the Pueblo Police Department by PPD Detective Jose Medina and CBI Agent Kevin Kobach.   McWhorter has been with the Pueblo County Sheriff`s Office for 8 years, worked a year in detention and the last 7 years on patrol.   He is a member of the SWAT team and currently assigned to patrol.   McWhorter has only been back on patrol for approximately a week as he sustained a neck injury in September 2021 which required surgery to fix.

McWhorter was dispatched to Liberty Point Middle School on February 22, 2022, on a report of a male acting crazy trying to get into vehicles.   He responded from the Pueblo West sub station and arrived on scene first, he entered the school parking lot through a dirt parking lot.   As he was pulling up on scene, he was advised Ward had just entered a white SUV, he asked for clarification as there were several white SUV`s and was told it is the white SUV two children just walked in front of.

Investigator Signature                    Supervisor Signature

**WARD 000509**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | *ANDERSON, DANIEL A    (1327)* | **Date / Time:** | *06/01/2022 15:15:03, Wednesday* |
| **Supervisor:** | *ANDERSON, DANIEL A    (1327)* | **Supervisor Review Date / Time:** | *06/01/2022 15:15:45, Wednesday* |
| **Contact:** | | **Reference:** | *Supplement* |

McWhorter was advised by a male in the parking lot that Ward had gotten into a white Lexus, McWhorter could see a male driver and a female passenger.  As he walked to the vehicle the back passenger door opened where he contacted Ward.  McWhorter said he contacted Ward to see if he was in the correct vehicle to ensure it wasn`t a hostage situation, he said Tommy and ███ did not appear to have any issues with Ward in the vehicle.

Upon asking, Ward said he was at the school to pick up his brother, which he gave two different names for, ███ spoke up and said Ward has two brothers.  Ward did state he doesn`t like law enforcement as he states he has been hit before while being told to stop resisting.  Ward was asked for his identification and asked if he had any weapons, which he stated he had a knife.  Ward then put his hand in his pocket and pulled out two lighters, he then turned away from McWhorter and puts something in his mouth.  McWhorter asks Ward what he put in his mouth to which he replies it`s a pill, at which time Ward opens his jacket and reaches inside the jacket, as if he was carrying a weapon.

McWhorter then grabbed ahold of Wards right arm and pulled him out of the car to the ground to handcuff him to check for weapons.  Upon pulling Ward out of the car Ward started fighting with McWhorter.  McWhorter states Ward was wrestling with him and was able to get his legs out from under him causing him to hit the ground hard, causing him to feel pain in his neck.

McWhorter states he was trying to get control of Ward to get him into custody, he said during this altercation he didn`t remember seeing or hearing his partner, McWhorter said he felt like he was wrestling Ward by himself as he didn`t know where his partner was.  McWhorter states Ward gets on top of him, McWhorter said he is trying to control Wards head at which time he feels like Ward is messing with his gun side.

McWhorter let go of Ward and grabbed his gun to make sure to hold it down, so it didn`t come out.  McWhorter said when he released Ward, he is then headbutted in the nose at which time his eyes water and he sees stars.  McWhorter states he was worried that if he got another headbutt then he could be knocked unconscious.  He states he rolled to his side to protect his gun; McWhorter was in fear that Ward was going to get his gun or knock him out.  McWhorter said he was in fear his neck was going to give out on him and said the doctors told him he was close to being paralyzed had he taken a serious blow to his neck.  McWhorter said he felt like he needed to stop the threat that was in front of him, he was able to get back and draw his weapon and from what he remembers, fired two rounds.  McWhorter does state after watching his BWC he was able to count three rounds as being fired by him.  McWhorter said during the fight Ward was very excited and was yelling something to the effect of "yah boy" or "f that".  McWhorter said it felt as if Ward wanted to hurt him and he was happy about doing it.  McWhorter said Ward was very strong and described it as drug strong and said he felt weak while wrestling with Ward.  McWhorter said he didn`t deliver any strikes and was trying to hold on to Ward, he said it felt as if Ward was not trying to get away from him but trying to keep ahold of him.

Investigator Signature                                        Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                        OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** ANDERSON, DANIEL A    (1327)              **Date / Time:** *06/01/2022 15:15:03, Wednesday*

**Supervisor:** ANDERSON, DANIEL A    (1327)    **Supervisor Review Date / Time:** *06/01/2022 15:15:45, Wednesday*

**Contact:**                                               **Reference:** *Supplement*

---

McWhorter said after the shooting he was able to stand up and back away holding Ward at gun point accessing the situation to see if Ward was still a threat.  When he realized Ward was no longer a threat, he holstered his weapon and put on some gloves.  McWhorter said he put the gloves on to render aid.  He said he called for medical then checked on Ward by lifting his shirt where he saw two wounds on his chest.  He said ███ then opened the passenger door and started yelling, he was able to get her to close her door.

He then walked to the back of the car to ensure no one was injured behind the vehicle as there were a lot of children out. McWhorter then contacted a female in a blue SUV behind the Lexus who was a witness advising her to wait for other officers.  McWhorter said the driver door then opened and he tells the male to stay in the vehicle, referring to the Lexus.  Another deputy then arrives, Deputy Mahan, and he is instructed by McWhorter to deal with the occupants of the car.

McWhorter then said they waited for fire rescue, waiving them in, and while waiting for them a male walked into the scene asking what he could do, McWhorter said he told the male to keep children from walking this way, it is believed this male works for the school.   At this point other Deputies along with supervisors started to arrive on scene. McWhorter was transported from the scene to Parkview Hospital.

McWhorter was asked about his initial contact at the car when he appears to unlock his weapon from the holster. McWhorter said this is something he does on traffic stops and when people tell him they have weapons, he said he releases the tension, so it is easier to get out if needed, if it is not needed then he lets the gun lock back in.  McWhorter said this is something he learned from a Sergeant he used to work for.

McWhorter states he has been through trainings where it is trained to protect your gun and if someone is on top of you trying to get to your tools or your gun then they are trying to kill you or hurt you.  McWhorter was asked if his weapon locked back in, and he said from doing this over the years he knows it locks back in when he lets go of it.  When watching the BWC video it does not appear the weapon locks back in when he lets go, some holster systems you will hear an audible click as the weapon locks back in, during the BWC a click cannot be heard, and it is unknown if the weapon locked back in.  During this altercation McWhorter said he was afraid he was going to die, he was afraid Ward could have seriously injured others, along with himself, and felt like he was in this fight alone.

Body Worn Camera (BWC)

Deputy McWhorter`s BWC shows him arriving at the school, advising dispatch the vehicle is a ford, once out of his car a male voice can be heard yelling "it`s the white Lexus right there".  Just in front of the white Lexus is a white ford explorer.  McWhorter then airs the plate for the Lexus as CO CIW976.  As he approaches the Lexus the back passenger door opens where Ward is sitting.  McWhorter asks him what`s going on and Ward makes the statement that someone called the cops on him for waiting for his little brother.   When asked who little brother is, Ward

---

Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*
**Offense:** *OUTSIDE AGENCY ASSIST*

| | | | |
|---|---|---|---|
| **Investigator:** | ANDERSON, DANIEL A    (1327) | **Date / Time:** | *06/01/2022 15:15:03, Wednesday* |
| **Supervisor:** | ANDERSON, DANIEL A    (1327) | **Supervisor Review Date / Time:** | *06/01/2022 15:15:45, Wednesday* |
| **Contact:** | | **Reference:** | *Supplement* |

gives two names, Eddie, and ▓▓▓▓ ▓▓▓▓ who is in the front passenger seat makes the comment that Ward has two brothers.  Ward tells McWhorter he is just messing with him at this point Ward has his right hand in his right jacket pocket and McWhorter grabs ahold of his right arm.  Ward asks why McWhorter is touching him, McWhorter asks Ward why he is acting like this, and Ward tells him he is nervous, doesn`t like cops, and has anxiety.  When asked why, Ward states police have done things to him, when asked what they have done to him he states they tell him stop resisting, then makes a punching motion, and says when you`re not resisting.

During this contact Ward is speaking quickly and appears to have unfocused train of thought as he bounces back and forth in the conversation.  Ward asks who he is disrupting and is told he was trying to mess with doors.  When asked for his side of the story he said he thought it was his car he was getting into, he said he didn`t know the lady in the car and told her he was sorry.  McWhorter asks Ward if he is under the influence of anything and he says no, he is asked if he has an ID on him or any weapons.  Ward then starts patting himself then puts his hands into his pants pockets.  Ward is asked a second time if he has weapons, and he states he thinks he had a pocketknife as he pulled lighters out of his right pants pocket.  At this point the camera is pointed more towards the open door of the car and you can only see Wards legs.  You can hear McWhorter ask Ward what he just put into this mouth.  McWhorter then steps back as he pulls on Wards right arm and has him by the back of his jacket pulls him from the car.  As he is doing this Wards right hand appears to be inside his coat on the left side.  As Ward is being taken to the ground he states, "it`s a pill it`s a pill let me go".  Ward comes out of the car landing on his buttocks, then rotates away from McWhorter.  McWhorter grabs Ward by the back of the jacket and on the right shoulder.  While this is going on Deputy Gonzales can be heard telling Ward to get down.  Ward is told to put his hands behind his back and utters something which cannot be understood.  McWhorters BWC then falls off his person and you can hear Ward saying, "come on boy come on" Ward appears to be amped up and is being told to stop multiple times but doesn`t.  During the struggle at about the 2:42 mark someone can be heard saying the word "gun" then 3 shots can be heard.   Deputy Gonzales then airs shots fired, in the background, ▓▓▓▓ can be heard screaming and asking what happened.  Tommy and ▓▓▓▓ both ask if Ward has been shot.  Deputy McWhorter can be heard asking for medical, then telling ▓▓▓▓ to stay in the car and the doors shut.  McWhorter then picked up his BWC and once it is placed on his chest you can see the back passenger door is still open, ▓▓▓▓ can still be heard screaming, and Ward is laying on the ground on his back with his fists clenched and his arms folded up at his head.  Deputy Gonzales can be seen standing at the feet of Ward.

As the video plays you see Wards arms and hands relax moving out above his head laying on the ground with his hands open.  McWhorter then puts on latex gloves while Gonzales is answering questions from Tommy.  ▓▓▓▓ can be heard asking the deputies if they can do CPR, McWhorters then shuts the back passenger door and then lifts Wards shirt and moves Wards left arm down to his side.  ▓▓▓▓ then opened her door and can be heard screaming, McWhorters tells her to hang on and closed the door.  McWhorters, on BWC, makes the comment, Ward headbutted his nose and was trying to grab at this stuff.  McWhorters does tell Gonzales to stay where she is and then goes to check at the back of the car to ensure no one was injured.   McWhorters then instructs Deputy

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

**WARD 000512**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *ANDERSON, DANIEL A    (1327)*    **Date / Time:** *06/01/2022 15:15:03, Wednesday*

**Supervisor:** *ANDERSON, DANIEL A    (1327)*    **Supervisor Review Date / Time:** *06/01/2022 15:15:45, Wednesday*

**Contact:**    **Reference:** *Supplement*

---

Mahan, who arrives on scene, to deal with the people in the Lexus.  At 6:55 Pueblo West fire arrives on scene.  Deputy Gonzales can be seen standing stationary at the feet of Ward and doesn`t move until fire rescue arrives at which point, she takes photos.  Sergeant Regan arrives on scene and McWhorter tells him what happened, he is then transported to Parkview Hospital.

Deputy Gonzales` BWC starts off with McWhorter standing at the back of the Lexus speaking with Ward, who is still seated.  From Gonzales` BWC vantage point you can view the entire encounter between McWhorter and Ward.  When McWhorter asks Ward if he has an ID and any weapons on him, he releases the tension on his duty weapon from the holster raising the weapon slightly.  This appears to be in response to Ward digging through his pockets while seated in the car.  Ward then reaches his right hand into the inside of his jacket at which time McWhorter lets go of his duty weapon.  McWhorters stated in his interview he does this on a regular basis and when he lets go of his weapon it seats back into the holster.  Most of the tension on holsters like this will click when the weapon is seated back in place.  A click is never heard on the video but at this time McWhorter has gone hands on with Ward when asking him what he put into his mouth, Ward responding it was a pill, the weapon could have reseated and due to the commotion picked up on BWC the click may not have been picked up.

Ward is taken to the ground, being told to get out of the car, get down, and place his hands behind his back.  At 0:50 seconds into the video Ward gets up from his buttocks, wraps McWhorter up and takes him to the ground landing McWhorter on his buttocks.  McWhorter is on his back with Ward on top of him saying "Ya boy, come on boy".  Wards actions in the video are not of someone trying to flee but of someone actively engaged in resisting and fighting.  At 0:59 seconds Ward is seen with his right arm around McWhorters waist with his left side towards the ground.  McWhorter appears to have his left arm around Wards right arm and his gun side is down towards the ground.  Both go to the ground with McWhorter laying on his right side, gun side.  At 1:00 minute you can hear someone say "gun", presumably it is McWhorters voice at this time.  At 1:02 minutes the first shot can be heard with 2 subsequent shots.  In that frame at 1:02 Ward can be seen on his left side; McWhorter has been able to get off his right side and fire his duty weapon.  McWhorters left arm is entangled with Wards right arm and groin area.

McWhorter then stands up and backs away from Ward with his duty weapon pointed at him.  Once McWhorter is backed away, Ward can be seen laying on his left side with Gonzales at his feet.  Ward then flops over to his back where both arms come up, bent at the elbows by his head with his fists clenched.  At 1:48 Ward appears to be breathing while on the ground but may be having difficulty doing so.  In Gonzales` video you are unable to see when Wards arms relax and move above his head.  During the time after the shooting ███ can be heard screaming along with Tommy telling the Deputies to call 911 and asking for a Sergeant.  At 2:18 Mcwhorter can be seen checking his right index finger which appears to have an injury on it in, and an injury can be seen to the bridge of his nose.  McWhorter puts on Latex gloves at 2:21 and in the bottom of the video you can see Wards arms are out above his head.  At 2:41 ███ asks if they can do CPR and McWhorter tells her they are checking on him and closed the back passenger door.  McWhorter lifts Wards shirt at which time an entry wound can be seen in the

---

Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*                                                    OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** *ANDERSON, DANIEL A    (1327)* | **Date / Time:** | *06/01/2022 15:15:03, Wednesday* |
| **Supervisor:** *ANDERSON, DANIEL A    (1327)* | **Supervisor Review Date / Time:** | *06/01/2022 15:15:45, Wednesday* |
| **Contact:** | **Reference:** | *Supplement* |

middle of the chest, Ward is not breathing or moving at this time.  At 3:08 McWhorter asks Gonzales if she is OK and she tells him yes, then asks if he is OK.  McWhorter says he is OK, tells Gonzales that Ward headbutted his nose and was grabbing at his stuff.  Fire Rescue arrives at 5:48 and checks Ward.

RENDER AID

Deputy`s McWhorter and Gonzales both state they were going to render aid but did not do so because of the occupants still in the car.   McWhorter said he closed the doors to the car so he was concealed and the occupants inside the car could not see him, he said he would have felt vulnerable if he was down on the ground assisting Ward as the door would only offer concealment not cover. They felt it would be better if another Deputy had the occupants exit the car.  When Deputy Mahan arrived on scene, he went to the driver door but never had the occupants come out of the car.   Deputy Gonzales states she was keeping an eye on Ward, whom she believed to be deceased, and watched the occupants in the car with the doors closed.  Deputy Gonzales also states she felt uncomfortable with the doors closed as she cannot see the occupants clearly.

03/09/22

The BWC videos were sent out to Rocky Mountain Information Network, RMIN, to see if the audio could be cleaned up around the word "gun" to see what was said prior.   On 03/30/22 the videos and a report were sent back from RMIN, the recordings were enhanced, and the word "gun" can be heard but nothing intelligible can be made out prior to the word "gun" being said.

CONCLUSION:

After a thorough investigation by the Critical Incident Team there is no evidence of criminal wrongdoing by Deputy Charles McWhorter.   There were crimes committed by the decedent Richard Ward.

At the time of the incident Deputy McWhorter and Deputy Gonzales were acting within the scope of their duties as Pueblo County Sheriff`s Deputies.  The deputies were called to Liberty Point International Middle School 484 S. Maher Dr., Pueblo West on a report of a suspicious party.   Deputy McWhorter located this party sitting in the back passenger seat of a white Lexus SUV with Colorado plate CIW976.   When Ward was asked if he had any weapons and an ID on him, he patted himself and stated he thought he had a knife, puts something in his mouth then moves his right hand inside his jacket.  Deputy McWhorter thought Ward could possibly be reaching for a weapon and decides to grab ahold of Wards right arm pulling him out of the car to the ground.  Upon doing so Deputy Gonzales tells Ward several times to stop resisting, which he refuses to do.   Ward goes to a seated position, then from a

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

**WARD 000514**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023 14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

| | | |
|---|---|---|
| **Investigator:** | *ANDERSON, DANIEL A   (1327)* | **Date / Time:** *06/01/2022 15:15:03, Wednesday* |
| **Supervisor:** | *ANDERSON, DANIEL A   (1327)* | **Supervisor Review Date / Time:** *06/01/2022 15:15:45, Wednesday* |
| **Contact:** | | **Reference:** *Supplement* |

seated position, grabs Deputy McWhorters legs and takes him to the ground.    Ward does not appear to be trying to get away from Deputy McWhorter but appears to be actively fighting him.   While Ward is fighting with Deputy McWhorter, he is making the following comments "ya boy", "come on boy come on", as if he is wanting to fight. While on the ground Deputy McWhorter can be seen on BWC on his right side, gun side.   During the fight the word "GUN" can be heard then three shots are heard within a matter of seconds.   Deputy McWhorter stands up and holds Ward at gun point, when it appears Ward is no longer a threat Deputy McWhorter holsters his weapon.   Slowing down the BWC at the point McWhorter starts to stand up you can see McWhorters duty weapon is in his right hand and his grip on the weapon is in the middle of the hand grip, not indexed into the web of the hand.   Deputy McWhorters states in his interview he felt he was alone during this fight as he did not know where his cover officer was at the time, he felt that Ward was trying to hurt him, and had and had only been at work for a week after being out with neck surgery. McWhorters stated he never felt Deputy Gonzales engage, Deputy Gonzales does engage but only by holding onto Wards legs to apply a tibial pressure point.  During this altercation McWhorter said he was afraid he was going to die, he was afraid Ward could have seriously injured others who were around, along with himself, and felt like he was in this fight alone.

The weapon related evidence is still pending examination by the Colorado Bureau of Investigation.  The results of those examinations will not change the findings of the Critical Incident Team.   The fact that Deputy McWhorter fired his weapon is not disputed.   There is evidence on Deputy McWhorters weapon, uniform, and hand to indicate he was attempting to protect his weapon while on the ground based on the mud and debris on the uniform and weapon along with the injury to McWhorters right forefinger.

The autopsy report was received on 03/31/22 with the toxicology report showing the following drugs in Wards system: Lorazepam, Methadone, Gabapentin, THC, Hydroxyzine, and Methamphetamine.

Captain Daniel Anderson
Pueblo Police Department
05/30/22

[06/01/2022 15:31, ANDERSON, 43, PPD]

Investigator Signature                    Supervisor Signature

**WARD 000515**

## CASE SUPPLEMENTAL REPORT

Printed: 03/23/2023  14:52

*Pueblo Police Department*

OCA: **22003487**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *02/22/2022*

**Offense:** *OUTSIDE AGENCY ASSIST*

---

**Investigator:** *ANDERSON, DANIEL A    (1327)*          **Date / Time:** *11/10/2022 09:21:38, Thursday*

**Supervisor:** *ANDERSON, DANIEL A    (1327)*   **Supervisor Review Date / Time:** *11/10/2022 09:22:08, Thursday*

**Contact:**                               **Reference:** *Supplement*

---

On 11-9-22 I, Captain Daniel Anderson, received the CIT decision letter from the DA`s office on this case.  A copy was scanned into the case and the original document was tagged into evidence.

Nothing further.  [11/10/2022 09:23, ANDERSON, 43, PPD]

Investigator Signature                    Supervisor Signature

**WARD 000516**