*AB Litigation Services*

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT COURT OF COLORADO

Civil Action No. 23-CV-00473-CNS-MDB

--------------------------------------------------------

VIDEOCONFERENCE DEPOSITION OF JOSHUA WESLEY RAGAN
NOVEMBER 28, 2023

--------------------------------------------------------

ESTATE OF RICHARD WARD, by and through its personal
representative Kristy Ward Stamp, and
KRISTY WARD STAMP,

      Plaintiffs,

v.

PUEBLO, COLORADO; DEPUTY CHARLES McWHORTER, in his
individual and official capacity; DEPUTY CASSANDRA
GONZALES, in her individual and official capacity;
DEPUTY JACOB MAHAN, in his individual and official
capacity; DEPUTY CHRISTINE SPENCER, in her individual
and official capacity; DEPUTY NICOLAS BERUMEN, in his
individual and official capacity; DEPUTY ROBERT
QUINTANA, in his individual and official capacity;
and SERGEANT JOSH RAGAN, in his individual and
official capacity,

      Defendants.

--------------------------------------------------------

APPEARANCES:

      NEWMAN McNULTY LLC
         By Mari Newman, Esq.
            Andrew McNulty, Esq.
            1490 North Lafayette Street, Suite 304
            Denver, Colorado 80218
               Appearing remotely for Plaintiffs
```

EXHIBIT

6

*Josh Wesley Ragan  - 11/28/2023*                                     1

*AB Litigation Services*

```
 1   that.
 2        Q    She didn't ask and you didn't volunteer
 3   it?
 4        A    Correct.
 5        Q    So my understanding is that Ms. Ward
 6   Stamp was initially put into Deputy Spencer's
 7   vehicle, right?
 8        A    I believe so.
 9        Q    And then you directed that she be moved
10   from Spencer's vehicle to Deputy Mahan's vehicle,
11   right?
12        A    Correct.
13        Q    Why?
14        A    Because we -- speaking with Sergeant
15   Guadagnoli, we decided that Deputy Gonzales needed a
16   gatekeeper as well from being in such close
17   proximity, and just kind of the way she was acting,
18   that she needed a gatekeeper.  And we knew that
19   Deputy Spencer is actually part of our -- I can't
20   believe I just forgot what it's called, our team that
21   you can go to and talk.
22        Q    The peer support team?
23        A    Yes, our peer support team.  So she's
24   part of our peer support team and so -- and I know
25   that Deputy Gonzales is comfortable with her, so she
```