*AB Litigation Services*

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00473-CNS-MDB
_____

DEPOSITION OF NICOLAS BERUMEN
April 11, 2024
_____

ESTATE OF RICHARD WARD, by and through its personal
representative Kristy Ward Stamp, and KRISTY WARD
STAMP,

Plaintiff,

vs.

PUEBLO COUNTY, COLORADO; DEPUTY CHARLES McWHORTER, in
his individual and official capacity; DEPUTY
CASSANDRA GONZALES, in her individual and official
capacity; DEPUTY JACOB MAHAN, in his individual and
official capacity; DEPUTY CHRISTINE SPENCER, in her
individual and official capacity; DEPUTY NICOLAS
BERUMEN, in his individual and official capacity;
DEPUTY ROBERT QUINTANA, in his individual and
official capacity; and SERGEANT JOSH RAGAN, in his
individual and official capacity,

Defendants.
_____

APPEARANCES:

    KILLMER LANE, LLP
        By Darold W. Killmer, Esq.
           Reid Allison, Esq.
           1543 Champa Street
           Suite 400
           Denver, Colorado 80202
           303.571.1000
           dkillmer@killmerlane.com
           rallison@killmerlane.com
            Appearing on behalf of Plaintiffs
```

EXHIBIT 7

```
 1       Q      (BY MS. NEWMAN)  And so I'm asking, did
 2   you send this deputy sexual messages?
 3              MR. O'DONNELL:  Mari, this is going to
 4   improper.  Sexual messages have nothing to do with
 5   his credibility.
 6              MS. NEWMAN:  Whether he admits or denies
 7   things that actually happened certainly does.  So why
 8   don't we go ahead and just answer the question.
 9       Q      (BY MS. NEWMAN)  Did you send sexual
10   messages to Deputy Villarreal?
11       A      I don't recall ever sending her sexual
12   messages.
13       Q      (BY MS. NEWMAN)  If she says you did, do
14   you say she's lying?
15              MR. O'DONNELL:  Objection, improper, Mari.
16   I'm not going to have him continue to go down this
17   rabbit hole about sexual messages.
18       Q      (BY MS. NEWMAN)  If Deputy Villarreal says
19   that you sent her these messages are you saying that
20   she's a liar?
21       A      Yeah.  I don't recall ever sending her
22   messages.  I mean, I know that it dictates that I
23   sent a pic of me without a shirt, which I used to
24   actually be a body builder, like big.  So I mean, it
25   could have been about anything.
```