**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-00473-CNS-MDB

ESTATE OF RICHARD WARD, by and through its personal representative Kristy Ward Stamp, and
KRISTY WARD STAMP,

      Plaintiffs,

v.

PUEBLO COUNTY SHERIFF DAVID J. LUCERO, in his official capacity
PUEBLO COUNTY BOARD OF COUNTY COMMISSIONERS
DEPUTY CHARLES MCWHORTER, in his individual and official capacity;
DEPUTY CASSANDRA GONZALES, in her individual and official capacity;
DEPUTY JACOB MAHAN, in his individual and official capacity;
DEPUTY CHRISTINE SPENCER, in her individual and official capacity;
DEPUTY NICOLAS BERUMEN, in his individual and official capacity;
DEPUTY ROBERT QUINTANA, in his individual and official capacity,
SERGEANT JOSH RAGAN, in his individual and official capacity, and
CAPTAIN SHELLEY BRYANT, in her individual and official capacity,

      Defendants.

---

**EXHIBIT 8 - QUINTANA SUV INTERIOR FOOTAGE
(CONVENTIONALLY SUBMITTED)**

_____

The electronic **Quintana SUV Interior Footage of Kristy Ward Stamp**, which has been disclosed to all Parties with the name and Bates number, "Ward (136) - PCSO - BWC - Suspicious_Pers (16)," is being conventionally filed with the Court on a flash drive pursuant to Section 4.8(f) of this Court's Electronic Case Filing Procedures. This video is attached to Plaintiffs' Reply In Support of their Motion for Partial Summary Judgment. A copy of these materials is being delivered via Dropbox to all counsel, as stated in the Certificate of Service for Plaintiffs' Motion for Partial Summary Judgment.

EXHIBIT 8